# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

SVITLANA DOE; MAKSYM DOE; MARIA DOE;
ALEJANDRO DOE; ARMANDO DOE; ANA DOE;
CARLOS DOE; OMAR DOE; SANDRA MCANANY;
KYLE VARNER; WILHEN PIERRE VICTOR; and
HAITIAN BRIDGE ALLIANCE

                    Plaintiffs,

           – *versus* –

KRISTI NOEM, in her official capacity as Secretary of
Homeland Security; CALEB VITELLO, in his official
capacity as the Acting Director of Immigration and
Customs Enforcement; PETE R. FLORES, in his official
capacity as Acting Commissioner of U.S. Customs and
Border Protection; KIKA SCOTT, in her official capacity
as the Senior Official Performing the Duties of the
Director of U.S. Citizenship and Immigration Services;
and DONALD J. TRUMP, in his official capacity as
President of the United States.

                    Defendants.

Civil Action No:

## MOTION FOR LEAVE TO APPEAR AND PRACTICE PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, on behalf of the plaintiffs

Svitlana Doe, Maksym Doe, Maria Doe, Alejandro Doe, Armando Doe, Ana Doe, Carlos Doe,

Omar Doe, Sandra McAnany, Kyle Varner, Wilhen Pierre Victor, and Haitian Bridge Alliance and

as a member of the bar of this Court, respectfully move this Court to admit Esther H. Sung,

Karen C. Tumlin, Hillary Li, Laura Flores-Perilla, Brandon Galli-Graves, and Daniel B.

Asimow to appear and practice *pro hac vice* in the above-captioned matter.

As grounds for this Motion, the movants state that: (1) Attorneys Esther H. Sung,

Karen C. Tumlin, Hillary Li, Laura Flores-Perilla, Brandon Galli-Graves, and Daniel B.

Asimow are members of the bar in good standing in every jurisdiction in which they have been admitted to practice, (2) they are not the subject of disciplinary proceedings pending in any jurisdiction, (3) they have not previously had a *pro hac vice* admission to this Court revoked for misconduct, and (4) they have read and agree to comply with the Local Rules of the United Stated District Court for the District of Massachusetts.

Attached hereto are certificates for Esther H. Sung (Exhibit A), Karen C. Tumlin (Exhibit B), Hillary Li (Exhibit C), Laura Flores-Perilla (Exhibit D), Brandon Galli-Graves (Exhibit E), and Daniel B. Asimow (Exhibit F) in accordance with Local Rule 83.5.3.

WHEREFORE, the movants request that the motion for leave to appear and practice *pro hac vice* be **GRANTED.**

Dated: February 28, 2025                    Respectfully submitted,


                                            */s/ John A. Freedman*

                                            John A. Freedman (BBO#629778)
                                            **ARNOLD & PORTER KAYE SCHOLER LLP**
                                            601 Massachusetts Ave, NW
                                            Washington, D.C. 20001-3743
                                            Telephone: (202) 942-5316
                                            john.freedman@arnoldporter.com

## CERTIFICATE OF SERVICE

I, John A. Freedman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ John A. Freedman*
John A. Freedman