# EXHIBIT C

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE; MAKSYM DOE; MARIA DOE; ALEJANDRO DOE; ARMANDO DOE; ANA DOE; CARLOS DOE; OMAR DOE; SANDRA MCANANY; KYLE VARNER; WILHEN PIERRE VICTOR; and HAITIAN BRIDGE ALLIANCE<br><br>Plaintiffs,<br><br>– *versus* –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; CALEB VITELLO, in his official capacity as the Acting Director of Immigration and Customs Enforcement; PETE R. FLORES, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection; KIKA SCOTT, in her official capacity as the Senior Official Performing the Duties of the Director of U.S. Citizenship and Immigration Services; and DONALD J. TRUMP, in his official capacity as President of the United States.<br><br>Defendants. | **Civil Action No:** |

### CERTIFICATE OF HILLARY LI IN SUPPORT OF MOTION FOR LEAVE TO APPEAR AND PRACTICE *PRO HAC VICE*

I, Hillary Li, hereby certify as follows:

1. I am an attorney of Justice Action Center, P.O. Box 27280, Los Angeles, CA 90027.

2. I represent the plaintiffs Svitlana Doe, Maksym Doe, Maria Doe, Alejandro Doe, Armando Doe, Ana Doe, Carlos Doe, Omar Doe, Sandra McAnany, Kyle Varner, Wilhen Pierre Victor, and Haitian Bridge Alliance in the above-captioned matter and have intimate knowledge of the subject matter of the instant suit.

3. I graduated from the University of North Carolina School of Law with a Juris

Doctor degree in 2017.

4. I am admitted to practice and remain a member in good standing of the bar of Georgia (GA 898375) and the following federal courts:

- U.S. District Court for the Northern District of Georgia
- U.S. District Court for the Middle District of Georgia
- Fifth Circuit Court of Appeals
- Eleventh Circuit Court of Appeals
- Supreme Court of the United States

5. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

6. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United Stated District Court for the District of Massachusetts.

Signed this 28th day of February, 2025

_/s/ Hillary Li_
Hillary Li