IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al., <br><br> Defendants. | Civil Action No.: 1:25-cv-10495 |

## ORDER

Upon consideration of the Plaintiffs' *Ex Parte* Motion to Proceed Under Pseudonym [Doc. No. 5], it is hereby ordered that, pending further order, (1) Doe Plaintiffs are granted leave to proceed in this matter under pseudonyms; and (2) all parties shall submit pleadings, briefing and evidence either (a) using the Doe Plaintiffs' pseudonyms instead of their real names and other personally identifying information or (b) by redacting the Doe Plaintiffs' names and other personally identifying information. It is further ordered that Plaintiffs' *ex parte* request for a joint protective order is denied without prejudice and may be refiled with a Local Rule 7.1 certificate after Defendants' counsel has appeared.

Plaintiffs shall serve a copy of this Order on Defendants.

**SO ORDERED.**

/s/ Indira Talwani
United States District Judge

Dated: March 3, 2025