UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Svitlana Doe, et al.
          Plaintiff(s)
                      VS.          Case No: 1:25-cv-10495-IT

Kristi Noem, in her official capacity as Secretary of Homeland Security; et al.
          Defendant(s)

## AFFIDAVIT OF SERVICE

I, William H. Dewsnap, III, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Class Action Complaint for Declaratory and Injunctive Relief in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/06/2025 at 03:08 PM, I served U.S. Attorney's Office for the District of Massachusetts at 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210 with the Summons, Civil Cover Sheet, and Class Action Complaint for Declaratory and Injunctive Relief by serving Douglas Wood, Agent, authorized to accept service for the U.S. Attorney's Office for the District of Massachusetts.

Douglas Wood is described herein as:

Gender: Male   Ethnicity: Caucasian   Age: 60   Weight: 180   Height: 5'11"   Hair: White

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 03/07/2025

_William H. Dewsnap, III_

Client Ref Number: 9001108.00002
Job #: 12841505