# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al., <br><br> *Defendants*. | C.A. No: 1:25-cv-10495-IT |

## NOTICE OF APPEARANCE OF H. TIFFANY JANG

PLEASE TAKE NOTICE that H. Tiffany Jang hereby appears on behalf of Plaintiffs Svitlana Doe, Maksym Doe, Maria Doe, Alejandro Doe, Armando Doe, Ana Doe, Carlos Doe, Omar Doe, Sandra McAnany, Kyle Varner, Wilhen Pierre Victor, and Haitian Bridge Alliance in the above-captioned action, certifies admission to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated March 10, 2025

                                                Respectfully submitted,

                                                */s/ H. Tiffany Jang*
                                                H. Tiffany Jang (BBO# 691380)
                                                **ARNOLD & PORTER KAYE SCHOLER LLP**
                                                200 Clarendon Street, Fl. 53
                                                Boston, MA 02116
                                                Telephone: (617) 351-8053
                                                tiffany.jang@arnoldporter.com

                                                *Attorney for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I, H. Tiffany Jang, hereby certify that this document was filed through the ECF system of the United States District Court for the District of Massachusetts and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated March 10, 2025

                                                */s/ H. Tiffany Jang*

                                                H. Tiffany Jang