# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>　　　　　　　*Plaintiffs*,<br><br>　v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>　　　　　　　*Defendants*. | C.A. No: 1:25-cv-10495-IT |

## NOTICE OF APPEARANCE OF JOHN A. FREEDMAN

PLEASE TAKE NOTICE that John A. Freedman hereby appears on behalf of Plaintiffs Svitlana Doe, Maksym Doe, Maria Doe, Alejandro Doe, Armando Doe, Ana Doe, Carlos Doe, Omar Doe, Sandra McAnany, Kyle Varner, Wilhen Pierre Victor, and Haitian Bridge Alliance in the above-captioned action, certifies admission to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated March 10, 2025

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ John A. Freedman*
　　　　　　　　　　　　　　　　　　　　　John A. Freedman (BBO#629778)
　　　　　　　　　　　　　　　　　　　　　**ARNOLD & PORTER KAYE SCHOLER LLP**
　　　　　　　　　　　　　　　　　　　　　601 Massachusetts Ave, NW
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001-3743
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 942-5316
　　　　　　　　　　　　　　　　　　　　　john.freedman@arnoldporter.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, John A. Freedman, hereby certify that this document was filed through the ECF system of the United States District Court for the District of Massachusetts and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated March 10, 2025

*/s/ John A. Freedman*
John A. Freedman