AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| SVITLANA DOE, et al, | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   1:25-cv-10495-IT |
| KRISTI NOEM, in her official capacity as Secretary of Homeland  Security, et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Svitlana Doe; Maksym Doe; Maria Doe; Alejandro Doe; Armando Doe; Ana Doe; Carlos Doe; Omar Doe; Sandra Mcanany; Kyle Varner; Wilhen Pierre Victor; and Haitian Bridge Alliance

Date:   03/10/2025

/s/ Laura Flores-Perilla
*Attorney's signature*

Laura Flores-Perilla (CA#355645)
*Printed name and bar number*

JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
*Address*

laura.flores-perilla@justiceactioncenter.org
*E-mail address*

(323) 450-7272
*Telephone number*

(323) 450-7276
*FAX number*

**<u>CERTIFICATE OF SERVICE</u>**

I, Laura Flores-Perilla, hereby certify that this document was electronically filed with the Clerk of the Court for the District of Massachusetts by using the CM/ECF System, which will send notification of such filing on all registered CM/ECF users and electronic copies will be sent to those indicated as non-registered ECF participants on this 10th day of March, 2025.

Dated: March 10, 2025                                    */s/ Laura Flores-Perilla*
                                                          Laura Flores-Perilla