AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| SVITLANA DOE, et al, <br> *Plaintiff* <br> v. <br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al <br> *Defendant* | Case No.   1:25-cv-10495-IT |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Svitlana Doe; Maksym Doe; Maria Doe; Alejandro Doe; Armando Doe; Ana Doe; Carlos Doe; Omar Doe; Sandra Mcanany; Kyle Varner; Wilhen Pierre Victor; and Haitian Bridge Alliance

Date:   03/12/2025

/s/ Daniel B. Asimow
*Attorney's signature*

Daniel B. Asimow (CA#165661)
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
Three Embarcadero Ctr - 10th
San Francisco, CA 94111-4024
*Address*

daniel.asimow@arnoldporter.com
*E-mail address*

(415) 471-3142
*Telephone number*

(415) 471-3400
*FAX number*

## **CERTIFICATE OF SERVICE**

      I, Daniel B. Asimow, hereby certify that this document was electronically filed with the Clerk of the Court for the District of Massachusetts by using the CM/ECF System, which will send notification of such filing on all registered CM/ECF users and electronic copies will be sent to those indicated as non-registered ECF participants on this 12th day of March, 2025.

Dated: March 12, 2025                                  */s/ Daniel B. Asimow*
                                                             Daniel B. Asimow