## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, *et al.*,<br><br>                                Plaintiffs,<br><br>– *versus* –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>                                Defendants. | Civil Action No.: 1:25-cv-10495 |

### MOTION FOR LEAVE TO APPEAR AND PRACTICE PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, on behalf of all Plaintiffs and as a member of the bar of this Court, respectfully move this Court to admit Justin B. Cox to appear and practice pro hac vice in the above-captioned matter.

As grounds for this Motion, the movant states that: (1) Attorney Justin B. Cox is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice law; (2) he is not the subject of disciplinary proceedings pending in any jurisdiction; (3) he has not previously had a *pro hac vice* admission to this Court revoked for misconduct; and (4) he has read and agrees to comply with the Local Rules of the United Stated District Court for the District of Massachusetts. Attached hereto is a certificate of Justin B. Cox (Exhibit A).

WHEREFORE, the movant requests that the motion for leave to appear and practice *pro hac vice* be **GRANTED.**

Dated: March 13, 2025

                                                                          Respectfully submitted,

                                                                          */s/ John A. Freedman*
                                                                          John A. Freedman (BBO#629778)
                                                                          **ARNOLD & PORTER KAYE**
                                                                          **SCHOLER LLP**
                                                                          601 Massachusetts Ave, NW
                                                                          Washington, D.C. 20001-3743
                                                                          Telephone: (202) 942-5316

**CERTIFICATE OF SERVICE**

      I, John A. Freedman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ John A. Freedman*
John A. Freedman
