UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE et al.,<br><br>      Plaintiffs,<br><br> – *versus* –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>      Defendants. | Civil Action No.: 1:25-cv-10495 |

**CERTIFICATE OF JUSTIN B. COX IN SUPPORT OF
MOTION FOR LEAVE TO APPEAR AND PRACTICE PRO HAC VICE**

I, Justin B. Cox, hereby certify as follows:

1. I am an attorney with my own practice, the Law Office of Justin B. Cox, PO Box 1106, Hood River, Oregon (phone: (541) 716-1818). I represent Plaintiffs in the above-captioned matter.

2. I am admitted to practice and am a member in good standing of the bars of Oregon, Maryland, Georgia, and the District of Columbia; as well as the U.S. District Courts for the District of Oregon, Maryland, the District of Columba, and the Northern and Middle Districts of Georgia; the U.S Courts of Appeal for the Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, Eleventh, and the District of Columbia Circuits; and the U.S. Supreme Court.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction.

4. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United Stated District Court for the District of Massachusetts.

Signed this 12th day of March 2025

*/s/ Justin B. Cox*
Justin B. Cox
Law Office of Justin B. Cox