UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al., | |
| *Plaintiffs*, | |
| v. | C.A. No: 1:25-cv-10495-IT |
| KRISTI NOEM, et al., | |
| *Defendants*. | |

**PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT**
**[EXPEDITED RELIEF REQUESTED]**

Plaintiffs, by and through their undersigned counsel, respectfully request that this Court grant this motion and permit Plaintiffs to file a memorandum in support of their forthcoming motion for preliminary injunction that exceeds the limit of twenty (20) pages set forth in Local Rule 7.1(b)(4).

Local Rule 7.1(b)(4) authorizes the Court to grant leave to file a memorandum in support of a motion in excess of the twenty (20) page limit set forth in the rule. Up to 30 pages are needed for Plaintiffs' memorandum in support of their forthcoming motion for preliminary injunction, due to the complexity of legal issues presented and the number of named plaintiffs—twelve (12) existing plaintiffs and new plaintiffs to be added—each of which presents unique but relevant circumstances that demonstrate the necessity and urgency of preliminary injunctive relief. While Plaintiffs' counsel will attempt to streamline the memorandum, additional pages in excess of the twenty (20) page limit set forth in Local Rule 7.1(b)(4) are required for Plaintiffs to fully and adequately explain the multiple grounds supporting a preliminary injunction.

WHEREFORE, Plaintiffs respectfully request that this Court grant their Motion for Leave to Exceed Page Limit [Expedited Relief Requested].

Dated: March 13, 2025

Esther H. Sung (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Hillary Li (*pro hac vice* pending)
Laura Flores-Perilla (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org


Anwen Hughes (*pro hac vice* pending)
**HUMAN RIGHTS FIRST**
75 Broad St., 31st Fl.
New York, NY 10004
Telephone: (212) 845-5244
HughesA@humanrightsfirst.org

Respectfully submitted,

*/s/ John A. Freedman*
John A. Freedman (BBO#629778)
Laura Shores (*pro hac vice* pending)
Katie Weng (*pro hac vice* pending)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5316
john.freedman@arnoldporter.com
laura.shores@arnoldporter.com
katie.weng@arnoldporter.com


H. Tiffany Jang (BBO# 691380)
**ARNOLD & PORTER KAYE SCHOLER LLP**
200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com


Daniel B. Asimow (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3142
daniel.asimow@arnoldporter.com


Robert Stout (*pro hac vice* pending)
Sarah Elnahal (*pro hac vice* pending)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
rob.stout@arnoldporter.com
sarah.elnahal@arnoldporter.com


*Attorneys for Plaintiffs*

## CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)

The plaintiffs, through their undersigned counsel, were unable to confer with the defendants pursuant to Local Rule 7.1(a)(2) because counsel for the defendants have not yet entered an appearance.

*/s/ John A. Freedman*
John A. Freedman

## CERTIFICATE OF SERVICE

I, John A. Freedman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated March 13, 2025

*/s/ John A. Freedman*
John A. Freedman