IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.<br><br>Plaintiffs,<br><br>– v. –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.<br><br>Defendants. | Civil Action No.: 1:25-cv-10495-IT |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Emergency Motion for Preliminary Injunction and Stay of Administrative Action, it is hereby ordered that the motion is GRANTED. Until the Court resolves this case on the merits or orders otherwise, or until such time as the parties agree in writing to amend, supersede, or terminate this order, it is ORDERED that:

1. Defendants and their officers, agents, servants, employees, attorneys, and all members and persons acting in concert or participation with them from the date of this Order, are enjoined and restrained under Rule 65 and 5 U.S.C. § 705 from taking any action to implement or enforce the January 20, 2025 memorandum issued by Acting Director Benjamine Huffman, entitled "Exercising Appropriate Discretion Under Parole Authority," and any related termination of any already established humanitarian parole processes, including but not limited to the suspension of processing of any parole or re-parole applications for the Uniting for Ukraine parole process; the parole processes for Cubans, Haitians, Nicaraguans, and Venezuelans; the Operation Allies Welcome parole process; the Family Reunification Parole processes; the Military Parole-in-Place process; and the Central American Minors parole process.

2. Defendants and their officers, agents, servants, employees, attorneys, and all members and persons acting in concert or participation with them from the date of this Order, are enjoined and restrained under Rule 65 and 5 U.S.C. § 705 from taking any action to implement or enforce the February 14, 2025 memorandum issued by Acting USCIS Deputy Director Andrew Davidson, entitled "Administrative Hold on All USCIS Benefit Requests filed by Parolees Under the Uniting for Ukraine (U4U) Process, Processes for Haitians, Cubans, Nicaraguans, and Venezuelans (CHNV) Process, or Family Reunification Parole (FRP) Process," and any other related directive, memorandum, guidance, or policy, including but not limited to a directive issued by Acting USCIS Director Jennifer Higgins during the week of January 20, 2025, requiring the suspension of the processing or adjudication of immigration benefits applications filed by, or that would benefit, individuals who have received parole through already established humanitarian parole processes, including but not limited to the Uniting for Ukraine parole process; the parole processes for Cubans, Haitians, Nicaraguans, and Venezuelans; the Operation Allies Welcome parole process; the Family Reunification Parole processes; the Military Parole-in-Place process; and the Central American Minors parole process.

3. Defendants shall, within three days of the issuance of this order and then weekly thereafter, file a status report with the Court describing in detail all steps taken to ensure agency staff are aware of and are in compliance with this order, along with copies of all issued guidance and directives related to this order.

**SO ORDERED.**

                                                            _____
                                                            The Honorable Indira Talwani
                                                            United States District Judge

Dated:_____