**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SVITLANA DOE, *et al.*, <br><br>                 Plaintiffs, <br><br>     – *versus* – <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br>                 Defendants. | Civil Action No.: 1:25-cv-10495-IT |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND STAY OF ADMINISTRATIVE ACTON**

| # | Description |
|---|---|
| 1 | Declaration of Plaintiff Alejandro Doe (CHNV beneficiary) |
| 2 | Declaration of Plaintiff Ana Doe (CHNV beneficiary) |
| 3 | Declaration of Plaintiff Armando Doe (CHNV beneficiary) |
| 4 | Declaration of Plaintiff Carlos Doe (CHNV beneficiary) |
| 5 | Declaration of Plaintiff Maksym Doe (U4U beneficiary) |
| 6 | Declaration of Plaintiff Maria Doe (U4U beneficiary) |
| 7 | Declaration of Plaintiff Omar Doe (OAW beneficiary) |
| 8 | Declaration of Plaintiff Svitlana Doe (U4U beneficiary) |
| 9 | Declaration of Plaintiff Sandra McAnany (CHNV sponsor) |
| 10 | Declaration of Plaintiff Kyle Varner (CHNV sponsor) |
| 11 | Declaration of Plaintiff Wilhen Pierre Victor (CHNV sponsor) |
| 12 | Declaration of Plaintiff Valentin Rosales (Cuba FRP beneficiary) |
| 13 | Declaration of Plaintiff Adolfo Gonzalez, Jr. (MPIP Petitioner) |
| 14 | Declaration of Plaintiff Marim Doe (MPIP Petitioner) |
| 15 | Declaration of Plaintiff Teresa Doe (CAM beneficiary) |

| 16 | Declaration of Plaintiff Rosa Doe (CAM parent/applicant) |
|----|----------------------------------------------------------|
| 17 | Declaration of Plaintiff Aleksandra Doe (U4U beneficiary) |
| 18 | Redacted Copy of Notice of Interview Cancellation by USCIS to Aleksandra Doe |
| 19 | Declaration of Plaintiff Andrea Doe (CHNV beneficiary) |
| 20 | Implementation of the Uniting for Ukraine Parole Process, 87 Fed Reg. 25040 (Apr. 27, 2022) |
| 21 | Implementation of a Parole Process for Venezuelans, 87 Fed. Reg. 63507 (Oct. 19, 2022) |
| 22 | Implementation of Changes to the Parole Process for Venezuelans, 88 Fed. Reg. 1279 (Jan. 9, 2023) |
| 23 | Implementation of a Parole Process for Cubans, 88 Fed. Reg. 1266 (Jan. 9, 2023) |
| 24 | Implementation of a Parole Process for Haitians, 88 Fed. Reg. 1243 (Jan. 9, 2023) |
| 25 | Implementation of a Parole Process for Nicaraguans, 88 Fed. Reg. 1255 (Jan. 9, 2023) |
| 26 | Implementation of a Family Reunification Parole Process for Colombians, 88 Fed. Reg. 43591 (July 10, 2023) |
| 27 | Implementation of a Family Reunification Parole Process for Ecuadorians, 88 Fed. Reg. 78762 (Nov. 16, 2023) |
| 28 | Implementation of a Family Reunification Parole Process for Guatemalans, 88 Fed. Reg. 43581 (July 10, 2023) |
| 29 | Implementation of a Family Reunification Parole Process for Hondurans, 88 Fed. Reg. 43601 (July 10, 2023) |
| 30 | Implementation of a Family Reunification Parole Process for Salvadorans, 88 Fed. Reg. 43611 (July 10, 2023) |
| 31 | Implementation of Changes to the Haitian Family Reunification Parole Process, 88 Fed. Reg. 54635 (Aug. 11, 2023) |
| 32 | Implementation of Changes to the Cuban Family Reunification Parole Process, 88 Fed. Reg. 54639 (Aug. 11, 2023) |

| 33 | Implementation of Haitian Family Reunification Parole Program, 79 Fed. Reg. 75581 (Dec. 18, 2014) |
|---|---|
| 34 | Cuban Family Reunification Parole Program, 72 Fed. Reg. 65588 (Nov. 21, 2007) |
| 35 | Central American Minors Program, 88 Fed. Reg. 21694 (Apr. 11, 2023) |
| 36 | Declaration of Esther Sung, counsel for Plaintiffs |
| 37 | History of 8 U.S.C. § 1182(d)(5) |
| 38 | David J. Bier, Cato Institute, *126 Parole Orders over 7 Decades: A Historical Review of Immigration Parole Orders* (July 17, 2023), cato.org/blog/126-parole-orders-over-7-decades-historical-review-immigration-parole-orders. |
| 39 | Declaration of Yael Schacher |
| 40 | Declaration of Eric Schwartz |
| 41 | Declaration of Mort Halperin |
| 42 | Declaration of Deb Rogers |
| 43 | Bo Cooper, INS Gen. Counsel, *Legal Opinion: Parole of Individuals From the Former Soviet Union Who Are Denied Refugee Status* (June 15, 2001). |
| 44 | Update on Form I-134A (January 28, 2025) https://www.uscis.gov/newsroom/alerts/update-on-form-i-134a |
| 45 | CBP Carrier Liaison Program notice dated Jan. 24, 2025 |
| 46 | USCIS message to CHNV parolee (undated) |
| 47 | USCIS message to U4U parolee inquiry of Feb. 25, 2025 regarding TPS |
| 48 | USCIS message dated Feb. 28, 2025 to MPIP applicant |
| 49 | USCIS message dated Mar. 5, 2025 to U4U parolee regarding employment authorization document (EAD) |
| 50 | USCIS, G-1055, Fee Schedule, https://www.uscis.gov/g-1055 |