# EXHIBIT 4

to Plaintiffs' Motion for a Preliminary Injunction
and a Stay Under 5 U.S.C. § 705

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>    Plaintiffs,<br><br>– *versus* –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>    Defendants. | **Civil Action No.: 1:25-cv-10495-IT** |

**DECLARATION OF CARLOS DOE**

I, Carlos Doe, upon my personal knowledge, hereby declare as follows:

1. I was born in Jinotepe, Nicaragua in May 2000. I am a national of Nicaragua.

2. I currently live in Gainesville, Georgia. I have lived in Gainesville since 2023 when I arrived in the United States after receiving parole under parole processes for Cubans, Haitians, Nicaraguans, and Venezuelans ("CHNV"). I live with my brother and one of my cousins, who are both here in the United States with CHNV parole. My uncle and four other cousins—which include Ana, Armando (Ana's husband), Alejandro, and another cousin of mine—also reside in the United States with CHNV parole, and they all live in Gainesville, too.

3. After obtaining my work authorization in October 2023, I began working at a company dealing in trailers, where I learned how to weld and solder. I have also worked providing food delivery services and in home renovations. I currently work for a manufacturing plant where I'm continuing my work as a welder and solderer. I have learned a lot through these jobs and have improved my English significantly.

4. I have created a community here in Gainesville, made new friends, and created new social circles. I like to practice Jiu Jitsu and Mixed Martial Arts and have made several friends through the sport. I have also made friends through my past jobs, and I remain in contact with many of them. In the social circles that I am part of, I have met Latino, Black, and white Americans and they have all treated me with respect. Many of these people have also helped me with finding work. I have had a good experience living here in the United States, and I have found the communities here have a lot of love and respect for one another.

5. My life in Nicaragua was very different to the life I have now in the United States. I fled Nicaragua because it became politically unstable, and the government was persecuting my family. In 2018 as a university student, I became involved in protests against the government. Other protests in my city broke out until the government came to my city and assassinated about 32 people and more than 50 people disappeared. The army, with help from some neighbors of mine, later identified me as being involved in the protests and being against the government. Soldiers and police officers then came to my house several times with death threats against me and my family. My father and I decided we had to flee our hometown and go into hiding. While in hiding we received anonymous calls and more death threats. Most recently in 2021, military soldiers visited my mother's house, where my mother and little brother currently live, and they told her that they will imprison my father and I for treason if they ever find us.

6. When the CHNV parole processes were first announced, my father informed me about these parole processes, but I also heard about it in the news. A family member

        of mine was able to sponsor me through CHNV parole. I was approved to travel to the United States in May 2023, and I arrived in the United States and was granted parole in June 2023. My parole expires in June 2025.

7. I first heard the announcement about the Trump administration ending the CHNV parole processes from both the news and my U.S. citizen cousin who lives in Washington who has sponsored my four other cousins through CHNV parole. Along with the end to the processing of new applications, I heard that it was a possibility that existing grants of parole would be revoked as well.

8. When I heard about the possibility of my parole being terminated, I became extremely worried and scared about being deported. I'm also scared to lose my work authorization in the United States if my parole is terminated. My mother and little brother living in Nicaragua depend on me financially. I also financially support my sister, who lives in Costa Rica at the moment. I'm scared to be deported and left with nothing. My family would suffer significant hardship if my parole status were revoked, not only financially but also emotionally and psychologically.

9. Since learning about the government's termination of CHNV parole, I have been trying to prepare for the worst outcome. I have taken some cash out from my savings account in preparation. If I am deported, I hope someone can send me my savings so that I can have something. I also have copies of all my personal documents and immigration filings in case I lose access to all of these important documents.

10. Maintaining my parole status is critical for maintaining my safety, and the safety of my family who remain in Nicaragua. I fear the Nicaraguan government is still after

|     | |
| --- | --- |
|     | me and my dad and I fear for our lives if we were to return. If I return to Nicaragua, I also fear I will not be able to provide for my family who depend on me financially. |
| 11. | Last month, in January 2025, I submitted an application for asylum (Form I-589) to United States Citizenship and Immigration Services ("USCIS"). I have an appointment with USCIS on March 4, 2025. I applied for asylum because I fear that I will be persecuted by the Nicaraguan government based on my anti-governmental political beliefs and their previous attempts to persecute my father and I when we lived in Nicaragua. |
| 12. | I recently learned that the government has indefinitely paused the processing of immigration benefit applications filed by people who came to the United States with parole, like CHNV parole. This means that there is an indefinite pause in the processing of my asylum application. Seeking asylum while here in the United States under parole was the only avenue I had to secure a more secure legal status, and to obtain work authorization through my asylum application, which would allow me to continue working after my parole expires and while I wait for my asylum case to be decided. |
| 13. | Now, on top of worrying about the government's termination of CHNV parole and the potential revocation of my parole status, I am very worried and anxious about this indefinite pause on the processing of my asylum application. If I am without protection from parole and my asylum application is paused indefinitely, I feel that I am more at risk of being without a legal status, without work authorization, and of being deported back to the danger and persecution I fled from in Nicaragua in the first place. |

4

14. This all feels very unjust to me. My cousins and I are working hard, paying taxes, and engaging with and contributing to our local communities. My cousins and I have been doing well in the United States and to take away our parole under CHNV and indefinitely freezing our asylum applications, which was our only other option to seek legal protection here in the United States, is just not right.

15. I am participating in this lawsuit so that I, along with other individuals who are in the same position, can have our applications for immigration benefits processed, as they should be.

16. I am willing to serve as a class representative on behalf of those who are similarly situated to me.

17. I know that if the class is certified, I will be representing more than just myself in this case. I have spoken with the lawyers who represent me about what being a class representative means. I want to help everyone in my situation because we are all harmed by the indefinite pause on the processing of immigration applications benefits.

18. With all of this being said, I am afraid of using my real name in this lawsuit. Specifically, I fear that if my real name were to be made public in this lawsuit, I could be retaliated against by the Nicaraguan and U.S. government. In Nicaragua, I fear that I am still a wanted man for my anti-government political views. I fear that the Nicaraguan army will follow through with the death threats made against me and my father. The possibility of being imprisoned for treason is also still a threat. I also fear that if my name were made public in this case and the U.S.

      government discovered I was going against them in this lawsuit, I could be subject to retaliation and deported, despite my pending asylum case.

19.    For these reasons, I am respectfully asking the court to allow me to proceed as plaintiff in this lawsuit under a pseudonym, to protect myself and my family.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in Gainesville, Georgia on 2/27/2025.



_____

Carlos Doe

6

CERTIFICATE OF INTERPRETATION AND TRANSCRIPTION

I, Elia Gil Rojas, certify that I am fluent in English and Spanish, that I am competent to interpret between these languages, and that I transcribed the foregoing between English and Spanish accurately. I further certify that I provided a translation of the foregoing to Carlos Doe in Spanish and that he affirmed that it is true and correct.

Executed: 2/28/2025

*Elia Gil Rojas*

Elia Gil Rojas