# EXHIBIT 6

to Plaintiffs' Motion for a Preliminary Injunction
and a Stay Under 5 U.S.C. § 705

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　– versus –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>　　　　　　　　　Defendants. | **Civil Action No.: 1:25-cv-10495-IT** |

### DECLARATION OF MARIA DOE

I, Maria Doe, upon my personal knowledge, hereby declare as follows:

1. I am a national of Ukraine. I was born in Gorlivka in the Donetsk region in 1991.

2. I currently live in Brooklyn, New York with my husband, Maksym Doe. We have lived in Brooklyn for about a year. I work as a Project Manager for a tech start-up.

3. Maksym and I first came to the United States in early 2023 and were paroled into the country through the Uniting for Ukraine ("U4U") parole process. By then, due to the Russian invasion of Ukraine, we had already evacuated from our home in Kharkiv to western Ukraine, and then to Kyiv. Maksym left for the United States first on a visitor's visa, while I evacuated to Germany. I then came to the United States in February 2023 on U4U parole.

4. Maksym and I are heartbroken by the Russian invasion of our country. It is an unprovoked act of military aggression that has completely upended our lives, separated us from our family and friends, and displaced us from our homeland. It

has been incredibly hard. When the war began, I had just decided to make a big life change and leave my job in the tech industry to start a small business running a massage studio. We had an investor, a marketing strategy, branding, architectural designs for the studio, and a business plan to start with a small location in Kyiv, then to expand to additional locations. Maksym also worked in professional theater in Kharkiv and had a job at an acting school. He also had several ongoing projects for theater festivals and similar cultural endeavors. But the invasion halted all those plans.

5. We saw the first attacks of the invasion when it began because we used to live in an apartment on one of the higher levels of an apartment building in Kharkiv. We saw bombs dropping and causing destruction everywhere. When the bombs started falling, on that very same day, Maksym and I worked to gather everyone in my family—my mother, my brother and his girlfriend—plus two other families with children, two cats, and a dog, and fled to the western part of the country.

6. Maksym and I relocated to Kyiv about three months later, in May 2022, because a friend had an apartment where we could stay. Kyiv was not very safe at that time because Russia was constantly bombing the city—drones and rockets were flying above our roof and one rocket hit just a few blocks away from the apartment building—but we went because our friend offered to let us stay at her apartment without paying rent. By that time, Maksym had become very involved with a nonprofit organization that he had started with two of his friends to provide assistance to Ukrainians affected by the war. They had begun by marshaling volunteers to help evacuate people from Kharkiv and other places under attack, and

within six months of the invasion, they had rescued more than 22,000 people from eastern Ukraine. Towards the end of 2022, they had established a nonprofit organization and realized that it would be useful for Maksym to go to the United States to continue working with other humanitarian aid organizations and growing the nonprofit to help more people.

7. At first, I was unsure about making such a long journey to go to the United States, so Maksym and I agreed that once we learned more about what options were available for Ukrainians to go to the United States, Maksym would go first and decide whether it was the right move for us. Maksym left for the United States on a visitor's visa in December 2022, and I evacuated from Kyiv to Germany when he left.

8. We eventually learned about the U4U parole process through a friend. Once we decided that we wanted to come to the United States to support Maksym's work with his nonprofit, we wrote to Maksym's sister to ask if her American friend from her high school exchange program would be willing to sponsor us. The friend immediately agreed to be our sponsor because she wanted to help us and the work that Maksym's nonprofit was doing.

9. When the U4U sponsorship application for me was approved, I came to Chicago in February 2023 to reunite with Maksym, who had been staying with two other friends in a small apartment there. Maksym then left the United States and went to Mexico, where he also worked with his sister's friend so that she could file the U4U sponsorship application for him. When he was pre-approved to travel, he came back to the United States in April 2023 and was paroled into the country on U4U parole.

10. We stayed in Chicago for around 9 months. Once we received our work authorizations, Maksym was busy working with his partners to register their nonprofit here in the United States and start figuring out funding and logistics. But eventually we decided to move because we wanted a place of our own, in a city where we could find our own community. We looked at a lot of different places but eventually found the community we were striving for in New York. We felt more welcome here because of the diversity of nationalities and cultures. It felt like the perfect match for us.

