# EXHIBIT 7

to Plaintiffs' Motion for a Preliminary Injunction
and a Stay Under 5 U.S.C. § 705

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>                        Plaintiffs,<br><br>– *versus* –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>                        Defendants. | **Civil Action No.: 1:25-cv-10495-IT** |

### DECLARATION OF OMAR DOE

I, Omar Doe, upon my personal knowledge, hereby declare as follows:

1. I was born in Afghanistan in 1984. I am a national of Afghanistan.

2. I currently live in Omaha, Nebraska, with my wife and six children, the youngest of whom is two years old and was born in the United States. My wife, my older five children, and I were brought here by the U.S. military when it withdrew from Afghanistan in 2021. I have a job at a plastics company, operating a machine that makes the lids for containers.

3. Before I came here to the United States, I had worked for the U.S. military in Afghanistan for my entire adult life. My first job ever, when I was 20, was with the U.S. troops in Paktia Province. I also served with troops in Kandahar Province. For eighteen years, I worked in several different capacities with the military, including as a cook and a security guard. In both Paktia and Kandahar, I had very good

   relations with the troops—I liked working with them, and they liked working with me. We lived and worked together like a family. It was a good experience for me.

4.  But I certainly faced a lot of difficulties and persecution in Afghanistan because people in my home province, as well as some of my own relatives, didn't like that I worked with the U.S. military. I received threats and feared for my safety. Eventually I had to leave my province and move to Kabul. Although it meant leaving my parents alone, I had to move my family away so that I could survive and take care of my kids and wife.

5.  I worked with the U.S. forces until the very last minute. I had been serving with troops in Kandahar just two or three days before the collapse of the Afghan government. We were then moved to the airport in Kabul. But even though my wife was at our home in Kabul, I was not allowed to leave the airport to see or be with her and our family.

6.  Then, while we were in the airport, the U.S. troops told me at 3 in the morning that if I wanted to take my family with me to the United States, they needed to come to the airport immediately. They would not allow me to bring my parents with me; I could bring only my wife and children. I called my father right away, who was able to bring my family to the airport at 6 am, but congestion and crowding at the airport was so dense that they were only able to reach me at 10 am. I only saw my father for a very short glance when he brought my family to the airport. I could not see or say goodbye to my mother before we left, and as a result, I have not seen my mother for a very long time.

7. Up until the very last minute, I still had my gun on my shoulder. It was only when the plane was about to leave that I took the gun off, handed it to the troops who were still there in the airport, got into the plane with my family, and we came here to the United States.

8. When we arrived in the United States, the troops I had worked with had my name and registered me. I was given a work permit and some kind of card, and told that I would receive everything—a passport, a green card, and legal status. I was told not to worry about anything. But now that I am here, I do not actually have any documents, and I am struggling.

9. I am not an educated person, and I am not literate. It has been challenging for me here in the United States because I do not understand the immigration system, and it has been hard for me to figure what to do about my lack of stable legal status. I am happy that my family has a home and that my children are in school and getting an education. I have received help from a nonprofit to file an application for a Special Immigrant Visa, which has been pending now for almost three and a half years. The nonprofit is also working on my asylum application, because my work permit will expire this year in September, and it is my understanding that applying for asylum while my Special Immigrant Visa application is pending will allow me to seek work authorization, so that I can keep working to support my family. But having these troubles with my documentation for such a long time has caused a lot of trauma and stress for me and my wife. I have lost all my hair, and my wife and I have both lost teeth, because we are under so much stress.

10. Uprooting our lives so suddenly from Afghanistan and trying to build a new life here in the United States has been an additional challenge. For people like us, moving from one country to another is a very big deal, mentally and emotionally and physically. When we first came to Omaha, there was no Afghan community and no support. I asked the military to help me go to Virginia, but they did not hear my voice, and so we have had to stay in Omaha and cope. My wife has struggled a lot here, especially when our older kids were in school during the day and she was alone at home. The only thing I can do is tell her that everything will be all right. She has been doing better since our youngest daughter was born.

11. It is very frustrating to me that after so many years of service with the U.S. military, I am still in a limbo situation with my documentation. I worked hard for the troops; I helped them, worked with them, and was very loyal to them. But I know that other Afghans who were brought to the United States have received their documents, and I have not. It makes me emotional; I do not know how to express how stressful it is that my family and I have not been given such a basic thing—legal status—after all I have done and sacrificed for the U.S. military.

12. It is even more disheartening to me to learn, now, that even my Special Immigrant Visa application and my asylum application will not be processed. I did not come to this country illegally, or by force. I was brought here, and I was expecting dignity from those who brought me. But so far, I feel that has not happened, and it is a very unpleasant reality for me. I do not know what will happen if my parole and work authorization expire and I have no other avenue to legal status here in the United States. I am fearful that I may not even get to keep the benefit of the remaining time

I have on my parole and my work authorization, and that the government may simply end my legal status. I cannot go back to Afghanistan; I do not even want to think about what could happen to me and my family if we return after having been in the United States, and after having worked for more than eighteen years with U.S. troops. It pains me to think that I may be forced to take my children away from this place where they finally have stability and safety, and friends and school and normalcy. For my youngest daughter, born here in the United States, this is the only home she has ever known. All I can do is keep struggling and trying to find a way for me and my family. But this is why I have been under such immense pressure—we have been losing everything, including our teeth.

13. I am participating in this lawsuit so that I, along with other individuals who are in the same position, can have our applications for immigration benefits processed, as they should be.

14. I am willing to serve as a class representative on behalf of those who are similarly situated to me.

15. I know that if the class is certified, I will be representing more than just myself in this case. I have spoken with the lawyers who represent me about what being a class representative means. I want to help everyone in my situation because we are all harmed by the indefinite pause on the processing of immigration applications benefits.

16. I feel compelled to participate in this lawsuit because it is the right thing to do, and because I need to do everything possible to secure for myself and my family the stable legal status that I was promised. But I am afraid of using my real name in

5

this lawsuit, and I hope that the judge in this case will allow me to use a pseudonym in the court filings. I do not want the U.S. government to see my real name on the legal papers and retaliate against me for suing the administration. I fear losing my work authorization and being unable to work to support my family. I fear losing status and potentially being deported to Afghanistan. I fear what the Taliban could do to me if I am forced to return to Afghanistan. Going back to Afghanistan with my family simply cannot be an option. For these reasons, I hope that the judge will not force to use my real name in this lawsuit, and will let me use a pseudonym.

17. Because I am not literate, Mr. Sayed Hashmi, who is fluent in Pashto, read this declaration aloud to me and translated it into Pashto. I listened to and understood his translation before signing below.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in Omaha, Nebraska on 2/28/2025.

_____

Omar Doe

CERTIFICATE OF INTERPRETATION AND TRANSCRIPTION

I, Sayed Hashmi, certify that I am fluent in English and Pashto, that I am competent to interpret between these languages, and that I interpreted and transcribed the foregoing between English and Pashto accurately. I further certify that I have read the foregoing to Omar Doe in Pashto and that he affirmed that it is true and correct.

Executed: 2/28/25

_____
Sayed Hashmi