# EXHIBIT 9

to Plaintiffs' Motion for a Preliminary Injunction
and a Stay Under 5 U.S.C. § 705

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>*Defendants.* | Case No.: 1:25-cv-10495-IT |

**DECLARATION OF SANDRA MCANANY**

I, Sandra McAnany, upon my personal knowledge, hereby declare as follows:

1. I was born in 1967 in La Crosse, Wisconsin. I am a United States citizen.

2. I currently live in La Crosse, Wisconsin. I work in procurement. I have five sons and fourteen grandchildren that range from ages one to twenty-one. My grandchildren are an important part of my life, and I spend as much time as I can with them, taking them hiking and on trips. Outside of work, I do volunteer photography for various nonprofits in the La Crosse area and for organizations abroad in Honduras, Colombia, and Burundi. While volunteering for On the Ground International in Colombia in February 2023, I saw many people leaving Venezuela and walking along the highways. This experience has stayed with me and inspired me to look for a way to support people from Venezuela in particular.

3. I am the sponsor for seventeen individuals who were approved to come to the United States and were granted parole under the parole processes for Cubans, Haitians, Nicaraguans, and Venezuelans ("CHNV"). I also have pending applications for CHNV sponsorship for four other individuals, who are all Cuban. I learned of the CHNV parole

processes when I read an article about Kyle Varner and his sponsorship of dozens of people through CHNV. CHNV seemed like an incredible legal pathway for people to come to the United States with the support of U.S. citizens. I felt like becoming a sponsor would be a great opportunity for me to not only support and help these people and families in need, but also contribute to the United States, a country that I love. I reached out to Mr. Varner. At first, I intended to sponsor only one or two people, but as I started connecting with people and hearing their stories, I felt compelled to sponsor more. I spent a significant amount of time talking to people, getting to know them, and understanding the support they needed, in addition to the time and effort I put into completing and submitting CHNV sponsorship applications.

4. My religious convictions and commitment to caring about others motivate me to welcome and support these immigrants in need. As a Christian, I strongly believe that we should treat others like we want to be treated, no matter the color of their skin or their nationality. I believe that if more people helped each other, the world would be a better place. When my children were younger, they had friends who were undocumented whom I came to know and relate to. We lived in Norwalk, Wisconsin for a period of time, where we saw U.S. Immigration and Customs Enforcement ("ICE") carry out an immigration raid in the community on a weekend. It was heartbreaking. As we watched out our window, ICE agents moved in and took immigrants away. During the raid, two of my children, who were seven and nine at the time, told me that they needed to go warn their friends so they could keep them safe. This is the kind of empathy with which I lead my life and which I am proud to have instilled in my children.

5. When I was considering sponsoring people through the CHNV processes, I was especially drawn to helping families reunite. For many of the beneficiaries I sponsored, I was drawn to their resilience in the face of challenges in their home country, their dedication to working hard for their families, and their commitment to giving back to their communities.

6. Fifteen of the people I sponsored are nationals of Venezuela, and two are nationals of Nicaragua. All of them arrived in the United States between September and December 2023, and all were approved for two-year parole periods. To my knowledge, most of my parole beneficiaries have pending asylum applications.

7. My beneficiaries include four mothers with young children and one father with a teen son who, only because of the CHNV parole processes, have been able to reunite with family members already in the United States, and six adults without children. They seek not only stability for their families but also safety from persecution and violence in their countries of origin. One of these parents is a mother of two young kids whose husband was diagnosed with cancer while she was in Venezuela. Her grant of CHNV parole allowed her to be reunited with him in the U.S. and care for him while he went through treatment. All my beneficiaries have settled into their communities in the United States, received work authorization, and are working at least one job, if not more. I am so proud that they are all committed to supporting themselves.

8. When the people I sponsored received approval to travel to the United States and started planning for their travel, I provided advice and resources, including flight recommendations and guidance on navigating the U.S. airport system. I paid for some of them to take online English classes through Express Yourself while they were waiting for

3

approval. After they arrived and were granted parole in the United States, I helped many of them get settled. Most of them already had housing lined up, but I helped make sure that the locations were safe and stable for them. Only one family, a parent and son pair, needed a place to stay temporarily, so they lived with me for a little over a year while the parent got a work permit and found a job. I drove them three hours to Milwaukee to get the work permit, which also involved paying for a hotel and food along the way. Over the course of the year, it was beautiful to see both of them get on their feet and become integrated into our local community. The parent now has two jobs, and they have moved into their own place. They are able to go to church safely, which is something they couldn't do in their home country. My grandchildren have also met them and learned the importance of humanitarian parole through their story.

