# EXHIBIT 12

to Plaintiffs' Motion for a Preliminary Injunction
and a Stay Under 5 U.S.C. § 705

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>                  Plaintiffs,<br><br>    – *versus* –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>                  Defendants. | **Civil Action No.: 1:25-cv-10495-IT** |

**DECLARATION OF VALENTIN ROSALES TABARES**

I, Valentin Rosales Tabares, upon my personal knowledge, hereby declare as follows:

1. I was born in Granma, Cuba in 1967. I am a national of Cuba.

2. I currently live in Portland, Oregon. I have lived in Portland since I fled Cuba and arrived in the United States in 2016. I became a legal permanent resident the next year, around April 2017.

3. In 2017 I submitted family-based immigrant visa petitions (Form I-130) to United States Citizenship and Immigration Services ("USCIS") on behalf of my wife, my son, and my daughter. At the time, my son was not yet 18 years old, so he was included in the petition that I filed for my wife. My daughter was over 18 years old, so the petition I filed on her behalf was different. All of the petitions were approved in May 2018.

4. Due to the COVID-19 pandemic, U.S. Consular visa processing was delayed, and my wife and son were not issued immigrant visas until 2022. My son was over 18 years old by the time, but due to the delay caused by COVID-19, USCIS allowed him to process with my wife based on his age when the original application was filed.

5. Since my daughter was over 18 years old, her immigrant visa processing time was longer. She was not in a priority category due to her age and there are very few visas available each year for people in this category. I cannot remember the original priority date that I was given for her immigrant visa.

6. I was very happy when my wife and son joined me in Portland in 2022, but it was also very difficult for our family to be separated. My daughter and her six-year-old daughter, my granddaughter, remained in Cuba awaiting news about their immigrant visas. My son also left his wife and young son behind in Cuba. We miss being with our family members and we are also incredibly worried about their safety and security due to the many problems in Cuba.

7. Cuba has experienced sociopolitical and economic hardship for many years. Each day the situation gets worse. Many people cannot find enough food to feed their families, and if they do have food, there is often no gas or electricity for cooking. There are often long periods, ranging from eight hours to several days, where there is no electricity at all. There is almost no public transportation, which makes travel almost impossible. For the few buses that do run, there is often a shortage of gasoline. This capacity shortage means that buses are often crammed full of people, with some people even riding on top, carrying upwards of 100 passengers.

8. Cuba has also seen an increase in violence and political repression as the situation on the island has deteriorated. Many people are afraid to answer their telephones in public because there have been incidents of people being robbed of their phones at knife point. Looters enter people's homes all the time and just take what they want. The police do

nothing. If anyone dares to speak out about the situation, it is assumed that they are protesting against the government, and they will be arrested and disappeared.

9. I fear for my family's safety every day. For this reason, when we learned about the parole program for Cubans, Haitians, Nicaraguans and Venezuelans, in February 2023 I decided to apply for humanitarian parole for my son's family - my daughter-in-law and my grandson. These humanitarian parole applications remain pending.

10. Around the beginning of November 2024 my immigration attorney contacted me and let me know that I had received an invitation to file a petition for my daughter for advance travel authorization and Family Reunification parole. I understood that this Family Reunification Parole would allow my daughter to come to the United States before her immigrant visa priority date and be reunited with us while she waited for her visa to become available.

11. My wife and I were very excited at the possibility of having our daughter and our granddaughter here in Portland with us. We submitted the request for Family Reunification Parole on December 18, 2024, and a few days later received a notification that our daughter had been approved. We were overjoyed.

12. After my daughter was approved in December 2024, she received instructions for steps she needed to complete in order to be given a travel date. My daughter scheduled her medical exam for the first available date, which was January 17, 2025. The medical exam was very expensive, and it is only valid for six months. It cost around 33,000 Cuban pesos which is equivalent to around $300 U.S. dollars. I paid for my daughter's medical exam because she could not afford to pay for it.

