# EXHIBIT 13

to Plaintiffs' Motion for a Preliminary Injunction
and a Stay Under 5 U.S.C. § 705

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>                Plaintiffs,<br><br>   – *versus* –<br><br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>                Defendants. | **Civil Action No.: 1:25-cv-10495-IT** |

### DECLARATION OF ADOLFO GONZALEZ, JR.

I, Adolfo Gonzalez, Jr., upon my personal knowledge, hereby declare as follows:

1. I was born in Laredo, Texas in December 1972. I am a United States citizen.

2. I currently live in Zapata, Texas, with my wife and daughter. I have been living here for about 37 years.

3. My wife and I have been together since 2017, and we officially got married in February 2023. Our daughter, who is sixteen years old, is my wife's biological daughter, but I consider her as my daughter all the same. I recently completed the process to legally adopt her, and I am now in the process of obtaining a certificate of citizenship for her. I also have two daughters from a separate marriage, ages 18 and 21.

4. I served in the Army for about 35 years. I acted as a First Sergeant during my service in the Army. In February 2025, I retired from active service and was honorably discharged.

5. My wife is a national from Mexico. She is currently undocumented, and she was not admitted or paroled upon arriving to the United States.

6. Given my wife's undocumented status, we as a family have always had to be very cautious. When I was in active duty in the Army and away from home, my wife's undocumented status was always something that was at the back of my mind. If we ever went out of town as a family, we would always be extra cautious wherever we went, often missing out on experiences together due to our hyper-vigilance of encountering possible checkpoints in certain areas. There is always that fear that anything could happen, which is why it became important for us to see what options there are for my wife, for her to no longer live in fear of deportation.

7. In our search for ways to help my wife adjust her status from within the United States, around December 2023 we met with an immigration attorney, who informed us about military parole in place as an option for my wife because I served in the military. Soon after this meeting, we immediately began gathering all of the necessary information and documentation for the application. Our immigration attorney submitted our military parole in place application (the Form I-131) on our behalf around March 2024.

8. In early March 2025, our immigration attorney informed us that military parole in place applications were no longer being reviewed or processed by the United States Citizenship and Immigration and Services ("USCIS") agency.

9. At first, we were confused, and thought our application was denied, but then our immigration attorney clarified that that was not the case, and that USCIS is just no longer reviewing these applications. Hearing the news that military parole in place applications were at a standstill was extremely hard for us to hear.

10. We feel sad, worried, and anxious about what this means for our family. I do not want my wife to continue living in fear that immigration officers could detain and deport her at any

moment, separating her from us. Our sixteen-year-old daughter depends on me and my wife, but especially my wife for so many things, like getting her to and from school each day and her parental support. If they were ever to be separated in this way, this would negatively impact our daughter.

11. I also personally feel let down by the government. I served my country honorably for over 30 years, but I feel that what the government is doing in refusing to process military parole in place applications is just not right. Military parole in place is a process that has helped military service members, veterans, and members of their family remain together, which will only continue to help the future generations of those serving this country. Not letting these parole applications get processed will only hurt these service members, veterans and their mixed-status families.

12. Ever since we heard the news about military parole in place being paused, we have been trying to prepare for the worst-case scenario. I have made sure that my wife and our daughter always have the name and phone number of our immigration attorney in case anything ever happens to my wife when I am not around. Now, my wife is also not going out as much and staying home when she can due to anxiety and to avoid taking any unnecessary risks. I take our daughter to more places now, like school, so my wife doesn't have to. We are trying our best to live a normal life, but it is hard not knowing what could happen.

13. I am a U.S. citizen and was able to serve my country because of my grandparents and great-grandparents, who came to this country from Mexico in the 1940s. Like my grandparents and great-grandparents, my wife, and many other immigrants who have migrated to the United States, they all came to this country for a better life and to work

3

hard and contribute to society. That is why military parole in place felt like a beacon of hope, an opportunity that would allow my wife to be on a path for permanent residency while remaining with us here in the United States, ensuring my wife can continue being in our daughter's life to help her establish herself and her future.

14. Losing military parole in place permanently would only bring more anxiety and stress into my life and our family's life, not just for me and my wife but also our daughter. I know my wife is already feeling stressed and scared about what could happen if military parole in place is no longer an option, and as her husband I share in that fear with her. Fear feels like something we cannot escape right now.

15. I am participating in this lawsuit so that I, along with other individuals who are serving or have served in the military, are allowed to access the benefits that are promised to us.

16. I am willing to serve as a class representative on behalf of those who are similarly situated to me.

17. I know that if the class is certified, I will be representing more than just myself in this case. I have spoken with the lawyers who represent me about what being a class representative means. I want to help everyone in my situation because we are all harmed by the revocation of military parole in place.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in Zapata, Texas on 3/16/2025

_____
Adolfo Gonzalez, Jr.