# EXHIBIT 14

to Plaintiffs' Motion for a Preliminary Injunction
and a Stay Under 5 U.S.C. § 705

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SVITLANA DOE, et al., | |
| Plaintiffs, | |
| – *versus* – | **Civil Action No.: 1:25-cv-10495-IT** |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al., | |
| Defendants. | |

**DECLARATION OF MARIM DOE**

I, Marim Doe, upon my personal knowledge, hereby declare as follows:

1. I was born in Long Island, New York in December 2003. I am a citizen of the United States of America.

2. I currently live in Goose Creek, South Carolina, at the United States military base. I am an active-duty member of the U.S. Navy and am a student in the nuclear training program. Through the nuclear training program, I am preparing to operate a nuclear reactor on a naval carrier or submarine. I joined the Navy in January 2024 and have been stationed in Goose Creek for the past eight months since completing boot camp.

3. Before joining the Navy, I lived with my family in Texas. My dad came to the United States in 1997, before I was born, and he did not enter the United States legally. I have known for some time that my father does not have legal status in the United States, and the implications of that. My mother also did not have legal status in the United States until very recently.

4. My dad has worked hard his entire life and has always provided for my mom, for me, and for my siblings. My parents helped me get through high school and have endured a lot of hardship. I'm grateful for all the sacrifices that my father has made for me and our family, and for a long time I have wanted to find a way to help him achieve a legal status in the United States.

5. When I was in high school and was considering continuing my education, my father told me that he had to use the money that he saved to pay bills, and he didn't have money to help me pay for college. He was really ashamed. I felt for my dad and assured him that it would be alright. One of the reasons I joined the military is that I got to go to college and my dad does not have to pay for it.

6. I heard about the military parole in place process in high school and understood that through military service, active-duty personnel can sponsor their parents for parole. I graduated from high school in 2023 and I decided to join the Navy so that I could continue studying and obtain a degree, but also because I wanted to help my father obtain legal status. Helping my father was one of the main reasons I decided to join the military.

7. I enlisted in the Navy in January 2024. On May 6, 2024 I submitted Form I-131 to United States Citizen and Immigration Services ("USCIS") to apply for Military Parole in Place for my father.

8. I sponsored my father for parole because I'm really worried about him. My father works at a large corporation in Texas. He is a manager, so he has a good job and gets paid well. He has been with the same company for over twenty years. We are afraid that if the company finds out that my father is undocumented, they could fire him, because the company is looking for ways to fire the older people who are working there.

9.  My father is getting older and since he doesn't have legal status, he will not have retirement benefits, even though he has put in the time and effort at his job to earn them. Since my dad does not have legal status, he won't be able to access his social security benefits or his stock options. I worry about how my mother and father will be able to financially provide for themselves as they get older and approach retirement.

10. My father works the night shift at his job. When he comes home, he helps my mother with her cleaning business. He spends all of his time working in order to provide for my family and pay off debt. He works very hard and gets very little sleep. I'm worried about his health as he ages, and I know he won't be able to keep this pace up forever.

11. Last week I received a frantic call from my mother. My mother explained that she received information from her attorney that my father's parole in place application was going to get paused.

12. When my mother shared this news with me, I was very angry and worried. I couldn't believe this was happening. Helping my father obtain status through military parole in place was one of the main reasons that I joined the military. I felt really distressed.

13. My mother has been telling me about immigration raids in Texas that are happening near where she and my father live. If my father gets detained, they will lock him up and deport him. It would be very bad.

14. My mother and father have been taking more precautions since learning of the raids and the pause on my father's parole application. Now, my mother drives my father to work at night. She wakes my little sister up very early to go and pick my dad up from his night shift and then she takes my sister to school. My mother is driving my father to work because they are afraid of raids and check points.

3

15. I feel helpless because I am so far away from my parents right now. My mother is very worried about what might happen to my father. She is very anxious and stressed. My father is worried too, but he does not show it like my mother. I've been trying to talk to my mother more frequently on the phone to check in on her and my father.

16. I'm also very upset that my father now cannot visit me in South Carolina. My family has previously driven from Texas to South Carolina to visit me, but now they do not feel safe having my father make the trip.

17. If the Military Parole in Place process gets permanently terminated, I don't know what my family will do. This worry is causing me a lot of emotional distress. I want my father to receive the benefits that I should be entitled to through my service in the Navy. I don't want my father to have to worry everyday about being found out, especially by people who don't like immigrants.

18. Sometimes I am in class and am distracted by how awful this situation is, and I am worried about what will happen to my dad in the future. I am worried that while I am serving my country, my father will either lose his job or be detained and deported. If my dad is deported, I don't know how my family would survive financially. I have access to some money through my contract with the Navy, but aside from that, I don't have a lot of money. If my dad were to lose his job, it would be a big loss of income for my family.

19. I would like to use a pseudonym in this lawsuit because I am worried about the safety of my father. If my real name were disclosed in this lawsuit, I am scared that my father would be fired by his employer. If my father were to lose his job, it would be very bad for my family. I'm not sure how my mother and father would be able to support themselves and my little sister financially. I am also scared that if I use my real name my father could

4

be targeted by immigration enforcement and detained and deported. There are many

people in the United States that do like not immigrants.

20. I have heard many stories about immigrants being harmed by people with anti-immigrant

views. There have been many reports of this happening in small towns throughout the

country. For this reason, my parents always take alternate routes when they are driving in

order to avoid driving through small towns. I am worried that if I use my real name in

this lawsuit my father could be targeted by anti-immigrant people who would harm him.

21. I am participating in this lawsuit so that I, along with other individuals who are serving or

have served in the military, are allowed to access the benefits that were promised to us

when we enlisted.

22. I am willing to serve as a class representative on behalf of those who are similarly

situated to me.

23. I know that if the class is certified, I will be representing more than just myself in this

case. I have spoken with the lawyers who represent me about what being a class

representative means. I want to help everyone in my situation because we are all harmed

by the revocation of military parole in place.

I declare under penalty of perjury and under the laws of the United States that the foregoing is
true and correct to the best of my knowledge.

Executed in Goose Creek, South Carolina on March 14, 2025



Marim Doe