# EXHIBIT 15

to Plaintiffs' Motion for a Preliminary Injunction
and a Stay Under 5 U.S.C. § 705

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>*Defendants.* | Case No.: 1:25-cv-10495-IT |

**DECLARATION OF TERESA DOE**

I, Teresa Doe, upon my personal knowledge, hereby declare as follows:

1. I was born in Cabañas, El Salvador in January 1977. I am a national of El Salvador.

2. I currently live in Las Vegas, Nevada.

3. I live with my husband and our four children. My husband is also a national of El Salvador and currently has Temporary Protected Status (TPS). My two oldest children are both lawful permanent residents, and my youngest child is a U.S. citizen.

4. Before I came to the United States, my second youngest son and I lived in El Salvador, separated from the rest of our family. We wanted desperately to be reunited, so my husband petitioned for our son to receive parole through the Central American Minors ("CAM") parole process. We had to wait for about three years after the petition was filed, but when the petition was finally approved, I was able to come to the United States with our son as an eligible family member. My son and I entered the United States on January 18, 2017. Our initial period of parole lasted until January 17, 2019.

5. After that initial two-year period of parole ended, I applied for and received CAM re-parole.

6. My current period of parole expired March 13, 2025. I have applied for re-parole but have not yet received approval.

7. I first heard about the ending of parole programs from the attorney assisting me with my re-parole application in late January or early February.

8. When I heard about the possibility of losing my parole, I felt terrified. I did not know what to do; I felt like there was no way out. The possibility of having to return to El Salvador and be separated from my family in the United States is devastating.

9. My husband works and supports our family. I stay home and take care of my children and our home. My youngest son, a U.S. citizen, is in high school and I take him to school every day. I cook all the meals for my family and take care of the house.

10. During the week I am the caretaker for my two U.S. citizen granddaughters, who are 2.5 years old and 6 months. There is no one else to care for them because both of their parents work full-time.

11. I was separated from most of my children and my husband for many years since I lived in El Salvador and was unable to live in the United States. My second youngest son was also separated from his father and his siblings. It was a very difficult time. Now that we are all together, we are all doing very well.

12. If I had to leave the United States, I would be torn away from my family. My youngest child and my grandchildren would have no one to take care of them.

13. I want to keep my family safely together in the United States, like we have been together here for eight years. I want to watch my children and grandchildren grow, and to take care of my family. I haven't been to my country since I left almost 9 years ago, and I do not want to go back because my family is not there.

14. Aside from not wanting to be separated from my family, I am scared of going back to El Salvador. I have many concerns about my safety there. You cannot trust the authorities to protect you and the political climate is not good there.

15. I am participating in this lawsuit so that I, along with other individuals who are in the same position, can continue to remain with our families and seek reparole.

16. I am willing to serve as a class representative on behalf of those who are similarly situated to me.

17. I know that if the class is certified, I will be representing more than just myself in this case. I have spoken with the lawyers who represent me about what being a class representative means. I want to help everyone in my situation because we are all harmed by the termination of the parole process.

18. I am requesting that the court allow me to use a pseudonym in this lawsuit. I am afraid to have my name used publicly in this case because I am afraid of publicly sharing my immigration status. I also fear that I could face retaliation for being a plaintiff in this case, and that it might affect my or my family's immigration applications. I am worried that if my name is public, immigration officials could target me and detain and deport me. My biggest fear is being separated from my family and being removed back to El Salvador.

19. This declaration has been read to me in Spanish, my native language, and I understood it and confirmed its contents.

//
//
//
//
//

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in Las Vegas, Nevada on March 16, 2025.



Teresa Doe

4

CERTIFICATE OF INTERPRETATION AND TRANSCRIPTION

I, Emily Martin, certify that I am fluent in English and Spanish, that I am competent to interpret between these languages, and that I interpreted and transcribed the foregoing between English and Spanish accurately. I further certify that I read the foregoing to Teresa Doe in Spanish and that she affirmed that it is true and correct.

Executed: 3/17/2025                              _____
                                                 Emily Martin