# EXHIBIT 16

to Plaintiffs' Motion for a Preliminary Injunction
and a Stay Under 5 U.S.C. § 705

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

SVITLANA DOE, *et al.*,

    *Plaintiffs,*

    v.

KRISTI NOEM, in her official capacity as Secretary of
Homeland Security, *et al.*,

    *Defendants.*

Case No.: 1:25-cv-10495-IT

## DECLARATION OF ROSA DOE

I, Rosa Doe, upon my personal knowledge, hereby declare as follows:

1.  I was born in Olanchito Yoro, Honduras in July 1994. I am a national of Honduras.

2.  I currently live in Austin, Texas. I have lived in Austin, Texas for about ten years.

3.  I live with my four U.S. Citizen daughters. I have one other daughter in Honduras.

4.  I serve as a volunteer chaplain at my local church. I have done this for about five years.
    In this role, I serve people in need in my community. This can include visiting people
    who are incarcerated or visiting with people in need in our community itself.

5.  I came to the United States in 2013. I was trafficked into the United States and am also a
    survivor of rape and other violence in Honduras. I now have U Visa deferred action
    status, which was approved in May 2023, and my U Visa application remains pending.

6.  In about June 2023, I filed an Affidavit of Relationship through the Central American
    Minors ("CAM") parole process to try to reunite with my daughter and my elderly
    parents, all of whom live in Honduras. My daughter also had a refugee application
    pending. Unfortunately, my daughter was issued a Notice of Intent to Deny her refugee

application but was allowed to proceed with parole. Sadly, my mother died in October 2024, so my father took over legal custody of my daughter. My daughter and my father continued with their applications for parole to have permission to enter the United States.

7. My father and daughter both had their medical exams for the CAM parole process in October 2024.

8. In November 2024, they both received conditional approval letters for their parole applications.

9. I expected them to travel sometime soon after receiving the approvals. I thought they were going to travel in December, but we didn't have enough money to pay for their travel at that time. I spent all of my savings on medical expenses related to trying to save my mother's life. After she died, I paid for all the funeral expenses. Since I used all of my savings, we changed our plan for my daughter and father to travel in late January of 2025.

10.  Then, after January 20, 2025, I stopped being able to reach the International Organization for Migration ("IOM") in Honduras, and I could not get updates on their cases.

11. I could not get any answers until March 7, 2025, when someone from IOM called me and told me that my father and daughter would still be able to travel but it would take more time.

12. I have now heard that CAM parole is likely to be cancelled soon, and that if CAM parole is cancelled, my father and daughter will not be able to travel to the United States at all on parole. I had sought help from a nonprofit organization with my daughter and father's parole applications, and the people from that organization informed me about this news.

13. When I heard about the possibility of my daughter and father being unable to travel with parole after everything I and we have been through, immediately my world fell on top of me. I was devastated; this was my only hope. I couldn't believe that I got to the point of having everything about to come together with their travel and then to lose it. It was extremely traumatic.

14. The death of my mother is still very fresh.  And now not being able to see my daughter and my father is so, so difficult, especially when they are both also grieving. This whole process has been tied up with their grief, as my daughter and father had to leave immediately after burying my mother for an interview related to the case. And now, it seems it is for nothing.

15. Since learning about this new change in policy I have spoken with my father to share what I have learned. My father was extremely sad to hear this, and he just kept saying that he wants to see me before he dies. Since my mother died, he fears he will die soon because he is older than my mother was. He wants to see me, and deliver my daughter to me, before he dies.

16. I am also afraid for my fourteen-year-old daughter's safety in Honduras if she is not able to travel soon. I had to flee violence in Honduras. I suffered dangerous physical and sexual abuse from a man in Honduras who raped me for the first time when I was 14 years old. My daughter is now 14 years old, and she is in danger from this same man and his associates. I am terrified she will suffer what I suffered, and I have no peace knowing she is still in danger.

17. I am participating in this lawsuit so that I, along with other individuals who are in the same position, can continue to participate in the CAM parole process.

3

18. I am willing to serve as a class representative on behalf of those who are similarly situated to me.

19. I know that if the class is certified, I will be representing more than just myself in this case. I have spoken with the lawyers who represent me about what being a class representative means. I want to help everyone in my situation because we are all harmed by the termination of the CAM parole process.

20. I am afraid to use my name publicly in this case because I do not want the world to know that I am a survivor of human trafficking and rape. I also do not want my name or participation in this case to be public because it will increase the danger to my daughter, who is a minor, in Honduras if the man who harmed me knows that I am participating in this case.

21. I am also afraid to have my name used publicly in this case because I am afraid of publicly sharing my immigration status. I also fear that I could face retaliation for being part of this case or that my daughter and father's cases could be harmed in retaliation for participating.

22. This declaration has been read to me in Spanish, my native language, and I understood it.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in Austin, Texas on 3/17/2025



Rosa Doe