# EXHIBIT 17

to Plaintiffs' Motion for a Preliminary Injunction
and a Stay Under 5 U.S.C. § 705

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>*Defendants.* | Case No.: 1:25-cv-10495-IT |

**DECLARATION OF ALEKSANDRA DOE**

I, Aleksandra Doe, upon my personal knowledge, hereby declare as follows:

1. I was born in Mykolaiv, Ukraine in October 1995. I am a national of Ukraine.

2. I currently live in San Jose, California, with my husband and our five-year-old son. My husband, son, and I are all here with parole through the Uniting for Ukraine ("U4U") process. My sister and my husband's cousin are also here in the United States on U4U parole.

3. My husband and I got married in 2019, and that same year, our son was born. Because of the ongoing war between Russia and Ukraine following the Russian invasion of Ukraine in 2022, life in Ukraine during that time meant we were living in constant fear. I would hear missiles flying around us every day. We sat for weeks without electricity, and my son, who was about two or three at the time, would get sick from the cold. My husband and I knew we had to leave Ukraine for the safety and wellbeing of our son.

4. When Russia invaded Ukraine, my husband had a transit visa that enabled him to work in the United States on a ship. While waiting in the United States for his ship to arrive, he

learned about the U4U process from an acquaintance. In December 2022, after his ship had departed, he made the decision to return to Ukraine, and we decided then to apply for U4U as a family. An acquaintance of my husband helped us find a sponsor who lives in the United States. Our sponsor filed a U4U application for us in January 2023, and my son and I were approved in February 2023. Because my husband is a citizen of Moldova and not Ukraine, he had to wait longer. His travel authorization was approved a few months later in March 2023. We all came to the United States on March 31, 2023, but because we arrived at the airport so late at night, all three of us were granted parole the next day, on April 1, 2023. Our grant of parole expires on March 29, 2025.

5. When we arrived in the United States in 2023, we first lived close to our sponsor, in Rhode Island, before moving to Massachusetts. In June 2023, my sister arrived in the United States under U4U, joining her husband who was already in the United States. My sister's husband currently has TPS. At a certain point after her arrival, my sister's husband let us know that he was able to get the construction company he works for to offer my husband a job at the company in San Jose. We decided to move to San Jose in December 2023 so my husband could work at this company, and we have been living here ever since.

6. Adjusting to life in the United States took us some time, but now we are in San Jose with a stable job for my husband and we have settled into our new lives here.  I obtained my work authorization in May 2023. When we lived in Massachusetts,  I was a stay-at-home mom taking care of our home and our son. Since arriving to San Jose, I occasionally work by cleaning houses. My husband works full time for the same construction company, mainly repairing kitchens and bathrooms.

7. We have a very normal and safe life here. My son enjoys going to school, and he is treated very well there. He is currently in transitional kindergarten. My son loves everything he learns at school, but he particularly loves his English class. We love our local neighborhood in San Jose and have gotten to know a lot of the neighbors, many of whom are Spanish speakers, who enjoy sharing their lovely culture and music with us. There are many students at my son's school who also speak Spanish, and my son enjoys being around them. I particularly like that the culture here is very child-oriented. There are so many playgrounds and museums in the area that my son enjoys, and opportunities for child development are lacking in Ukraine right now.

8. In October 2023, my family and I applied for the diversity visa lottery, which would allow us to potentially obtain a green card. We knew the odds of winning were very slim, but we decided to apply because we like our life here in the United States, especially for our son. In addition, having a green card would allow us to travel more freely, which has become very important to us because my only family in Ukraine, my grandmother and father, are struggling, and I would like to visit and assist them. My grandmother recently had a stroke, and my father works very long hours, so he struggles to provide the consistent caretaking my grandmother needs. It would be a blessing to be able to return to Ukraine for a period of time to help support them. My husband's father is also elderly and we are not sure how much time we have with him. We were therefore overjoyed to hear that our diversity visa applications were selected to move forward in the diversity visa program for Fiscal Year 2025.

9. Since then, we have completed the necessary medical examinations required in the diversity visa process. We submitted our I-485 applications for adjustment of status in

December 2024, and then completed our biometrics. The next step in the process was to attend an interview. At the end of January 2025, we were notified that our interview was scheduled for February 27, 2025, with USCIS. However, on February 19th, we received a notice of cancellation of the interview from USCIS, with no other information. Attached as **Exhibit 18** is a true and correct copy of the cancellation notice I received from USCIS, informing us that our interview had been cancelled. At that time, news about the pause on all U4U parolee immigration applications was actively spreading, and we realized that our interview being cancelled was likely the result of that pause.

10. We also learned about the government's plan to terminate the U4U parole process around the same time when we heard about the pause on processing immigration applications filed by parolees. The news of the government's intention in terminating U4U was very upsetting to me because there are many people who are still trying to escape from Ukraine because the situation and living conditions there have not improved. For instance, my husband's brother, his wife, and their child have pending U4U applications through my husband, who is their sponsor, and they will no longer have a chance to leave Ukraine safely if U4U is permanently terminated.

