# EXHIBIT 18

to Plaintiffs' Motion for a Preliminary Injunction
and a Stay Under 5 U.S.C. § 705

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

| Department of Homeland Security | Form I-797C, Notice of Action |
| --- | --- |
| U.S. Citizenship and Immigration Services | |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**



| NOTICE OF INTERVIEW CANCELLATION BY USCIS | | | Notice Date<br>February 19, 2025 |
| --- | --- | --- | --- |
| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | A# |
| Receipt Number | Received Date<br>December 05, 2024 | Priority Date | Page<br>1 of 1 |

This is to advise you that, due to unforeseen circumstances, we have canceled the previously scheduled interview on Thursday, February 27, 2025 at 08:00AM for the above applicant. We regret any inconvenience this may cause. You will be notified of any further action taken on this case, including any rescheduled interview information, under separate notice.

If you have any questions or comments regarding this notice or the status of your case, please contact us at the address or USCIS Contact Center below:

**Office Address:**

SAN JOSE FIELD OFFICE
U.S. CITIZENSHIP & IMMIGRATION SVC
1450 COLEMAN AVE.
SANTA CLARA CA 95050

A Number

Receipt Number



**USCIS Contact Center:**

USCIS Contact Center:
1-800-375-5283

For TDD Hearing Impaired Assistance:
1-800-767-1833

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C   10/13/21