# EXHIBIT 19

to Plaintiffs' Motion for a Preliminary Injunction
and a Stay Under 5 U.S.C. § 705

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Kristi Noem, et al.,<br><br>*Defendants*. | C.A. No: 1:25-cv-10495-IT |

**DECLARATION OF ANDREA DOE**

Yo, Andrea Doe, según mi conocimiento personal, declaro lo siguiente:

1. Soy ciudadana de Nicaragua. Nací en el departamento de Carazo, Nicaragua, en 1991.

2. Actualmente vivo en Mount Airy, Maryland, con mi esposo, Rafael Doe, y nuestros dos hijos pequeños, Isaías y Francisco Doe.

3. Mi esposo, Rafael, fue preso político en Nicaragua antes de que el gobierno de Estados Unidos lo trasladara a este país el 9 de febrero de 2023. Fue encarcelado por su oposición al régimen de Daniel Ortega y condenado a más de 20 años de prisión. El gobierno nicaragüense lo mantuvo en condiciones terribles y sufrió tortura física y mental.

4. Nuestra separación fue terriblemente dura para nuestros hijos y para mí. No solo extrañaba muchísimo a mi esposo, y a mis hijos a su padre, sino que la policía nicaragüense también vigilaba nuestra casa y me daba asedio.  Vehículos policiales se estacionaban frente a nuestra

casa, y cuando visitábamos a mi esposo en la penitenciaría donde estaba detenido, los agentes nos esperaban en la esquina hasta que subíamos al autobús. Fue aterrador para los niños.

5. Después de cuatro largos años de esto, el gobierno nicaragüense liberó abruptamente a 222 presos políticos, entre ellos Rafael. El régimen de Ortega accedió a liberarlos con la condición de que el gobierno de los Estados Unidos los aceptara. Antes de que ninguno de nosotros supiera lo que estaba sucediendo, Rafael y 221 de nuestros compatriotas encarcelados habían sido sacados de la cárcel y estaban en un vuelo a Estados Unidos.

6. A él y a los demás en la misma situación los dejaron entrar a Estados Unidos con "parole."

7. Sentí un gran alivio de que Rafael estuviera fuera de la cárcel y a salvo en Estados Unidos, pero su partida nos dejó a mí y a nuestros hijos en una situación muy insegura en Nicaragua.

8. Un amable estadounidense a quien Rafael había conocido a través de otro pasajero en el vuelo de salida de Nicaragua nos patrocinó a mí y a los niños para que nos reuniéramos con él aquí en Maryland. Nos patrocinó a través del programa que el gobierno de Estados Unidos había establecido para que cubanos, haitianos, nicaragüenses y venezolanos solicitaran permiso humanitario para entrar en Estados Unidos.

9. Nos reunimos en Maryland en el verano de 2023. Rafael encontró abogados voluntarios que lo representaran en la solicitud de asilo y nos incluyó a los niños y a mí en su solicitud.

10. Rafael encontró trabajo en una empresa que instala vinilos publicitarios en vehículos, y la misma empresa me contrató también después de recibir mi permiso de trabajo. Hemos alquilado un apartamento. Nuestros hijos se han adaptado; ambos asisten a la escuela primaria y tienen amigos. Nos sentimos felices y bien integrados en nuestra nueva comunidad.

11. La noticia de que el gobierno de Estados Unidos cancelaría el programa de "parole" humanitario nicaragüense y suspendería el procesamiento de cualquier solicitud de inmigración

que los niños y yo hayamos presentado o podamos presentar en el futuro ha sido una gran

sorpresa. Los niños y yo estamos incluidos en la solicitud de asilo de Rafael, que está pendiente.

Nuestra seguridad y nuestro futuro dependen de la protección que nos brindaría el asilo.

12. Si mis hijos y yo no lográramos que se aprobara nuestra solicitud de asilo y nos privaran de

esa vía hacia la seguridad en Estados Unidos, sería un desastre para nosotros, individualmente y

como familia. El gobierno nicaragüense me vio visitando a Rafael en prisión. Vigilaban nuestra

casa. Saben que soy su esposa. Si me obligaran a regresar a Nicaragua ahora, me detendrían y el

gobierno me quitaría a mis hijos. Cuando intentaba irme en 2023, me retuvieron dos horas en el

aeropuerto de Managua; me quitaron el pasaporte y el de los niños, y me sacaron de la fila.

Finalmente nos dejaron ir, pero fue aterrador.

13. Rafael no querría que corriéramos ese peligro solos, pero si regresara a Nicaragua, sería

detenido de inmediato. Y no podría él regresar a Nicaragua aunque quisiera: cuando lo

expulsaron a él y a los demás pasajeros del vuelo del 9 de febrero a Estados Unidos, el régimen

de Daniel Ortega también les quitó la ciudadanía nicaragüense. Como resultado, Rafael ahora es

apátrida y, hasta que se apruebe su solicitud de asilo, no tiene acceso a la documentación que le

permita viajar a ningún lugar.

14. Nos recibieron bien aquí en Maryland y nos sentimos felices.  Trabajamos duro para

construir un futuro para nuestra familia. Estas recientes decisiones de las autoridades migratorias

estadounidenses nos causan gran ansiedad. Rafael llegó a este país en circunstancias que

escapaban a su control, porque el gobierno nicaragüense decidió expulsarlo y el gobierno de

Estados Unidos los trajo aquí en avión, junto con los demás, para mantenerlos a salvo. El

gobierno estadounidense les indicó a los pasajeros de este vuelo que usaran este programa de

"parole" para los nicaragüenses para solicitar la reunificación con sus familiares que se quedaron en Nicaragua, y eso fue lo que hizo Rafael, con la ayuda de la comunidad de aquí.

15. Participo en esta demanda para que yo mis hijos y otras personas en la misma situación podamos tramitar nuestras solicitudes de beneficios migratorios de forma normal.

16. Solicito que mi esposo, mis hijos y yo nos permitan aparecer bajo seudónimos en los documentos judiciales. Tenemos una solicitud de asilo pendiente y tenemos preocupaciones de seguridad con respeto al gobierno nicaragüense, pero también me preocupan las consecuencias para nuestras vidas aquí en Estados Unidos si se nos descubre como demandantes en esta demanda. Últimamente se ha hablado mucho de los inmigrantes de forma bien fea, y no quiero que mi familia sea víctima de abusos que realmente no hemos hecho nada para merecer. Mi familia y yo estamos muy agradecidos por la ayuda del gobierno estadounidense para liberar a Rafael de su injusta condena en Nicaragua, por traerlo aquí y por ayudarnos a reunirnos después de nuestra larga separación. Solo queremos asegurarnos de que podamos seguir viviendo y trabajando aquí con seguridad y de que nuestra solicitud de asilo se tramite normalmente. Declaro bajo pena de perjurio que las declaraciones anteriores son verdaderas y correctas según mi leal saber y entender.


Firmado en Mount Airy, Maryland, el 16 de marzo de 2025.



_____

Andrea Doe

## <u>CERTIFICATE OF TRANSLATION</u>

I, Shala Gafary, am competent to translate from Spanish to English, and certify that the translation of **Declaration of Andrea Doe** is true and accurate to the best of my abilities.

Date: 3/17/2025

Shala Gafary
Human Rights First
121 West 36th Street
PMB 520
New York, NY 10018
212-845-5247
gafarys@humanrightsfirst.org