# EXHIBIT 38

to Plaintiffs' Motion for a Preliminary Injunction
and a Stay Under 5 U.S.C. § 705

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

Case 1:25-cv-10495-IT   Document 24-38   Filed 03/17/25   Page 2 of 6

Table 1 Programmatic or categorical parole orders under section 212(d)(5) of the Immigration and Nationality Act - Infogram

Table 1

## Programmatic or categorical parole orders under section 212(d)(5) of the Immigration and Nationality Act

| Number | Date | Order | Adjustment of Status | Other Act* |
|---|---|---|---|---|
| 1 | 11/12/54 | Parole from detention | | |
| 2 | 11/13/56 | Setting a limit of 5,000 parolees from Hungary | P.L. 85-559 | |
| 3 | 12/1/56 | Setting a limit of 15,000 parolees from Hungary | P.L. 85-559 | |
| 4 | 1/2/57 | Removing the limit on parolees from Hungary | P.L. 85-559 | |
| 5 | 12/6/57 | Pre-examination parole | | |
| 6 | 12/6/57 | Parole of crewmembers | | P.L. 104-208 |
| 7 | 1/8/58 | Parole at ports | | |
| 8 | 1/1/59 | Paroling small numbers of Cubans | P.L. 89-732 | |
| 9 | 1/1/62 | Paroling Cubans, not referring to hearings | P.L. 89-732 | |
| 10 | 1/27/60 | Guam Parolee Defense program | | |
| 11 | 7/14/60 | Fair Share Act parole | P.L. 86-648 | |
| 12 | 12/8/61 | Parole of crewmembers expanded | | P.L. 104-208 |
| 13 | 5/23/62 | Hong Kong Chinese parole | P.L. 95-412 | |
| 14 | 11/15/62 | Guam Reconstruction and Rehabilitation Parole Program | | |
| 15 | 3/15/63 | Guam Reconstruction and Rehabilitation Parole Program extension | | |
| 16 | 5/10/63 | Russian Orthodox Old Believer parole | P.L. 95-412 | |
| 17 | 11/15/63 | Guam Reconstruction and Rehabilitation Parole Program extension | | |
| 18 | 3/15/64 | Guam Reconstruction and Rehabilitation Parole Program extension | | |
| 19 | 11/15/64 | Guam Reconstruction and Rehabilitation Parole Program extension | | |
| 20 | 3/15/65 | Guam Reconstruction and Rehabilitation Parole Program extension | | |
| 21 | 11/6/65 | Cuba Airlift Parole | P.L. 89-732 | |
| 22 | 11/15/65 | Guam Reconstruction and Rehabilitation Parole Program extension | | |
| 23 | 3/15/66 | Guam Reconstruction and Rehabilitation Parole Program extension | | |
| 24 | 11/15/66 | Guam Reconstruction and Rehabilitation Parole Program extension | | |
| 25 | 3/22/67 | Parole of crewmembers expanded | | P.L. 104-208 |
| 26 | 5/15/67 | Guam Reconstruction and Rehabilitation Parole Program extension | | |

Sources: See links and text above

*Note: Other acts refer to congressional references to the use of parole, extension of benefits to parolees, extensions of deadlines to apply for adjustment of status, etc.

https://www.cato.org/blog/126-parole-orders-over-7-decades-historical-review-immigration-parole-orders

Case 1:25-cv-10495-IT   Document 24-38   Filed 03/17/25   Page 3 of 6

Table 1 Programmatic or categorical parole orders under section 212(d)(5) of the Immigration and Nationality Act - Infogram

