# EXHIBIT 44

to Plaintiffs' Motion for a Preliminary Injunction
and a Stay Under 5 U.S.C. § 705

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)



MENU

# Update on Form I-134A

Release Date : 01/28/2025

Due to the Jan. 20, 2025 Executive Order, Securing Our Borders, USCIS is pausing acceptance of Form I-134A, Online Request to be a Supporter and Declaration of Financial Support, until we review all categorical parole processes as required by that order.

Last Reviewed/Updated: 01/28/2025



Need Help?
Chat with Emma™