# EXHIBIT 45

to Plaintiffs' Motion for a Preliminary Injunction and a Stay Under 5 U.S.C. § 705

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

 **Carrier Liaison Program**

**January 24, 2025**

# Updated Guidance: Executive Order on Securing Our Borders

On January 20, 2025, the President of the United States issued an Executive Order on *Securing Our Borders*. The order directs the Department of Homeland Security to "terminate all categorical parole programs that are contrary to the policies of the United States." The impacted programs include:

- Uniting for Ukraine (U4U)
- Operations Allies Welcome (OAW)
- Family Reunification Parole (FRP)
- Cubans, Haitians, Nicaraguans, and Venezuelans (CHNV)
- Safe Mobility Office (SMO)
- Central American Minor (CAM)

Carriers are reminded that aliens must have a valid visa or other appropriate travel documentation upon arrival in the United States.

This guidance does not apply to those aliens arriving with valid Forms I-512, or those aliens being processed for Significant Public Benefit Parole in coordination with federal law enforcement partners.

Carriers that transport aliens subject to the Presidential Executive Order may be subject to a carrier fine for each alien brought to the United States.

Any questions concerning the implementation of this Presidential Executive Order, including the authorization for any alien to board an aircraft or otherwise travel to the United States to seek admission, should be directed to the appropriate Regional Carrier Liaison Group (RCLG) prior to aircraft departure.