# EXHIBIT 46

to Plaintiffs' Motion for a Preliminary Injunction
and a Stay Under 5 U.S.C. § 705

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

Due to the Jan. 20, 2025, Executive Order, Securing Our Borders, USCIS has placed an administrative hold on all benefit requests filed by aliens who are or were paroled into the United States under the U4U, CHNV, or FRP processes, pending the completion of the required screening and vetting to identify any fraud, public safety, or national security concerns.

For future information regarding the Processes for Cubans, Haitians, Nicaraguans, and Venezuelans, please visit www.uscis.gov/CHNV.

If you haven't done so already, visit myaccount.uscis.gov to sign up for a USCIS online account where you can explore filing online, send us secure messages through your account inbox and get instant updates on the status of your case. If you have any other questions, please visit the USCIS Contact Center, where you can access our online tools 24/7.

If you move, you must update your address in the USCIS online account within 10 days, or you can download Form AR-11, Alien's Change of Address Card at uscis.gov/addresschange to submit a paper copy.