# EXHIBIT 47

to Plaintiffs' Motion for a Preliminary Injunction
and a Stay Under 5 U.S.C. § 705

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

Dear █████████

Thank you for your inquiry dated February 25, 2025.

Due to the Jan. 20, 2025, Executive Order, Securing Our Borders, USCIS is ==pausing== the processing of ==any immigration benefit requests== filed by or on behalf of aliens who were ==paroled under the U4U, CHNV, or FRP== processes to complete additional screening and vetting to determine if there are any fraud, public safety, or national security concerns.

If you haven't done so already, visit myaccount.uscis.gov to sign up for a USCIS online account where you can explore filing online, send us secure messages through your account inbox and get instant updates on the status of your case. If you have any other questions, please visit the USCIS Contact Center, where you can access our online tools 24/7.

If you move, you must update your address in the USCIS online account within 10 days, or you can download Form AR-11, Alien's Change of Address Card at uscis.gov/addresschange to submit a paper copy.

This mailbox is not monitored for incoming messages. Please do not reply to this message.

ref:_00DG0hO5S._500SJ00000PkQZ1:ref