# EXHIBIT 48

to Plaintiffs' Motion for a Preliminary Injunction
and a Stay Under 5 U.S.C. § 705

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

U.S. Department of Homeland Security
USCIS
1330 S. 16th Street
Phoenix, AZ 85034



**U.S. Citizenship and Immigration Services**

Friday, February 28, 2025



TEMPE AZ 85282

Dear ▮▮▮▮▮

On 02/26/2025, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | ▮▮▮ |
| **Caller indicated they are:** | Attorney or Authorized Representative |
| **Attorney Name:** | ▮▮▮ |
| **Case type:** | I131 |
| **Filing date:** | 12/23/2024 |
| **Receipt #:** | ▮▮▮ |
| **Referral ID:** | ▮▮▮ |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | ▮▮▮ |
| **Type of service requested:** | Non-Delivery of Other Notice |

The status of this service request is:

On February 26, 2025, you or your representative contacted USCIS concerning your Form I-131, Application for Advanced Parole, to notify us that you have not received your Receipt Notice. Below is a summary of what we found and how the issue has been or may be resolved.

Your Form I-131 was forwarded to the Phoenix Field Office to complete the processing of your application. The receipt notice regarding the application was received on December 26, 2024, with the fee being waived. Unfortunately, with the process of forms I-131s there are no formal guidelines when providing applicants and attorneys with receipts showing the initial process has taken place. Therefore, the ASC appointment notice is issued as a replacement of a receipt showing the case type, appointment date and time, location and notice date. Our agency records show that the appointment letter was sent via mail on January 07, 2025, and the applicant arrived at his scheduled appointment time. After reviewing the case file, the processing of the application was determined to be within our current agency processing times but due to the current administration it is now on hold until further notice.

As a courtesy, a copy of the biometrics appointment letter for the applicant and attorney will be provided for their records along with this letter.

We hope this information is helpful and appreciate your continued patience.

----------------------------------

Online Services

We offer many online services and tools to help you find the information you need. Please visit our Web site at www.uscis.gov for information about:

* Using our Case Status Online tool;
* Signing up for case status updates;
* Checking processing times;
* Submitting an e-Request to inquire about certain applications and petitions;
* Using our Office Locator;
* Using InfoPass to schedule an appointment; and
* Downloading forms.

Address Changes

If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at www.uscis.gov/ar-11, and click on "Change Your Address Online."

For More Information

If you do not find the information you need through our online services and need further assistance, you may contact our National Customer Service Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).

Under Extended Revie



| ASC Appointment Notice - APPLICANT COPY | CASE TYPE<br>I131 - APPLICATION FOR TRAVEL DOCUMENTS, PAROLE DOCUMENTS, AND ARRIVAL/DEPARTURE RECORDS | | NOTICE DATE<br>01/07/2025 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER | | USCIS A# | CODE<br>5 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>NBC | PAGE<br>1 of 2 |



**READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the Application Support Center (ASC) at the date and time specified. **TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT,** SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF YOU FAIL TO APPEAR AS SCHEDULED, USCIS WILL CONSIDER YOUR BENEFIT REQUEST ABANDONED AND IT MAY BE DENIED.

| APPLICATION SUPPORT CENTER<br>USCIS PHOENIX<br>1330 S 16th Street<br>Phoenix AZ  85034 | DATE AND TIME OF APPOINTMENT |
|---|---|

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring **all** notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** You must bring a valid government-issued photo identification. If the name on your identification is different than the name on your ASC notice, bring supporting documents. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

If you are sick, do not visit a USCIS office, follow the instructions on this notice to reschedule your appointment. If you have injuries that may interfere with your biometrics submission, USCIS may reschedule your appointment.

Cell phones or electronic devices must be turned off during biometrics submission. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/filing-guidance/preparing-for-your-biometric-services-appointment.

**NOTE:** If an ASC closes due to weather or other reasons, USCIS will automatically reschedule your appointment for the next available date and time and you will receive a new ASC appointment notice. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment.

You must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or for any purpose authorized by the Immigration and Nationality Act.

You may obtain a copy of your FBI record using the procedures outlined in 28 C.F.R. 16.32. Visit: https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/identity-history-summary-checks for more information. For Privacy Act information, please visit https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/compact-council/privacy-act-statement.

If you cannot attend your scheduled appointment, you may request to reschedule at https://my.uscis.gov/accounts/biometrics/overview or by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). You must make your request before the date and time of the original appointment, and you must establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, and you do not appear at your appointment, USCIS may consider your application, petition, or request abandoned and, as a result, it may be denied. For more information about rescheduling, see https://www.uscis.gov/forms/filing-guidance/preparing-for-your-biometric-services-appointment.

If you cannot leave your home/hospital due to a serious ongoing medical condition, you may request a mobile biometrics appointment by following the instructions on the back of this notice under "Notice for People with Disabilities," or by visiting uscis.gov/accommodations.

If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.