# EXHIBIT 49

to Plaintiffs' Motion for a Preliminary Injunction
and a Stay Under 5 U.S.C. § 705

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)



**Immigration Services Officer**

March 5, 2025

(/secure-messaging/applicant/inquiries)

Dear

Thank you for your inquiry dated March 05, 2025.

We are pleased we could assist you with your inquiry today, regarding your I-765 Application for Employment Authorization.

Due to the Jan. 20, 2025, Executive Order, Securing Our Borders, USCIS has placed an administrative hold on all benefit requests filed by aliens who are or were paroled into the United States under the U4U, CHNV, or FRP processes, pending the completion of the required screening and vetting to identify any fraud, public safety, or national security concerns.