# EXHIBIT 50

to Plaintiffs' Motion for a Preliminary Injunction
and a Stay Under 5 U.S.C. § 705

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)



MENU

# G-1055, Fee Schedule

> **ALERT:** On March 6, 2025, we published a new edition of Form G-1055, Fee Schedule. The new edition, 03/05/25:
> - Includes new [Form G-325R, Biographic Information (Registration)](#);
> - Removes [Form I-134A, Online Request to be a Supporter and Declaration of Financial Support](#);
> - Removes expired fee exemptions for forms [I-131, Application for Travel Documents, Parole Documents, and Arrival/Departure Records](#); [I-765, Application for Employment Authorization](#); and Form I-821, Application for Temporary Protected Status; and
> - Clarifies filing fee information for [Form I-129, Petition for a Nonimmigrant Worker](#), R-1 category.

> **ALERT:** On Jan. 31, 2024, we published a [final rule](#) to adjust certain immigration and naturalization benefit request fees for the first time since 2016.
>
> The new filing fees are effective for filings postmarked April 1, 2024, and later.
>
> For more information, please visit our [Frequently Asked Questions](#) page.

Use this form to verify fee information for immigration forms.

Each application, petition, or request must be accompanied by the correct fee(s) unless you are exempt from paying the fee(s) or are eligible for a fee waiver.  If the fee is incorrect, your application, petition, or request will be rejected.

**Fee Exemptions.** Fee-exempt forms and filing categories list $0 as the Filing Fee. You do not need to file [Form I-912, Request for Fee Waiver](#), or make a formal request to qualify for a fee exemption. However, the fee exemptions in this schedule only indicate that the form is free to file. They do not indicate eligibility to file those benefit requests in all circumstances. Eligibility to file a particular benefit request is set forth in the applicable regulations and form instructions.

Edition Date

Need Help?
Chat with Emma™


03/05/25. You can find the edition date at the bottom of the page of Form G-1055, Fee Schedule.


Downloads

[USCIS Fee Schedule](USCIS Fee Schedule)

If you need help downloading and printing forms, read our *instructions*.

## Select a Form for Fee Information

Select a form to view details ▼

Last Reviewed/Updated:  03/06/2025