IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.<br><br>Plaintiffs,<br><br>– v. –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.<br><br>Defendants. | Civil Action No.: 1:25-cv-10495-IT |

**NOTICE OF ERRATA FOR EXHIBIT TO EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND STAY OF ADMINISTRATIVE ACTION**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs file this Notice of Errata to correct the error in the DECLARATION OF ANDREA DOE, Doc. No. 24-19, filed on March 17, 2025, due to the document being filed with an original declaration in Spanish and Certificate of Translation, but missing the English translation of the original declaration. Plaintiffs hereby submit an Amended Exhibit to include the English translation of the original declaration in Spanish.

| | |
|---|---|
| Dated: March 18, 2025 | Respectfully submitted,<br><br>/s/ John A. Freedman |
| Esther H. Sung (*pro hac vice*)<br>Karen C. Tumlin (*pro hac vice*)<br>Hillary Li (*pro hac vice*)<br>Laura Flores-Perilla (*pro hac vice*)<br>Brandon Galli-Graves (*pro hac vice*)<br>**JUSTICE ACTION CENTER**<br>P.O. Box 27280<br>Los Angeles, CA 90027<br>Telephone: (323) 450-7272<br>esther.sung@justiceactioncenter.org<br>karen.tumlin@justiceactioncenter.org<br>hillary.li@justiceactioncenter.org<br>laura.flores-perilla@justiceactioncenter.org<br>brandon.galli-graves@justiceactioncenter.org | John A. Freedman (BBO#629778)<br>Laura Shores (*pro hac vice* pending)<br>Katie Weng (*pro hac vice* pending)<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>601 Massachusetts Ave, NW<br>Washington, D.C. 20001-3743<br>Telephone: (202) 942-5316<br>john.freedman@arnoldporter.com<br>laura.shores@arnoldporter.com<br>katie.weng@arnoldporter.com |
| Anwen Hughes (*pro hac vice* pending)<br>**HUMAN RIGHTS FIRST**<br>75 Broad St., 31st Fl.<br>New York, NY 10004<br>Telephone: (212) 845-5244<br>HughesA@humanrightsfirst.org | H. Tiffany Jang (BBO# 691380)<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>200 Clarendon Street, Fl. 53<br>Boston, MA 02116<br>Telephone: (617) 351-8053<br>tiffany.jang@arnoldporter.com |
| Justin B. Cox (*pro hac vice*)<br>**LAW OFFICE OF JUSTIN B. COX**<br>*JAC Cooperating Attorney*<br>PO Box 1106<br>Hood River, OR 97031<br>(541) 716-1818<br>justin@jcoxconsulting.org | Daniel B. Asimow (*pro hac vice*)<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>Three Embarcadero Center<br>10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: (415) 471-3142<br>daniel.asimow@arnoldporter.com |
| | Robert Stout (*pro hac vice* pending)<br>Sarah Elnahal (*pro hac vice* pending)<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: (212) 836-8000<br>rob.stout@arnoldporter.com<br>sarah.elnahal@arnoldporter.com<br><br>*Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I, John A. Freedman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                              */s/ John A. Freedman*
                              John A. Freedman