UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Svitlana Doe, et al.

CIVIL ACTION NO.: 1:25-CV
-10495-IT

**vs**    *Plaintiff*

Kristi Noem, in her official capacity as Secretary of Homeland Security, et al.

*Defendant*

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Massachusetts,

That on **03/18/2025** at **3:52 PM** at **United States Federal Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210**

I served a(n) **Emergency Motion for Preliminary Injunction and Stay of Administrative Action, (Proposed) Order, Index of Exhibits in Support of Plaintiffs' Emergency Motion for Preliminary Injunction and Stay of Administrative Action with Exhibit 1 to 50, Plaintiffs' Memorandum in Support of Emergency Motion for Preliminary Injunction and Stay of Administrative Action, First Amended Class Action Complaint for Declaratory and Injunctive Relief, and Notice of Electronic Filing**

on **United States Attorney for the District of Massachusetts**

by delivering thereat a true copy of each to **Payson Schweizer, front desk receptionist,** who stated that she's authorized to accept service thereof.

Description Of Person Served Based On Undersigned's Perception:
Gender: Female
Race:  White
Hair: Brown
Age: 22 - 35 Yrs.
Height: 5' 4" – 5' 8"
Weight: 131-160 Lbs.
Other:

I declare under penalty of perjury that the forgoing is true and correct.

Date: 3/18/25

William H. Dewsnap, III