AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Svitlana Doe, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-10495-IT |
| Kristi Noem, Secretary of Homeland Security, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date: 03/19/2025

/s/ Joseph A. Darrow
*Attorney's signature*

Joseph A. Darrow, NY 5326939
*Printed name and bar number*

U.S. Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20001
*Address*

joseph.a.darrow@usdoj.gov
*E-mail address*

(202) 598-7537
*Telephone number*

(202) 305-7000
*FAX number*