YAAKOV M. ROTH
*Acting Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

AUGUST FLENTJE
*Acting Director*

EREZ REUVENI
*Assistant Director*

PATRICK GLEN
KATHERINE J. SHINNERS
BRIAN C. WARD
*Senior Litigation Counsel*

ELISSA FUDIM
JOSEPH A. DARROW
*Trial Attorneys*

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Svitlana Doe, *et al.*, | Civil Action No. 1:25-cv-10495 |
| Plaintiffs, | |
| v. | **Motion For Leave To Exceed Page Limit** |
| Kristi Noem, in her official capacity as Secretary of Homeland Security, *et al.*, | |
| Defendants. | |

Defendants, by and through their undersigned counsel, respectfully request, that pursuant to Local Rule 7.1(b)(4), the Court grant this motion to permit Defendants to file a thirty-page memorandum of law in opposition to Plaintiffs' motion for preliminary injunction. Plaintiffs have consented to this relief.

Local Rule 7.1(b)(4) authorizes the Court to grant leave to file a memorandum in excess of the twenty page limit set forth in the rule. Up to thirty pages are needed to respond to Plaintiffs' motion for preliminary injunction, due to the number of programs and policies challenged (seven),[1] the complexity of the legal issues involved, and the scope of the injunction Plaintiffs seek. Further, this Court previously granted Plaintiffs' motion for excess pages, and as a result, Plaintiffs have filed a thirty-page memorandum in support of their motion for a preliminary injunction. Fairness requires that Defendants have a commensurate opportunity to respond to Plaintiffs' arguments.

WHEREFORE, Defendants respectfully request that this Court grant their Motion for Leave to Exceed Page Limit.

Dated:  March 19, 2025

Respectfully submitted

YAAKOV M. ROTH
*Acting Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

AUGUST FLENTJE
*Acting Director*

EREZ REUVENI
*Assistant Director*

PATRICK GLEN
KATHERINE J. SHINNERS
BRIAN C. WARD
*Senior Litigation Counsel*

<u>/s/ Joseph A. Darrow</u>
JOSEPH A. DARROW
ELISSA P. FUDIM
*Trial Attorneys*
U.S. Department of Justice, Civil Division

---

[1] The Cuban, Haitian, Nicaraguan and Venezuelan parole programs, United For Ukraine, Central American Minors Program, Military Parole in Place, Family Reunification parole processes, Operation Allies Welcome, and the Central American Minors Program.

Office of Immigration Litigation-GLA
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
202-598-7537
Joseph.a.darrow@usdoj.gov

*Attorney for Defendants*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

*/s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice
Civil Division

### CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that Defendants' counsel conferred with Plaintiffs' counsel via email regarding this motion and its basis, pursuant to Local Rule 7.1(a)(2), and Plaintiffs consented to it.

*/s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice
Civil Division