**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Svitlana Doe, *et al.*,  )  <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Kristi Noem, in her official capacity as ) <br> Secretary of Homeland Security, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:25-cv-10495 <br><br><br><br> **[PROPOSED] ORDER** |

For good cause, and on consent, the Court grants Defendants' motion to file a thirty-page memorandum of law in opposition to Plaintiffs' motion for a preliminary injunction.

SO ORDERED:

Dated: _____             _____

                                                  Hon. Indira Talwani <br>
                                                  UNITED STATES DISTRICT JUDGE