**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SVITLANA DOE, et al., *Plaintiffs*, v. KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al., *Defendants*. | C.A. No: 1:25-cv-10495-IT |

## MOTION FOR LEAVE TO APPEAR AND PRACTICE PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, on behalf of the plaintiffs Svitlana Doe, Maksym Doe, Maria Doe, Alejandro Doe, Armando Doe, Ana Doe, Carlos Doe, Omar Doe, Andrea Doe, Sandra McAnany, Kyle Varner, Wilhen Pierre Victor, Valentin Rosales Tabares, Marim Doe, Adolfo Gonzalez, Jr., Aleksandra Doe, Teresa Doe, Rosa Doe, and Haitian Bridge Alliance and as a member of the bar of this Court, respectfully move this Court to admit Laura Shores, Anwen Hughes, Sarah Elnahal, and Robert Stout to appear and practice *pro hac vice* in the above-captioned matter.

As grounds for this Motion, the movants state that: (1) Attorneys Laura Shores, Anwen Hughes, Sarah Elnahal, and Robert Stout are members of the bar in good standing in every jurisdiction in which they have been admitted to practice, (2) they are not the subject of disciplinary proceedings pending in any jurisdiction, (3) they have not previously had a *pro hac vice* admission to this Court revoked for misconduct, and (4) they have read and agree to comply with the Local Rules of the United Stated District Court for the District of Massachusetts.

Attached hereto are certificates for Laura Shores (<u>Exhibit A</u>), Anwen Hughes (<u>Exhibit B</u>), Sarah Elnahal (<u>Exhibit C</u>), and Robert Stout (<u>Exhibit D</u>) in accordance with Local Rule 83.5.3.

WHEREFORE, the movants request that the motion for leave to appear and practice *pro hac vice* be **GRANTED.**

Dated: March 20, 2025                                         Respectfully submitted,

*/s/ H. Tiffany Jang*

H. Tiffany Jang (BBO#691380)
**ARNOLD & PORTER KAYE SCHOLER LLP**
200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com

### CERTIFICATE OF SERVICE

I, H. Tiffany Jang, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 20, 2025

*/s/ H. Tiffany Jang*
H. Tiffany Jang