# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al., *Plaintiffs*, v. KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al., *Defendants*. | C.A. No: 1:25-cv-10495-IT |

## CERTIFICATE OF LAURA SHORES IN SUPPORT OF
## MOTION FOR LEAVE TO APPEAR AND PRACTICE *PRO HAC VICE*

I, Laura Shores, hereby certify as follows:

1. I am an attorney with the firm of Arnold & Porter Kaye Scholer, LLP, located at 601 Massachusetts Ave, NW, Washington, DC 20001-3743.

2. I represent the plaintiffs Svitlana Doe, Maksym Doe, Maria Doe, Alejandro Doe, Armando Doe, Ana Doe, Carlos Doe, Omar Doe, Andrea Doe, Sandra McAnany, Kyle Varner, Wilhen Pierre Victor, Valentin Rosales Tabares, Marim Doe, Adolfo Gonzalez, Jr., Aleksandra Doe, Teresa Doe, Rosa Doe, and Haitian Bridge Alliance in the above-captioned matter and have intimate knowledge of the subject matter of the instant suit.

3. I graduated from the University of Chicago Law School with a Juris Doctor degree in 1988.

4. I am admitted to practice and remain a member in good standing of the Alabama State bar, admitted September 26, 1988 (Bar No. 4081O74L) and the District of Columbia bar, admitted April 17, 1990, and the following federal courts:

- U.S. Supreme Court

- U.S. Court of Appeals for the First Circuit
- U.S. Court of Appeals for the Third Circuit
- U.S. Court of Appeals for the Fourth Circuit
- U.S. Court of Appeals for the Eighth Circuit
- U.S. Court of Appeals for the Eleventh Circuit
- U.S. Court of Appeals, District of Columbia Circuit
- U.S. District Court, District of Columbia
- U.S. District Court, District of Maryland
- U.S. District Court, Eastern District of Arkansas
- U.S. District Court, Eastern District of Michigan
- U.S. District Court, Northern District of California
- U.S. District Court, District of Minnesota
- U.S. District Court, District of Connecticut

5. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

6. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United Stated District Court for the District of Massachusetts.

Signed this 20th day of March, 2025

*/s/* Laura Shores