# EXHIBIT B

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>*Defendants*. | C.A. No: 1:25-cv-10495-IT |

### CERTIFICATE OF ANWEN HUGHES IN SUPPORT OF MOTION
### FOR LEAVE TO APPEAR AND PRACTICE *PRO HAC VICE*

I, Anwen Hughes, hereby certify as follows:

1. I am an attorney at Human Rights First, 75 Broad St., 31st Fl, New York, NY 10004. My telephone number is (212) 845-5244.

2. I represent the plaintiffs Svitlana Doe, Maksym Doe, Maria Doe, Alejandro Doe, Armando Doe, Ana Doe, Carlos Doe, Omar Doe, Andrea Doe, Sandra McAnany, Kyle Varner, Wilhen Pierre Victor, Valentin Rosales Tabares, Marim Doe, Adolfo Gonzalez, Jr., Aleksandra Doe, Teresa Doe, Rosa Doe, and Haitian Bridge Alliance in the above-captioned matter and have intimate knowledge of the subject matter of the instant suit.

3. I graduated from Yale Law School with a Juris Doctor degree in 1998.

4. I am admitted to practice and remain a member in good standing of the bar of New Jersey (license number 04907-1998) and the following federal courts:

- U.S. District Court for the District of New Jersey;
- U.S. Court of Appeals for the Third Circuit; and

- U.S. District Court for the Eastern District of Wisconsin.

5. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

6. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United Stated District Court for the District of Massachusetts.

Signed this 16th day of March, 2025

*/s/ Anwen Hughes*
Anwen Hughes
Human Rights First
75 Broad St., 31st Fl.
New York, NY 10004
e-mail: HughesA@humanrightsfirst.org
Ph: (212) 845-5244