# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SVITLANA DOE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al., <br><br> *Defendants*. | C.A. No: 1:25-cv-10495-IT |

**CERTIFICATE OF SARAH ELNAHAL IN SUPPORT OF MOTION**
**FOR LEAVE TO APPEAR AND PRACTICE *PRO HAC VICE***

I, SARAH ELNAHAL, hereby certify as follows:

1. I am an attorney of Arnold & Porter Kaye Scholer LLP, 250 W 55th St., New York, NY 10019.

2. I represent the plaintiffs Svitlana Doe, Maksym Doe, Maria Doe, Alejandro Doe, Armando Doe, Ana Doe, Carlos Doe, Omar Doe, Andrea Doe, Sandra McAnany, Kyle Varner, Wilhen Pierre Victor, Valentin Rosales Tabares, Marim Doe, Adolfo Gonzalez, Jr., Aleksandra Doe, Teresa Doe, Rosa Doe, and Haitian Bridge Alliance in the above-captioned matter and have intimate knowledge of the subject matter of the instant suit.

3. I graduated from Columbia Law School with a Juris Doctor degree in 2021.

4. I am admitted to practice and remain a member in good standing of the bar of New York (5944517).

5. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

6. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United Stated District Court for the District of Massachusetts.

Signed this 20th day of March, 2025

/s/ Sarah Elnahal
Sarah Elnahal