# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>     *Defendants*. | C.A. No: 1:25-cv-10495-IT |

### CERTIFICATE OF ROBERT STOUT IN SUPPORT OF MOTION
### FOR LEAVE TO APPEAR AND PRACTICE *PRO HAC VICE*

I, Robert Stout, hereby certify as follows:

  1. I am an attorney at Arnold & Porter Kaye Scholer LLP, 250 West 55th Street New York, NY 10019-9710.

  2. I represent the plaintiffs Svitlana Doe, Maksym Doe, Maria Doe, Alejandro Doe, Armando Doe, Ana Doe, Carlos Doe, Omar Doe, Andrea Doe, Sandra McAnany, Kyle Varner, Wilhen Pierre Victor, Valentin Rosales Tabares, Marim Doe, Adolfo Gonzalez, Jr., Aleksandra Doe, Teresa Doe, Rosa Doe, and Haitian Bridge Alliance in the above-captioned matter and have intimate knowledge of the subject matter of the instant suit.

  3. I graduated from Georgetown University Law Center with a Juris Doctor degree in 2018.

  4. I am admitted to practice and remain a member in good standing of the bar of District of Columbia (Bar No. 1614411).

  5. I am not the subject of disciplinary proceedings pending in any jurisdiction in

which I am a member of the bar.

      6.    I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

      7.    I have read and agree to comply with the Local Rules of the United Stated District Court for the District of Massachusetts.

Signed this 19th day of March, 2025

*/s/ Robert Stout*
Robert Stout