AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| SVITLANA DOE, et al, <br> *Plaintiff* <br> v. <br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al <br> *Defendant* | Case No. 1:25-cv-10495-IT |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Svitlana Doe, Maksym Doe, Maria Doe, Alejandro Doe, Armando Doe, Ana Doe, Carlos Doe, Omar Doe, Andrea Doe, Sandra McAnany, Kyle Varner, Wilhen Pierre Victor, Valentin Rosales Tabares, Marim Doe, Adolfo Gonzalez, Jr., Aleksandra Doe, Teresa Doe, Rosa Doe, and Haitian Bridge Alliance

Date:   03/20/2025

/s/ Laura Shores
*Attorney's signature*

Laura Shores (DC#423538)
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
*Address*

laura.shores@arnoldporter.com
*E-mail address*

(202) 942-6855
*Telephone number*

(202) 942-5999
*FAX number*

**CERTIFICATE OF SERVICE**

      I, Laura Shores, hereby certify that this document was electronically filed with the Clerk of the Court for the District of Massachusetts by using the CM/ECF System, which will send notification of such filing on all registered CM/ECF users and electronic copies will be sent to those indicated as non-registered ECF participants on this 20th day of March, 2025.

Dated: March 20, 2025                                      */s/ Laura Shores*
                                                                                 Laura Shores