AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Svitlana Doe, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-10495 |
| Kristi Noem, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants                                                                                         .

Date:    03/20/2025

/s Elissa Fudim
*Attorney's signature*

Elissa Fudim
*Printed name and bar number*

United States Department of Justice – Civil Division
Office of Immigration Litigation – District Court Section
Post Office Box 868 | Ben Franklin Station | Washingto
*Address*

elissa.p.fudim@usdoj.gov
*E-mail address*

(202) 598-6073
*Telephone number*

*FAX number*

Print    Save As...    Reset