AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Svitlana Doe, et al. | ) |
| *Plaintiff* | ) |
| v. | )     Case No.    1:25-cv-10495-IT |
| Noem, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed amici curiae, States of New York and Illinois, et al.               .

Date:     03/21/2025

*Attorney's signature*

Anagha Sundararajan (BBO# 706741)
*Printed name and bar number*

Office of the New York State Attorney General
28 Liberty St.
New York, NY 10005
*Address*

anagha.sundararajan@ag.ny.gov
*E-mail address*

(212) 416-8073
*Telephone number*

*FAX number*