IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>Defendants. | Civil Action No.: 1:25-cv-10495-IT |

**PLAINTIFFS' SUPPLEMENTAL MOTION TO PROCEED UNDER PSEUDONYM**

Pursuant to Federal Rule of Civil Procedure 5.2(e), Plaintiffs Andrea Doe, Marim Doe, Aleksandra Doe, Teresa Doe, and Rosa Doe (collectively, the "new Doe Plaintiffs") respectfully move the Court for a supplement to the March 3, 2025 Order (Doc. No. 8) permitting certain plaintiffs to proceed in this litigation using pseudonyms to protect their identities from public disclosure.

As with the prior order, the new Doe Plaintiffs request that they be permitted to maintain the confidentiality of their identities by using only pseudonyms and redacting other identifying information in their filings, including all exhibits in which their names appear. The new Doe Plaintiffs are willing to disclose their identities to the Court and the Defendants' counsel under seal, pursuant to a jointly agreed-upon protective order.

As explained in the Memorandum of Law in Support of Plaintiffs' Supplemental Motion to Proceed Under Pseudonym, filed herewith, the new Doe Plaintiffs are beneficiaries or applicants of dedicated parole processes established by the Biden administration for nationals of Ukraine (the "Uniting for Ukraine" or "U4U" parole process); nationals of Cuba, Haiti, Nicaragua, and Venezuela (the "CHNV" parole processes); Central American Minors and eligible family members

(the "CAM" parole process); and the immediate family members of U.S. military servicemembers (the "Military Parole-in-Place" or "MPIP" process). Defendants have now terminated these parole processes and have also placed an indefinite administrative pause on the processing of all applications for immigration benefits filed by or on behalf of individuals paroled into the United States under these processes. Because individuals paroled under U4U, CHNV, CAM, and MPIP are given legal status (and work permits, if eligible) that typically last for only two years, many parole beneficiaries apply for other immigration benefits, including Temporary Protected Status ("TPS"), asylum, and lawful permanent residency (or "green cards"), each of which can provide an alternate and more stable legal status. But because of the indefinite administrative pause on the processing of such applications, none of these applications will be adjudicated. Without any ability to apply for and receive an alternate legal status, some of the new Doe Plaintiffs will lose their protection against deportation and be vulnerable to removal as their individual grants of parole expire. Others will lose the ability to have their family members lawfully with them in the United States following the termination of the aforementioned parole processes.

Accordingly, the new Doe Plaintiffs reasonably fear that compelled disclosure of their identities could cause them or their family members unusually severe harm, including in the form of apprehension and deportation from the country by Defendants when their individual grants of parole expire, or violence, persecution, and/or imprisonment in their home countries. For example, Marim Doe is an active-duty member of the U.S. Navy who applied for MPIP for his father, but now that his MPIP application was paused, Marim and his family live in fear that his father will be apprehended. Marim Doe Decl., Doc. No. 24-14, ¶¶ 2, 11, 19. Andrea Doe and her family fled to the United States because her husband was tortured and imprisoned for years for protesting Daniel Ortega's regime. Doc. No. 27-1, ¶¶ 3-9.  Rosa Doe has family members conditionally

approved for CAM parole, and she fears that public disclosure of her name in connection with this lawsuit could cause retaliation against them from the U.S. government and harm to her daughter in Honduras. Rosa Decl., Doc No. 24-16 ¶¶ 8, 21.

The new Doe Plaintiffs therefore respectfully request that the court permit them to proceed in this litigation under pseudonym.

The new Doe Plaintiffs' motion is based upon this Motion, the Memorandum of Law in Support of Plaintiffs' Supplemental Motion to Proceed Under Pseudonym filed herewith, the supporting Declarations of Andrea Doe, Marim Doe, Aleksandra Doe, Teresa Doe, and Rosa Doe previously filed (Doc Nos. 27-1, 24-14, 24-17, 24-15 & 24-16), the Amended Complaint, such other evidence and argument as may be submitted on this Motion, and such other matters of which the Court may take judicial notice.

