IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.<br><br>Plaintiffs,<br><br>– v. –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.<br><br>Defendants. | Civil Action No.: 1:25-cv-10495-IT |

## [PROPOSED] ORDER

Upon consideration of the Plaintiffs' Supplemental Motion to Proceed Under Pseudonym, it is hereby ordered that, pending further order:

1. The new Doe Plaintiffs are granted leave to proceed in this matter under pseudonyms; and

2. All parties shall submit pleadings, briefing and evidence either (a) using the new Doe Plaintiffs' pseudonyms instead of their real names and other personally identifying information or (b) by redacting the new Doe Plaintiffs' names and other personally identifying information.

3. The parties shall continue to confer on and submit a joint protective order that will permit the Doe Plaintiffs to reveal their identities to the Court and to Defendants' counsel under seal if and when required by the Court, but which will prevent disclosure of Plaintiffs' identities to Defendants;

4. Defendants' counsel will not publicly disclose the names or personally identifying information of the Doe Plaintiffs after Defendants' counsel learn their names and personally identifying information; and

5. Requiring that any nonparty who is informed of a Doe Plaintiff's identity shall be provided a copy of the Order by the disclosing party and shall also be subject to the Order.

**SO ORDERED.**

_____
United States District Judge

Dated:_____