AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | ) | |
|---|---|---|
| SVITLANA DOE, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25cv10495-IT |
| KRISTI NOEM, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs.

Date:   03/14/2025

/s/ Justin B. Cox
*Attorney's signature*

Justin B. Cox (OR #220182)
*Printed name and bar number*

Law Office of Justin B. Cox
(JAC Cooperating Counsel)
PO Box 1106
Hood River, OR 97032
*Address*

justin@jcoxconsulting.org
*E-mail address*

(541) 716-1818
*Telephone number*

*FAX number*

## CERTIFICATE OF SERVICE

      I, Justin B. Cox, hereby certify that this document was electronically filed with the Clerk of the Court for the District of Massachusetts by using the CM/ECF System, which will send notification of such filing on all registered CM/ECF users and electronic copies will be sent to those indicated as non-registered ECF participants on this 21st day of March, 2025.

Dated: March 21, 2025                                            /s/ Justin B. Cox
                                                                                              Justin B. Cox