YAAKOV M. ROTH
*Acting Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

AUGUST FLENTJE
*Acting Director*

EREZ REUVENI
*Assistant Director*

PATRICK GLEN
KATHERINE J. SHINNERS
BRIAN C. WARD
*Senior Litigation Counsel*
JOSEPH DARROW
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-7537
Email: joseph.a.darrow@usdoj.gov

ELISSA FUDIM
ZACHARY CARDIN
DANIEL SCHUTRUM-BOWARD
*Trial Attorneys*

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Svitlana Doe, *et al.*, | ) Civil Action No. 1:25-cv-10495 |
| Plaintiffs, | ) |
| v. | ) |
| Kristi Noem, in her official capacity as Secretary of Homeland Security, *et al.*, | ) |
| Defendants. | ) |

**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

| Exhibit | Document |
|---------|----------|
| A | Memorandum from Acting Secretary Benjamine C. Huffman, *Exercising Appropriate Discretion Under Parole Authority* (January 20, 2025) |
| B | Email from Acting Director Jennifer Higgins, Securing Our Borders EO and Parole Processing (Jan. 23, 2025) |
| C | Andrew Davidson Memorandum, "Administrative Hold on All USCIS Benefit Requests Filed by Parolees Under the United for Ukraine Process (U4U), Processes for Cubans, Haitians, Nicaraguans, and Venezuelans (CHNV) Process, or Family Reunification Parole (FRP) Process (Feb. 14, 2025) |
| D | Declaration of Kika Scott (March 20, 2025) |
| E | USCIS, *Historic Processing Times as of January 31, 2025*, *available at* https://egov.uscis.gov/processing-times/historic-pt (visited Mar. 19, 2025) |

By: /s/ Joseph A. Darrow
    JOSEPH DARROW
    *Trial Attorney*
    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 616-9121
    Email: brian.c.ward@usdoj.gov

    *Counsel for Defendants*