# EXHIBIT B

| | |
|---|---|
| **From:** | Higgins, Jennifer B |
| **To:** | Meckley, Tammy M; DeNayer, Larry C; Nolan, Connie L; Valverde, Michael; Lotspeich, Katherine J; Kim, Ted H; Maxwell, Rebecca M (Becca); Knafla, Susan J |
| **Cc:** | Scott, Kika M; Calkins, Aaron L; Deshommes, Samantha L; johndmilesuscisdh (Vendor); Selby, Cara M; Lotspeich, Katherine J; Puchek, Elizabeth A (Beth) |
| **Subject:** | Securing Our Borders EO and Parole Processing |
| **Date:** | Thursday, January 23, 2025 4:54:41 PM |

Colleagues,

Pursuant to the Executive Order issued Jan. 20. 2025 titled *Securing Our Borders*, and in accordance with Acting Secretary Huffman's memorandum dated Jan. 20, 2025, which directs ICE, CBP, and USCIS to conduct a review of DHS policies and practices governing parole, **please ensure effective immediately that your staff do not make any final decisions** (approval, denial, closure) or issue a travel document or I-94 for any initial parole or re-parole application, petition, motion, or other request, for the following parole programs, processes, or types:

- Uniting for Ukraine (U4U),
- Re-parole of Afghan nationals paroled under Operations Allies Welcome (OAW),
- Family Reunification Parole (FRP) Processes, including legacy Cuban Family Reunification Parole Program (CFRP) cases,
- Central American Minors (CAM),
- Cuban, Haitian, Nicaraguan, and Venezuelan (CHNV),
- International Entrepreneur Parole,
- Parole of Western Hemisphere nationals interviewed for refugee status in Safe Mobility Offices (WHP), and
- Certain former members of the Mojahedin-e-Khalq (MeK) reparole,

This instruction does not include requests for advance parole, non-categorical Form I-131 Humanitarian Parole requests, or government referrals for parole filed and adjudicated on a case-by-case basis for urgent humanitarian reasons or significant public benefit.

We will provide additional information when available.

Thank you,

Jennifer