UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SVITLANA DOE, et al.,

*Plaintiffs,*

v.

KRISTI NOEM, et al.,

*Defendants.*

Case No. 1:25-cv-10495-IT

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Proposed amici curiae States of New York, Illinois, California, Connecticut, Hawai'i, Maine, Maryland, Massachusetts, Minnesota, New Jersey, Oregon, Rhode Island, Vermont, Washington, and Wisconsin, and the District of Columbia ("Amici States") respectfully request leave to file the attached brief as amici curiae in support of plaintiffs' motion for a preliminary injunction (ECF Nos. 23-25). All parties have consented to this request.

Amici States—which are home to many thousands of immigrants—have a compelling interest in the outcome of this challenge to the U.S. Department of Homeland Security's (DHS) termination of multiple parole processes, including those for certain nationals of Afghanistan, Ukraine, Cuba, Haiti, Nicaragua, and Venezuela. Terminating these parole processes, and prohibiting current parole recipients from applying for other forms of immigration status, would inflict substantial harms upon Amici States' fiscs, residents, and economies.

The proposed brief addresses Amici States' unique perspective and will aid the Court by highlighting facts and arguments not addressed in detail by the parties. For example, Amici States are uniquely situated to detail the potential consequences to the public interest of DHS's termination

of the parole processes, which include, *inter alia*, forestalling workers from filling vital roles in industries with labor shortages, preventing the reunification of families in Amici States' communities, and endangering parole recipients by forcing their return to dangerous country conditions. Indeed, federal appellate courts recognize the value of States' participation as amici curiae in general, permitting States to file amicus briefs as of right. *See* Sup. Ct. R. 37.4 (2017) ("No motion for leave to file an *amicus curiae* brief is necessary if the brief is presented . . . on behalf of a State . . . when submitted by its Attorney General . . . ."); Fed. R. App. P. 29(a)(2) ("[A] state may file an amicus brief without the consent of the parties or leave of court.").

## CONCLUSION

This Court should grant Amici States' motion for leave to file a brief as amici curiae.

Dated:      New York, New York
            March 21, 2025
                                                Respectfully submitted,

KWAME RAOUL                             LETITIA JAMES
 *Attorney General*                      *Attorney General*
 *State of Illinois*                     *State of New York*
ALEX HEMMER                             BARBARA D. UNDERWOOD
 *Deputy Solicitor General*              *Solicitor General*
ELIZABETH B. SCOTT                      JUDITH N. VALE
 *Assistant Attorney General*            *Deputy Solicitor General*
                                        STEPHEN J. YANNI
Office of the Illinois Attorney General  *Assistant Solicitor General*
115 South LaSalle St.
Chicago, IL 60601                       By:   */s/ Anagha Sundararajan*
                                            ANAGHA SUNDARARAJAN
                                            (BBO # 706741)
                                            Assistant Solicitor General

                                            Office of the New York State Attorney General
                                            28 Liberty Street
                                            New York, NY 10005
                                            (212) 416-8073

*(Counsel listing continues on next page.)*

ROB BONTA
  *Attorney General*
  *State of California*
1300 I St.
Sacramento, CA 95814

WILLIAM TONG
  *Attorney General*
  *State of Connecticut*
165 Capitol Avenue
Hartford, CT 0610

BRIAN L. SCHWALB
  *Attorney General*
  *District of Columbia*
400 6th Street, NW, Suite 8100
Washington, DC 20001

ANNE E. LOPEZ
  *Attorney General*
  *State of Hawaiʻi*
425 Queen St.
Honolulu, HI 96813

AARON M. FREY
  *Attorney General*
  *State of Maine*
6 State House Station
Augusta, ME 04333

ANTHONY G. BROWN
  *Attorney General*
  *State of Maryland*
200 Saint Paul Place
Baltimore, MD 21202

ANDREA JOY CAMPBELL
  *Attorney General*
  *Commonwealth of Massachusetts*
One Ashburton Place
Boston, MA 02108

KEITH ELLISON
  *Attorney General*
  *State of Minnesota*
102 State Capitol
75 Rev. Dr. Martin Luther
King Jr. Blvd.
St. Paul, MN 55155

MATTHEW J. PLATKIN
  *Attorney General*
  *State of New Jersey*
25 Market Street
Trenton, NJ 08625

DAN RAYFIELD
  *Attorney General*
  *State of Oregon*
1162 Court Street N.E.
Salem, OR 97301

PETER F. NERONHA
  *Attorney General*
  *State of Rhode Island*
150 South Main Street
Providence, RI 02903

CHARITY R. CLARK
  *Attorney General*
  *State of Vermont*
109 State Street
Montpelier, VT 05609

NICHOLAS W. BROWN
  *Attorney General*
  *State of Washington*
P.O. Box 40100
Olympia, WA 98504

JOSHUA L. KAUL
  *Attorney General*
  *State of Wisconsin*
17 W. Main St.
Madison, WI 53703

## **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1**

I, Anagha Sundararajan, Assistant Solicitor General, hereby certify that I have conferred with counsel of record for the parties in this case via email in a good faith attempt to resolve and narrow the issues posed by the motion. I further certify that the motion is unopposed.

*/s/ Anagha Sundararajan*
ANAGHA SUNDARARAJAN

## **CERTIFICATE OF SERVICE**

I, Anagha Sundararajan, Assistant Solicitor General, hereby certify that I have this day, March 21, 2025, served the foregoing document and its attachments upon all parties of record, by electronic filing to all ECF-registered parties.

*/s/ Anagha Sundararajan*
ANAGHA SUNDARARAJAN