UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Svitlana Doe, et al.,<br><br>　　　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>Kristi Noem, et al.,<br><br>　　　　　　　　*Defendants*. | Case No. 1:25-cv-10495-IT |

**[PROPOSED] ORDER**

Upon consideration of proposed Amici States' unopposed motion for leave to file a brief as amici curiae in support of plaintiffs' motion for a preliminary injunction, it is hereby ordered that the motion is GRANTED.

**SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Indira Talwani
　　　　　　　　　　　　　　　　　　　　United States District Judge