UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>          *Plaintiffs*,<br><br>  v.<br><br>KRISTI NOEM, et al.,<br><br>          *Defendants*. | C.A. No: 1:25-cv-10495-IT |

**PLAINTIFFS' NOTICE REGARDING FEDERAL REGISTER NOTICE TERMINATING THE PAROLE PROCESSES FOR CUBANS, HAITIANS, NICARAGUANS, AND VENEZUELANS (CHNV)**

  Plaintiffs, by and through undersigned counsel, hereby submit this notice in order to inform the Court regarding a recent development relating to the termination of the parole processes for Cubans, Haitians, Nicaraguans, and Venezuelans ("CHNV"). On March 21, 2025, at approximately the same time Defendants filed their Memorandum in Opposition to Plaintiff's Motion for a Preliminary Injunction (Doc. No. 42), the Department of Homeland Security made public a notice entitled "Termination of Parole Processes: Cubans, Haitians, Nicaraguans, and Venezuelans." *See* Exhibit A, available at https://www.federalregister.gov/public-inspection/2025-05128/termination-of-parole-processes-cubans-haitians-nicaraguans-and-venezuelans.

  Given the Federal Register Notice's relevance to the issues before this Court, Plaintiffs intend to challenge Defendant's latest agency action formally terminating of the CHNV parole processes. Accordingly, at the hearing for Plaintiffs' Motion for Preliminary Injunction on Monday, March 24, 2025, Plaintiffs will be prepared to discuss a briefing schedule as to Plaintiffs'

1

plans to further supplement the Amended Complaint and timing for seeking further injunctive relief.

Dated: March 21, 2025

Esther H. Sung (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Hillary Li (*pro hac vice*)
Laura Flores-Perilla (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org


Anwen Hughes (*pro hac vice* pending)
**HUMAN RIGHTS FIRST**
75 Broad St., 31st Fl.
New York, NY 10004
Telephone: (212) 845-5244
HughesA@humanrightsfirst.org


Justin B. Cox (*pro hac vice*)
**LAW OFFICE OF JUSTIN B. COX**
*JAC Cooperating Attorney*
PO Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org

Respectfully submitted,

*/s/ John A. Freedman*
John A. Freedman (BBO#629778)
Laura Shores (*pro hac vice*)
Katie Weng (*pro hac vice* pending)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5316
john.freedman@arnoldporter.com
laura.shores@arnoldporter.com
katie.weng@arnoldporter.com



H. Tiffany Jang (BBO#691380)
**ARNOLD & PORTER KAYE SCHOLER LLP**
200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com



Daniel B. Asimow (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3142
daniel.asimow@arnoldporter.com



Robert Stout (*pro hac vice* pending)
Sarah Elnahal (*pro hac vice* pending)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710

Telephone: (212) 836-8000
robert.stout@arnoldporter.com
sarah.elnahal@arnoldporter.com

*Attorneys for Plaintiffs*

### **CERTIFICATE OF SERVICE**

I, John A. Freedman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ John A. Freedman*
John A. Freedman