# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>*Defendants*. | C.A. No: 1:25-cv-10495-IT |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs, including Proposed Class Representatives Svitlana Doe, Maksym Doe, Maria Doe, Alejandro Doe. Armando Doe, Ana Doe, Carlos Doe, Omar Doe, Kyle Varner, Wilhen Pierre Victor, Valentin Rosales Tabares, Marim Doe, Adolfo Gonzalez, Jr., Aleksandra Doe, Teresa Doe, and Rosa Doe ("Proposed Class Representatives"), on behalf of themselves and the proposed class they seek to represent, move to certify a class pursuant to Rule 23.

The Proposed Class Representatives respectfully request that this Court issue an order certifying a class that is defined as:

a) All individuals with pending applications to sponsor a beneficiary for any humanitarian parole process, including but not limited to U4U, CHNV, FRP, MPIP, and CAM, which applications are subject to the January 20 Huffman memo and subsequent actions by Defendants to pause or otherwise terminate the processing of such applications (the "Sponsor Subclass"); and

b) All individuals who have received humanitarian parole through already established humanitarian parole processes, such as the U4U, CHNV, OAW, FRP, MPIP, and CAM parole processes, with any pending applications for any additional immigration benefit, which applications are subject to the "administrative hold" set out in the February 14 Davidson memorandum, the January Higgins Directive, and other subsequent actions by Defendants to pause or otherwise terminate the processing of such applications (the "Immigration Benefits Subclass").

Plaintiffs would exclude from the class definition any individuals or groups who choose to opt out of the class in order to seek relief in separate litigation.

1

The Plaintiffs also respectfully request that this Court appoint the undersigned as class counsel and the Proposed Class Representatives as class representatives.

The basis for this motion for class certification is that the proposed class meets all of the requirements for class treatment under Rule 23(a) and (b)(2), and the proposed class counsel meet all of the requirements set forth in Rule 23(a) and (g). The grounds for this motion are explained in the accompanying memorandum of law and its exhibits.

A Proposed Order is filed herewith.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs respectfully request an oral argument Pursuant to Local Rule 7.1(d) on this Motion.

Dated: March 21, 2025

Esther H. Sung (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Hillary Li (*pro hac vice*)
Laura Flores-Perilla (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org

Anwen Hughes (*pro hac vice*)
**HUMAN RIGHTS FIRST**
75 Broad St., 31st Fl.
New York, NY 10004
Telephone: (212) 845-5244
HughesA@humanrightsfirst.org

Respectfully submitted,

*/s/ John A. Freedman*
John A. Freedman (BBO#629778)
Laura Shores (*pro hac vice*)
Katie Weng (*pro hac vice* pending)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5316
john.freedman@arnoldporter.com
laura.shores@arnoldporter.com
katie.weng@arnoldporter.com

H. Tiffany Jang (BBO#691380)
**ARNOLD & PORTER KAYE SCHOLER LLP**
200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com

| | |
|---|---|
| Justin B. Cox (*pro hac vice*)<br>**LAW OFFICE OF JUSTIN B. COX**<br>*JAC Cooperating Attorney*<br>PO Box 1106<br>Hood River, OR 97031<br>(541) 716-1818<br>justin@jcoxconsulting.org | Daniel B. Asimow (*pro hac vice*)<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>Three Embarcadero Center<br>10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: (415) 471-3142<br>daniel.asimow@arnoldporter.com<br><br>Robert Stout (*pro hac vice*)<br>Sarah Elnahal (*pro hac vice*)<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: (212) 836-8000<br>rob.stout@arnoldporter.com<br>sarah.elnahal@arnoldporter.com<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)

The parties have conferred pursuant to Local Rule 7.1(a)(2). Defendants oppose this motion.

Dated: March 21, 2025

*/s/ John A. Freedman*
John A. Freedman

## CERTIFICATE OF SERVICE

I, John A. Freedman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 21, 2025

*/s/ John A. Freedman*
John A. Freedman