IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.<br><br>Plaintiffs,<br><br>– v. –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.<br><br>Defendants. | Civil Action No.: 1:25-cv-10495-IT |

## [PROPOSED] ORDER

Upon consideration of the Plaintiffs' Motion for Class Certification, the motion is GRANTED and it is hereby ordered that, pending further order:

1. The proposed class, defined below, meets the requirements for class certification under Rule 23(a) and (b)(2), and is hereby certified:

    a) All individuals with pending applications to sponsor a beneficiary for any humanitarian parole process, including but not limited to U4U, CHNV, FRP, MPIP, and CAM, which applications are subject to the January 20 Huffman memo and subsequent actions by Defendants to pause or otherwise terminate the processing of such applications (the "Sponsor Subclass");and

    b) All individuals who have received humanitarian parole through already established humanitarian parole processes, such as the U4U, CHNV, OAW, FRP, MPIP, and CAM parole processes, with any pending applications for any additional immigration benefit, which applications are subject to the "administrative hold" set out in the February 14 Davidson memorandum, the January Higgins Directive, and other subsequent actions by Defendants to pause or otherwise terminate the processing of such applications (the "Immigration Benefits Subclass").

    Plaintiffs would exclude from the class definition any individuals or groups who choose to opt out of the class in order to seek relief in separate litigation.

2. Svitlana Doe, Maksym Doe, Maria Doe, Alejandro Doe. Armando Doe, Ana Doe, Carlos Doe, Omar Doe, Kyle Varner, Wilhen Pierre Victor, Valentin Rosales Tabares, Marim Doe, Adolfo Gonzalez, Jr., Aleksandra Doe, Teresa Doe, and Rosa Doe are appointed Class Representatives.

3. Arnold & Porter Kaye Scholer LLP, Justice Action Center, and Human Rights First satisfy the requirements for serving as class counsel under Rule 23(g), and are hereby appointed class counsel for the certified class.

**SO ORDERED.**

                                                                                                                 The Honorable Judge Indira Talwani

Dated:_____