UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>      *Defendants*. | C.A. No: 1:25-cv-10495-IT |

**DECLARATION OF JOHN A. FREEDMAN IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, John A. Freedman, state as follows:

  1.  I am over the age of 18. I make this declaration based on my own personal knowledge, and, if called to testify, could and would testify as stated herein.

  2.  I am the Senior Pro Bono Counsel at Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), and supervise the Arnold & Porter team on this matter. Arnold & Porter is co-counsel of record for Plaintiffs and the Proposed Class in this matter.

  3.  This Declaration is submitted in support of Plaintiffs' Motion for Class Certification.

  4.  Arnold & Porter is an Am Law 100 firm with over 1,000 lawyers working in fifteen offices in the United States, Europe, and Asia. In the last five years, Arnold & Porter has litigated over 100 class actions and other cases involving aggregate claims.

  5.  I am a 1995 graduate of the Harvard Law School, and received my Bachelor's degree from Williams College in 1991. I am currently admitted to practice before many federal trial and appellate courts.  Following my clerkship on the District of Massachusetts for Judge

1

Walter Jay Skinner in 1995-1996, I joined Arnold & Porter. Prior to assuming my current role in 2020, was a partner in our litigation department starting in 2002. I am also a member in good standing of the Bars of Massachusetts, New York, and the District of Columbia, this court, and numerous other federal trial and appellate courts.

6.  Throughout my career, I have specialized in class action and other complex litigation involving a wide variety of commercial and civil rights issues. In the last several years, I have served as counsel for putative or certified classes in *Little v. WMATA,* D.D.C. No. 1:14-cv-01289 (D.D.C.), *Cote v. Wal-Mart Stores*, D. Mass. No. 15-Civ.12945; *S.A. v. Trump*, N.D. Cal. 3:18-cv-3539, *Emami v. Mayorkas*, No. 18-cv-01587 (N.D. Cal.); *Costa v. Barzon*, D.D.C. 1:19-cv-3185, *Black Lives Matter D.C. v. Trump*, No. 1:20-cv-1469; and *V.C. v. District of Columbia*, D.D.C. No, 1:23-cv-1139. I also have extensive experience litigating claims, including claims concerning immigrants' rights, under the Administrative Procedure Act; in addition to the *S.A.* and *Emami* matters, I also served as counsel in various challenges under the APA, including *League of Women Voters v. Newby*, 838 F.3d 1 (D.C. Cir. 2016), *CASA de Maryland v. U.S. Dep't of Homeland Sec.*, 924 F.3d 684 (4th Cir. 2019), and *Dep't of Commerce v. New York*, 588 U.S. 752 (2019).

7.  Daniel B. Asimow is a partner in Arnold & Porter's San Francisco office and is also co-counsel for Plaintiffs and the Proposed Class in this matter. It is my understanding that Mr. Asimow received his J.D. from the University of California, Berkeley in 1992, and his undergraduate degree from Harvard College in 1988. From 1992-93 he clerked for Judge Jon O. Newman on the Court of Appeals for the Second Circuit. Mr. Asimow is admitted to the California bar and a number of federal courts, and is admitted to practice *pro hac vice* before this Court. Mr. Asimow has extensive experience representing clients in complex litigation, including

class actions, and was appointed class counsel with me in the *S.A.* and *Emani* matters discussed above.

8. Laura Shores is a partner in Arnold & Porter's Washington, D.C. office and is also co-counsel for Plaintiffs and the Proposed Class in this matter. It is my understanding that Ms. Shores received her J.D. from the University of Chicago in 1988, and her undergraduate degree from Smith College in 1985. From 1988-89 she clerked for Judge Robert S. Vance on the Court of Appeals for the Eleventh Circuit. Ms. Shores is admitted to the Alabama and District of Columbia bars and a number of federal courts, and is admitted to practice *pro hac vice* before this Court.

9. Because of the years of experience in handling immigration and civil rights class actions and individual cases, the attorneys handling this case have knowledge of the applicable laws in this area and are qualified, experienced, and generally able to conduct the litigation of this case.

10. Arnold & Porter attorneys participated in investigating the facts that gave rise to this litigation and in drafting pleadings and motions, including the Motion for Class Certification. Arnold & Porter attorneys are familiar with the issues and are in a position to devote substantial resources to this litigation going forward. Arnold & Porter is representing the class *pro bono* and is not receiving reimbursement from the individual plaintiffs or class members in this case.

11. I do not anticipate any reason that class members would dispute the adequacy of Arnold & Porter's representation, and I am aware of no conflicts of interest between Arnold & Porter and any members of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 21, 2025

                                         */s/ John A. Freedman*
                                         John A. Freedman

## **CERTIFICATE OF SERVICE**

I, John A. Freedman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 21, 2025

                                         */s/ John A. Freedman*
                                         John A. Freedman