**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>      *Plaintiffs*,<br><br>   v.<br><br>KRISTI NOEM, in her official capacity as<br>Secretary of Homeland Security, et al.,<br><br>      *Defendants*. | C.A. No: 1:25-cv-10495-IT |

**DECLARATION OF KAREN C. TUMLIN IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Karen C. Tumlin, state as follows:

1. I am over the age of 18. I make this declaration based on my own personal knowledge, and, if called to testify, could and would testify as stated herein.

2. I am the Director and Founder of Justice Action Center (JAC), a nonprofit organization that uses co-equal litigation and storytelling strategies to address unmet needs and build new frameworks to tangibly improve immigrants' lives. I directly supervise JAC's Deputy Director and two Department Directors and oversee a staff of thirteen. Justice Action Center is co-counsel of record for Plaintiffs and the Proposed Class in this matter.

3. I submit this Declaration in support of Putative Class Plaintiffs' Motion for Class Certification.

4. I participated in investigating the facts that gave rise to this litigation and in drafting pleadings and motions, including the Motion for Class Certification. I am familiar with the issues and am in a position to devote substantial resources to this litigation going forward. I represent the class pro bono and am not receiving reimbursement from the

1

individual plaintiffs or class members in this case. The same is true for all JAC attorneys, who besides myself include Esther H. Sung, Hillary Li, Laura Flores-Perilla, Brandon Galli-Graves, and JAC Cooperating Attorney Justin B. Cox.

5.  Collectively, JAC attorneys have over sixty-eight years of experience in immigrants' rights and civil rights litigation, including litigating causes of action under the Administrative Procedure Act. JAC attorneys' work has included litigation over the Deferred Action for Childhood Arrivals (DACA) program, the first Trump administration's Muslim Ban, and the first Trump administration's Remain in Mexico Protocols, as well as a successful intervention to defend the parole processes for Cubans, Haitians, Nicaraguans, and Venezuelans from a legal challenge brought by Texas and a coalition of twenty other states.

6.  Justice Action Center attorneys are also experienced in complex civil litigation and specifically in federal class actions, having successfully sought and obtained class certification in prior cases over the past two decades. *See, e.g.*, *Gomez v. Trump*, No. 1:20-cv-01419-APM (D.D.C.); *Doe #1 v. Trump*, No. 3:19-cv-01043 (D. Ore.); *Batalla-Vidal v. Wolf*, No. 16-cv-4756 (E.D.N.Y.); *Valle del Sol v. Whiting*, No. CV 2:10-cv-01061-PHX-SRB (D. Ariz.); *Unknown Parties v. Johnson*, 163 F. Supp. 3d 630 (D. Ariz. 2016); *Orantes-Hernandez v. Garland*, No. 2:1982-cv-01107 (C.D. Cal.).

7.  Justice Action Center also has more than sufficient resources to litigate this matter vigorously. Within a matter of weeks since the agency actions challenged in this matter became publicly known, JAC and its co-counsel have filed a complaint, an amended complaint, an emergency motion for a preliminary injunction and stay of administrative action, and this motion for class certification on behalf of 16 Proposed Class

Representatives, two additional individual Plaintiffs, and organizational Plaintiff Haitian

Bridge Alliance, who together represent at least four different native tongues besides

English and require translation and interpretation of legal documents and client

communications. JAC will continue to vigorously represent both the named Plaintiffs and

absent class members in this matter.

8. I do not anticipate any reason that class members would dispute the adequacy of Justice

Action Center's representation, and I am aware of no conflicts of interest between Justice

Action Center and any members of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 21, 2025

*/s/ Karen C. Tumlin*
Karen C. Tumlin

## CERTIFICATE OF SERVICE

I, Karen C. Tumlin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 21, 2025

*/s/ Karen C. Tumlin*
Karen C. Tumlin