UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al., <br><br> *Defendants*. | C.A. No: 1:25-cv-10495-IT |

DECLARATION OF ANWEN HUGHES IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Anwen Hughes, state as follows:

1. I am over the age of 18. I make this declaration based on my own personal knowledge, and, if called to testify, could and would testify as stated herein.

2. I am an attorney employed as Director of Legal Strategy for Refugee Programs at Human Rights First. Human Rights First is co-counsel of record for Plaintiffs and the Proposed Class in this matter.

3. This Declaration is submitted in support of Plaintiffs' Motion for Class Certification.

4. I have been practicing exclusively in the field of immigration and refugee law since 1999, all of that time at Human Rights First, where I have supervised the representation of thousands of asylum seekers in addition to those I have represented myself, have advised on class action litigation and other civil suits brought by Human Rights First to challenge immigration policies affecting the rights of asylum seekers, as well as representing and advising on the representation of non-citizens in federal appeals of their removal orders

1

and other challenges to adjudication of individual applications for benefits.

5.  In 2023 I organized legal orientation, advice, and referrals to representation for a flight of Nicaraguan political prisoners many of whose family members are affected by the agency actions challenged in this litigation.

6.  I participated in investigating the facts that gave rise to this litigation and in drafting pleadings and motions, including the Motion for Class Certification. I am familiar with the issues and am in a position to devote substantial resources to this litigation going forward. I represent the class pro bono and am not receiving reimbursement from the individual plaintiffs or class members in this case.

7.  I do not anticipate any reason that class members would dispute the adequacy of Human Rights First's representation, and I am aware of no conflicts of interest between Human Rights First and any members of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Anwen Hughes

2

## <u>CERTIFICATE OF SERVICE</u>

I, Anwen Hughes, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


Dated: March 21, 2025

*/s/ Anwen Hughes*
Anwen Hughes
