AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Svitlana Doe, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-10495-IT |
| Kristi Noem, Secretary of Homeland Security, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants  .

Date:  03/21/2025

/s/ Brian C. Ward
*Attorney's signature*

Brian C. Ward, IL 6304236
*Printed name and bar number*

U.S. Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20001

*Address*

brian.c.ward@usdoj.gov
*E-mail address*

(202) 616-9121
*Telephone number*

(202) 305-7000
*FAX number*