UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>　　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　　　　*Defendants*. | Case No. 1:25-cv-10495-IT |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5(a), please take notice that Anagha Sundararajan, Assistant Solicitor General in the Office of the New York State Attorney General, enters an appearance on behalf of *amici curiae*, States of New York, Illinois, California, Connecticut, Hawai'i, Maine, Maryland, Massachusetts, Minnesota, New Jersey, Oregon, Rhode Island, Vermont, Washington, and Wisconsin, and the District of Columbia ("Amici States"). The undersigned certifies that she is a member of the bar of this Court in good standing and that leave to file an amicus brief on behalf of the Amici States was granted by this Court on March 24, 2025 (ECF No. 49).

2

Dated: New York, New York  
      March 24, 2025

Respectfully submitted,

By:   */s/ Anagha Sundararajan*  
     ANAGHA SUNDARARAJAN  
     (BBO # 706741)  
     Assistant Solicitor General

     Office of the New York State Attorney General  
     28 Liberty Street  
     New York, NY 10005  
     (212) 416-8073