UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in Her Official Capacity as Secretary of Homeland Security, et al.,<br><br>*Defendants*. | No. 1:25-cv-10495-IT |

## MOTION FOR LEAVE TO APPEAR AND PRACTICE *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel, on behalf of *amici curiae* States of New York, Illinois, California, Connecticut, Hawaiʻi, Maine, Maryland, Massachusetts, Minnesota, New Jersey, Oregon, Rhode Island, Vermont, Washington, and Wisconsin, and the District of Columbia ("Amici States"), and as a member of the bar of this Court, respectfully moves this Court to admit Stephen J. Yanni to appear and practice *pro hac vice* in the above-captioned matter. This Court granted Amici States leave to file an amicus brief in this matter on March 24, 2025 (ECF No. 49).

As grounds for the motion, the movant states that: attorney Stephen J. Yanni (1) is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice law; (2) is not the subject of disciplinary proceedings pending in any jurisdiction; (3) has not previously had a *pro hac vice* admission to this Court revoked for misconduct; and (4) has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts. Attached hereto is a certificate of Stephen J. Yanni.

WHEREFORE, the movant requests that the motion for leave to appear and practice *pro hac vice* be granted.

Dated:    New York, New York          Respectfully submitted,
         March 25, 2025

                                       /s/ *Anagha Sundararajan*
                                      ANAGHA SUNDARARAJAN
                                      (BBO # 706741)
                                      Assistant Solicitor General

                                      Office of the New York State Attorney General
                                      28 Liberty Street
                                      New York, NY 10005
                                      (212) 416-8073

## **CERTIFICATE OF SERVICE**

      I, Anagha Sundararajan, hereby certify that this motion for leave to appear and practice *pro hac vice* and attached certificate, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: March 24, 2025

                                                                           /s/ *Anagha Sundararajan*
                                                                             Anagha Sundararajan