UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in Her Official Capacity as Secretary of Homeland Security, et al.,<br><br>*Defendants*. | No. 1:25-cv-10495-IT |

**CERTIFICATE OF STEPHEN J. YANNI IN SUPPORT OF
MOTION FOR LEAVE TO APPEAR AND PRACTICE *PRO HAC VICE***

I, Stephen J. Yanni, hereby certify as follows:

1. I am an Assistant Solicitor General in the Office of the New York State Attorney General, 28 Liberty Street, New York, New York 10005 (phone: (212) 416-6184). I represent *amici curiae* States of New York, Illinois, California, Connecticut, Hawaiʻi, Maine, Maryland, Massachusetts, Minnesota, New Jersey, Oregon, Rhode Island, Vermont, Washington, and Wisconsin, and the District of Columbia, in the above-captioned matter.

2. I am admitted to practice and am a member in good standing of the bars of New York, the District of Columbia (inactive), the U.S. Supreme Court, the U.S. Courts of Appeals for the Second and Ninth Circuits, and the U.S. District Court for the Southern District of New York.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction.

4. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

Dated:    New York, New York
          March 25, 2025

                                              */s/ Stephen J. Yanni*
                                              STEPHEN J. YANNI
                                              Assistant Solicitor General

                                              Office of the New York State Attorney General
                                              28 Liberty Street
                                              New York, NY 10005
                                              (212) 416-6184