IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>Defendants. | Civil Action No.: 1:25-cv-10495-IT |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER CONCERNING DOE PLAINTIFFS' PII**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the parties move the Court for entry of the Stipulated Protective Order attached as Exhibit A. The basis for the Stipulated Protective Order is as follows:

1. The parties recognize that this case will involve the provision of sensitive and confidential personal identifying information ("PII") from the plaintiffs proceeding under pseudonym ("Doe Plaintiffs"), the dissemination of which may cause harm to the Doe Plaintiffs;

2. This Stipulated Protective Order limits the individuals who would be granted access to Doe Plaintiffs' PII; and

3. The Stipulated Protective Order permits access to the Doe Plaintiffs' PII (as defined therein) only to the extent required for the purposes of this litigation, expressly prohibits use of the Doe Plaintiffs' PII for any immigration enforcement purpose (including in any collateral immigration proceeding), and requires that Doe Plaintiffs' PII be returned, destroyed, or protected by counsel after the conclusion of this litigation. The Stipulated Protective Order does not cover

PII that is already contained in Defendants' records or systems, otherwise possessed by Defendants, or independently acquired by Defendants.

4. The parties note the limited scope of this Protective Order to facilitate Plaintiffs' sharing of information about the Doe Plaintiffs' identities with Defendants. The parties will likely need to seek entry of another Protective Order in the future that would facilitate the sharing of sensitive information contained in Defendants' records that is subject to statutory and regulatory protections from disclosure.

WHEREFORE, for the reasons set forth above, the parties respectfully request that the Court grant this motion and enter the Stipulated Protective Order filed herewith as Exhibit A.

| | |
|---|---|
| Dated March 26, 2025 | Respectfully submitted, |
| YAAKOV M. ROTH<br>*Principal Deputy Assistant Attorney General* | */s/ John A. Freedman*<br>John A. Freedman (BBO#629778)<br>Laura Shores (*pro hac vice*) |
| DREW C. ENSIGN<br>*Deputy Assistant Attorney General* | Katie Weng (*pro hac vice* pending)<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>601 Massachusetts Ave, NW |
| AUGUST FLENTJE<br>*Acting Director* | Washington, D.C. 20001-3743<br>Telephone: (202) 942-5316<br>john.freedman@arnoldporter.com |
| EREZ REUVENI<br>*Acting Deputy Director* | laura.shores@arnoldporter.com<br>katie.weng@arnoldporter.com |
| PATRICK GLEN<br>KATHERINE J. SHINNERS<br>*Senior Litigation Counsel* | H. Tiffany Jang (BBO#691380)<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>200 Clarendon Street, Fl. 53 |
| By: */s/ Brian C. Ward*<br>BRIAN C. WARD<br>*Senior Litigation Counsel*<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 616-9121<br>Email: brian.c.ward@usdoj.gov | Boston, MA 02116<br>Telephone: (617) 351-8053<br>tiffany.jang@arnoldporter.com<br><br>Daniel B. Asimow (*pro hac vice*)<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>Three Embarcadero Center<br>10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: (415) 471-3142<br>daniel.asimow@arnoldporter.com |
| ELISSA FUDIM<br>ZACHARY CARDIN<br>DANIEL SCHUTRUM-BOWARD<br>*Trial Attorneys*<br><br>*Counsel for Defendants* | Robert Stout (*pro hac vice*)<br>Sarah Elnahal (*pro hac vice*)<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: (212) 836-8000<br>rob.stout@arnoldporter.com<br>sarah.elnahal@arnoldporter.com |

Esther H. Sung (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Hillary Li (*pro hac vice*)
Laura Flores-Perilla (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org


Anwen Hughes (*pro hac vice*)
**HUMAN RIGHTS FIRST**
75 Broad St., 31st Fl.
New York, NY 10004
Telephone: (212) 845-5244
HughesA@humanrightsfirst.org


Justin B. Cox (*pro hac vice*)
**LAW OFFICE OF JUSTIN B. COX**
*JAC Cooperating Attorney*
PO Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org


*Counsel for Plaintiffs*

4

**CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)**

Plaintiffs' counsel and defense counsel have conferred in accordance with Local Rule 7.1(a)(2), and the parties have assented to the stipulated protective order filed herewith.

Dated: March 26, 2025

/s/ *John A. Freedman*
John A. Freedman

**CERTIFICATE OF SERVICE**

I, John A. Freedman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 26, 2025

/s/ *John A. Freedman*
John A. Freedman