**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>Defendants. | Civil Action No.: 1:25-cv-10495-IT |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs[1] respectfully move this Court for leave to file a second amended complaint in order to add new parties, allegations, and claims pertaining to Defendants'[2] most recent agency action to terminate parole processes for Cubans, Haitians, Nicaraguans, and Venezuelans (hereinafter "CHNV parole processes"). On March 21, 2025, the Department of Homeland Security ("DHS") publicly released an unpublished version of a Federal Register Notice entitled "Termination of Parole Processes: Cubans, Haitians, Nicaraguans, and Venezuelans," which was subsequently published

---

[1] As of the filing of Plaintiffs' first Amended Complaint for Declaratory and Injunctive Relief (Doc. No. 22) on March 17, 2025, Plaintiffs include Svitlana Doe, Maksym Doe, Maria Doe, Alejandro Doe, Armando Doe, Ana Doe, Carlos Doe, Omar Doe, Andrea Doe, Sandra McAnany, Kyle Varner, Wilhen Pierre Victor, Valentin Rosales Tabares, Marim Doe, Adolfo Gonzalez, Jr., Aleksandra Doe, Teresa Doe, Rosa Doe, and Haitian Bridge Alliance.

[2] Defendants include Kristi Noem, in her official capacity as Secretary of Homeland Security; Todd M. Lyons, in his official capacity as the Acting Director of Immigration and Customs Enforcement; Pete R. Flores, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection; Kika Scott, in her official capacity as the Senior Official Performing the Duties of the Director of U.S. Citizenship and Immigration Services; and Donald J. Trump, in his official capacity as President of the United States.

on March 25, 2025 (the "March 25 FRN"). *See* Termination of Parole Processes for Cubans, Haitians, Nicaraguans, and Venezuelans, 90 Fed. Reg. 13611 (Mar. 25, 2025). The March 25 FRN prematurely terminates validly issued grants of parole and work authorization issued under the CHNV parole processes for all current CHNV parole beneficiaries who are within the United States with time remaining on their parole. *See id.* The March 25 FRN also states that DHS will promptly remove parolees after April 24, 2025. *Id.* Accordingly, Plaintiffs respectfully request leave from this Court to amend their First Amended Complaint for Declaratory and Injunctive Relief (Doc. No. 22) to add new plaintiffs, factual allegations, and claims relating to the March 25 FRN. Plaintiffs are requesting leave to file an amended complaint under the above-captioned case because many of the current Plaintiffs are or will also be harmed by the March 25 FRN for substantially the same reasons as the new plaintiffs.

The basis for Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint are set forth in the present Motion, the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint filed herewith, the Second Amended Complaint filed herewith, such other evidence and argument as may be submitted on this Motion, and such other matters of which the Court may take judicial notice.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order granting Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint.

Dated: March 26, 2025

Esther H. Sung (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Hillary Li (*pro hac vice*)
Laura Flores-Perilla (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org


Anwen Hughes (*pro hac vice*)
**HUMAN RIGHTS FIRST**
75 Broad St., 31st Fl.
New York, NY 10004
Telephone: (212) 845-5244
HughesA@humanrightsfirst.org


Justin B. Cox (*pro hac vice*)
**LAW OFFICE OF JUSTIN B. COX**
*JAC Cooperating Attorney*
PO Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org

Respectfully submitted,

*/s/ John A. Freedman*
John A. Freedman (BBO#629778)
Laura Shores (*pro hac vice*)
Katie Weng (*pro hac vice* pending)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5316
john.freedman@arnoldporter.com
laura.shores@arnoldporter.com
katie.weng@arnoldporter.com


H. Tiffany Jang (BBO#691380)
**ARNOLD & PORTER KAYE SCHOLER LLP**
200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com


Daniel B. Asimow (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3142
daniel.asimow@arnoldporter.com


Robert Stout (*pro hac vice*)
Sarah Elnahal (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
robert.stout@arnoldporter.com
sarah.elnahal@arnoldporter.com

*Attorneys for Plaintiffs*

3

**CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)**

Plaintiffs, through their counsel, conferred with Defendants' counsel to pursuant to Local Rule 7.1(a)(2), and Defendants' counsel provided written confirmation that they would not oppose Plaintiffs' motion to file a second amended complaint.

Dated: March 26, 2025

*/s/ John A. Freedman*
John A. Freedman

**CERTIFICATE OF SERVICE**

I, John A. Freedman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 26, 2025

*/s/ John A. Freedman*
John A. Freedman