IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al., <br><br> Defendants. | Civil Action No.: 1:25-cv-10495-IT |

**PLAINTIFFS' SECOND SUPPLEMENTAL MOTION
TO PROCEED UNDER PSEUDONYM**

Pursuant to Federal Rule of Civil Procedure 5.2(e), Plaintiffs Miguel Doe, Lucia Doe, Daniel Doe, and Gabriela Doe (collectively, the "new Doe Plaintiffs") respectfully move the Court for a supplement to the March 3, 2025 and March 21, 2025 Orders (Doc. Nos. 8, 43) permitting certain plaintiffs to proceed in this litigation using pseudonyms to protect their identities from public disclosure.

As with the prior orders, the new Doe Plaintiffs request that they be permitted to maintain the confidentiality of their identities by using only pseudonyms and redacting other identifying information in their filings, including all exhibits in which their names appear. The new Doe Plaintiffs are willing to disclose their identities to the Court pursuant to the parties' Stipulated Protective Order Concerning Confidential Doe PII. *See* Doc. No. 54-1.

As explained in the Memorandum of Law in Support of Plaintiffs' Second Supplemental Motion to Proceed Under Pseudonym, filed herewith, the new Doe Plaintiffs are beneficiaries and a sponsor of dedicated parole processes established by the Biden administration for nationals of Cuba, Haiti, Nicaragua, and Venezuela (the "CHNV" parole processes). As of March 25, 2025

Defendants have terminated these parole processes and have called for the removal of parolees in the United States under those parole processes after April 24, 2025—including those whose two-year periods of parole have not yet expired. *See* Attachment B, Termination of Parole Processes for Cubans, Haitians, Nicaraguans, and Venezuelans, 90 Fed. Reg. 13611, 13619 (Mar. 25, 2025).

Accordingly, the new Doe Plaintiffs reasonably fear that compelled disclosure of their identities could cause them or their family members unusually severe harm, including in the form of apprehension and deportation from the country by Defendants, or violence, persecution, and/or imprisonment in their home countries.

The new Doe Plaintiffs therefore respectfully request that the court permit them to proceed in this litigation under pseudonym.

The new Doe Plaintiffs' motion is based upon this Motion, the Memorandum of Law in Support of Plaintiffs' Second Supplemental Motion to Proceed Under Pseudonym filed herewith, the supporting Declarations of Miguel Doe, Lucia Doe, Daniel Doe, and Gabriela Doe filed herewith, the Second Amended Complaint, Doc. No. 59-1, such other evidence and argument as may be submitted on this Motion, and such other matters of which the Court may take judicial notice.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and enter an Order:

1. Granting the new Doe Plaintiffs leave to proceed in this matter under pseudonyms; and
2. Requiring all parties to submit pleadings, briefing and evidence either (a) using the new Doe Plaintiffs' pseudonyms instead of their real names and other personally identifying information or (b) by redacting the new Doe Plaintiffs' names and other personally identifying information.

A proposed order is attached hereto.

| | |
|---|---|
| Dated: March 27, 2025 | Respectfully submitted, |
| | |
| | /s/ *John A. Freedman* |
| Esther H. Sung (*pro hac vice*) | John A. Freedman (BBO#629778) |
| Karen C. Tumlin (*pro hac vice*) | Laura Shores (*pro hac vice*) |
| Hillary Li (*pro hac vice*) | Katie Weng (*pro hac vice* pending) |
| Laura Flores-Perilla (*pro hac vice*) | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| Brandon Galli-Graves (*pro hac vice*) | 601 Massachusetts Ave, NW |
| **JUSTICE ACTION CENTER** | Washington, D.C. 20001-3743 |
| P.O. Box 27280 | Telephone: (202) 942-5316 |
| Los Angeles, CA 90027 | john.freedman@arnoldporter.com |
| Telephone: (323) 450-7272 | laura.shores@arnoldporter.com |
| esther.sung@justiceactioncenter.org | katie.weng@arnoldporter.com |
| karen.tumlin@justiceactioncenter.org | |
| hillary.li@justiceactioncenter.org | |
| laura.flores-perilla@justiceactioncenter.org | |
| brandon.galli-graves@justiceactioncenter.org | H. Tiffany Jang (BBO#691380) |
| | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | 200 Clarendon Street, Fl. 53 |
| Anwen Hughes (*pro hac vice*) | Boston, MA 02116 |
| **HUMAN RIGHTS FIRST** | Telephone: (617) 351-8053 |
| 75 Broad St., 31st Fl. | tiffany.jang@arnoldporter.com |
| New York, NY 10004 | |
| Telephone: (212) 845-5244 | |
| HughesA@humanrightsfirst.org | |
| | Daniel B. Asimow (*pro hac vice*) |
| | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | Three Embarcadero Center |
| | 10th Floor |
| Justin B. Cox (*pro hac vice*) | San Francisco, CA 94111-4024 |
| **LAW OFFICE OF JUSTIN B. COX** | Telephone: (415) 471-3142 |
| *JAC Cooperating Attorney* | daniel.asimow@arnoldporter.com |
| PO Box 1106 | |
| Hood River, OR 97031 | |
| (541) 716-1818 | |
| justin@jcoxconsulting.org | |

3

>Robert Stout (*pro hac vice*)
>Sarah Elnahal (*pro hac vice*)
>**ARNOLD & PORTER KAYE SCHOLER LLP**
>250 West 55th Street
>New York, NY 10019-9710
>Telephone: (212) 836-8000
>robert.stout@arnoldporter.com
>sarah.elnahal@arnoldporter.com
>
>*Attorneys for Plaintiffs*

### CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)

The plaintiffs, through their counsel, conferred with the defendants' counsel pursuant to Local Rule 7.1(a)(2), and the defendants' counsel stated that entry of the parties' stipulated protective order, Doc. No. 54-1, would likely resolve their concerns.

Dated: March 27, 2025

>*/s/ John A. Freedman*
>John A. Freedman

### CERTIFICATE OF SERVICE

I, John A. Freedman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 27, 2025

>*/s/ John A. Freedman*
>John A. Freedman