# ATTACHMENT A

to Plaintiffs' Second Supplemental Motion to
Proceed Under Pseudonym

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.<br><br>Plaintiffs,<br><br>– v. –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.<br><br>Defendants. | Civil Action No.: 1:25-cv-10495-IT |

### [PROPOSED] ORDER

Upon consideration of the Plaintiffs' Second Supplemental Motion to Proceed Under Pseudonym, it is hereby ordered that, pending further order:

1. The new Doe Plaintiffs are granted leave to proceed in this matter under pseudonyms; and

2. All parties shall submit pleadings, briefing and evidence either (a) using the new Doe Plaintiffs' pseudonyms instead of their real names and other personally identifying information or (b) by redacting the new Doe Plaintiffs' names and other personally identifying information.

**SO ORDERED.**

_____
The Honorable Judge Indira Talwani

Dated:_____