# ATTACHMENT E

to Plaintiffs' Second Supplemental Motion to Proceed Under Pseudonym

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SVITLANA DOE, *et al.*,

   *Plaintiffs,*

   v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,

   *Defendants.*

Case No.: 1:25-cv-10495-IT

### DECLARATION OF DANIEL DOE

I, Daniel Doe, upon my personal knowledge, hereby declare as follows:

1. I was born in Delmas, Haiti in October 1992. I am a national of Haiti.

2. I currently live in Orlando, Florida. I have lived here since I first arrived in the United States and received parole under the parole processes established for Cubans, Haitians, Nicaraguans, and Venezuelans ("CHNV") in 2024.

3. I have many family members who have had sponsors apply for them through CHNV parole and have pending sponsorship applications, like my wife and three-year old daughter, who are still in Haiti. I also have a brother, an uncle, and a few cousins who are also in Haiti with pending sponsorship CHNV applications.

4. I married my wife in August 2019, and our daughter was born three years later in 2022.

5. Life in Haiti was becoming increasingly worse for me and my family starting around 2022. In 2022, our neighborhood—which was originally a nice and peaceful place to live—came under the control of a gang, and there were multiple incidents where the gang controlling this neighborhood would attack and kidnap people living in the neighborhood.

One time, while my wife was pregnant with our daughter, the gang broke into our neighbor's house, where they physically attacked the husband of the household and kidnapped his wife. This incident caused my wife great stress and triggered us to flee that neighborhood for our own safety. So, we moved into a new neighborhood within the same city, about 10 miles away from our old neighborhood.

6. Our new neighborhood was also controlled by a gang, but they were not known for attacking innocent civilians, so we weren't as concerned about our safety. However, this all changed when another gang attacked the police station near this new neighborhood, killing some police officers there and destroying the police station. Now, there are no police forces in this neighborhood, making it much more dangerous and civilians more vulnerable to attacks by gangs. My wife and daughter currently still live in this area.

7. While in Haiti, I worked as a court interpreter for foreigners, and sometimes I worked as an interpreter for the U.S. Embassy, the Haitian National Police, and the Catholic Relief Services. At least twice, in 2023 and early 2024, while going to work, I was followed by people on motorcycles. As a result, I had to go to work in different cars and change the way I moved around the city. These people on motorcycles even drove by our house one time. I believe these people were part of a gang tracking my whereabouts and my family. Another time, in 2023, some people we do not know told my wife to "be careful." My wife and I considered this as a warning that people, likely gangs, were watching us and tracking our whereabouts to target us and possibly kidnap us, likely because of my work as a court interpreter and work with the U.S. Embassy.

8. All of these incidents made it clear for my wife and I that we needed to seek safety outside of Haiti, for ourselves and our young daughter. I first heard about the CHNV

2

parole processes when they were announced in early 2023, as it was all over the news and many people were talking about when it first came out.

9. In early 2023, a friend of my father's offered to sponsor me through CHNV parole. Unfortunately, because this friend had already sponsored several of their family members under CHNV, they could only afford to sponsor one more person. My father's friend submitted the sponsorship application for me in April 2023. In late 2023, my wife and I learned about Welcome.US, and we decided to search for a sponsor through a matching process hosted by Welcome.US because my other application was taking a while and we preferred to be sponsored together as a family so we could get parole as a family. We were matched with a sponsor through Welcome.US, and subsequently our Welcome.US sponsor submitted a sponsorship application for me, my wife, and our daughter in early January 2024. About a week later, in mid-January 2024, I received travel authorization to come to the United States through my father's friend's sponsorship application of me. While it was an extremely difficult decision to make, my wife and I decided that I should proceed with coming to the United States on parole. I arrived in the United States and was subsequently granted parole in February 2024. My parole expires in February 2026.

10. When I first came to the United States on CHNV parole, it required some adjustments to the new culture and way of life here, but I have been able to adapt and become part of a community here. I joined a local Haitian church in my area, and I try and surround myself with family that I have here in the Orlando. Although I remain in contact with my wife and daughter every day, it is very hard to be apart from them for so long, so having family and a community here helps.

11. Once I obtained work authorization in March 2024, I found work to support myself while also supporting my wife and daughter back in Haiti. I first found a job as a tutor in reading and math for children. Currently, I work as an English as a Secondary Language ("ESL") teacher at two different schools in the area with adult students who are immigrants or are here in the United States on a student visa. Beyond my work, I have many goals for myself to expand my skills here in the United States. In October 2024, I obtained my license as a life insurance agent in the state of Florida. I am also interested in financial investments, so I am currently taking classes to learn more about this area and hopefully obtain a license in this area too. I am also looking for ways I can certify myself as an interpreter here in Florida, so I can continue my interpretation work here in the United States.

