### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.<br><br>Plaintiffs,<br><br>– v. –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.<br><br>Defendants. | Civil Action No.: 1:25-cv-10495-IT |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Emergency Motion for Preliminary Injunction and Stay of DHS's *En Masse* Truncation of All Valid Grants of CHNV Parole, it is hereby ordered that the motion is GRANTED. Until the Court resolves this case on the merits or orders otherwise, or until such time as the parties agree in writing to amend, supersede, or terminate this order, it is ORDERED that:

1. Defendants and their officers, agents, servants, employees, attorneys, and all members and persons acting in concert or participation with them from the date of this Order, are enjoined and restrained under Rule 65 and 5 U.S.C. § 705 from taking any action to implement or enforce Termination of Parole Processes for Cubans, Haitians, Nicaraguans, and Venezuelans, 90 Fed. Reg. 13611 (Mar. 25, 2025).

2. Defendants shall, within three days of the issuance of the Court's order and then weekly thereafter, file a status report with the Court describing in detail all steps taken to ensure agency staff are aware of and are in compliance with the Court's order, along with copies of all issued guidance and directives related to this order.

**SO ORDERED.**

_____
The Honorable Indira Talwani
United States District Judge

Dated:_____