UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| SVITLANA DOE, *et al.*, | |
|---|---|
| Plaintiffs, | |
| – *versus* – | Civil Action No.: 1:25-cv-10495-IT |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, | |
| Defendants. | |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND STAY OF DHS'S *EN MASSE* TRUNCATION OF ALL VALID GRANTS OF CHNV PAROLE**

| # | Description |
|---|---|
| 1 | Termination of Parole Processes for Cubans, Haitians, Nicaraguans, & Venezuelans, 90 Fed. Reg. 13611 (Mar. 25, 2025) |
| 2 | Declaration of Plaintiff Norma Lorena Dus (CHNV sponsor) |
| 3 | Declaration of Guerline Jozef on behalf of Plaintiff Haitian Bridge Alliance |