# EXHIBIT 2

to Plaintiffs' Emergency Motion for a Preliminary Injunction and Stay of DHS's *En Masse* Truncation of all Valid Grants of CHNV Parole

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> *Defendants.* | Case No.: 1:25-cv-10495-IT |

**DECLARATION OF NORMA LORENA DUS**

I, Norma Lorena Dus, upon my personal knowledge, hereby declare as follows:

1. I was born in Caracas, Venezuela in 1988. I completed my college degree in Ireland and then moved to the United States in 2016. I became a U.S. citizen in 2020.

2. I currently live in West Stockbridge, Massachusetts with my husband and stepchildren. I have lived here since 2016. I work for a nonprofit doing immigration advocacy and providing direct legal services.

3. I am the sponsor for my sister, Lucia Doe, who is a national of Venezuela, under the parole processes for Cubans, Haitians, Nicaraguans, and Venezuelans ("CHNV"). When I learned of the CHNV parole processes through my job, I immediately thought of Lucia, who was living in Venezuela with our mother at the time, and how it would be a beneficial, legal way for her to come to the United States.

4. Back in Venezuela, even though she was working full-time, Lucia didn't make enough money to pay for food, rent, and other necessities for herself and our parents. Daily life was very difficult for them, especially because our mother has health conditions that

require expensive doctor's visits, exams and labs, and medication. The public hospital system in Venezuela is a heartbreaking state, with many hospitals lacking even consistent electricity and running water, as well as basic medical supplies and medications. This means that the only real option for our mother is private health insurance, which is extremely expensive because there are no health insurance options. She has to pay for all her care out of pocket, but she only receives a pension that is not even enough to buy a dozen eggs. I, along with our two other siblings who have moved outside of Venezuela, regularly send money back to Venezuela to help support our parents given the low wages and severe economic challenges there. When we heard about the CHNV processes, we saw it as an opportunity for my sister to both find a way to better provide for herself and to help support the family from abroad. It was also an opportunity for her to spend time outside of Venezuela.

5. I submitted the CHNV sponsorship application for Lucia in December 2022, and she was granted authorization to travel in May 2024. I paid for her plane ticket and her work permit application fee, and Lucia arrived in the United States in July 2024. She was granted parole through July 2026. She traveled to Florida, where she has lived since then. From previous times visiting Florida when she was attending university in Puerto Rico, she has friends and some connections there. That made it easier for her to find housing with a friend and get a job right away, instead of coming to live with me in a remote part of Massachusetts.

6. After Lucia arrived in the United States, she had to wait a month or so for her work permit, so to help support her during that time, I sent money to the friend that she is living with. As soon as Lucia got her work permit, she started working at her friend's

cleaning business and paying for her own expenses, including the rent for staying at her friend's apartment. She is completely self-sufficient now, and she sends money back to our parents as well, which helps them cover rent, food, and medical care. Even though I didn't ask her to, she is also paying me back for the costs I covered for her.

7. The CHNV parole process has been a blessing for our family in more ways than one. Not only is Lucia able to support herself more easily, send money back to our parents, and relieve some of the financial strain on me and our other siblings, but having her in the United States also means that we are more easily able to see each other in person. Last October, Lucia came to Massachusetts, and for the first time in six years, all the siblings were together. Our mother and our other siblings also traveled in, and we all spent time together. It was incredible to be reunited. It was a joyful reunion for everyone. As a U.S. citizen, it is very difficult for me to travel in and out of Venezuela, so having my sister physically closer allows us to connect and strengthen our relationship.

8. I first heard that CHNV parole was getting terminated, and that current parole grants like Lucia's would be revoked, through my job and by reading the news. It was devastating to hear because I know both through my own experience and my work with clients that this process has been lifechanging for so many individuals and families. It is appalling that the government would punish people like Lucia who applied from abroad to come to the United States, are supported by a sponsor, came through a legal pathway, and are working to support themselves and bolster the U.S. economy. I feel disappointed and hurt by how deeply unfair it is.

9. In preparation for Lucia's parole status being revoked, we have been discussing what options she has that will allow her to return to the United States in the future through

other legal pathways, including tourist visas. I spoke with an immigration attorney at the organization that I work at to understand those options. We have also been preparing for the possibility that Lucia will need to leave at a moment's notice, which is difficult logistically given the dearth of flights to Venezuela and the fact that Lucia has settled into her community in Florida over the last eight months.

10. On March 21, 2025 I learned that the CHNV parole was officially terminated and that any time remaining on existing parole statuses would be revoked.

11. Lucia's parole being revoked will harm me and our family in several ways. First, I am concerned about Lucia's safety and stability if she has to return to Venezuela. She quit her job there when she was granted CHNV parole, so she would need to find a new job that she enjoys and that will sustain her and our parents, which is difficult to do. It will be challenging for her to get food, clothing, and other items that she needs to survive. Life in Venezuela is incredibly difficult in general, including because the healthcare system is in crisis; there are frequently mass internet and power blackouts; inflation makes daily necessities unaffordable for the majority of the population; and basic services like water, gas to cook, and transportation are unreliable or sometimes unavailable for days. On top of that, crime is a constant concern, and daily life comes with a level of uncertainty about safety that is emotionally and physically draining.

12. Second, the revocation will have a severe financial impact on me and our family. Lucia will no longer have extra income to provide for our parents, which means that our other siblings and I will need to send more money back to help them cover rent, food, transportation, clothes, and medical care. Providing money to our parents is a responsibility that we take on because we love them and because it is vital for their

survival in Venezuela, but it is also a sacrifice financially. Revoking Lucia's parole inevitably means that I will need to stretch even further financially to make sure my parents have what they need. Our entire family would suffer significant hardship as a result of Lucia's parole status being revoked.

13. Finally, it will be psychologically difficult. I am already beginning to experience the mental toll of how unfair the revocation is and the emotional hardship of my sister having to leave again, after coming to the United States on permission from the government. It feels like, after we followed all the rules, that we have been betrayed.

14. I am participating in this lawsuit so that I, along with other individuals who are in the same position, can have our beneficiaries take full advantage of their CHNV parole period, as they should be allowed to do.

15. I am willing to serve as a class representative on behalf of those who are similarly situated to me.

16. I know that if the class is certified, I will be representing more than just myself in this case. I have spoken with the lawyers who represent me about what being a class representative means. I want to help everyone in my situation because we are all harmed by the termination of the CHNV parole program and the revocation of parole.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in West Stockbridge, Massachusetts on March 24, 2025.

_____
Norma Lorena Dus