AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Svitlana Doe, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-10495-IT |
| Kristi Noem, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici curiae States of New York, et al.                                                           .

Date:   03/28/2025

/s/ Stephen J. Yanni
*Attorney's signature*

Stephen J. Yanni (NY Bar No. 5482070)
*Printed name and bar number*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005

*Address*

stephen.yanni@ag.ny.gov
*E-mail address*

(212) 416-6184
*Telephone number*

*FAX number*

**CERTIFICATE OF SERVICE**

I, Stephen J. Yanni, hereby certify that this Notice of Appearance, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: March 28, 2025

/s/ *Stephen J. Yanni*
Stephen J. Yanni