AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Svitlana Doe, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10495-IT |
| Kristi Noem, Secretary of Homeland Security, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Defendants.

Date: 03/31/2025

/s/ Katherine J. Shinners
*Attorney's signature*

Katherine J. Shinners, DC 978141
*Printed name and bar number*

U.S. Department of Justice, Civil Division,
Office of Imigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
*Address*

katherine.j.shinners@usdoj.gov
*E-mail address*

(202) 598-8259
*Telephone number*

(202) 305-7000
*FAX number*