IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>          Defendants. | Civil Action No.: 1:25-cv-10495-IT |

**PLAINTIFFS' MOTION FOR PUBLIC TELEPHONE ACCESS**

Plaintiffs respectfully move this Court to provide public access by telephone to the non-trial proceedings in this case. The Plaintiffs include persons who live too far from Boston to make regular in-person attendance at hearings practicable. Plaintiffs' counsel have also received inquiries from members of the media based outside of Massachusetts, as well as members of affected communities who are following the case, seeking information about access by public phone line. It is within the Court's discretion to grant remote access to hearings not involving witness testimony, and the principle of public access to proceedings before this Court would support providing the public and members of the media a remote option in this case.

Pursuant to Local Rule 7.1(a)(2), Plaintiffs' counsel certify that they have conferred with counsel for Defendants, who take no position on this motion.

For the foregoing reasons, Plaintiffs respectfully request that the Court provide a public telephone line for remote access to upcoming and future hearings in this case.

| | |
|---|---|
| Dated: April 2, 2025 | Respectfully submitted, |
| | |
| | /s/ John A. Freedman |
| Esther H. Sung (*pro hac vice*) | John A. Freedman (BBO#629778) |
| Karen C. Tumlin (*pro hac vice*) | Laura Shores (*pro hac vice*) |
| Hillary Li (*pro hac vice*) | Katie Weng (*pro hac vice* pending) |
| Laura Flores-Perilla (*pro hac vice*) | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| Brandon Galli-Graves (*pro hac vice*) | 601 Massachusetts Ave, NW |
| **JUSTICE ACTION CENTER** | Washington, D.C. 20001-3743 |
| P.O. Box 27280 | Telephone: (202) 942-5316 |
| Los Angeles, CA 90027 | john.freedman@arnoldporter.com |
| Telephone: (323) 450-7272 | laura.shores@arnoldporter.com |
| esther.sung@justiceactioncenter.org | katie.weng@arnoldporter.com |
| karen.tumlin@justiceactioncenter.org | |
| hillary.li@justiceactioncenter.org | H. Tiffany Jang (BBO#691380) |
| laura.flores-perilla@justiceactioncenter.org | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| brandon.galli-graves@justiceactioncenter.org | 200 Clarendon Street, Fl. 53 |
| | Boston, MA 02116 |
| | Telephone: (617) 351-8053 |
| Anwen Hughes (*pro hac vice*) | tiffany.jang@arnoldporter.com |
| **HUMAN RIGHTS FIRST** | |
| 75 Broad St., 31st Fl. | Daniel B. Asimow (*pro hac vice*) |
| New York, NY 10004 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| Telephone: (212) 845-5244 | Three Embarcadero Center |
| HughesA@humanrightsfirst.org | 10th Floor |
| | San Francisco, CA 94111-4024 |
| | Telephone: (415) 471-3142 |
| Justin B. Cox (*pro hac vice*) | daniel.asimow@arnoldporter.com |
| **LAW OFFICE OF JUSTIN B. COX** | |
| *JAC Cooperating Attorney* | Robert Stout (*pro hac vice*) |
| PO Box 1106 | Sarah Elnahal (*pro hac vice*) |
| Hood River, OR 97031 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| (541) 716-1818 | 250 West 55th Street |
| justin@jcoxconsulting.org | New York, NY 10019-9710 |
| | Telephone: (212) 836-8000 |
| | rob.stout@arnoldporter.com |
| | sarah.elnahal@arnoldporter.com |
| | |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I, John A. Freedman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: April 2, 2025

                                               */s/ John A. Freedman*
                                               John A. Freedman