UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>– *versus* –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>　　　　　　　　Defendants. | Civil Action No.: 1:25-cv-10495-IT |

**PLAINTIFFS' NOTICE OF DEFENDANTS' ACTIONS REGARDING U4U**

　　Plaintiffs respectfully submit this notice to alert the Court of recent actions of Defendants regarding Plaintiff Maksym Doe and other Ukranians. Earlier today, Maksym Doe—who runs a nonprofit he started to provide aid in his home country and is here via Uniting for Ukraine (U4U), Maksym Doe Decl., Doc. No. 24-5—received an email (attached as **Exhibit A**) informing him that "[i]t is time to leave the United States." The "Notice of Termination of Parole" says that "DHS is now exercising its discretion to terminate your parole," effective "7 days from the date of this notice" unless "it expires sooner" by its own terms.[1] The letter concludes with a variety of admonitions about the civil, criminal, and immigration consequences of not departing, including this final warning: "Do not attempt to remain in the United States – the federal government will find you. Please depart the United States immediately." Ex. A.

　　Plaintiffs' counsel have received numerous reports throughout the day today that other Ukrainian members of the putative class—potentially thousands—have received an identical letter, including individuals with approximately two years left on their parole period. Earlier today,

---

[1] Makysm's current parole period expires on its own terms in approximately two weeks. He has had separate applications for re-parole and Temporary Protected Status (TPS) pending for months. *See* Doc. 24-5 ¶ 17.

at 12:20 PM ET, Plaintiffs' counsel emailed Defendants' counsel a copy of Exhibit A and requested an explanation by 4 PM ET. Defendants' counsel emailed at 3:55 PM ET to say that they "have been looking into this" but "don't have any information to share yet."

Plaintiffs are submitting this notice now so that the Court will be aware of it before the hearing to address Plaintiffs' claims regarding the U4U program (among others) on the morning of April 7. *See* Order, Doc. No. 58.

Dated: April 4, 2025

John A. Freedman (BBO#629778)
Laura Shores (*pro hac vice*)
Katie Weng (*pro hac vice* pending)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
 Washington, D.C. 20001-3743
 Telephone: (202) 942-5316
john.freedman@arnoldporter.com
laura.shores@arnoldporter.com
katie.weng@arnoldporter.com

H. Tiffany Jang (BBO#691380)
**ARNOLD & PORTER KAYE SCHOLER LLP**
200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com

Daniel B. Asimow (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3142
daniel.asimow@arnoldporter.com

Robert Stout (*pro hac vice*)
Sarah Elnahal (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**

Respectfully submitted,

*/s/ Esther H. Sung*
Esther H. Sung (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Hillary Li (*pro hac vice*)
Laura Flores-Perilla (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org

Anwen Hughes (*pro hac vice*)
**HUMAN RIGHTS FIRST**
75 Broad St., 31st Fl.
New York, NY 10004
Telephone: (212) 845-5244
HughesA@humanrightsfirst.org

Justin B. Cox (*pro hac vice*)
**LAW OFFICE OF JUSTIN B. COX**
*JAC Cooperating Attorney*
PO Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org

2

250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
rob.stout@arnoldporter.com
sarah.elnahal@arnoldporter.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I, Esther H. Sung, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: April 4, 2025

                                              */s/ Esther H. Sung*
                                              Esther H. Sung