UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, *et al.*,<br><br>    Plaintiffs,<br><br>– *versus* –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>    Defendants. | Civil Action No.: 1:25-cv-10495-IT |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully submit this notice of supplemental authority to alert the Court of recent legal developments relevant their pending motion for preliminary relief to be argued on Monday, April 7, 2025, regarding Defendants' indefinite suspension of processing pending requests for parole or re-parole through several "categorical" parole processes, as well as Defendants' suspension of processing other immigration applications that would benefit parolees in the United States by virtue of two of those parole processes. *See* Order, Doc. No. 58.

First, on March 25, 2025, the Ninth Circuit Court of Appeals denied in part the federal government's request to stay a preliminary injunction of its indefinite suspension of the U.S. Refugee Admissions Program (USRAP), including refugee arrivals and funding to resettlement agencies. Order, *Pacito v. Trump*, No. 25-131, ECF 28.1 (9th Cir. Mar. 25, 2025), attached as **Exhibit A**. The district court in *Pacito* granted a preliminary injunction after holding that the plaintiffs were likely to succeed on their claims that the challenged actions were (*inter alia*) arbitrary and capricious as well as *ultra vires*, *Pacito v. Trump*, __ F. Supp. 3d __, 2025 WL 655075 (W.D. Wash. Feb. 28, 2025), attached as **Exhibit B**. The Ninth Circuit's brief order denied the government's request to stay the preliminary injunction as to those USRAP applicants abroad who had been "conditionally approved for refugee status" before January 20, 2025, Ex. A at 2, of

which there are more than one hundred thousand.[1] The Ninth Circuit's refusal to lift the stay as to conditionally approved applicants—which was *sua sponte*, as no party even suggested distinguishing conditionally approved applicants from others abroad whose USRAP applications were not yet filed or were filed but not conditionally approved—supports Plaintiffs' request here to preliminarily enjoin Defendants from continuing their indefinite suspension of the relevant parole processes at least as to conditionally approved applications, including that of Plaintiff Rosa Doe, a parent whose CAM application for her teenage daughter to join her was conditionally approved in November 2024, *see* Rosa Doe Decl., Doc. No. 24-16 ¶ 8, and that of Plaintiff Valentin Rosales, whose Family Reunification Parole (FRP) application for his daughter to join him was conditionally approved in December 2024, *see* Rosales Decl., Doc. No. 24-12 ¶¶ 11-12; *see also* Pls.' Mem. In Supp. of [1st] Mot. for. Prelim. Inj., Doc. No. 25 at 22.

Second, on March 31, 2025, Judge Chen of the Northern District of California granted plaintiffs' request under 5 U.S.C. § 705 to postpone the effective date of Secretary of Homeland Security Noem's decision to vacate a prior extension of Temporary Protected Status (TPS) for Venezuelans and then, a few days later, to terminate TPS for approximately 350,000 Venezuelans based on her conclusion that their continued presence is contrary to the national interest of the United States. *Nat'l TPS Alliance v. Noem*, __ F. Supp. 3d __, 2025 WL 957677 (N.D. Cal. Mar. 31, 2025), attached as **Exhibit C**; *see also* Second Am. Compl, Doc. No. 68 ¶¶ 114-15. Numerous aspects of Judge Chen's decision support Plaintiffs here, including its discussion of the reviewability of the challenged discretionary decisions, *see* 2025 WL 957677 at *16-17; irreparable injury, *see id.* at *20-24 the public interest and balance of the equities, *id.* at * 24-27;

---

[1] Church World Service, *Daily State of Play: Trump's Indefinite Refugee Ban and Funding Halt*, https://bit.ly/4iWEoks (last visited Apr. 3, 2025).

arbitrary and capricious agency action, *see id.* at 34-36; and the appropriateness of nationwide relief in cases of this nature, *see id.* at 45-46.[2]

| | |
|---|---|
| Dated: April 4, 2025 | Respectfully submitted, |
| | */s/ Esther H. Sung* |
| John A. Freedman (BBO#629778) | Esther H. Sung (*pro hac vice*) |
| Laura Shores (*pro hac vice*) | Karen C. Tumlin (*pro hac vice*) |
| Katie Weng (*pro hac vice* pending) | Hillary Li (*pro hac vice*) |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | Laura Flores-Perilla (*pro hac vice*) |
| 601 Massachusetts Ave, NW | Brandon Galli-Graves (*pro hac vice*) |
| Washington, D.C. 20001-3743 | **JUSTICE ACTION CENTER** |
| Telephone: (202) 942-5316 | P.O. Box 27280 |
| john.freedman@arnoldporter.com | Los Angeles, CA 90027 |
| laura.shores@arnoldporter.com | Telephone: (323) 450-7272 |
| katie.weng@arnoldporter.com | esther.sung@justiceactioncenter.org |
| | karen.tumlin@justiceactioncenter.org |
| | hillary.li@justiceactioncenter.org |
| Anwen Hughes (*pro hac vice*) | laura.flores-perilla@justiceactioncenter.org |
| **HUMAN RIGHTS FIRST** | brandon.galli-graves@justiceactioncenter.org |
| 75 Broad St., 31st Fl. | |
| New York, NY 10004 | |
| Telephone: (212) 845-5244 | H. Tiffany Jang (BBO#691380) |
| HughesA@humanrightsfirst.org | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | 200 Clarendon Street, Fl. 53 |
| | Boston, MA 02116 |
| Justin B. Cox (*pro hac vice*) | Telephone: (617) 351-8053 |
| **LAW OFFICE OF JUSTIN B. COX** | tiffany.jang@arnoldporter.com |
| *JAC Cooperating Attorney* | |
| PO Box 1106 | Daniel B. Asimow (*pro hac vice*) |
| Hood River, OR 97031 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| (541) 716-1818 | Three Embarcadero Center |
| justin@jcoxconsulting.org | 10th Floor |
| | San Francisco, CA 94111-4024 |
| | Telephone: (415) 471-3142 |
| | daniel.asimow@arnoldporter.com |

---

[2] Relevant to the CHNV processes and parolees—to be taken up separately by the Court on April 10, 2025—the practical effect of Judge Chen's decision is that eligible Venezuelans can continue to live and work in the United States for eighteen (18) additional months, which deepens the injury of the putative class members who are Venezuelans with pending TPS applications that are not being adjudicated because of the Davidson memorandum. *Cf.* Termination of the Oct. 3, 2023 Designation of Venezuela for Temporary Protected Status, 90 Fed. Reg. 9040, 9042 (Feb. 5, 2025 ("DHS estimates that 33,600 CHNV parolees from Venezuela availed themselves of TPS.").

>Robert Stout (*pro hac vice*)
>Sarah Elnahal (*pro hac vice*)
>**ARNOLD & PORTER KAYE SCHOLER LLP**
>250 West 55th Street
>New York, NY 10019-9710
>Telephone: (212) 836-8000
>rob.stout@arnoldporter.com
>sarah.elnahal@arnoldporter.com
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Esther H. Sung, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: April 4, 2025

>*/s/ Esther H. Sung*
>Esther H. Sung

4