# EXHIBIT A

Plaintiffs' Notice of Supplemental Authority

*Doe et al. v. Noem et al.*

1:25-cv-10495-IT (D. Mass.)

|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | MAR 25 2025 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

PACITO; et al.,

      Plaintiffs - Appellees,

 v.

DONALD J. TRUMP, in his official capacity as President of the United States; et al.,

      Defendants - Appellants.

No. 25-1313

D.C. No. 2:25-cv-00255-JNW
Western District of Washington, Seattle

ORDER

Before: SILVERMAN, BADE, and DE ALBA, Circuit Judges.

    The motions (Docket Entry Nos. 9, 16) for leave to file amicus briefs in support of the emergency motion for a stay are granted.

    The emergency motion (Docket Entry No. 5) to stay the district court's February 28, 2025 order is granted in part, and denied in part.

    The motion is denied to the extent the district court's preliminary injunction order applies to individuals who were conditionally approved for refugee status by the United States Citizenship and Immigration Services before January 20, 2025. Executive Order No. 14163 does not purport to revoke the refugee status of individuals who received that status under the United States Refugee Admissions Program prior to January 20, 2025.

In all other respects, the district court's February 28, 2025 preliminary injunction order is stayed. *See Trump v. Hawaii*, 585 U.S. 667, 684 (2018) (explaining that 8 U.S.C. § 1182(f) "exudes deference" to the President and "vests [him] with ample power to impose entry restrictions in addition to those elsewhere enumerated in the INA" (citation and internal quotation marks omitted)); *Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal).

The existing briefing schedule remains in effect.

The clerk will place this appeal on the next available calendar. *See* 9th Cir. Gen. Ord. 3.3(f).