YAAKOV M. ROTH
*Acting Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

AUGUST FLENTJE
*Acting Director*

EREZ REUVENI
*Assistant Director*

PATRICK GLEN
KATHERINE J. SHINNERS
BRIAN C. WARD
*Senior Litigation Counsel*

ELISSA FUDIM
JOSEPH A. DARROW
*Trial Attorneys*

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Svitlana Doe, *et al.*, | Civil Action No. 1:25-cv-10495 |
| Plaintiffs, | |
| v. | **Response to Plaintiffs' Notice of Defendants' Actions Regarding U4U** |
| Kristi Noem, in her official capacity as Secretary of Homeland Security, *et al.*, | |
| Defendants. | |

    Defendants respectfully submit the following response to Plaintiffs' Notice of Defendants' Actions Regarding U4U, ECF No. 83, wherein they state that Plaintiff Maksym Doe and other Ukrainian parolees in the putative class received an email notifying him of the impending termination of parole under the Uniting for Ukraine (U4U) parole process.

Defendants report that this message went out in error. The U4U program has not been terminated and U4U parolees were not intended to receive this message. *See* "Trump administration accidentally tells Ukrainian refugees they must leave U.S. immediately," CBS News.com (Apr. 4, 2025), https://www.cbsnews.com/news/trump-administration-accidentally-tells-ukrainian-refugees-they-must-leave-u-s-immediately-citing-an-error/.

Accordingly, yesterday evening, April 4, 2025, U.S. Customs and Border Protection sent an email to U4U parolees entitled "Retraction of Notice of Termination of Parole." The email stated:

> We understand that yesterday, you may have received an email notification titled "Notice of Termination of Parole." The Department of Homeland Security (DHS) sent this email to you in error. No action will be taken with respect to your parole as indicated in the April 3, 2025 e-mail; the terms of your parole as originally issued remain unchanged at this time.
>
> Defendants regret any confusion this erroneous message may have caused.

Dated: April 5, 2025

Respectfully submitted

YAAKOV M. ROTH
*Acting Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

AUGUST FLENTJE
*Acting Director*

EREZ REUVENI
*Assistant Director*

PATRICK GLEN
KATHERINE J. SHINNERS
BRIAN C. WARD
*Senior Litigation Counsel*

*/s/ Joseph A. Darrow*
JOSEPH A. DARROW

        ELISSA P. FUDIM
*Trial Attorneys*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-GLA
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
202-598-7537
Joseph.a.darrow@usdoj.gov

*Attorney for Defendants*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

        */s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice
Civil Division