## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

SVITLANA DOE, *et al.*,

                Plaintiffs,

    – *versus* –

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,

                Defendants.

**Civil Action No.: 1:25-cv-10495-IT**

### PLAINTIFFS' NOTICE OF DEFENDANTS' ACTIONS REGARDING "NOTICE OF PAROLE TERMINATION" SENT TO PAROLEES & NON-PAROLEES

Plaintiffs respectfully submit this notice to alert the Court of two recent developments germane to the pending motions for class-wide preliminary relief.

Last week, Defendants continued sending the "Notice of Termination of Parole" message (Doc. No. 83-1) *en masse* to an unknown number of parolees. Plaintiffs' counsel became aware that this message was sent to at least some OAW parolees in addition to some parolees who entered through the CBP One app,[1] but otherwise do not know which parolees received it. The messages appear identical except that some say that "DHS is now exercising its discretion to terminate your parole immediately,"[2] rather than in 7 days, *see, e.g.*, Doc. No. 83-1, and both versions warn of the consequences "[i]f you do not depart the United States *immediately*" (emphasis in original). At least two sets of these termination notices have been sent (via email and/or text) since April 5, when Defendants acknowledged that this message had been sent to an unknown number of Uniting for Ukraine ("U4U") parolees in error. *See* Doc. No. 86. In addition to current parolees, including

---

[1] *See generally* American Immigration Council, *CBP One: An Overview* (Mar. 25, 2025), www.americanimmigrationcouncil.org/research/cbp-one-overview.

[2] *See, e.g.*, Joel Rose & Sergio Martínez-Beltrán, *Migrants Who Entered the U.S. via CBP One App Should Leave 'Immediately,' DHS Says*, Nat'l Pub. Radio, Apr. 8, 2025, www.npr.org/g-s1-58984.

current OAW parolees, Defendants sent at least some of these termination notices to an unknown number of people who are *not* parolees, including naturalized and native-born U.S. citizens and noncitizens with green cards, visas, or Deferred Action for Childhood Arrivals ("DACA").[3] Plaintiffs respectfully note it was also reported last week that engineers with the so-called Department of Government Efficiency ("DOGE") are "now embedded at DHS" and "are providing the technical infrastructure for a sweeping set of actions aimed at revoking parole."[4]

Additionally, on Friday, April 11, the Department of Homeland Security ("DHS") Assistant Secretary of Public Affairs stated that Secretary of Homeland Security Kristi Noem had "determined that Afghanistan no longer continues to meet the statutory requirements for its TPS[5] designation and so she terminated TPS for Afghanistan."[6] TPS for Afghans will therefore end in approximately five weeks, on May 20.

Dated: April 13, 2025                           Respectfully submitted,

                                                */s/ Esther H. Sung*
John A. Freedman (BBO#629778)                   Esther H. Sung (*pro hac vice*)
Laura Shores (*pro hac vice*)                   Karen C. Tumlin (*pro hac vice*)
Katie Weng (*pro hac vice* pending)             Hillary Li (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**            Laura Flores-Perilla (*pro hac vice*)
601 Massachusetts Ave, NW                       Brandon Galli-Graves (*pro hac vice*)
 Washington, D.C. 20001-3743                    **JUSTICE ACTION CENTER**
 Telephone: (202) 942-5316                      P.O. Box 27280

---

[3] *See, e.g.*, Dan Gooding, *US Citizen Told by Trump Admin to Self-Deport Amid Crackdown*, Newsweek, Apr. 12, 2025, www.newsweek.com/us-citizen-told-self-deport-dhs-email-trump-administration-2059069; *"Unforgivable error": Citizens & Residents Receive Cancellation Notice of Parole and Order to Leave the U.S.*, CiberCuba, Apr. 11, 2025, en.cibercuba.com/noticias/2025-04-11-u1-e129488-s27061-nid300762-error-imperdonable-ciudadanos-residentes-reciben.

[4] Sophia Cai, *Inside the DOGE Immigration Task Force*, Politico, Apr. 11, 2025, politi.co/42tPExI.

[5] A country may be designated for Temporary Protected Status ("TPS") by the Department of Homeland Security when conditions in that country are such that its nationals are unable to return safely, or the country cannot adequately handle the return of its nationals.

[6] Juliana Kim, *Trump Administration Ends Temporary Protected Status for Thousands of Afghans*, Nat'l Pub. Radio, Apr. 11, 2025, www.npr.org/g-s1-59939.

john.freedman@arnoldporter.com
laura.shores@arnoldporter.com
katie.weng@arnoldporter.com

H. Tiffany Jang (BBO#691380)
**ARNOLD & PORTER KAYE SCHOLER LLP**
200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com

Daniel B. Asimow (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3142
daniel.asimow@arnoldporter.com

Robert Stout (*pro hac vice*)
Sarah Elnahal (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
rob.stout@arnoldporter.com
sarah.elnahal@arnoldporter.com

Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org

Anwen Hughes (*pro hac vice*)
**HUMAN RIGHTS FIRST**
75 Broad St., 31st Fl.
New York, NY 10004
Telephone: (212) 845-5244
HughesA@humanrightsfirst.org

Justin B. Cox (*pro hac vice*)
**LAW OFFICE OF JUSTIN B. COX**
*JAC Cooperating Attorney*
PO Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Esther H. Sung, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: April 13, 2025

/s/ Esther H. Sung
Esther H. Sung