## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | Civil Action No. 1:25-cv-10495 |
| Svitlana Doe, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| Kristi Noem, in her official capacity as ) | |
| Secretary of Homeland Security, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## <u>NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT</u>

Notice is hereby given that the Defendants appeal to the United States Court of Appeals for the First Circuit from the Court's order granting a stay of parole terminations (Doc. No. 97) and the accompanying class-certification order (Doc. No. 98) entered in this action on April 14, 2025.

Date: April 18, 2025

Respectfully submitted,

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

DREW ENSIGN
Deputy Assistant Attorney General

BRIAN C. WARD
Acting Assistant Director

 /s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8259
Email: katherine.j.shinners@usdoj.gov

PATRICK GLEN
Senior Litigation Counsel

JOSEPH A. DARROW
ELISSA FUDIM
ZACHARY CARDIN
DANIEL SCHUTRUM-BROWARD
Trial Attorneys

## CERTIFICATE OF SERVICE

I, Katherine J. Shinners, hereby certify that on April 18, 2025, I filed this document through the ECF system, through which notice will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Katherine J. Shinners*
Katherine J. Shinners
Senior Litigation Counsel
U.S. Department of Justice