**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: Doe et al v. Noem et al

District Court Number: 25cv10495-IT

Fee:  Paid?  Yes ____  No ____   Government filer _X_   In Forma Pauperis  Yes ____  No ____

Motions Pending  Yes _X_ No ____    Sealed documents  Yes _X_ No ____
If yes, document # 23,46             If yes, document # 81

Ex parte documents  Yes _X_ No ____  Transcripts  Yes _X_ No ____
If yes, document # 5,6               If yes, document # 66,92

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

Appeal from:

#97 Memorandum and Order, #98 Order Class Certification

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#97, #98, and #100

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __100__ filed on __April 18, 2025__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __April 18, 2025__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**