UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>*Defendants*. | C.A. No: 1:25-cv-10495-IT |

## STIPULATION REGARDING PRODUCTION OF ADMINISTRATIVE RECORD AND TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT

**WHEREAS** on March 10, 2025, Plaintiffs filed an affidavit of service indicating service on Defendants was effected on March 6, 2025 (Doc. No. 9);

**WHEREAS** on March 27, 2025, Plaintiffs filed the Second Amended Class Action Complaint (Doc. No. 68);

**WHEREAS** in the docket entry at Doc. No. 9 the clerk calculated Defendants' response date as May 5, 2025;

**WHEREAS,** Defendants contend the correct response date is May 9, 2025;

**WHEREAS** Plaintiffs have requested that Defendants produce the administrative records relevant to the actions challenged in the Second Amended Complaint;

**WHEREAS** Plaintiffs' motion for preliminary injunction (Doc. No. 23) remains pending with regard to, *inter alia*, Defendants' moratorium on adjudicating applications for immigration benefits for certain parolees;

The parties have agreed to stipulate as follows:

1

1. The time for Defendants to respond to the Second Amended Complaint is extended to May 30, 2025;

2. Defendants will produce the full administrative records on or before May 23, 2025.

Plaintiffs further request that the Court schedule a hearing, or otherwise advise the parties of any further information required, with regard to still pending aspects of Plaintiff's motion for preliminary injunction.

SO STIPULATED AND AGREED.

Agreed to: May 9, 2025.

Dated May 9, 2025

/s/ *Brian C. Ward*
BRIAN C. WARD
*Acting Assistant Director*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-9121
Email: brian.c.ward@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

/s/ John A. Freedman
John A. Freedman (BBO#629778)
Laura Shores (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5316
john.freedman@arnoldporter.com
laura.shores@arnoldporter.com

H. Tiffany Jang (BBO#691380)
**ARNOLD & PORTER KAYE SCHOLER LLP**
200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com

Daniel B. Asimow (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3142
daniel.asimow@arnoldporter.com


Robert Stout (*pro hac vice*)
Sarah Elnahal (*pro hac vice*)
Javier Ortega Alvarez (*pro hac vice* pending)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
rob.stout@arnoldporter.com
sarah.elnahal@arnoldporter.com
javier.ortega@arnoldporter.com


Esther H. Sung (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Hillary Li (*pro hac vice*)
Laura Flores-Perilla (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org


Anwen Hughes (*pro hac vice*)
**HUMAN RIGHTS FIRST**
75 Broad St., 31st Fl.
New York, NY 10004
Telephone: (212) 845-5244
HughesA@humanrightsfirst.org

        Justin B. Cox (*pro hac vice*)
        **LAW OFFICE OF JUSTIN B. COX**
        *JAC Cooperating Attorney*
        PO Box 1106
        Hood River, OR 97031
        (541) 716-1818
        justin@jcoxconsulting.org

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, John A. Freedman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: May 9, 2025

                                              */s/* John A. Freedman
                                              John A. Freedman