YAAKOV M. ROTH
*Acting Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

BRIAN C. WARD
*Acting Assistant Director*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-9121
Email: brian.c.ward@usdoj.gov

PATRICK GLEN
KATHERINE J. SHINNERS
*Senior Litigation Counsel*

ELISSA FUDIM
ZACHARY CARDIN
DANIEL SCHUTRUM-BOWARD
*Trial Attorney*

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Svitlana Doe, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi Noem, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-10495 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT**

Defendants respectfully request that the Court extend Defendants' deadline to answer or otherwise respond to the complaint by an additional 30 days, to June 30, 2025. Plaintiffs consent to this extension request.

There is good cause for this extension. First, yesterday, May 28, 2025, the Court issued an order granting partial relief on Plaintiffs' Motion for Preliminary Injunction and Stay of Administrative Action. ECF No. 107. That order addresses several threshold issues that might be implicated if Defendants move to dismiss. Since that order might affect how Defendants proceed and was just issued yesterday, Defendants request this short extension to provide additional time to review the order before answering or moving to dismiss. Second, Defendants have also raised various threshold issues related to this Court's jurisdiction to hear Plaintiffs' claims in an Application to Stay with the Supreme Court, *Noem v. Doe*, No. 24A-1079. That stay motion is fully briefed and may be decided soon, and the outcome of that stay application may also affect Defendants' decision to answer or move to dismiss, and in the latter case, Defendants' arguments for dismissal. Accordingly, Defendants request this brief extension of their deadline to answer or otherwise respond to the complaint.

This request is not intended to otherwise delay this case. Defendants have already produced the administrative records to Plaintiffs. And since the Court has granted preliminary relief to Plaintiffs on the majority of their claims, *see* ECF Nos. 97, 107, Plaintiffs will not be prejudiced by this brief extension.

Accordingly, Defendants respectfully request that the Court extend Defendants' deadline to answer or otherwise respond to the complaint to June 30, 2025.

1

Dated: May 29, 2025					Respectfully submitted,

                                              YAAKOV M. ROTH
*Acting Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

By: /s/ *Brian C. Ward*
BRIAN C. WARD
*Acting Assistant Director*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-9121
Email: brian.c.ward@usdoj.gov

PATRICK GLEN
KATHERINE J. SHINNERS
*Senior Litigation Counsel*

ELISSA FUDIM
ZACHARY CARDIN
DANIEL SCHUTRUM-BOWARD
*Trial Attorneys*

*Counsel for Defendants*

2

## CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)

Defendants conferred with Plaintiffs' counsel about the relief requested in this motion by email on May 29, 2025. Plaintiffs stated that they consent to this request.

                By: */s/ Brian C. Ward*
                     BRIAN C. WARD
                     United States Department of Justice

## CERTIFICATE OF SERVICE

I certify that on May 29, 2025, I electronically filed this motion with the Clerk of the Court for the United States District Court for the District of Massachusetts by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                By: */s/ Brian C. Ward*
                     BRIAN C. WARD
                     United States Department of Justice