IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.<br><br>Plaintiffs,<br><br>– v. –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.<br><br>Defendants. | Civil Action No.: 1:25-cv-10495-IT |

# **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Notice and Motion for an Order to Show Cause, it is hereby ordered that the motion is GRANTED. Until the Court resolves this case on the merits or orders otherwise, or until such time as the parties agree in writing to amend, supersede, or terminate this order, it is ORDERED that:

Defendants shall, **within three days of entry of this Order**, show cause as to why this Court should not find that they have failed to comply with the Court's May 28, 2025 Order in which it stayed the suspension of processing of benefits, parole, and re-parole applications under the categorical parole programs addressed therein. Defendants shall provide details, if any, on the steps taken to effectuate the Court's May 28 Order.

**SO ORDERED.**

_____
The Honorable Indira Talwani
United States District Judge

Dated: