UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, *et al.*,<br><br>            Plaintiffs,<br><br>– *versus* –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>            Defendants. | Civil Action No.: 1:25-cv-10495-IT |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' NOTICE AND MOTION FOR AN ORDER TO SHOW CAUSE**

| # | Description |
|---|---|
| 1 | Declaration of Elia Gil Rojas, Program Manager, Justice Action Center |
| 2 | May 30, 2025 Email from U4U Beneficiary to Class Counsel |
| 3 | USCIS' Response to U4U Beneficiary dated May 30, 2025 |
| 4 | USCIS Virtual Assistant's Response to U4U Beneficiary date June 4, 2025 |
| 5 | June 2, 2025 Email from U4U Beneficiary to Class Counsel |
| 6 | June 2, 2025 Email from CHNV Beneficiary to Class Counsel |
| 7 | June 3, 2025 Email from CHNV Beneficiary to Class Counsel |
| 8 | June 4, 2025 Email from U4U Beneficiary to Class Counsel |
| 9 | USCIS' Response to U4U Beneficiary dated June 4, 2025 |
| 10 | Declaration of Esther H. Sung, Counsel for Plaintiffs |
| 11 | Plaintiffs' counsel's email correspondence with Defendants' counsel, Brian Ward |