# EXHBIT 11

to Plaintiffs' Notice and Motion for an Order to Show Cause

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)

| | |
|---|---|
| **From:** | Ward, Brian C. (CIV) |
| **To:** | Esther Sung |
| **Cc:** | John A. Freedman; Justin Cox; Hillary Li; Fudim, Elissa P. (CIV); Shinners, Katherine J. (CIV); Schutrum-Boward, Daniel R. (CIV); Cardin, Zachary A. (CIV); Karen Tumlin; Laura Flores-Perilla; Brandon Galli-Graves; Hughes Anwen; Daniel B. Asimow; Laura Shores |
| **Subject:** | RE: Svitlana Doe v. Noem - inquiry re processing of re-parole and immigration benefits applications |
| **Date:** | Thursday, June 5, 2025 1:18:35 PM |

Thanks, Esther. I will relay whatever info. you can provide to DHS. And I will let you know if I have anything to share by 3.

Brian

**From:** Esther Sung <Esther.Sung@justiceactioncenter.org>
**Sent:** Thursday, June 05, 2025 12:24 PM
**To:** Ward, Brian C. (CIV) <Brian.C.Ward@usdoj.gov>
**Cc:** John A. Freedman <John.Freedman@arnoldporter.com>; Justin Cox <justin@jcoxconsulting.org>; Hillary Li <Hillary.Li@justiceactioncenter.org>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>; Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>; Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Brandon Galli-Graves <Brandon.Galli-Graves@justiceactioncenter.org>; Hughes Anwen <HughesA@humanrightsfirst.org>; Daniel B. Asimow <Daniel.Asimow@arnoldporter.com>; Laura Shores <Laura.Shores@arnoldporter.com>
**Subject:** [EXTERNAL] RE: Svitlana Doe v. Noem - inquiry re processing of re-parole and immigration benefits applications

Hi, Brian—

We can collect this information from people who are willing to provide it, but the variety of communications that class members have received in response to their inquiries - through phone calls with agents, interactions with the Emma virtual assistant, and automated responses to online expedite requests, among others - indicates that this is a problem on a more systemic, rather than an individual, level.

We would appreciate it if you would please let us know by 3 pm ET today what concrete steps your clients are taking to comply with the court's May 28 order, which has now been in place for over a week. We are prepared to file a notice and a motion for relief from the court by COB if Defendants cannot provide a satisfactory explanation for why class members are receiving communications through multiple channels indicating that the pause in processing is still in effect.

Thanks,
Esther

**From:** Ward, Brian C. (CIV) <Brian.C.Ward@usdoj.gov>
**Sent:** Thursday, June 5, 2025 9:33 AM
**To:** Esther Sung <Esther.Sung@justiceactioncenter.org>
**Cc:** John A. Freedman <john.freedman@arnoldporter.com>; Justin Cox <justin@jcoxconsulting.org>; Hillary Li <Hillary.Li@justiceactioncenter.org>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>; Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>; Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Brandon Galli-Graves <Brandon.Galli-Graves@justiceactioncenter.org>; Hughes Anwen <hughesa@humanrightsfirst.org>; Daniel B. Asimow <Daniel.Asimow@arnoldporter.com>; Laura Shores <Laura.Shores@arnoldporter.com>
**Subject:** RE: Svitlana Doe v. Noem - inquiry re processing of re-parole and immigration benefits applications

DHS is asking if you can provide names, A#s, and application receipt numbers and any more information on the form of the messages they received so that they can look into what happened in these particular cases. Is that something you can provide?

Thanks,
Brian

**From:** Esther Sung <Esther.Sung@justiceactioncenter.org>
**Sent:** Wednesday, June 04, 2025 5:59 PM
**To:** Ward, Brian C. (CIV) <Brian.C.Ward@usdoj.gov>
**Cc:** John A. Freedman <john.freedman@arnoldporter.com>; Justin Cox <justin@jcoxconsulting.org>; Hillary Li <Hillary.Li@justiceactioncenter.org>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>; Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>; Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Brandon Galli-Graves <Brandon.Galli-Graves@justiceactioncenter.org>; Hughes Anwen <hughesa@humanrightsfirst.org>; Daniel B. Asimow <Daniel.Asimow@arnoldporter.com>; Laura Shores <Laura.Shores@arnoldporter.com>
**Subject:** [EXTERNAL] RE: Svitlana Doe v. Noem - inquiry re processing of re-parole and immigration benefits applications

Hi, Brian, thanks for the update, but we will plan to file a motion for an order to show cause with Judge Talwani soon. Can you please let me know Defendants' position on such a motion at your earliest convenience?

