UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SVITLANA DOE, et al.,

    Plaintiffs,

v.                                                                Case No. 1:25-cv-10495-IT

KRISTI NOEM, in her official capacity
as Secretary of Homeland Security;
et. al,

    Defendants.

## **DEFENDANTS' RESPONSE TO ORDER**

In response to the Court's June 10, 2025 Order (ECF No. 121), Defendants submit the attached Declaration of Kika Scott, Acting Deputy Director of U.S. Citizenship and Immigration Services (USCIS).

Date: June 13, 2025

Respectfully submitted,

YAAKOV M. ROTH
*Acting Assistant Attorney General*

DREW ENSIGN
*Deputy Assistant Attorney General*

BRIAN C. WARD
*Acting Assistant Director*

/s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
*Senior Litigation Counsel*

1

U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-8259
katherine.j.shinners@usdoj.gov

ELISSA P. FUDIM
*Trial Attorney*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

> */s/ Katherine J. Shinners*
> Katherine J. Shinners
> Senior Litigation Counsel
> United States Department of Justice
> Civil Division