IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SVITLANA DOE,** *et al.,* | ) |
| | ) |
| **Plaintiffs,** | ) Civil Action No. |
| | ) |
| v. | ) 1:25-cv-10495-IT |
| | ) |
| **KRISTI NOEM, in her official capacity as** | ) |
| **Secretary of Homeland Security, et al.;** | ) |
| | ) |
| **Defendants.** | ) |

## DECLARATION OF KIKA SCOTT

I, Kika Scott, make the following declaration, as permitted by Section 1746 of Title 28 of the United States Code. I am aware that this declaration will be filed in the above-captioned civil action with the United States District Court for the District of Massachusetts. I hereby certify:

1. I am the Acting Deputy Director of U.S. Citizenship and Immigration Services (USCIS), a component agency within the United States Department of Homeland Security (DHS). I have held this position since May 25, 2025. Previously I served as the senior official performing the duties of the USCIS director since Feb. 9, 2025. Before that, I served as the Chief Financial Officer (CFO) in the USCIS Office of the Chief Financial Officer since May 27, 2019.

2. The statements contained in this declaration are based upon my personal knowledge and upon information provided to me in my official capacity.

3. On May 28, 2025, the United States District Court for the District of Massachusetts issued a Memorandum and Order Granting Partial Relief on Plaintiffs' Motion for Preliminary Injunction and Stay of Administrative Action. *See Svitlana Doe, et al., v. Noem, et. al.,* No. 25-cv-10495 (D. Mass. May 28, 2025).

4. Pursuant to the District Court's May 28, 2025 order, Angelica Alfonso-Royals, Acting Director for USCIS issued a memorandum on June 9, 2025, with the subject line,

"Adjudication of Requests filed by Parolees Under Specified Parole Programs" (Alfonso-Royals Memo). The Alfonso-Royals Memo authorizes USCIS officers to adjudicate all pending immigration benefit requests filed by aliens who are or were paroled into the United States under Uniting for Ukraine (U4U), the parole processes for Cubans, Haitians, Nicaraguans, and Venezuelans (CHNV parole programs), and Family Reunification Parole (FRP) processes to a final agency action once USCIS has completed the additional vetting requirement for the parolees' individual requests. The Alfonso-Royals Memo also authorizes USCIS officers to resume processing requests for re-parole and associated benefits for aliens paroled though a categorical parole program which were previously paused.

5. This memo was transmitted to the heads of all USCIS directorates on the same date and supervisors in all offices were informed that requests filed by aliens who are or were paroled under the relevant programs are no longer on hold. Implementation efforts are ongoing, and any additional guidance necessary for adjudicating each type of benefit request will be distributed as it is developed as detailed below.

6. USCIS has updated the scripts used by the "website virtual agent" (Emma) and the reference materials used by Contact Center agents to respond to customer inquiries received by phone or secure message online regarding the status of immigration benefit requests impacted by the May 28 court order and the Alfonso-Royals Memo. As of June 13, 2025, general case inquiries or expedite requests from individuals who were or are paroled under CHNV, U4U, and FRP will be handled identically to case inquiries or expedite requests submitted by any other individual, without reference to the former hold(s). If a query specifically asks whether a hold is in place for CHNV, U4U, and FRP parolees, the reference material explains that, pursuant to this court's May 28, 2025 order, USCIS is no longer holding the adjudication of immigration benefit requests filed by CHNV, U4U, and FRP parolees. Queries specifically asking about OAW or Afghan re-parole will similarly receive a response that USCIS is no longer holding the adjudication of such requests.

7. The USCIS adjudicative directorates (Field Operations (FOD); Refugee, Asylum,

and International Operations (RAIO); Service Center Operations (SCOPS); and the Administrative Appeals Office (AAO)) have discussed and created initial plans for implementing the Alfonso-Royals Memo and, specifically, identified changes that will need to be made in case management systems to prevent and remove tagging that prevented adjudication of cases pursuant to the now-rescinded hold.

8. Any cases filed on or after June 13, 2025 will not be tagged as subject to the rescinded hold. After gathering requirements, developers are working to prepare an estimate for completing work necessary to remove the tag from all existing cases, although the level of effort required may vary depending on the case management system used to process a particular type of benefit and the number of the specific type of immigration benefit requests that are on hold. All processing holds rescinded under the Alfonso-Royals Memo will be removed from case management systems by June 19, 2025.

9. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of June, 2025, in Camp Springs, Maryland.

KIKA M SCOTT
Digitally signed by KIKA M SCOTT
Date: 2025.06.13 15:41:35 -04'00'

Kika Scott
Acting Deputy Director
U.S. Citizenship and Immigration Services
Department of Homeland Security