BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

BRIAN C. WARD
*Acting Assistant Director*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-9121
Email: brian.c.ward@usdoj.gov

PATRICK GLEN
KATHERINE J. SHINNERS
*Senior Litigation Counsel*

ELISSA FUDIM
ZACHARY CARDIN
DANIEL SCHUTRUM-BOWARD
*Trial Attorney*

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Svitlana Doe, *et al.*, | ) | Civil Action No. 1:25-cv-10495 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Kristi Noem, in her official capacity as | ) | |
| Secretary of Homeland Security, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION FOR ONE-DAY EXTENSION**

Defendants respectfully request that the Court extend Defendants' deadline to notify the Court of additional steps Defendants have taken to comply with the Court's May 28 Order by one day, from June 19, 2025, to June 20, 2025, based on the Juneteenth Federal Holiday on June 19, 2025.

On June 16, 2025, the Court ordered that:

> No later than June 19, 2025, Defendants shall confirm that all processing holds rescinded under the Alfonso-Royals Memo have been removed from case management systems. Defendants shall also confirm by that date that they have made all necessary updates to their guidance, systems, website virtual agent scripts, and other form communications for the processing holds to be lifted and for all applicants to be properly informed of the same.

ECF No. 127. Because June 19, 2025, is the Juneteenth Federal Holiday and agency personnel with relevant information will not be working that day, it will be difficult for Defendants to provide a declaration or complete update to the Court on that date.

Defendants discussed this request for a one-day extension with Plaintiffs' counsel, who stated that Plaintiffs take no position on this request. Accordingly, Defendants respectfully request that the Court extend Defendants' deadline by one day to June 20, 2025.

Dated: June 18, 2025              Respectfully submitted,

/s/ *Brian C. Ward*
BRIAN C. WARD
*Acting Assistant Director*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-9121
Email: brian.c.ward@usdoj.gov

*Counsel for Defendants*

1

**CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)**

Defendants conferred with Plaintiffs' counsel about the relief requested in this motion by email on June 17, 2025. Plaintiffs take no position on this request.

> By: */s/ Brian C. Ward*
> BRIAN C. WARD
> United States Department of Justice

**CERTIFICATE OF SERVICE**

I certify that on June 18, 2025, I electronically filed this motion with the Clerk of the Court for the United States District Court for the District of Massachusetts by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

> By: */s/ Brian C. Ward*
> BRIAN C. WARD
> United States Department of Justice