UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SVITLANA DOE, et al.,

    Plaintiffs,

v.

KRISTI NOEM, in her official capacity
as Secretary of Homeland Security;
et. al,

    Defendants.

Case No. 1:25-cv-10495-IT

## DEFENDANTS' RESPONSE TO ORDER

In response to the Court's June 16, 2025 Order (ECF No. 127; *see also* ECF No. 131), Defendants submit the attached Declaration of Kika Scott, Acting Deputy Director of U.S. Citizenship and Immigration Services (USCIS).

Date: June 20, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

BRIAN C. WARD
*Acting Assistant Director*

 /s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
*Senior Litigation Counsel*

1

        U.S. Department of Justice  
        Office of Immigration Litigation  
        District Court Section  
        P.O. Box 868, Ben Franklin Station  
        Washington, DC 20044  
        Tel.: (202) 598-8259  
        katherine.j.shinners@usdoj.gov

        ELISSA P. FUDIM  
        *Trial Attorney*

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

*/s/ Katherine J. Shinners*
Katherine J. Shinners
Senior Litigation Counsel
United States Department of Justice
Civil Division
