UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, *et al.*,<br><br>                    Plaintiffs,<br><br> – *versus* –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>                    Defendants. | Civil Action No.: 1:25-cv-10495-IT |

## PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE REPLY IN SUPPORT OF THEIR NOTICE AND MOTION FOR AN ORDER TO SHOW CAUSE

Plaintiffs respectfully move the Court for leave to file a brief reply in support of their Notice and Motion for an Order to Show Cause. Doc. No. 116. Plaintiffs' intended filing will provide additional evidence recently gathered from class members indicating that the previous barriers to processing benefit applications remain in place, the *status quo ante* has not been restored, and Defendants instead continue to implement and effectuate the February 14 Davidson Memorandum, which this Court has stayed. The intended filing includes supporting declarations and documentation of communications class members have received in response to their inquiries about their pending immigration benefits applications—information that Plaintiffs submit will assist the Court in assessing Defendants' compliance with the Court's May 28, 2025 Order. Doc. No. 107. Plaintiffs attach their proposed Reply and supporting documents as exhibits to this Motion. Should the Court grant leave to file, Plaintiffs can refile their Reply and supporting documentation as a separate docket entry.

When Plaintiffs requested Defendants' position on the Motion, Defendants responded as follows: "Defendants oppose the relief requested. Plaintiffs' counsel stated on June 26 that they intend to seek leave to file a reply to "provide additional evidence recently gathered from class

members indicating that previous barriers to processing benefit applications remain in place," and Defendants' counsel offered to look into any issues with the agency if Plaintiffs are willing to share the evidence, but Plaintiffs have not provided the evidence to Defendants." Plaintiffs have permission from the relevant class members to share with the Court and Defendants only the information and sample communications in the proposed filing. In connection with Defendants' position on the Motion, Plaintiffs are asking the relevant class members if they are willing to share any further identifying information about themselves and their pending immigrants benefits applications with Defendants, but are seeking leave to file the attached Reply to bring this information to the Court's attention as promptly as possible.

Dated: June 26, 2025

Respectfully submitted,

*/s/ Brandon Galli-Graves*

| | |
|---|---|
| John A. Freedman (BBO#629778) | Brandon Galli-Graves (*pro hac vice*) |
| Laura Shores (*pro hac vice*) | Esther H. Sung (*pro hac vice*) |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | Karen C. Tumlin (*pro hac vice*) |
| 601 Massachusetts Ave, NW | Hillary Li (*pro hac vice*) |
| Washington, D.C. 20001-3743 | Laura Flores-Perilla (*pro hac vice*) |
| Telephone: (202) 942-5316 | **JUSTICE ACTION CENTER** |
| john.freedman@arnoldporter.com | P.O. Box 27280 |
| laura.shores@arnoldporter.com | Los Angeles, CA 90027 |
| katie.weng@arnoldporter.com | Telephone: (323) 450-7272 |
| | esther.sung@justiceactioncenter.org |
| H. Tiffany Jang (BBO#691380) | karen.tumlin@justiceactioncenter.org |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | hillary.li@justiceactioncenter.org |
| 200 Clarendon Street, Fl. 53 | laura.flores-perilla@justiceactioncenter.org |
| Boston, MA 02116 | brandon.galli-graves@justiceactioncenter.org |
| Telephone: (617) 351-8053 | |
| tiffany.jang@arnoldporter.com | Anwen Hughes (*pro hac vice*) |
| | Inyoung Hwang (*pro hac vice*) |
| Daniel B. Asimow (*pro hac vice*) | **HUMAN RIGHTS FIRST** |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | 75 Broad St., 31st Fl. |
| Three Embarcadero Center | New York, NY 10004 |
| 10th Floor | Telephone: (212) 845-5244 |
| San Francisco, CA 94111-4024 | HughesA@humanrightsfirst.org |
| Telephone: (415) 471-3142 | |
| | Justin B. Cox (*pro hac vice*) |

<div style="display: flex;">

<div>

daniel.asimow@arnoldporter.com

Robert Stout (*pro hac vice*)
Sarah Elnahal (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
rob.stout@arnoldporter.com
sarah.elnahal@arnoldporter.com

</div>

<div>

**LAW OFFICE OF JUSTIN B. COX**
*JAC Cooperating Attorney*
PO Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org




*Attorneys for Plaintiffs*

</div>

</div>