UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| SVITLANA DOE, *et al.*, | |
|---|---|
| Plaintiffs, | |
| – *versus* – | Civil Action No.: 1:25-cv-10495-IT |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, | |
| Defendants. | |

**INDEX OF EXHIBITS FOR PLAINTIFFS' REPLY IN SUPPORT OF THEIR NOTICE AND MOTION FOR AN ORDER TO SHOW CAUSE**

| # | Description |
|---|---|
| 1 | USCIS' Alfonso-Royals Memo dated June 9, 2025 |
| 2 | Declaration of Emily Martin, Paralegal, Justice Action Center |
| 3 | USCIS' Response to U4U Beneficiary dated June 23, 2025 |
| 4 | USCIS' Response to U4U Beneficiary dated June 23, 2025 |
| 5 | Declaration of Aleksandra Doe |
| 6 | Emails Between Aleksandra Doe and Congressman Liccardo's staff member |