# EXHIBIT 1

to Plaintiffs' Reply in Support of their Notice and Motion for an Order to Show Cause

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D. Mass.)



U.S. Department of Homeland Security
U.S. Citizenship and
Immigration Services
*Office of the Director*
Camp Springs, MD 20588-0009

June 9, 2025

**Memorandum**

FROM:   Angelica Alfonso-Royals
        ANGELICA M ALFONSO-ROYALS
        Digitally signed by ANGELICA M ALFONSO-ROYALS
        Date: 2025.06.09 14:11:22 -04'00'

        Acting Director, U.S. Citizenship and Immigration Services

TO:     All Associate Directors, USCIS

SUBJECT: **Adjudication of Requests filed by Parolees Under Specified Parole Programs**

This memorandum authorizes officers to adjudicate all pending benefit requests filed by aliens who are or were paroled into the United States under the U4U, CHNV, or FRP processes to a final agency action once USCIS has completed the additional vetting required for the parolee's individual request to identify any fraud, public safety, or national security concerns. It also authorizes officers to resume processing requests for re-parole and associated benefits for aliens paroled through a categorical parole program which were previously paused.

The January 23, 2025 email from former Acting Director of USCIS, Jennifer B. Higgins, titled, "Securing Our Borders EO and Parole Processing," and the February 14, 2025 memorandum by former Acting Deputy Director of USCIS, Andrew Davidson, titled, "Administrative Hold on All USCIS Benefit Requests filed by Parolees Under the Uniting for Ukraine (U4U) Process, Processes for Haitians, Cubans, Nicaraguans, and Venezuelans (CHNV) Process, or Family Reunification Parole (FRP) Process," are both stayed in whole or part pursuant to court order.

Pursuant to the Executive Order issued January 20, 2025 titled *Securing Our Borders*, and in accordance with Acting Secretary Huffman's memorandum dated January 20, 2025, which directs ICE, CBP, and USCIS to conduct a review of DHS policies and practices governing parole, adjudication of requests for *initial parole* and requests to be a supporter

Page 2

of a parolee under the following programs or processes remain on hold pending further review:

- Uniting for Ukraine (U4U)
- Family Reunification Parole (FRP) processes, including legacy Cuban Family Reunification Parole Program (CFRP) cases
- Central American Minors (CAM) program
- International Entrepreneur Parole
- Parole of Western Hemisphere nationals interviewed for refugee status in Safe Mobility Offices (WHP).

Any other USCIS-wide administrative holds required by the Higgins or Davidson directives are no longer in effect and immediately lifted. A request for re-parole or other non-parole benefit that was subject to one of the previous administrative holds may be processed by the assigned officer after USCIS completes required background checks, screening, and vetting of the subject applicant, petitioner, or beneficiary of the relevant immigration benefit request. Approval by the USCIS Director or USCIS Deputy Director to proceed with adjudication is not required.

Note that with respect to re-parole requests filed by aliens who were subject to the previous administrative holds, facial eligibility under these programs does not entitle an alien to re-parole. The alien still must demonstrate urgent humanitarian reasons or significant public benefit specific to his or her case and that he or she merits a favorable exercise of discretion for parole, as required by section 212(d)(5)(A) of the Immigration and Nationality Act.

Cc: Bridgette Parascando, Acting Chief Counsel