# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

SVITLANA DOE, et al.,

    Plaintiffs,

v.

KRISTI NOEM, in her official capacity
as Secretary of Homeland Security;
et. al,

    Defendants.

Case No. 1:25-cv-10495-IT

## DEFENDANTS' RESPONSE TO ORDER

In response to the Court's Orders dated June 24, 2025 (Doc. No. 133), and June 30, 2025 (Doc. No. 138), Defendants submit the attached Declaration of Kika Scott, Acting Deputy Director of U.S. Citizenship and Immigration Services (USCIS).

Date: July 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

BRIAN C. WARD
*Acting Assistant Director*

/s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
*Senior Litigation Counsel*

U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-8259
katherine.j.shinners@usdoj.gov

ELISSA P. FUDIM
*Trial Attorney*

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

/s/ *Katherine J. Shinners*
Katherine J. Shinners
Senior Litigation Counsel
United States Department of Justice
Civil Division