## AMENDED CERTIFICATE OF SERVICE FOR ECF DOC. 148

        I hereby certify that on July 15, 2025, a true copy of the above referenced ECF document 148, filed through the CM/ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

    /s/Rohan J. Samaraweera
    Rohan J. Samaraweera

    Attorney for *Amicus Curiae*
    Immigration Reform Law Institute