## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

SVITLANA DOE, et al.,

                Plaintiffs,

           *v.*

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security, et al.,

                Defendants.

Civil Action No.: 1:25-cv-10495-IT

## PLAINTIFFS' SUPPLEMENTAL MOTION FOR ORDER TO SHOW CAUSE AND FOR ADDITIONAL RELIEF

Plaintiffs hereby submit this motion to inform the Court that despite its May 28, 2025 Orders (Doc. Nos. 107 and 108) in which it stayed Defendants' suspension of adjudication of applications for parole, re-parole, and immigration status or benefits filed by individuals who received parole pursuant to certain categorical parole programs, and certified relevant classes, processing of diversity visa applications of class members remains paused by Defendants' own public admission. Plaintiffs' counsel have also received multiple inquiries from class members indicating that, in the weeks since the Court issued its Orders, Defendants have not effectuated the Court's ruling, including with respect to the adjudication of diversity visa applications. A diversity visa must issue by the end of the federal government's fiscal year, September 30th, for the year in which the applicant has won the lottery. Failure to obtain the visa by that date results in permanent loss of the opportunity to immigrate based upon that year's diversity visa lottery.

In light of this, Plaintiffs respectfully request that the Court issue a supplemental order directing Defendants to show cause as to why the failure to take meaningful action on the diversity visa applications as shown by the declarations filed herewith does not constitute a violation of this

Court's May 28, 2025 Order (Doc. No. 107); to provide details on the steps that Defendants have taken to return processing of diversity visa applications to the *status quo ante* before the February 14 Davidson Memorandum was adopted; to provide, as of this date and on a going-forward basis, weekly and cumulative reporting on how many class member diversity visa lottery winner applications have been adjudicated to final agency action; and to schedule a status conference so that the parties may discuss, among other things, compliance with the Court's May 28, 2025 Order.

Based on this Motion, the accompanying Memorandum, and exhibits filed herewith, Plaintiffs respectfully request that the Court grant this motion.

Dated: July 18, 2025                                   Respectfully submitted,

                                                       */s/ John A. Freedman*

Esther H. Sung (*pro hac vice*)                       John A. Freedman (BBO#629778)
Karen C. Tumlin (*pro hac vice*)                      Laura Shores (*pro hac vice*)
Hillary Li (*pro hac vice*)                           Katie Weng (*pro hac vice* forthcoming)
Laura Flores-Perilla (*pro hac vice*)                 **ARNOLD & PORTER KAYE SCHOLER LLP**
Brandon Galli-Graves (*pro hac vice*)                 601 Massachusetts Ave, NW
**JUSTICE ACTION CENTER**                             Washington, D.C. 20001-3743
P.O. Box 27280                                        Telephone: (202) 942-5316
Los Angeles, CA 90027                                 john.freedman@arnoldporter.com
Telephone: (323) 450-7272                             laura.shores@arnoldporter.com
esther.sung@justiceactioncenter.org                   katie.weng@arnoldporter.com
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org          H. Tiffany Jang (BBO#691380)
brandon.galli-graves@justiceactioncenter.org          **ARNOLD & PORTER KAYE SCHOLER LLP**
                                                      500 Boylston Street, Fl. 20
                                                      Boston, MA 02116
Anwen Hughes (*pro hac vice*)                         Telephone: (617) 351-8053
Inyoung Hwang (*pro hac vice*)                        tiffany.jang@arnoldporter.com
**HUMAN RIGHTS FIRST**
75 Broad St., 31st Fl.
New York, NY 10004                                    Daniel B. Asimow (*pro hac vice*)
Telephone: (212) 845-5244                             **ARNOLD & PORTER KAYE SCHOLER LLP**
HughesA@humanrightsfirst.org                          Three Embarcadero Center
HwangS@humanrightsfirst.org                           10th Floor
                                                      San Francisco, CA 94111-4024

Justin B. Cox (*pro hac vice*)
**LAW OFFICE OF JUSTIN B. COX**
*JAC Cooperating Attorney*
PO Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org

Telephone: (415) 471-3142
daniel.asimow@arnoldporter.com

Robert Stout (*pro hac vice*)
Javier Ortega Alvarez (*pro hac vice*)
Sarah Elnahal (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
robert.stout@arnoldporter.com
javier.ortega@arnoldporter.com
sarah.elnahal@arnoldporter.com

*Attorneys for Plaintiffs*

## CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)

The parties have conferred pursuant to Local Rule 7.1(a)(2) but were unable to come to a resolution.

Dated: July 18, 2025

*/s/ John A. Freedman*
John A. Freedman

## CERTIFICATE OF SERVICE

I, John A. Freedman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: July 18, 2025

*/s/ John A. Freedman*
John A. Freedman
