UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, *et al.*,<br><br>                    Plaintiffs,<br><br>– *versus* –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>                    Defendants. | Civil Action No.: 1:25-cv-10495-IT |

**INDEX OF EXHIBITS FOR PLAINTIFF'S SUPPLEMENTAL MOTION FOR AN ORDER TO SHOW CAUSE AND FOR ADDITIONAL RELIEF**

| # | Description |
|---|---|
| 1 | Declaration of Aleksandra Doe |
| 2 | Emails Between Aleksandra Doe and Congressman Liccardo's staff member |
| 3 | Aleksandra Doe's Virtual Chat Messages with a USCIS Official |
| 4 | Redacted Class Member Declaration |
| 5 | Declaration of Emily Martin, Paralegal, Justice Action Center |
| 6 | USCIS' Response to Class Member "X" dated May 9, 2025 |
| 7 | USCIS' Response to Class Member "X" dated June 11, 2025 |
| 8 | USCIS' Response to Class Member "X" dated June 17, 2025 |
| 9 | USCIS' Response to Class Member "X" dated June 23, 2025 |
| 10 | USCIS' Response to Class Member "X" dated July 3, 2025 |
| 11 | Plaintiffs' counsel's email correspondence with Defendants' counsel, Brian Ward dated July 14-17, 2025 |