# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Svitlana Doe, *et al.*, | ) Civil Action No. 1:25-cv-10495 |
| Plaintiffs, | ) |
| v. | ) |
| Kristi Noem, in her official capacity as Secretary of Homeland Security, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT

Notice is hereby given that the Defendants appeal to the United States Court of Appeals for the First Circuit from the Court's order granting a stay of: (1) the suspension of adjudications of re-parole applications filed by individuals who received parole pursuant to certain categorical parole programs; (2) the suspension of adjudications of initial parole applications filed by individuals already present in the United States pursuant to the military parole in place program; and (3) the suspension of adjudications for immigration benefits applications filed by individuals who received parole through certain categorical parole programs (Doc. No. 107) and the accompanying class-certification order (Doc. No. 108) entered in this action on May 28, 2025.

Dated:  July 28, 2025

Respectfully submitted

YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*

DREW ENSIGN
*Deputy Assistant Attorney General*

BRIAN C. WARD
*Acting Assistant Director*

KATHERINE J. SHINNERS
PATRICK GLEN
*Senior Litigation Counsel*

*/s Elissa Fudim*
ELISSA FUDIM
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-GLA
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
*Trial Attorney*

ZACHARY CARDIN
DANIEL SCHUTRUM-BROWARD
*Trial Attorneys*

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on July 28, 2025, I electronically filed this notice with the Clerk of the Court for the United States District Court for the District of Massachusetts by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Elissa Fudim*
ELISSA P. FUDIM
United States Department of Justice