UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Doe et al v. Noem et al

District Court Number: 25cv10495-IT

Fee: Paid? Yes ____ No ____  Government filer _X_  In Forma Pauperis Yes ____ No ____

Motions Pending  Yes _X_ No ____
If yes, document #  113,116,128,150

Sealed documents  Yes _X_ No ____
If yes, document #  81

Ex parte documents  Yes _X_ No ____
If yes, document #  5,6

Transcripts  Yes _X_ No ____
If yes, document #  66,92,104

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

Appeal from:

#107 Memorandum and Order, #108 Amended Order

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#107, #108, and #158

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __158__ filed on __July 28, 2025__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __July 28, 2025__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**