UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Svitlana Doe, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as<br>Secretary of Homeland Security, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-10495 |

**DEFENDANTS' RESPONSE TO ORDER**

On July 21, 2025, the Court issued an order providing that:

No later than July 28, 2025, Defendants shall file a response to Plaintiffs' Supplemental Motion [150] that includes: (1) details on the steps that Defendants have taken to resume processing of diversity visa applications in accordance with this court's May 28, 2025 Order [107]; (2) notice to the court regarding how diversity visa lottery winner applications, filed by current and former U4U, CHNV, and FRP parolees, have been adjudicated to final agency action since this court's May 28, 2025 Order [107] went into effect; (3) a response to Plaintiffs' contentions that "the issuance of visas to recipients once selected [through the diversity visa lottery] is mandatory" and that "[s]elected recipients 'have a right to have their visa applications processed in accordance with the INA[,]'" Mem. ISO Supp. Mot. 4 [152] (quoting P.K. v. Tillerson, 302 F. Supp. 3d 1, 9 (D.D.C. 2017)); and (4) an explanation as to whether an "administrative hold" remains in effect as to benefits applications, as reported in the news article referenced by Plaintiffs.

ECF No. 155. In response, Defendants submit the attached Declaration of Angelica Alfonso-Royals, Deputy Director of U.S. Citizenship and Immigration Services (USCIS), addressing the Court's questions.

Defendants further note in response to question (3) and Plaintiffs' reliance on a decision from the District Court for the District of Columbia, that the D.C. Circuit has more recently addressed claims from plaintiffs who argued "that agency delay should not frustrate their interest

1

in obtaining diversity visas," and held that ultimately plaintiffs "have nothing resembling a substantive entitlement to such visas." *Goodluck v. Biden*, 104 F.4th 920, 928 (D.C. Cir. 2024). Individuals who are selected through the diversity-visa lottery "do not automatically receive visas," but rather simply have the opportunity to apply for a visa, *id*. at 921-22, 28 (describing process), and must still demonstrate that they are eligible for a visa and warrant a favorable exercise of discretion, Alfonso-Royals Decl. at ¶ 9. They also "must compete with other selectees for the limited number of visas." *Goodluck*, 104 F.4th at 928. The number of available visas is capped by statute, generally significantly more people are selected through the lottery than the number of available visas, and, in any event, "Congress has imposed a ceiling, but not a floor, on the number of diversity visas to be issued each fiscal year." *Id*. at 928; *see also* Alfonso-Royals Decl. at ¶¶ 9-10. Moreover, USCIS cannot approve a diversity visa-based Form I-485 for an applicant before the State Department Visa Bulletin lists an available visa number for that individual. Alfonso-Royals Decl. at ¶ 11.

USCIS "is prioritizing adjudication of pending diversity visa-based Forms I-485 … by September 30, 2025," "has removed all related system holds on the pending diversity visa-related Forms I-485 impacted by the court's May 28th order," *id*. at ¶ 4, and has scheduled and completed interviews and issued decisions on diversity visa-based I-485s for parolees since the Court's May 28 order, *id*. at ¶¶ 5, 7-8, foreclosing any argument that adjudications are paused.

Dated: July 28, 2025                    Respectfully submitted,

                                        /s/ *Brian C. Ward*
                                        BRIAN C. WARD
                                        *Acting Assistant Director*
                                        U.S. Department of Justice, Civil Division
                                        Office of Immigration Litigation
                                        P.O. Box 868, Ben Franklin Station
                                        Washington, DC 20044
                                        Tel: (202) 616-9121
                                        Email: brian.c.ward@usdoj.gov

                                        *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on July 28, 2025, I electronically filed this response with the Clerk of the Court for the United States District Court for the District of Massachusetts by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                              */s/ Brian C. Ward*
                                              BRIAN C. WARD
                                              United States Department of Justice