# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Svitlana Doe, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-10495 |

## WITHDRAWAL OF APPEARANCE

Defendants hereby submit a notice of withdrawal of appearance for the following attorney from this case: Joe Darrow. The basis for this request is that this attorney no longer works for the U.S. Department of Justice. Undersigned counsel, Elissa P. Fudim, previously entered her appearance and will continue to represent the Defendants in this matter. Accordingly, Defendants respectfully request the Court permit the withdrawal from the docket of the aforementioned attorney.

July 29, 2025　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ *Elissa Fudim*
　　　　　　　　　　　　　　　　　　　　　Elissa P. Fudim
　　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Civil Division
　　　　　　　　　　　　　　　　　　　　　P.O. Box 878, Ben Franklin Station
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20044
　　　　　　　　　　　　　　　　　　　　　Tel. (202) 598-6073
　　　　　　　　　　　　　　　　　　　　　Elissa.p.fudim@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*