UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, *et al.*,<br><br>                    Plaintiffs,<br><br>  – *versus* –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>                    Defendants. | **Civil Action No.: 1:25-cv-10495-IT** |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY & DEFENDANTS' REPORT REGARDING PAROLE GRANTS TO FORMER CHNV PAROLEES

Plaintiffs respectfully submit this notice in order to provide (1) supplemental authority to alert the Court of a recent legal development relevant to their pending Motion for Partial Summary Judgment as to the Mass Truncation of CHNV Parole (Doc. Nos. 128, 129); and (2) information Defendants submitted via a Fed. R. App. P. 28(j) letter in the appeal of this Court's April 14, 2025 Stay Order (Doc No. 97).

**First**, on August 1, 2025, in *Coalition for Humane Immigrant Rights v. Noem*, No. 1:25-cv-00872 (D.D.C.) ("*CHIRLA*"), the district court granted a stay under 5 U.S.C. § 705 of **three** Department of Homeland Security (DHS) policy documents insofar as they subject noncitizens paroled into the United States (like the class members here) to expedited removal. Mem. Op., *CHIRLA v. Noem*, No. 1:25-cv-00872, ECF 41 (D.D.C. Aug. 1, 2025), attached as Exhibit A.

*CHIRLA* supports Plaintiffs' position in their partial motion for summary judgment in two ways: first, the *CHIRLA* court agreed with the district court in this case that 8 U.S.C. § 1225(b)(1)(A)(iii)(II) "does not authorize designation for expedited removal of any noncitizen who has, at any point in time, been paroled into the United States." Ex. A at 57; *accord* Mem. & Order Granting in Part Plaintiffs' Emergency Mot. for a Stay of DHS's *En Masse* Truncation of All Valid

Grants of CHNV Parole, Doc. No. 97 at 33; Pls.' Mem. In Supp. of Mot. for Partial Summ. J., Doc. No. 129 at 12-13. In reaching this conclusion, the *CHIRLA* court considered and rejected many of the same arguments Defendants repeat in their opposition to Plaintiffs' partial motion for summary judgment, both as to the merits and regarding interpretation of the Supreme Court's May 30, 2025 stay in this case. Ex. A at 44-56. Second, the *CHIRLA* court also **agreed with** Plaintiffs' arguments here that Defendants acted arbitrarily and capriciously by failing to explain the inconsistencies between their assertion in the March 25, 2025 Federal Register Notice that class members had to be put into expedited removal "within two years of the beginning of their continuous presence," on the one hand, and their assertions elsewhere that there is "no time limit" on subjecting those same individuals to expedited removal as "arriving aliens," on the other. Ex. A at 71 (discussing "Schrödinger's legal justification") (citation omitted). This conclusion supports Plaintiffs' arguments that this Court can affirm on that basis, and regardless of whether this Court reaches the question of what the expedited removal statute requires for the truncation or termination of an individual parolee's grant of parole. *See* Pls.' Mem. In Supp. of Mot. for Partial Summ. J., Doc. No. 129 at 13.

  **Second**, that same day, in *Svitlana Doe, et al., v. Noem, et al.*, No. 25-1384 (1st Cir. 2025), Defendants—in response to the panel's questions at oral argument held on July 29, 2025—reported via a Notice of Supplemental Authority under Fed. R. App. P. 28(j) that "since April 24, 2025, it has paroled approximately 268 individuals from Cuba, Haiti, Nicaragua, or Venezuela (as identified by country of birth), two of whom had been previously granted parole under the CHNV programs." Defs.' Citation of Suppl. Authority, Doc. No. 00118321758 at 1 (Aug. 1, 2025), attached as Exhibit B.

Dated: August 8, 2025

John A. Freedman (BBO#629778)
Laura Shores (*pro hac vice*)
Katie Weng (*pro hac vice* pending)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5316
john.freedman@arnoldporter.com
laura.shores@arnoldporter.com
katie.weng@arnoldporter.com

H. Tiffany Jang (BBO#691380)
**ARNOLD & PORTER KAYE SCHOLER LLP**
200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com

Daniel B. Asimow (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3142
daniel.asimow@arnoldporter.com

Robert Stout (*pro hac vice*)
Sarah Elnahal (*pro hac vice*)
Javier Ortega Alvarez (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
rob.stout@arnoldporter.com
sarah.elnahal@arnoldporter.com
javier.ortega@arnoldporter.com

Respectfully submitted,

*/s/ Laura Flores-Perilla*
Laura Flores-Perilla (*pro hac vice*)
Esther H. Sung (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Hillary Li (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org

Anwen Hughes (*pro hac vice*)
Inyoung Hwang (*pro hac vice*)
**HUMAN RIGHTS FIRST**
75 Broad St., 31st Fl.
New York, NY 10004
Telephone: (212) 845-5244
HughesA@humanrightsfirst.org
hwangs@humanrightsfirst.org

Justin B. Cox (*pro hac vice*)
**LAW OFFICE OF JUSTIN B. COX**
*JAC Cooperating Attorney*
PO Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Laura Flores-Perilla, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 8, 2025

                                    */s/ Laura Flores-Perilla*
                                    Laura Flores-Perilla