## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, *et al.*,<br><br>                          Plaintiffs,<br><br>  – *versus* –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>                         Defendants. | Civil Action No.: 1:25-cv-10495-IT |

### PLAINTIFFS' MOTION FOR A STATUS CONFERENCE

Pursuant to the Court's order (Doc. No. 164), Plaintiffs respectfully request a status conference at the Court's earliest availability concerning Defendants' compliance with the Court's May 28 Order (Doc. No. 107). Plaintiffs hereby submit a factual declaration in support of Plaintiffs' request, outlining the issues Plaintiffs intend to bring to the Court's attention. Plaintiffs believe a status conference is appropriate to update the Court regarding (i) the government's lack of progress in processing the applications for permanent residence of diversity visa winners (including Plaintiff Aleksandra Doe) who must be approved by September 30, 2025 or they lose their right to this visa and adjust status, and (ii) systemic reports from class members about USCIS implementing holds and/or deliberately slowing down consideration of benefit requests.

Based on this Motion, and the accompanying declaration and exhibits attached thereto, Plaintiffs respectfully request that the Court grant this Motion.

Dated: September 12, 2025

John A. Freedman (BBO#629778)
Laura Shores (*pro hac vice*)
Katie Weng (*pro hac vice* pending)
**ARNOLD & PORTER KAYE SCHOLER LLP**

Respectfully submitted,

*/s/ Laura Flores-Perilla*
Laura Flores-Perilla (*pro hac vice*)
Esther H. Sung (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Hillary Li (*pro hac vice*)

601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5316
john.freedman@arnoldporter.com
laura.shores@arnoldporter.com
katie.weng@arnoldporter.com

H. Tiffany Jang (BBO#691380)
**ARNOLD & PORTER KAYE SCHOLER LLP**
200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com

Daniel B. Asimow (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3142
daniel.asimow@arnoldporter.com

Robert Stout (*pro hac vice*)
Sarah Elnahal (*pro hac vice*)
Javier Ortega Alvarez (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
rob.stout@arnoldporter.com
sarah.elnahal@arnoldporter.com
javier.ortega@arnoldporter.com

Brandon Galli-Graves (*pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
laura.flores-perilla@justiceactioncenter.org
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org

Anwen Hughes (*pro hac vice*)
Inyoung Hwang (*pro hac vice*)
**HUMAN RIGHTS FIRST**
75 Broad St., 31st Fl.
New York, NY 10004
Telephone: (212) 845-5244
HughesA@humanrightsfirst.org
hwangs@humanrightsfirst.org

Justin B. Cox (*pro hac vice*)
**LAW OFFICE OF JUSTIN B. COX**
*JAC Cooperating Attorney*
PO Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org

*Attorneys for Plaintiffs*

**LOCAL RULE 7.1 CERTIFICATION**

I, Laura Flores-Perilla, pursuant to Local Rule 7.1(a)(2), hereby certify that counsel for the movants have conferred in good faith with counsel for Defendants to resolve or narrow the issues, but the parties were unable to resolve the issues.

*/s/ Laura Flores-Perilla*
Laura Flores-Perilla

**CERTIFICATE OF SERVICE**

I, Laura Flores-Perilla, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: September 12, 2025

*/s/ Laura Flores-Perilla*
Laura Flores-Perilla