UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, *et al.*,<br><br>Plaintiffs,<br><br>– *versus* –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | **Civil Action No.: 1:25-cv-10495-IT** |

## INDEX OF EXHIBITS FOR PLAINTIFFS' MOTION FOR A STATUS CONFERENCE

| # | Description |
|---|---|
| 1 | Declaration of Emily Martin, Paralegal, Justice Action Center |
| 2 | Emails Between Plaintiffs' Counsel and Defendants' Counsel |
| 3 | USCIS Notice to Plaintiff Aleksandra Doe dated August 21, 2025 |
| 4 | USCIS' Response to Class Member "D" |
| 5 | USCIS' Response to Class Member "E" |
| 6 | USCIS' Response to Senator Durbin's Office Regarding Class Member "G" |