## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al., *Plaintiffs*, v. KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al., *Defendants*. | C.A. No: 1:25-cv-10495-IT |

**PLAINTIFFS' SUPPLEMENT TO MOTION FOR A STATUS CONFERENCE**

Plaintiffs hereby respectfully submit this supplement to their Motion for a Status Conference (Doc. No. 171) to provide the Court with updates relevant to that motion and subsequent events, including the First Circuit Court of Appeal's September 12, 2025 decision ("First Circuit Sept. 12 Decision")[1] concerning this Court's April 14, 2025 Order (Doc. No. 97).

First, on September 15, 2025, Plaintiff Aleksandra Doe (discussed at Doc. No. 172-1 ¶¶ 10-18), a diversity visa lottery winner, was informed that her adjustment of status application was approved, along with her minor child. However, on September 16, her spouse's adjustment of status application was denied.

Second, class member "F" (discussed at Doc. No. 172-1 ¶¶ 38-41) was recently informed on September 16, 2025, that her adjustment of status application was approved. The status of all of the other class members discussed in the motion for a status conference remains the same.

Third, late on the evening of September 12, 2025, while Plaintiffs' counsel was finalizing their request for a status conference, Plaintiffs' counsel was informed of an additional account of

---

[1] *Doe v. Noem*, No. 25-1384, 2025 WL 2630395 (1st Cir. Sept. 12, 2025).

a hold on a class member's benefits' application. Plaintiffs' counsel has informed Defendants' counsel of this case, which is included in Plaintiffs' Supplemental Declaration attached as an exhibit to this filing.

Fourth, Plaintiffs intend to file a Petition for Rehearing at the First Circuit Court of Appeals regarding the First Circuit Sept. 12 Decision.

Finally, Plaintiffs also intend to request leave with this court to submit supplemental briefing to their Motion for Partial Summary Judgment (Doc. No. 128) to address the First Circuit Sept. 12 Decision and its implications for arguments raised in the pending partial summary judgment motion. Plaintiffs are in the process of conferring with the government about this motion.

WHEREFORE, Plaintiffs respectfully request that this Court:

A. Grant its Motion for a Status Conference; and

B. Grant such other relief as is just and appropriate.

Dated: September 19, 2025

Respectfully submitted,

*/s/ Hillary Li*

| | |
|---|---|
| John A. Freedman (BBO#629778) | Hillary Li (*pro hac vice*) |
| Laura Shores (*pro hac vice*) | Esther H. Sung (*pro hac vice*) |
| Katie Weng (*pro hac vice* forthcoming) | Karen C. Tumlin (*pro hac vice*) |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | Laura Flores-Perilla (*pro hac vice*) |
| 601 Massachusetts Ave, NW | Brandon Galli-Graves (*pro hac vice*) |
| Washington, D.C. 20001-3743 | **JUSTICE ACTION CENTER** |
| Telephone: (202) 942-5316 | P.O. Box 27280 |
| john.freedman@arnoldporter.com | Los Angeles, CA 90027 |
| laura.shores@arnoldporter.com | Telephone: (323) 450-7272 |
| katie.weng@arnoldporter.com | hillary.li@justiceactioncenter.org |
| | esther.sung@justiceactioncenter.org |
| H. Tiffany Jang (BBO#691380) | karen.tumlin@justiceactioncenter.org |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | laura.flores-perilla@justiceactioncenter.org |
| 500 Boylston Street, Fl. 20 | brandon.galli-graves@justiceactioncenter.org |
| Boston, MA 02116 | |
| Telephone: (617) 351-8053 | Justin B. Cox (*pro hac vice*) |
| tiffany.jang@arnoldporter.com | **LAW OFFICE OF JUSTIN B. COX** |

| | |
|---|---|
| Daniel B. Asimow (*pro hac vice*)<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>Three Embarcadero Center<br>10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: (415) 471-3142<br>daniel.asimow@arnoldporter.com<br><br>Robert Stout (*pro hac vice*)<br>Javier Ortega Alvarez (*pro hac vice*)<br>Sarah Elnahal (*pro hac vice*)<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: (212) 836-8000<br>rob.stout@arnoldporter.com<br>javier.ortega@arnoldporter.com<br>sarah.elnahal@arnoldporter.com | *JAC Cooperating Attorney*<br>PO Box 1106<br>Hood River, OR 97031<br>(541) 716-1818<br>justin@jcoxconsulting.org<br><br>Anwen Hughes (*pro hac vice*)<br>Inyoung Hwang (*pro hac vice*)<br>**HUMAN RIGHTS FIRST**<br>75 Broad St., 31st Fl.<br>New York, NY 10004<br>Telephone: (212) 845-5244<br>HughesA@humanrightsfirst.org<br>HwangS@humanrightsfirst.org<br><br><br>*Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I, Hillary Li, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: September 19, 2025

/s/Hillary Li