UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al., <br><br> *Defendants*. | C.A. No: 1:25-cv-10495-IT |

**PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF ADDITIONAL CLASS COUNSEL**

Plaintiffs Svitlana Doe, Maksym Doe, Maria Doe, Alejandro Doe, Armando Doe, Ana Doe, Carlos Doe, Omar Doe, Kyle Varner, Wilhen Pierre Victor, Valentin Rosales Tabares, Marim Doe, Adolfo Gonzalez, Jr., Aleksandra Doe, Teresa Doe, and Rosa Doe ("Class Representatives"), on behalf of themselves and the class they represent, move to certify additional class counsel pursuant to Federal Rule of Civil Procedure 23.

Plaintiffs respectfully request that this Court appoint Laura Flores-Perilla, Brandon Galli-Graves, Hillary Li, and Esther H. Sung, of Justice Action Center ("JAC"), and Justin B. Cox of Law Office of Justin B. Cox (JAC Cooperating Attorney) as class counsel. The proposed counsel are already attorneys of record in the case and meet all of the requirements set forth in Rule 23(a) and (g). The grounds for this motion are explained in the accompanying memorandum of law and its exhibits. Defendants have indicated that they do not oppose the requested relief but reserve their objections to the class certification orders.

A Proposed Order is filed herewith.

1

| | |
|---|---|
| Dated: September 25, 2025 | Respectfully submitted, |
| | |
| | /s/ Hillary Li |
| John A. Freedman (BBO#629778) | Hillary Li (*pro hac vice*) |
| Laura Shores (*pro hac vice*) | Esther H. Sung (*pro hac vice*) |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | Karen C. Tumlin (*pro hac vice*) |
| 601 Massachusetts Ave, NW | Laura Flores-Perilla (*pro hac vice*) |
| Washington, D.C. 20001-3743 | Brandon Galli-Graves (*pro hac vice*) |
| Telephone: (202) 942-5316 | **JUSTICE ACTION CENTER** |
| john.freedman@arnoldporter.com | P.O. Box 27280 |
| laura.shores@arnoldporter.com | Los Angeles, CA 90027 |
| | Telephone: (323) 450-7272 |
| H. Tiffany Jang (BBO#691380) | hillary.li@justiceactioncenter.org |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | esther.sung@justiceactioncenter.org |
| 200 Clarendon Street, Fl. 53 | karen.tumlin@justiceactioncenter.org |
| Boston, MA 02116 | laura.flores-perilla@justiceactioncenter.org |
| Telephone: (617) 351-8053 | brandon.galli-graves@justiceactioncenter.org |
| tiffany.jang@arnoldporter.com | |
| | Anwen Hughes (*pro hac vice*) |
| Daniel B. Asimow (*pro hac vice*) | Inyoung Hwang (*pro hac vice*) |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | **HUMAN RIGHTS FIRST** |
| Three Embarcadero Center | 75 Broad St., 31st Fl. |
| 10th Floor | New York, NY 10004 |
| San Francisco, CA 94111-4024 | Telephone: (212) 845-5244 |
| Telephone: (415) 471-3142 | HughesA@humanrightsfirst.org |
| daniel.asimow@arnoldporter.com | hwangs@humanrightsfirst.org |
| | |
| Robert Stout (*pro hac vice*) | Justin B. Cox (*pro hac vice*) |
| Sarah Elnahal (*pro hac vice*) | **LAW OFFICE OF JUSTIN B. COX** |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | *JAC Cooperating Attorney* |
| 250 West 55th Street | PO Box 1106 |
| New York, NY 10019-9710 | Hood River, OR 97031 |
| Telephone: (212) 836-8000 | (541) 716-1818 |
| rob.stout@arnoldporter.com | justin@jcoxconsulting.org |
| sarah.elnahal@arnoldporter.com | |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)

The parties have conferred pursuant to Local Rule 7.1(a)(2). Defendants do not oppose this motion, but reserve their objections to the class certification orders.

Dated: September 25, 2025

                                          */s/ Hillary Li*
                                          Hillary Li

## CERTIFICATE OF SERVICE

I, Hillary Li, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: September 25, 2025

                                          */s/ Hillary Li*
                                          Hillary Li