UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>                 *Plaintiffs*,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>                 *Defendants*. | C.A. No: 1:25-cv-10495-IT |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF ADDITIONAL CLASS COUNSEL**

## I. INTRODUCTION

Plaintiffs Svitlana Doe, Maksym Doe, Maria Doe, Alejandro Doe, Armando Doe, Ana Doe, Carlos Doe, Omar Doe, Kyle Varner, Wilhen Pierre Victor, Valentin Rosales Tabares, Marim Doe, Adolfo Gonzalez, Jr., Aleksandra Doe, Teresa Doe, and Rosa Doe ("Class Representatives"), on behalf of themselves and the classes they represent, move pursuant to Federal Rule of Civil Procedure 23 to certify the following attorneys as class counsel, in addition to those already certified: Laura Flores-Perilla, Brandon Galli-Graves, Hillary Li, and Esther H. Sung, of Justice Action Center ("JAC"), and Justin B. Cox of Law Office of Justin B. Cox (JAC Cooperating Attorney) (together, "Proposed Class Counsel").

The Proposed Class Counsel are already attorneys of record and admitted to appear on behalf of Plaintiffs. Defendants have indicated that while they reserve their objections to previously issued class certification orders, they do not object to the appointment of additional class counsel.

## II. BACKGROUND AND PROCEDURAL HISTORY

On March 21, 2025, Plaintiffs filed their first Motion for Class Certification inclusive of a request for the appointment of class counsel as required by Rule 23(a) and (g). Doc. Nos. 46 & 47. On March 27, 2025, Plaintiffs filed a Supplemental Motion for Class Certification to expand the proposed class definition and to appoint additional class representatives. Doc. Nos. 73 & 74. On May 28, the Court issued an Amended Order Granting Class Certification addressing both motions, Doc. No. 108, wherein the Court appointed the undersigned counsel Karen C. Tumlin of Justice Action Center, Anwen Hughes of Human Rights First, and John A. Freedman, Daniel B. Asimow, and Laura Scott Shores of Arnold and Porter Kaye Scholer LLP as class counsel, *see id.* at 2. Based on counsels' declarations and filings, the Court held that the already-appointed Class Counsel

"have conducted factual investigations leading to this lawsuit, have engaged in class action litigation or other complex litigation involving immigration matters, have demonstrated knowledge of the applicable immigration law, and have attested to having adequate resources to represent the class." *Id.* at 3.

### III.    ARGUMENT

Rule 23 requires that class counsel "fairly and adequately represent the interests of the class." Fed. R. Civ. P. 23(g)(4); *see* Fed. R. Civ. P. 23(a). "In appointing class counsel, the court . . . must consider (i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources that counsel will commit to representing the class," as well as "any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class." Fed. R. Civ. P. 23(g)(1); *see* Doc. No. 108 at 3.

The Proposed Class Counsel satisfy Rule 23(g). First, the Proposed Class Counsel performed significant work both identifying and investigating potential claims in the action, which resulted in the submission of individualized declarations from twenty-three (23) individual plaintiffs and one organizational plaintiff that describe the factual bases for their claims. *See* Doc. Nos. 24-1 - 24-17; 27-1; 64-3 - 64-6; 71-2; 71-3.

Second, as set forth in the attached declaration of Karen C. Tumlin, the Proposed Class Counsel include attorneys, in addition to Karen Tumlin, with decades of experience prosecuting complex civil litigations, claims under the Administrative Procedure Act, and federal class actions, including pursuant to Rule 23(b)(2). *See* Declaration of Karen C. Tumlin ("Tumlin Decl."), Doc. No. 46-3, ¶¶ 5-6. These attorneys have successfully sought and obtained class certification in other

3

cases over the past two decades, including *Gomez v. Trump*, No. 1:20-cv-01419-APM (D.D.C.); *Doe #1 v. Trump*, No. 3:19-cv-01043 (D. Ore.); *Batalla Vidal v. Wolf*, No. 16-cv-4756 (E.D.N.Y.); and *Valle del Sol v. Whiting*, No. CV 2:10-cv-01061-PHX-SRB (D. Ariz.). *Id.* at ¶ 6. The Proposed Class Counsel include attorneys who are experienced legal advocates for immigrant and migrant rights, and who have deep knowledge of the relevant laws and regulations concerning humanitarian parole under the relevant statute of the INA, 8 U.S.C. § 1182(d)(5)(A). *See* Tumlin Decl., Doc No. 46-3, ¶¶ 4-6. Proposed Class Counsel will also be working under the direction of currently appointed class counsel.

Third, the Proposed Class Counsel have committed and will continue to commit significant resources to representing the proposed class and are prepared to continue zealously representing Plaintiffs and all proposed class members throughout all stages of this litigation through trial. *See* Tumlin Decl., Doc No. 46-3, ¶¶ 4, 7. In addition to the resources put into filing a complaint, an amended complaint, two emergency motions for a preliminary injunction and stay of administrative action and two motions for class certification, *see* Tumlin Decl., Doc. No. 46-3, ¶ 7, Proposed Class Counsel have litigated Defendants' appeal of this Court's order to the First Circuit Court of Appeals and Defendants' application for emergency relief from the Supreme Court; filed a motion for summary judgment with this Court; spent a significant number of hours disseminating litigation updates to class members and communicating with class members about potential violations of this Court's orders, *see, e.g.*, Doc. Nos. 117-2 - 117-9, including in multiple languages aside from English; and addressed issues relating to Defendants' compliance with this Court's May 28 order, *see* Doc. Nos. 117, 117-1 - 117-11, 118, 136, 136-1 - 136-6, 137, 150, 151, 151-1 - 151-11, 152, 172, 172-1 - 172-6.

Finally, Proposed Class Counsel are also not aware of any conflicts of interest with members of the class. *See* Tumlin Decl., Doc No. 46-3, ¶ 8.

## IV. CONCLUSION

For the foregoing reasons, the Court should appoint Laura Flores-Perilla, Brandon Galli-Graves, Hillary Li, Esther H. Sung, and Justin B. Cox as class counsel pursuant to Rule 23.

Dated: September 25, 2025

Respectfully submitted,

*/s/ Hillary Li*

John A. Freedman (BBO#629778)
Laura Shores (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5316
john.freedman@arnoldporter.com
laura.shores@arnoldporter.com

H. Tiffany Jang (BBO#691380)
**ARNOLD & PORTER KAYE SCHOLER LLP**
200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com

Daniel B. Asimow (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3142
daniel.asimow@arnoldporter.com

Robert Stout (*pro hac vice*)
Sarah Elnahal (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710

Hillary Li (*pro hac vice*)
Esther H. Sung (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Laura Flores-Perilla (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
hillary.li@justiceactioncenter.org
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org

Anwen Hughes (*pro hac vice*)
Inyoung Hwang (*pro hac vice*)
**HUMAN RIGHTS FIRST**
75 Broad St., 31st Fl.
New York, NY 10004
Telephone: (212) 845-5244
HughesA@humanrightsfirst.org
hwangs@humanrightsfirst.org

Justin B. Cox (*pro hac vice*)
**LAW OFFICE OF JUSTIN B. COX**
*JAC Cooperating Attorney*
PO Box 1106
Hood River, OR 97031

5

| | |
|---|---|
| Telephone: (212) 836-8000<br>rob.stout@arnoldporter.com<br>sarah.elnahal@arnoldporter.com | (541) 716-1818<br>justin@jcoxconsulting.org<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I, Hillary Li, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: September 25, 2025

                                                                     */s/ Hillary Li*
                                                                     Hillary Li