IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SVITLANA DOE, et al.

Plaintiffs,

– v. –

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.

Defendants.

Civil Action No.: 1:25-cv-10495-IT

### [~~PROPOSED~~] ORDER

Upon consideration of the Plaintiffs' Unopposed Motion for Certification of Additional Class Counsel, the motion is GRANTED. Laura Flores-Perilla, Brandon Galli-Graves, Hillary Li, and Esther H. Sung, of Justice Action Center, and Justin B. Cox of Law Office of Justin B. Cox, are appointed Class Counsel for the class certified on May 28, 2025 (Doc No. 108).

**SO ORDERED.**

_____
The Honorable Judge Indira Talwani

Dated: 9/25/2025