BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

BRIAN C. WARD
*Acting Assistant Director*

KATHERINE J. SHINNERS
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8259
Email: katherine.j.shinners@usdoj.gov

ELISSA FUDIM
*Trial Attorney*

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Svitlana Doe, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>   Defendants. | Civil Action No. 1:25-cv-10495 |

**DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS**

The United States hereby moves for a stay of this matter, including any existing or anticipated filing obligations, in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including certain of the federal Defendants. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of certain of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of proceedings in this matter until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current filing obligations for the parties be extended commensurate with the duration of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the Plaintiffs, the Government hereby moves for a stay of this matter until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

.

## CONCLUSION

Defendants respectfully request the Court stay this matter.

Dated: October 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

BRIAN C. WARD
*Acting Assistant Director*

By: /s/ *Katherine J. Shinners*
   *Senior Litigation Counsel*
   U.S. Department of Justice, Civil Division
   Office of Immigration Litigation
   P.O. Box 878, Ben Franklin Station
   Washington, DC 20044
   Tel: (202) 598-8259
   Email: katherine.j.shinners@usdoj.gov

ELISSA P. FUDIM
*Trial Attorney*

*Counsel for Defendants*

## CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)

Defense counsel conferred with Plaintiffs' counsel about the relief requested in this motion on October 1, 2025, in a good faith attempt to resolve any dispute. Plaintiffs stated that they oppose the relief requested.

By: */s/ Katherine J. Shinners*
    KATHERINE J. SHINNERS
    United States Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, I electronically filed this motion with the Clerk of the Court for the United States Court of for the District of Massachusetts by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Katherine J. Shinners*
    KATHERINE J. SHINNERS
    United States Department of Justice