IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al., <br><br> Defendants. | Civil Action No.: 1:25-cv-10495-IT |

**PLAINTIFFS' STATUS REPORT**

Plaintiffs respectfully submit this status report pursuant to the Court's direction during the September 26, 2025 status conference that the parties confer and submit a proposed schedule regarding Plaintiffs' pending Motion for Partial Summary Judgement Regarding the Mass Truncation of CHNV Parole, Doc. No. 128, and Defendants' pending Motion to Dismiss, Doc. No. 113. *See* Electronic Clerk's Notes, Doc. No. 182. As the Court is aware, both motions were fully briefed before the First Circuit's decision vacating this Court's order preliminarily staying the mass truncation of CHNV parole. *See Doe v. Noem*, __ F.4th __, 2025 WL 2630395 (Sept. 12, 2025).

Counsel for the parties conferred telephonically on Tuesday, September 30, 2025. Therein, Plaintiffs' counsel stated their intent to expeditiously re-brief the motion for partial summary judgment for the judicial economy reasons the Court highlighted during the conference; Plaintiffs' counsel asked Defendants' counsel whether they intended to do the same regarding their motion to dismiss and, either way, their thoughts on a schedule for the briefing. Defendants' counsel stated that they oppose any re-briefing and that instead the parties should each submit a supplemental brief of no more than five pages regarding the impact of the First Circuit's decision on the pending

motions, with Plaintiffs going first. Defendants' counsel declined to state a position on what schedule would be appropriate should the Court permit Plaintiffs to re-brief the motion for partial summary judgment to incorporate the impact of the First Circuit's decision. Counsel for the parties agreed to jointly submit their positions to the Court for it to resolve the impasse. After Defendants' counsel noted the likely lapse in appropriations, Plaintiffs' counsel stated that should Defendants take the position that the lapse in appropriates prevents their counsel from working on this matter—as they have now done, *see* Defs.' Mot. to Stay, Doc. No. 183—Plaintiffs would submit to the Court a status report representing each side's position.

Consistent with the foregoing, Plaintiffs respectfully request that the Court deny their pending Motion for Partial Summary Judgement Regarding the Mass Truncation of CHNV Parole, Doc. No. 128, without prejudice to re-filing pursuant to the schedule below.

- <u>October 17, 2025, or 14 days after entry of the Court's order, whichever is later</u>: Deadline for Plaintiffs' renewed motion for partial summary judgment as to the mass truncation of CHNV parole.

- <u>October 31, 2025, or 28 days after entry of the Court's order, whichever is later</u>: Deadline for Defendants' opposition to Plaintiffs' motion for partial summary judgment.

- <u>November 14, 2025, or 42 days after entry of the Court's order, whichever is later</u>: Deadline for Plaintiffs' reply in support of their motion for partial summary judgment.

As noted above, Defendants' position is that the parties should instead submit supplemental briefs of no more than 5 pages on the impact of the First Circuit's decision, with Plaintiffs going first. Should the Court prefer supplemental briefing, Plaintiffs respectfully suggest the following schedule and page limits:

- <u>October 10, 2025, or 7 days after entry of the Court's order, whichever is later</u>: Deadline for Plaintiffs' supplemental brief of no more than ten (10) pages.

- <u>October 17, 2025, or 14 days after entry of the Court's order, whichever is later</u>: Deadline for Defendants' supplemental brief of no more than ten (10) pages.

- <u>October 24, 2025, or 21 days after entry of the Court's order, whichever is later</u>: Deadline for Plaintiffs' reply brief of no more than five (5) pages.

Dated: October 3, 2025

Respectfully submitted,

/s/ Justin B. Cox
Justin B. Cox (*pro hac vice*)
**LAW OFFICE OF JUSTIN B. COX**
*JAC Cooperating Attorney*
PO Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org

Esther H. Sung (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Hillary Li (*pro hac vice*)
Laura Flores-Perilla (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org

John A. Freedman (BBO#629778)
Laura Shores (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5316
john.freedman@arnoldporter.com
laura.shores@arnoldporter.com
katie.weng@arnoldporter.com

Anwen Hughes (*pro hac vice*)
Inyoung Hwang (*pro hac vice*)
**HUMAN RIGHTS FIRST**
75 Broad St., 31st Fl.
New York, NY 10004
Telephone: (212) 845-5244
HughesA@humanrightsfirst.org

H. Tiffany Jang (BBO#691380)
**ARNOLD & PORTER KAYE SCHOLER LLP**
200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com

Robert Stout (*pro hac vice*)
Sarah Elnahal (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710

Daniel B. Asimow (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
10th Floor

| | |
|---|---|
| Telephone: (212) 836-8000 | San Francisco, CA 94111-4024 |
| rob.stout@arnoldporter.com | Telephone: (415) 471-3142 |
| sarah.elnahal@arnoldporter.com | daniel.asimow@arnoldporter.com |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Justin B. Cox, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 3, 2025

                                             */s/ Justin B. Cox*
                                             Justin B. Cox