UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SVITLANA DOE, et al.,

    Plaintiffs,

v.

KRISTI NOEM, in her official capacity
as Secretary of Homeland Security;
et. al,

    Defendants.

Case No. 1:25-cv-10495-IT

## DEFENDANTS' SUPPLEMENTAL DECLARATION

Pursuant to the discussion at the status conference held on September 26, 2025, Defendants submit the attached Declaration of Angelica Alfonso-Royals, Deputy Director of U.S. Citizenship and Immigration Services (USCIS), which supplements the Declaration submitted in opposition to Plaintiffs' Motion for Status Conference (at Doc. No. 179).

Date: October 10, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

BRIAN C. WARD
*Acting Assistant Director*

1

  /s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
*Senior Litigation Counsel*
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-8259
katherine.j.shinners@usdoj.gov

ELISSA P. FUDIM
*Trial Attorney*

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 10, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

> */s/ Katherine J. Shinners*
> Katherine J. Shinners
> Senior Litigation Counsel
> United States Department of Justice
> Civil Division