IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, *et al.*, | ) |
| | ) |
| Plaintiffs, | )   Civil Action No. |
| | ) |
| v. | )   1:25-cv-10495-IT |
| | ) |
| KRISTI NOEM, in her official capacity as | ) |
| Secretary of Homeland Security, et al.; | ) |
| | ) |
| Defendants. | ) |

### SUPPLEMENTAL DECLARATION OF ANGELICA ALFONSO-ROYALS

I, Angelica Alfonso-Royals, make the following declaration, as provided by Section 1746 of Title 28 of the United States Code. I am aware that this declaration will be filed in the above-captioned civil action with the United States District Court for the District of Massachusetts. I hereby certify:

1. I am the Deputy Director of U.S. Citizenship and Immigration Services (USCIS), a component agency within the U.S. Department of Homeland Security (DHS). I have held this position since July 15, 2025. Previously I served as the Acting Director performing the duties of the USCIS Director from May 25, 2025. Before that, I served in various senior leadership roles at DHS, including Chief of Staff to the Deputy Secretary of Homeland Security, Senior Advisor to the Deputy Secretary, Chief Creative Officer, and Principal Deputy Assistant Secretary for Crisis Communications in the Office of Public Affairs.

2. The statements contained in this declaration are based upon my personal knowledge and upon information provided to me in my official capacity.

3. On May 28, 2025, the U.S. District Court for the District of Massachusetts issued a Memorandum and Order Granting Partial Relief on Plaintiffs' Motion for Preliminary Injunction and Stay of Administrative Action. *See Svitlana Doe, et al., v. Noem, et. al.*, No. 25-cv-10495 (D. Mass. May 28, 2025).

1

4. As previously stated in declarations submitted to the court, there is no categorical hold in place on processing and adjudicating benefit requests filed by current or former parolees under Uniting for Ukraine (U4U), the Processes for Cubans, Haitians, Nicaraguans, and Venezuelans (CHNV), or Family Reunification Parole (FRP) programs in violation of the Court's May 28, 2025 order.

5. The declaration signed on September 25, 2025 explains that USCIS employees will sometimes use the term "hold" to describe the status of a case that remains pending, needs additional review before a decision can be made, or is continued for further processing. *See* ECF 179, at ¶ 10. Officers may use different variations of these phrases, but they all essentially mean the same thing: that a case is not yet ripe for final adjudication.

6. There are many reasons why a case may not be ready for final adjudication and it would be impossible to create an exhaustive list. However, the different phrases used in the September 25, 2025 declaration may carry different nuances. For example, "needs additional review," as used in that declaration, can refer to instances where the case has been reviewed by a first line adjudicator, but it is not ripe for final adjudication due to security check hits that need to be reviewed and resolved or because it is awaiting supervisory review. "Continued for further processing" as used in that declaration can refer to instances when the adjudicating officer is awaiting further action, e.g., because USCIS is awaiting a response to a Request for Evidence or Notice of Intent to Deny, the case is pending interview or biometrics scheduling, a visa is not currently available, or it is being referred to the Fraud Detection and National Security Directorate for an investigation. The phrase "remains pending," as used in the September 25, 2025 declaration can refer to any of the above circumstances or instances where the case is simply in a queue awaiting processing behind older cases that will be adjudicated first. Each of these circumstances is case-specific and does not indicate that there is a categorical hold on the application in violation of the court's May 28, 2025 order. To the contrary, it indicates that the case is awaiting adjudicative action.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of October, 2025, in Camp Springs, Maryland.

_____
Angelica Alfonso-Royals
Deputy Director
U.S. Citizenship and Immigration Services
Department of Homeland Security