# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Svitlana Doe, *et al.*, </br></br>　　　　Plaintiffs, </br></br>v. </br></br>Kristi Noem, in her official capacity as Secretary of Homeland Security, *et al.*, </br></br>　　　　Defendants. | ) Civil Action No. 1:25-cv-10495 </br> ) </br> ) </br> ) </br> ) </br> ) |

## WITHDRAWAL OF APPEARANCE

Undersigned counsel, Brian C. Ward, respectfully withdraws his appearance as counsel for Defendants in this matter. I am leaving the Department of Justice this week and will no longer be representing Defendants. Defendants will continue to be represented by the other Department attorneys who have entered appearances in this matter.

Dated: October 15, 2025

Respectfully submitted,

/s/ *Brian C. Ward*
BRIAN C. WARD
*Acting Assistant Director*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-9121
Email: brian.c.ward@usdoj.gov