IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>Defendants. | Civil Action No.: 1:25-cv-10495-IT |

# [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Expedited Discovery into Defendants' Compliance with the Court's May 28, 2025 Order, and the accompanying Memorandum of Law, it is hereby ordered that the motion is **GRANTED**.

Plaintiffs shall serve the discovery requests attached to the Memorandum as Exhibit A on Defendants within 5 days of entry of this Order.

Defendants shall produce the requested items within 10 days following receipt of the discovery requests.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Indira Talwani
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge


Dated: _____