# United States Court of Appeals
## For the First Circuit

No. 25-1715

SVITLANA DOE; MAKSYM DOE; MARIA DOE; ALEJANDRO DOE; ARMANDO DOE; ANA DOE; CARLOS DOE; OMAR DOE; SANDRA MCANANY; KYLE VARNER; WILHEN PIERRE VICTOR; HAITIAN BRIDGE ALLIANCE; ANDREA DOE; VALENTIN ROSALES TABARES; MARIM DOE; ADOLFO GONZALEZ, JR.; ALEKSANDRA DOE; TERESA DOE; ROSA DOE; MIGUEL DOE; LUCIA DOE; DANIEL DOE; GABRIELA DOE; NORMA LORENA DUS,

Plaintiffs - Appellees,

v.

KRISTI NOEM, in the official capacity as Secretary of Homeland Security; RODNEY S. SCOTT, in the official capacity as Commissioner of U.S. Customs and Border Protection; JOSEPH B. EDLOW, in the official capacity as Director of U.S. Citizenship and Immigration Services; DONALD J. TRUMP, in the official capacity as President of the United States; TODD LYONS, in the official capacity as the Acting Director of Immigration and Customs Enforcement,

Defendants - Appellants.

**JUDGMENT**

Entered: November 5, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
John A. Freedman
Laura Scott Shores
Anwen Hughes
Justin Cox
Brandon Galli-Graves
Daniel B. Asimow
Esther Sung
H. Tiffany Jang
Hillary Li

Karen C. Tumlin
Laura Flores-Perilla
Sarah Elnahal
Inyoung Hwang
Donald Campbell Lockhart
Rayford A. Farquhar
Patrick James Glen
Brett Allen Shumate
Abraham R. George
Drew C. Ensign
Brian C. Ward
Katherine Shinners
Elissa Fudim
Anagha Sundararajan
Judith N. Vale
Stephen J. Yanni
Alex Hemmer
William M. Tong
Aaron M. Frey
Andrea J. Campbell
Peter F. Neronha
Nicholas W. Brown