# United States Court of Appeals
## For the First Circuit

No. 25-1715

SVITLANA DOE; MAKSYM DOE; MARIA DOE; ALEJANDRO DOE; ARMANDO DOE; ANA DOE; CARLOS DOE; OMAR DOE; SANDRA MCANANY; KYLE VARNER; WILHEN PIERRE VICTOR; HAITIAN BRIDGE ALLIANCE; ANDREA DOE; VALENTIN ROSALES TABARES; MARIM DOE; ADOLFO GONZALEZ, JR.; ALEKSANDRA DOE; TERESA DOE; ROSA DOE; MIGUEL DOE; LUCIA DOE; DANIEL DOE; GABRIELA DOE; NORMA LORENA DUS,

Plaintiffs - Appellees,

v.

KRISTI NOEM, in the official capacity as Secretary of Homeland Security; RODNEY S. SCOTT, in the official capacity as Commissioner of U.S. Customs and Border Protection; JOSEPH B. EDLOW, in the official capacity as Director of U.S. Citizenship and Immigration Services; DONALD J. TRUMP, in the official capacity as President of the United States; TODD LYONS, in the official capacity as the Acting Director of Immigration and Customs Enforcement,

Defendants - Appellants.

**MANDATE**

Entered: November 5, 2025

In accordance with the judgment of November 5, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Daniel B. Asimow
Nicholas W. Brown
Andrea J. Campbell
Justin Cox
Sarah Elnahal

Drew C. Ensign
Rayford A. Farquhar
Laura Flores-Perilla
John A. Freedman
Aaron M. Frey
Elissa Fudim
Brandon Galli-Graves
Abraham R. George
Patrick James Glen
Alex Hemmer
Anwen Hughes
Inyoung Hwang
H. Tiffany Jang
Hillary Li
Donald Campbell Lockhart
Peter F. Neronha
Katherine Shinners
Laura Scott Shores
Brett Allen Shumate
Anagha Sundararajan
Esther Sung
William M. Tong
Karen C. Tumlin
Judith N. Vale
Brian C. Ward
Stephen J. Yanni