11. Coming to the United States on U4U parole has been an incredible blessing for us. At first, it was very hard trying to find our way in the United States. We came here with only two suitcases. Once I finally got my work authorization, I was taking all the jobs I could get to earn money to help us survive, including dog sitting and dog walking. But now we have found a supportive and welcoming community here in Brooklyn, and I just recently got a promotion to a dream job at the tech start-up where I work. To be in the United States, the tech mecca of the world, doing a Project Management job that I've been dreaming of for a long time, is incredible to me after all the ups and downs Maksym and I have been through in the past three years since Russia invaded our country. We have built a life here. Maksym and I both applied for re-parole through the U4U parole process as soon as we were able; although Maksym's application is still pending, mine was granted for an additional two years of parole in January 2025. We have also since applied for Temporary Protected Status, and I'm working with my employer to apply for an H-1B employment-based visa, which we hope to do very soon.

12. To learn now that President Trump has terminated U4U and other similar parole programs, and has paused the processing on our TPS applications as well as the H-1B visa application my employer will soon file, has been incredibly hard to process. I never thought that something like this could happen in the United States. We have friends who have evacuated to other countries in Europe who shared our joy that we could come to the United States, because we all shared an understanding that the United States is a stable and welcoming country where we would be safe. Now it feels like all that has been taken away. After being displaced so many times because of the Russian invasion, it feels like *here we go again.*

13. We came to United States through a process established by the government, and we've taken steps to stabilize our immigration status so that we can remain here legally. I never thought that I would face the prospect of being displaced, yet again, from a place like the United States. I was born in the Donetsk region, so my home has been occupied for eleven years. I had to move from Donetsk to Kharkiv. Then, when Russia invaded, I had to leave Kharkiv to evacuate to western Ukraine, and then to Kyiv, and then to Germany, then finally to the United States. Now it feels like I have to move yet again, and that feels unfair. Of course I can do it again; I've done it many times before. But finding stability here in the United States was very important to us after the last three awful years of Russia's invasion, and I never thought that the United States would force me to move all over again. Maksym and I had just started planning our lives and looking ahead to the future, after so many years where we couldn't. We thought about moving to the countryside, getting a house, and having a dog who can run around in the yard. And of course, I just got

|    |    |
|----|----|
|    | my dream job, and I want to move forward with that. But now I feel like I am losing faith. |
| 14. | The possibility of our TPS applications and Maksym's re-parole applications never being processed is especially alarming for me. If Maksym's applications are not processed before his current U4U parole expires in April, he will lose his work authorization and his legal status here in the United States. The idea that he could be deported from the United States is too horrible even to think about. He has also put so much work into his nonprofit and it would be a terrible setback, for us and for the nonprofit, to have to leave the United States and start everything all over in a new place. In addition, even though my re-parole application was just granted in January 2025, I am worried that the administration might prematurely terminate the paroles granted to individuals through the U4U process. It would be devastating if Maksym and I were to lose our legal status and our work authorization, especially since there is now this indefinite pause on the processing of our applications for other legal status. That feels particularly unfair, like the government is changing all the rules and blocking all the paths for no reason except cruelty. |
| 15. | I am participating in this lawsuit so that I, along with other individuals who are in the same position, can have our applications for immigration benefits processed, as they should be. |
| 16. | I am willing to serve as a class representative on behalf of those who are similarly situated to me. |
| 17. | I know that if the class is certified, I will be representing more than just myself in this case. I have spoken with the lawyers who represent me about what being a class |

6

representative means. I want to help everyone in my situation because we are all harmed by the indefinite pause on the processing of immigration applications benefits.

18. Although I feel that it is important to participate in this lawsuit, I am extremely nervous about using my real name on the court filings and hope that the judge will allow me to use a pseudonym on the court papers. We have pending TPS applications, and I also want to file an H-1B application and eventually a green card application so that Maksym and I can remain here in the United States. I fear that if the U.S. government knows my name and knows that I am a plaintiff in this lawsuit, they will retaliate against me, and any application I file for an alternate legal status will be given negative treatment. I am also very worried that the government could terminate my parole, leaving me without status and work authorization, and vulnerable to deportation. It's all over the news that Trump has promised "mass deportations" of immigrants. If his administration prematurely terminates my parole, then there is nothing to protect me from being deported, especially since the government has indefinitely paused the processing of any application I file for any other immigration benefit. We have worked and struggled so hard to come to the United States and to find safety and stability here, and we have only just begun to feel like we can start planning for our future. I do not want to do anything that could jeopardize our ability to remain here legally for as long as possible.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in Brooklyn, New York on February 28, 2025.



Maria Doe

8