9. I helped beneficiaries with their job searches as well, including proofreading resumes and helping them understand employment requirements. I helped parents research local schools for their kids and understand what they needed to do to enroll them. I assisted them in enrolling in English classes, and I helped pay some of their initial cell phone plans. Additionally, several of the people I have sponsored arrived in United States during the winter, and they did not have any winter clothes. I provided several families with winter clothing or money to buy it themselves. Finally, I provided emotional support to many of my beneficiaries as they navigated a new country and time away from their families in Venezuela or Nicaragua. It has been a blessing to be a part of making these families' lives tangibly better. I am grateful that the CHNV parole processes gave me a way to live out my religious convictions in a meaningful way.

10. On January 21, 2025, the morning after President Trump's inauguration, I first learned of President Trump's express intent to terminate the CHNV parole process when my friend sent me an article about it. Soon after, I saw news reporting that the Trump administration paused processing of new CHNV applications and could revoke existing parole applications previously granted. Immediately, I became extremely anxious and worried about the people and families I sponsored who are in the U.S., what might happen to them if the Trump administration revoked their parole applications, and the many people whose applications may now never be adjudicated. I quickly contacted my beneficiaries to make sure that they knew what happened and had the latest information on how they might be impacted. I also made sure that my beneficiaries in the U.S. knew their rights when they interact with immigration officers and reminded them to carry documentation of their parole status whenever they left home. Understandably, many of my beneficiaries have expressed fear and anxiety at the prospect of losing their parole status while their applications for other immigration protections remain pending. Some are trying to find additional jobs so that they can save more money to support their families.

11. On February 19, I saw news reporting that the Trump administration had taken further steps to harm CHNV parolees by initiating a pause on processing requests for immigration benefits submitted by CHNV parolees. This horrified me and the people I sponsored who have applied for protections in the U.S., including asylum and Temporary Protected Status, because of the dangers they would face upon returning to their countries of origin.

12. Since January 21, I have had trouble sleeping through the night because I worry about my beneficiaries, especially the children who will be impacted by the termination of the

CHNV parole process. As a sponsor, I have heard their stories about the difficult and dangerous life in their countries of origin, the risks taken to enroll in the CHNV parole program and legally enter the United States, the efforts to make a new life in the United States, and the chilling prospect of having to return to their countries of origin. A few of my beneficiaries have become like family to me. We talk frequently, and we have built a support network with other CHNV sponsors and beneficiaries. If they lose their parole status and become subject to deportation, I may never see them again, and the possibilities of the harm they would suffer would haunt me.

13. I am also concerned about the four Cuban people for whom my applications remain pending but may now never be adjudicated. It is frustrating to have put time and effort into their applications for the CHNV parole process only for a new administration to pause their applications indefinitely. The effect of the administration's pause, however, is more concerning as it means that these individuals will now continue to face the challenges of living in Cuba. I understand that daily life in Cuba is extremely difficult under the Communist government. For example, my beneficiaries often struggle to make enough money to pay for food for themselves and their families. Also, food shortages due to government failures are a common experience in Cuba. Making matters worse, frequent power outages make it difficult to keep the food they do have fresh. I applied for them to come to the United States through CHNV parole to reunite them with family already here or to earn money to support their families in Cuba. One of the beneficiaries that I applied for needs to work to help her parent pay for critical cancer treatment. Another is the parent of two young children and struggles to access medical care for their family in Cuba. This beneficiary has lost jobs in Cuba in the past for speaking out against

the government and fears being arrested if he continues to speak out. These people that I have sponsored admire the democracy of the United States and want to experience the freedoms that are supposed to come with it.

14. To me, the loss of CHNV parole is not only the loss of these relationships with amazing people and families that I have met and spent time and resources supporting, but it is a loss of the American dream. The CHNV parole process was a safe, legal pathway through which U.S. citizens could welcome immigrants into their communities. The beneficiaries complied with the rules for the CHNV parole process set forth by the U.S. government, including a rigorous application and vetting process. Now, the Trump administration is turning its back on them and seeks to terminate the legal process by which these individuals have entered the United States, deprive them of immigration benefits, and ultimately, deport them to their countries of origin. After investing significant time and effort to sponsor these amazing, resilient people and to help them become thriving, contributing members of their communities, the idea that all of that could be taken away from us is heartbreaking. That is not the American dream that so many of us have worked so hard for, and it contradicts the very reason why I was so eager to become a sponsor in the CHNV parole process.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in La Crosse, Wisconsin on March 13, 2025.

_Sandra McAnany_
Sandra McAnany