13. During this time, my wife and I made many arrangements for the arrival of our daughter and granddaughter. We prepared a room in our home where they would be comfortable. We purchased winter gear, clothes and coats for them since they would be arriving during the winter months in Portland. We also bought many things for our six-year-old granddaughter to make her feel welcome in her new home with us.

14. My family and I waited eagerly for news about our daughter's parole travel date, but it never came. I knew that the new president might make changes to the Family Reunification Parole process, but I didn't expect the changes to happen as soon as he took office.

15. In late January 2025, I called the USCIS office many times to ask for updates on my daughter's travel date. When I called USCIS on January 25, 2025, the USCIS official that I spoke to told me that the parole process had been stopped.

16. I felt so bad when I heard this news. My wife and I thought that our daughter would be here with us soon and that we were just waiting on the travel date. We became very nervous and afraid because our daughter's situation was now in limbo and we didn't know what to do or how to help get her to safety. USCIS could not give us any additional information about what would happen next with our daughter's travel date, and they directed us to contact the Department of State's National Visa Center. We could only contact the National Visa Center by email, and since we don't speak English, we had to pay someone else to assist us with these communications. Our emails to the National Visa Center have gone unanswered.

17. My wife and I are very upset and frustrated because we don't know what to do or what the next steps in the process will be. Aside from missing our daughter and our

granddaughter terribly and wanting them to be reunited with us, we are also very worried about their safety. The home where our daughter and granddaughter live has bars on the windows for safety, and they are afraid to leave their home. In order to minimize risks of violence, my wife purchases food remotely from a Cuban grocery store near our daughter's home and has the groceries delivered to her. A few weeks ago, our daughter asked us to help her purchase security cameras for her home because incidents of theft are on the rise. We also just learned that my wife's mother had her gas tank and valve stolen, and my brother-in-law had one of his horses stolen. No one can live like this; everything is a problem.

18. My wife and I know people in Cuba who were in the same process of waiting for an immigrant visa. They could not handle living like this anymore and risked their lives to flee to the U.S. border with Mexico with young children in tow. There are so many people with stories like ours.

19. We are sick with stress and anxiety. My wife is very nervous that the Family Reunification Parole process has ended, and that we've lost our chance to have our daughter close to us. We don't sleep. We are awake all-night thinking about all of the terrible possibilities of what could happen to our daughter and granddaughter.

20. If the Family Reunification Parole process is paused indefinitely it could be months or years before our daughter and granddaughter are able to safely leave Cuba. There are also many economic implications. We provide financial assistance to our daughter and granddaughter because we love them very much, but it is also a sacrifice for us, and if they cannot come to the United States, we will have to continue to provide food and financial assistance. Providing for them would be so much easier if they were here in the

5

United States with us. Since our daughter's Family Reunification Parole medical exam will expire in July 2025, we will also lose the money that I spent on that step of the process.

21. I am participating in this lawsuit so that I, along with other individuals who are in the same position, can have our beneficiaries take full advantage of their parole and travel authorization, as they should be allowed to do.

22. I am willing to serve as a class representative on behalf of those who are similarly situated to me.

23. I know that if the class is certified, I will be representing more than just myself in this case. I have spoken with the lawyers who represent me about what being a class representative means. I want to help everyone in my situation because we are all harmed by the revocation of parole.

24. I am scared for my daughter and granddaughter to remain in Cuba. It is critical that my daughter and granddaughter be allowed to come to the United States on Family Reunification Parole so that they can securely wait out the time remaining until their immigrant visas become available.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in Portland, Oregon on March 14, 2025

_____
Valentin Rosales Tabares

## CERTIFICATE OF INTERPRETATION AND TRANSCRIPTION

I, Emily Martin, certify that I am fluent in English and Spanish, that I am competent to interpret between these languages, and that I transcribed the foregoing between English and Spanish accurately. I further certify that I provided a translation of the foregoing to Valentin Rosales Tabares in Spanish and that he affirmed that it is true and correct.

Executed: 3/17/2025

_____
Emily Martin