11. In addition to our I-485 applications, my son and I applied for temporary protected status ("TPS") in December 2024. Our applications remain pending but now based on everything I have heard about the pause on all immigration benefit applications filed by parolees like me, I worry that these applications will no longer move forward either.

12. My family and I did not apply for U4U re-parole for a couple reasons. First, because we had been selected to move forward in the diversity visa process and complied with all necessary steps to move through this process, we did not think it was necessary to reapply

for U4U parole. Additionally, we had already spent upwards of $6,000 on our I-485 applications and all the additional requirements, like the medical exams we needed to take, and we could not afford to spend more money on another application. We also thought that we would be able to secure TPS once those applications were reviewed, which would provide at least me and my son with extra protection before our parole expires.

13. I felt horrible when I heard the news about our interview being cancelled and the pause on processing parolees' immigration applications. This means that our applications to adjust our status and become green card holders through the diversity visa process is on pause indefinitely, as well as the TPS applications for me and my son. With our parole expiring very soon, this indefinite pause causes extreme hardships on me and my family.

14. With our parole expiring in less than two weeks, on March 29, 2025, and our I-485 and TPS applications on pause indefinitely, my husband and I will be left without valid work authorization. As a result, we fear that my husband will lose his job and will no longer be able to work and support our family. We have rent, bills, and other expenses like our son's education—and without the ability to work, we will not be able to afford to pay for these necessities. Also, if our diversity visa interview is placed on an indefinite hold and we cannot complete this interview and finish the process by September 30 of this year, we will lose the opportunity to obtain this relief and will be left without status in the United States. There are so many people applying for the diversity lottery that winning is a once-in-a-lifetime stroke of luck—we do not have much hope that we would be able to win again in our lifetimes, much less within any amount of time to help preserve or continue our legal status in the United States.

15. I did not expect that this would happen at all — we thought we did everything right in terms of coming here on parole and then submitting applications for other immigration relief in order to seek additional protection from the dangers of war in our home country. It is frustrating to think that this indefinite pause on processing our immigration applications could leave us in a state of limbo, without work authorization and the ability to support ourselves and our child, and without protection to remain here in the United States. It is simply unfair; we have worked hard in this country and paid taxes, and we invested a lot of time and money into the diversity visa process and TPS process. We relied on those processes to help provide us with additional legal protection to stay here in the United States, beyond the U4U parole period, given the conditions in our country right now, but now we do not know what our future holds. We also initially hoped to return to visit our family in Ukraine, to see my father and grandmother and help take care of her, and to see my husband's father who is elderly. We want our family in Ukraine to see and know our son more while they are all still alive. Obtaining a green card would have allowed us to travel home to Ukraine to see and help our family, but without this option, we will not be able to do this.

16. Our circumstances have left me feeling very stressed and sad. There are days where I cannot stop crying because of all of this. The fact that our parole will expire in a few weeks, on top of not knowing when, if ever, our diversity visa applications and TPS applications will be reviewed and processed, leaves me feeling anxious and unsure about our future. The current state of affairs leaves us facing an immediate future of having no work authorization, which would jeopardize our ability to support our family and my son, as well as our future safety and wellbeing.

17. The most important thing for me is that my family and my son are safe and healthy. My son has been thriving here. If our applications for immigration relief are on pause indefinitely, at some point we will be left without legal status in this country and may be forced to return to Ukraine, which is unfortunately not a safe place for my son to be living in right now. My husband has also fallen into a depression because of all of this, and he is deeply worried he won't be able to provide for us. This all just feels like an impossible situation, and the fear I am feeling for my family and my son and what could happen to us feels equal to death for me.

18. I am participating in this lawsuit so that I, along with other individuals who are in the same position, can have our applications for immigration benefits processed, as they should be.

19. I am willing to serve as a class representative on behalf of those who are similarly situated to me.

20. I know that if the class is certified, I will be representing more than just myself in this case. I have spoken with the lawyers who represent me about what being a class representative means. I want to help everyone in my situation because we are all harmed by the indefinite pause on the processing of immigration applications benefits.

21. Although I believe participating in this lawsuit is important, I am afraid of using my real name in this lawsuit. Specifically, I fear the unknown; I don't know if the U.S. government will retaliate against me if my real name were to be made public in this lawsuit. I fear the possibility that if my name were public in this case and the U.S. government discovered I was going against them in this lawsuit, I could be subject to retaliation and deported, despite my pending immigration applications. And if I were

forced to return to Ukraine because of the termination of my U4U parole status, my family will be subjected to the horrible conditions and the destruction that continues in my hometown. I also have a young son, who is not participating in this lawsuit, and I want to protect his privacy and ensure his safety. If I use my real name in this lawsuit, and it is discovered that I am related to my son, I worry that this could put his privacy and safety at risk.

22. For these reasons, I am respectfully asking the court to allow me to proceed as plaintiff in this lawsuit under a pseudonym, to protect myself, my son, and my family.

23. This declaration was read to me in Ukrainian, my native language, and I understood it and confirmed its contents.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in San Jose, California on 3/17/2025.



Aleksandra Doe

8