Table 1

## Programmatic or categorical parole orders under section 212(d)(5) of the Immigration and Nationality Act

| Number | Date | Order | Adjustment of Status | Other Act* |
|---|---|---|---|---|
| 27 | 11/15/67 | Guam Reconstruction and Rehabilitation Parole Program extension | | |
| 28 | 3/15/68 | Guam Reconstruction and Rehabilitation Parole Program extension | | |
| 29 | 11/15/68 | Guam Reconstruction and Rehabilitation Parole Program extension | | |
| 30 | 3/15/69 | Guam Reconstruction and Rehabilitation Parole Program extension | | |
| 31 | 11/15/69 | Guam Reconstruction and Rehabilitation Parole Program extension | | |
| 32 | 1/2/70 | Czechoslovak parole | P.L. 95-412 | |
| 33 | 10/1/71 | Soviet Union minority religious groups | P.L. 95-412 | |
| 34 | 12/11/71 | Advance parole | | P.L. 96-422 |
| 35 | 9/30/72 | Ugandan Asians | P.L. 95-412 | |
| 36 | 10/26/73 | Cuban third country parole | P.L. 89-732 | |
| 37 | 3/25/75 | Vietnamese orphans | P.L. 95–145 | |
| 38 | 4/18/75 | Vietnamese refugees | P.L. 95–145 | |
| 39 | 6/12/75 | Detained Chilean dissidents | P.L. 95-412 | |
| 40 | 8/1/75 | Vietnamese and Cambodian refugees | P.L. 95–145 | |
| 41 | 5/6/76 | 11,000 refugees from Vietnam, Cambodia, or Laos | P.L. 95–145 | |
| 42 | 10/27/76 | South Americans | P.L. 95-412 | |
| 43 | 8/11/77 | 15,000 refugees from Vietnam, Cambodia, or Laos | P.L. 95–145 | |
| 44 | 1/25/78 | 7,000 "boat cases" from Vietnam | P.L. 95–145 | |
| 45 | 6/14/78 | South Americans | P.L. 95-412 | |
| 46 | 6/14/78 | Long Range Parole program for 25,000 from Vietnam, Cambodia, or Laos | P.L. 95–145 | |
| 47 | 12/1/78 | Soviet Jews and Romanians | P.L. 95-412 | |
| 48 | 12/5/78 | Long Range Parole program increased to 46,875 | P.L. 95–145 | |
| 49 | 12/6/78 | 1,000 Lebanonese refugees | P.L. 95-412 | |
| 50 | 12/6/78 | 3,500 Cuban political prisoners and family | P.L. 95-412 | |
| 51 | 4/10/79 | Asylum Parole Regulation | P.L. 96-212 | |
| 52 | 4/16/79 | Iranian parole | P.L. 95-412 | |
| 53 | 4/13/79 | 40,000 refugees from Vietnam, Cambodia, or Laos | P.L. 95–145 | |
| 54 | 10/16/79 | 3,000 refugees from Eastern Europe | P.L. 95-412 | |
| 55 | 10/16/79 | 14,000 refugees from Vietnam, Cambodia, or Laos per month | P.L. 95-412 | |

Sources: See links and text above

*Note: Other acts refer to congressional references to the use of parole, extension of benefits to parolees, extensions of deadlines to apply for adjustment of status, etc.

https://www.cato.org/blog/126-parole-orders-over-7-decades-historical-review-immigration-parole-orders

Case 1:25-cv-10495-IT   Document 24-38   Filed 03/17/25   Page 4 of 6

Table 1 Programmatic or categorical parole orders under section 212(d)(5) of the Immigration and Nationality Act - Infogram

Table 1
## Programmatic or categorical parole orders under section 212(d)(5) of the Immigration and Nationality Act