For the reasons set forth, Plaintiffs respectfully request that the Court enter an Order:

1. Granting the new Doe Plaintiffs leave to proceed in this matter under pseudonyms;
2. Ordering that all parties shall submit pleadings, briefing and evidence either (a) using the new Doe Plaintiffs' pseudonyms instead of their real names and other personally identifying information or (b) redacting the new Doe Plaintiffs' names and other personally identifying information.
3. Ordering the parties to continue to confer on and submit a joint protective order that will permit the Doe Plaintiffs to reveal their identities to the Court and to Defendants' counsel under seal if and when required by the Court, but which will prevent disclosure of Plaintiffs' identities to Defendants;

4. Ordering that Defendants' counsel will not publicly disclose the names or personally identifying information of the Doe Plaintiffs after Defendants' counsel learn their names and personally identifying information; and

5. Requiring that any nonparty who is informed of a Doe Plaintiff's identity shall be provided a copy of the Order by the disclosing party and shall also be subject to the Order.

A proposed order is attached hereto.

| | |
|---|---|
| Dated: March 21, 2025 | Respectfully submitted, |
| | |
| | /s/ John A. Freedman |
| Esther H. Sung (*pro hac vice*) | John A. Freedman (BBO#629778) |
| Karen C. Tumlin (*pro hac vice*) | Laura Shores (*pro hac vice*) |
| Hillary Li (*pro hac vice*) | Katie Weng (*pro hac vice* pending) |
| Laura Flores-Perilla (*pro hac vice*) | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| Brandon Galli-Graves (*pro hac vice*) | 601 Massachusetts Ave, NW |
| **JUSTICE ACTION CENTER** | Washington, D.C. 20001-3743 |
| P.O. Box 27280 | Telephone: (202) 942-5316 |
| Los Angeles, CA 90027 | john.freedman@arnoldporter.com |
| Telephone: (323) 450-7272 | laura.shores@arnoldporter.com |
| esther.sung@justiceactioncenter.org | katie.weng@arnoldporter.com |
| karen.tumlin@justiceactioncenter.org | |
| hillary.li@justiceactioncenter.org | |
| laura.flores-perilla@justiceactioncenter.org | |
| brandon.galli-graves@justiceactioncenter.org | H. Tiffany Jang (BBO#691380) |
| | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | 200 Clarendon Street, Fl. 53 |
| Anwen Hughes (*pro hac vice*) | Boston, MA 02116 |
| **HUMAN RIGHTS FIRST** | Telephone: (617) 351-8053 |
| 75 Broad St., 31st Fl. | tiffany.jang@arnoldporter.com |
| New York, NY 10004 | |
| Telephone: (212) 845-5244 | |
| HughesA@humanrightsfirst.org | |
| | Daniel B. Asimow (*pro hac vice*) |
| | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | Three Embarcadero Center |
| Justin B. Cox (*pro hac vice*) | 10th Floor |
| **LAW OFFICE OF JUSTIN B. COX** | San Francisco, CA 94111-4024 |
| *JAC Cooperating Attorney* | Telephone: (415) 471-3142 |
| PO Box 1106 | daniel.asimow@arnoldporter.com |
| Hood River, OR 97031 | |
| (541) 716-1818 | |
| justin@jcoxconsulting.org | |
| | |
| | Robert Stout (*pro hac vice*) |
| | Sarah Elnahal (*pro hac vice*) |
| | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | 250 West 55th Street |
| | New York, NY 10019-9710 |
| | Telephone: (212) 836-8000 |
| | robert.stout@arnoldporter.com |
| | sarah.elnahal@arnoldporter.com |
| | |
| | *Attorneys for Plaintiffs* |

5

## CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)

The plaintiffs, through their counsel, conferred with the defendants' counsel pursuant to Local Rule 7.1(a)(2), but were unable to reach an agreement by the time this motion was filed.

Dated: March 21, 2025

*/s/ John A. Freedman*
John A. Freedman

## CERTIFICATE OF SERVICE

I, John A. Freedman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 21, 2025

*/s/ John A. Freedman*
John A. Freedman