12. I have also partnered with a friend of mine here in the United States to start a company where we promote education for Haitian immigrants who have recently arrived in the United States. We host free online classes, three times a week, for these individuals, where we educate Haitian immigrants on U.S. culture, teach English, and provide updates on the latest immigration policies affecting the Haitian immigrant community. I personally know about the struggles involved when navigating the language barrier in a new country, so using my experiences and skills to provide this support for other Haitian immigrants in my community is important to me.

13. On Friday, March 21 I learned about the publication of the Federal Register notice that will terminate the CHNV parole processes. At first, when reading about these plans, I was shocked. Now I have no idea what I can do about this now that this has become a reality. My wife and daughter are still in Haiti, and the most important thing for me is to get them

4

here with me in the United States, in a safe place. But now with CHNV being terminated and the government refusing to review any pending CHNV applications, this seems impossible.

14. My wife currently isn't working in Haiti and is taking care of and raising our daughter, so I am my family's main financial support, and they rely on me. With my parole and work authorization terminated, I won't be able to provide for my wife and daughter in Haiti. If I am without parole, I am also afraid of being sent back to Haiti because the conditions in Haiti have not improved, and if I returned, I would be a target given our past experiences in Haiti and the fact that I would be returning to Haiti after having been in the United States on parole.

15. My wife and I have been discussing and trying to prepare for the end of the CHNV parole process. She is very concerned about what is going on here in the United States. We have discussed the possibility of moving to Canada, where I have family. But we are unsure of a way to do this, and moving there would require me to start from zero all over again.

16. I have had to do a lot through the CHNV parole process, and I have followed all the steps and procedures to obtain parole. With the situation my family and I faced in Haiti, things felt hopeless, but when I was granted parole, I suddenly had hope that there will be better days ahead for me and my family. But now things just feel hopeless again. All of this causes me a lot of stress, and I can't sleep well at night knowing that my situation here is unstable, and my family continue to remain in bad conditions in Haiti with no hope of being able to come here with parole. It has been a hard situation for me to handle.

17. I received Temporary Protected Status ("TPS") in September 2024. It was originally valid until February 2026, but I recently learned that the government has ended TPS early,

making my TPS valid until August 2025 instead. I also have not applied for asylum yet, but I was planning to at some point while here on parole. I have not done so yet because I was waiting for my wife and daughter come to the United States through CHNV parole before I applied. But now with the processing of immigration applications like asylum applications filed by parolees like me indefinitely paused, this does not seem like a viable option for me anymore.

18. With my TPS status in flux, maintaining my parole status is important for me and my family's future to live in a safe place where we can be together as a family and where my wife and I can raise our daughter. Without CHNV parole, my wife and daughter will remain vulnerable in Haiti where the situation has not improved for them. And with my parole revoked, I fear that I will be removed back to Haiti where I would face the same dangers as I did before and be unable to financially support my wife and daughter and build a better future for us.

19. I am participating in this lawsuit so that I, along with other individuals who are in the same position, are allowed to stay in the United States for the remainder of the time that we have left on our parole.

20. I am willing to serve as a class representative on behalf of those who are similarly situated to me.

21. I know that if the class is certified, I will be representing more than just myself in this case. I have spoken with the lawyers who represent me about what being a class representative means. I want to help everyone in my situation because we are all harmed by the revocation of parole.

22. I believe participating in this lawsuit is an important way I can help my Haitian community, but I still have fears of using my real name in this lawsuit. I fear that if my name and identity is known, I could be threatened or targeted by individuals here in the United States who are anti-immigrant and/or side politically with the Trump administration. I also fear that I could be retaliated against by the U.S. government through deportation if the U.S. government knows I am going against them in this lawsuit, especially because of my status. Lastly, I fear that if my name is used in this lawsuit, this could cause harm to me in Haiti, if I am deported back to Haiti, and my family who remain in Haiti. Specifically, we could be targeted by gangs if they learn about my participation in this lawsuit and about the fact that I have been in the United States for over a year on parole. But this fear is even more real for my wife and daughter, who remain in Haiti and could be easily targeted by gangs now and in the immediate future if my name is disclosed in this case and gangs are able to connect me by name to my wife and daughter.

23. For these reasons, I am respectfully asking the court to allow me to proceed as plaintiff in this lawsuit under a pseudonym, to protect myself and my family in Haiti.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in Orlando, Florida on 3/25/2025.



Daniel Doe