I do appreciate that it's after hours on the East Coast, so if I don't hear from you by the time we are ready to file, we will assume you oppose.

Thanks,
Esther

-------- Original message --------
From: "Ward, Brian C. (CIV)" <Brian.C.Ward@usdoj.gov>
Date: 6/4/25 3:13 PM (GMT-06:00)
To: Esther Sung <Esther.Sung@justiceactioncenter.org>
Cc: "John A. Freedman" <john.freedman@arnoldporter.com>, Justin Cox <justin@jcoxconsulting.org>, Hillary Li <Hillary.Li@justiceactioncenter.org>, "Fudim, Elissa P. (CIV)" <Elissa.P.Fudim@usdoj.gov>, "Shinners, Katherine J. (CIV)" <Katherine.J.Shinners@usdoj.gov>, "Schutrum-Boward, Daniel R. (CIV)" <Daniel.R.Schutrum-Boward@usdoj.gov>, "Cardin, Zachary A. (CIV)" <Zachary.A.Cardin@usdoj.gov>, Karen Tumlin <karen.tumlin@justiceactioncenter.org>, Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>, Brandon Galli-Graves <Brandon.Galli-Graves@justiceactioncenter.org>, Hughes Anwen <hughesa@humanrightsfirst.org>, "Daniel B. Asimow" <Daniel.Asimow@arnoldporter.com>, Laura Shores <Laura.Shores@arnoldporter.com>
Subject: RE: Svitlana Doe v. Noem - inquiry re processing of re-parole and immigration benefits applications

Hey Esther – We are still looking into this.

**From:** Esther Sung <Esther.Sung@justiceactioncenter.org>
**Sent:** Tuesday, June 03, 2025 5:36 PM
**To:** Ward, Brian C. (CIV) <Brian.C.Ward@usdoj.gov>
**Cc:** John A. Freedman <john.freedman@arnoldporter.com>; Justin Cox <justin@jcoxconsulting.org>; Hillary Li <Hillary.Li@justiceactioncenter.org>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>; Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>; Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Brandon Galli-Graves <Brandon.Galli-Graves@justiceactioncenter.org>; Hughes Anwen <hughesa@humanrightsfirst.org>; Daniel B. Asimow <Daniel.Asimow@arnoldporter.com>; Laura Shores <Laura.Shores@arnoldporter.com>
**Subject:** [EXTERNAL] Svitlana Doe v. Noem - inquiry re processing of re-parole and immigration benefits applications

Hi Brian,

We've received reports from parole beneficiaries that USCIS (through various communication methods) has been telling them that the pause on immigration benefits and re-parole applications is still in effect. See below for more details. We are concerned that your

clients' communications with class members do not comply with the court's stay on the pause of re-parole and immigration benefits. Please let us know immediately what your clients are doing to comply with Judge Talwani's stay order. We request a response by COB tomorrow, in order to determine whether we need to bring this to the court's attention.

- On May 30, USCIS responded to a U4U beneficiary requesting expedited EAD processing as follows: "Due to the Jan. 20, 2025 Executive Order, Securing Our Borders, USCIS has placed an administrative hold on all benefit requests filed by aliens who are or were paroled into the United States under the U4U, CHNV, or FRP processes, pending the completion of the required screening and vetting to identify any fraud, public safety, or national security concerns." On June 2, 2025, this individual inquired about the expedited request with an agent through the USCIS chat bot and was given a similar response as the one mentioned above before the agent abruptly ended the chat.

- Another U4U beneficiary has submitted 3 expedited requests for his re-parole application since the court order and received the following response each time: "Due to the Jan. 20, 2025 Executive Order, Securing Our Borders, USCIS has placed an administrative hold on all benefit requests filed by aliens who are or were paroled into the United States under the U4U, CHNV, or FRP processes, pending the completion of the required screening and vetting to identify any fraud, public safety, or national security concerns."

- On June 3, 2025, a CHNV beneficiary called a USCIS office and was told by an agent that the pause on immigration benefits was still in effect.

We'd appreciate a response from you at your earliest convenience, or by COB tomorrow at the latest.

Thanks,
Esther



**Esther Sung** (she/her)
*Legal Director*



[Justice Action Center](#)
323-450-7272
[esther.sung@justiceactioncenter.org](mailto:esther.sung@justiceactioncenter.org)

*The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The*

*information may also be legally privileged. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender and delete this message and its attachments, if any.*