| Number | Date | Order | Adjustment of Status | Other Act* |
|---|---|---|---|---|
| 56 | 12/15/79 | 3,000 refugees from Eastern Europe | P.L. 95-412 | |
| 57 | 12/15/79 | 14,000 refugees from Vietnam, Cambodia, or Laos per month | P.L. 95-412 | |
| 58 | 6/20/80 | Cuban/Haitian entrant parole | P.L. 99-603 | P.L. 96-422 |
| 59 | 10/21/80 | Cuban/Haitian entrant parole extended | P.L. 99-603 | P.L. 96-422 |
| 60 | 12/14/84 | Cuban political prisoner parole | P.L. 89-732 | |
| 61 | 5/1/86 | Border Khmer parole | P.L. 101-167 | |
| 62 | 12/28/87 | Parole of Mariel boatlift Cubans detained since the boatlift ended | P.L. 89-732 | |
| 63 | 12/8/88 | 2,000 Soviets per month who were denied refugee status | P.L. 101-167 | P.L. 102-391 |
| 64 | 2/1/89 | Orderly Departure Vietnam parole | P.L. 101-167 | P.L. 106-429 |
| 65 | 11/21/89 | Hungarian and Polish parole | P.L. 104-208 | |
| 66 | 6/12/05 | Undated 1990s parole processes | | |
| 67 | 4/11/90 | Chinese parole from detention | P.L. 102-404 | |
| 68 | 7/27/90 | Parole of crewmembers expanded | | P.L. 104-208 |
| 69 | 5/1/90 | Pilot parole program from detention for asylum seekers | | |
| 70 | 1/31/91 | Salvadorans and Guatemalans, ABC settlement asylum parole | P.L. 105-100 | |
| 71 | 9/30/91 | Haitian Parole | P.L. 105-277 | |
| 72 | 4/20/92 | Parole program from detention for asylum seekers | | |
| 73 | 9/9/94 | Cuban migration accord first lottery | P.L. 89-732 | |
| 74 | 10/14/94 | Cuban Guantanamo parole of certain children and elderly | P.L. 89-732 | |
| 75 | 11/25/94 | Adoptee parole | P.L. 104-51 | |
| 76 | 12/2/94 | Cuban Guantanamo parole of all children | P.L. 89-732 | |
| 77 | 5/2/95 | Cuban Guantanamo parole of everyone else | P.L. 89-732 | |
| 78 | 5/2/95 | Wet Foot, Dry Foot Cuban parole | | |
| 79 | 3/15/96 | Cuban migration accord second lottery | P.L. 89-732 | |
| 80 | 9/17/96 | Iraqi parole | P.L. 105-277 | |
| 81 | 3/6/97 | Re-establishing parole categories under new parole statute | | |
| 82 | 3/6/97 | Clarifying and extending parole for crew members | | |
| 83 | 6/15/98 | Cuban migration accord third lottery | P.L. 89-732 | |
| 84 | 10/7/98 | Presumption in favor of paroling asylum seekers | | |

Sources: See links and text above
*Note: Other acts refer to congressional references to the use of parole, extension of benefits to parolees, extensions of deadlines to apply for adjustment of status, etc.

https://www.cato.org/blog/126-parole-orders-over-7-decades-historical-review-immigration-parole-orders

Case 1:25-cv-10495-IT   Document 24-38   Filed 03/17/25   Page 5 of 6

Table 1 Programmatic or categorical parole orders under section 212(d)(5) of the Immigration and Nationality Act - Infogram

Table 1
## Programmatic or categorical parole orders under section 212(d)(5) of the Immigration and Nationality Act

| Number | Date | Order | Adjustment of Status | Other Act* |
|---|---|---|---|---|
| 85 | 12/21/00 | Parole of people ordered removed who could not be removed | | |
| 86 | 4/6/04 | Crew lightering parole | | P.L. 104-208 |
| 87 | 8/11/06 | Cuban Medical Professional Parole program | P.L. 89-732 | |
| 88 | 6/21/07 | Parole in Place for family of U.S. veterans | | P.L. 116-92 |
| 89 | 8/6/07 | Transferring responsibility for 2 parole programs to USCIS | | |
| 90 | 11/21/07 | Cuban Family Reunification Parole program | P.L. 89-732 | |
| 91 | 9/1/08 | Re-establishing various parole categories and agency responsibility | | |
| 92 | 12/8/09 | Reinstating the presumption in favor of asylum parole | | |
| 93 | 1/13/10 | Haitian parole | | |
| 94 | 1/18/10 | Haitian orphan parole | P.L. 111-293 | |
| 95 | 1/25/10 | Haitian advance parole extension | | |
| 96 | 11/15/13 | Parole in Place for family of U.S. veterans formalized and expanded | | P.L. 116-92 |
| 97 | 11/14/14 | Central American Minors program | | |
| 98 | 12/18/14 | Haitian Family Reunification Parole | | |
| 99 | 5/9/16 | Filipino World War II Veterans Parole | | |
| 100 | 6/26/16 | Central American Minors program expansion | | |
| 101 | 11/23/16 | Parole in Place for family of U.S. veterans expanded again | | P.L. 116-92 |
| 102 | 1/17/17 | International Entrepreneur Rule | | |
| 103 | 3/10/21 | Partial reopening of the Central American Minors program | | |
| 104 | 6/15/21 | Expansion of the Central American Minors program | | |
| 105 | 7/31/21 | Parole from Border Patrol detention | | |
| 106 | 8/23/21 | Afghan evacuation parole | | P.L. 117-43 |
| 107 | 10/12/21 | Haitian Family Reunification Parole restart | | |
| 108 | 10/12/21 | Filipino World War II Veterans Parole restart | | |
| 109 | 11/2/21 | Parole + Alternatives to Detention from Border Patrol for families | | |
| 110 | 3/11/22 | Ukrainian port of entry parole | | P.L. 117-128 |
| 111 | 3/29/22 | Asylum Parole Rule | | |
| 112 | 4/27/22 | Haitian food-Ukrainian parole | | P.L. 117- |

Sources: See links and text above
*Note: Other acts refer to congressional references to the use of parole, extension of benefits to parolees, extensions of deadlines to apply for adjustment of status, etc.

https://www.cato.org/blog/126-parole-orders-over-7-decades-historical-review-immigration-parole-orders

Case 1:25-cv-10495-IT    Document 24-38    Filed 03/17/25    Page 6 of 6

Table 1 Programmatic or categorical parole orders under section 212(d)(5) of the Immigration and Nationality Act - Infogram

Table 1
## Programmatic or categorical parole orders under section 212(d)(5) of the Immigration and Nationality Act

| Number | Date | Order | Adjustment of Status | Other Act* |
|---|---|---|---|---|
| 99 | 5/9/16 | Filipino World War II Veterans Parole | | |
| 100 | 6/26/16 | Central American Minors program expansion | | |
| 101 | 11/23/16 | Parole in Place for family of U.S. veterans expanded again | | P.L. 116–92 |
| 102 | 1/17/17 | International Entrepreneur Rule | | |
| 103 | 3/10/21 | Partial reopening of the Central American Minors program | | |
| 104 | 6/15/21 | Expansion of the Central American Minors program | | |
| 105 | 7/31/21 | Parole from Border Patrol detention | | |
| 106 | 8/23/21 | Afghan evacuation parole | | P.L. 117–43 |
| 107 | 10/12/21 | Haitian Family Reunification Parole restart | | |
| 108 | 10/12/21 | Filipino World War II Veterans Parole restart | | |
| 109 | 11/2/21 | Parole + Alternatives to Detention from Border Patrol for families | | |
| 110 | 3/11/22 | Ukrainian port of entry parole | | P.L. 117–128 |
| 111 | 3/29/22 | Asylum Parole Rule | | |
| 112 | 4/27/22 | Uniting for Ukraine parole | | P.L. 117–128 |
| 113 | 5/16/22 | Cuban Family Reunification Parole program restart | P.L. 89-732 | |
| 114 | 7/18/22 | Parole + Alternatives to Detention from Border Patrol for all | | |
| 115 | 10/19/22 | Venezuelan parole process | | |
| 116 | 1/9/23 | Venezuelan parole process cap increased | | |
| 117 | 1/9/23 | Haitian parole process | | |
| 118 | 1/9/23 | Nicaraguan parole process | | |
| 119 | 1/9/23 | Cuban parole process | P.L. 89-732 | |
| 120 | 3/13/23 | Ukrainian port of entry parole re-parole extension | | P.L. 117–128 |
| 121 | 4/11/23 | Further expansion of the Central American Minors program | | |
| 122 | 6/8/23 | Afghan parole extension | | P.L. 117–43 |
| 123 | 7/10/23 | Colombian family reunification parole process | | |
| 124 | 7/10/23 | Salvadoran family reunification parole process | | |
| 125 | 7/10/23 | Guatemalan family reunification parole process | | |
| 126 | 7/10/23 | Honduran family reunification parole process | | |

Sources: See links and text above
*Note: Other acts refer to congressional references to the use of parole, extension of benefits to parolees, extensions of deadlines to apply for adjustment of status, etc.

https://www.cato.org/blog/126-parole-orders-over-7-decades-historical-review-immigration-parole-orders