# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SVITLANA DOE,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | )  Civil Action No. |
| | ) |
| v. | )  1:25-cv-10495-IT |
| | ) |
| **KRISTI NOEM, in her official capacity as** | ) |
| **Secretary of Homeland Security, et al.;** | ) |
| | ) |
| **Defendants.** | ) |

### DECLARATION OF ANGELICA ALFONSO-ROYALS

I, Angelica Alfonso-Royals, make the following declaration, as provided by Section 1746 of Title 28 of the United States Code. I am aware that this declaration will be filed in the above-captioned civil action with the United States District Court for the District of Massachusetts. I hereby certify:

1. I am the Deputy Director of U.S. Citizenship and Immigration Services (USCIS), a component agency within the U.S. Department of Homeland Security (DHS). I have held this position since July 15, 2025. Previously I served as the Acting Director performing the duties of the USCIS Director from May 25, 2025. Before that, I served in various senior leadership roles at DHS, including Chief of Staff to the Deputy Secretary of Homeland Security, Senior Advisor to the Deputy Secretary, Chief Creative Officer, and Principal Deputy Assistant Secretary for Crisis Communications in the Office of Public Affairs.

2. The statements contained in this declaration are based upon my personal knowledge and upon information provided to me in my official capacity.

3. On May 28, 2025, the U.S. District Court for the District of Massachusetts issued a Memorandum and Order Granting Partial Relief on Plaintiffs' Motion for Preliminary Injunction and Stay of Administrative Action. *See Svitlana Doe, et al., v. Noem, et. al.,* No. 25-cv-10495 (D. Mass. May 28, 2025).

1

4. USCIS is complying with the May 28th order. From May 28 to November 6, 2025, USCIS completed adjudication of 145,703 benefit requests filed by aliens who were paroled into the United Stated under Uniting for Ukraine (U4U), Cuban Humanitarian Parole (CHP), Haitian Humanitarian Parole (HHP), Nicaraguan Humanitarian Prole (NHP), Venezuelan Humanitarian Parole (VHP), and the Family Reunification Parole (FRP) programs. This is 93,518 additional adjudications since September 15, 2025, when the data used for my September 25, 2025, declaration was collected.

| Category | Completions May 28 – Nov. 6, 2025 |
|---|---|
| U4U | 28,249 |
| CHP | 8,756 |
| HHP | 32,740 |
| NHP | 30,920 |
| VHP | 44,396 |
| FRP | 642 |
| **Total** | **145,703** |

5. From May 28th to November 6, 2025, USCIS completed adjudication of 1,898 requests for re-parole from current or former Central American Minors (CAM), Operation Allies Welcome (OAW), and U4U parolees. This is 1,308 additional re-parole adjudications since September 15, 2025, when the data used for my September 25, 2025, declaration was collected

6. From May 28th to November 6, 2025, USCIS completed adjudication of 6,064 Forms I-485 for adjustment of status for current or former U4U, CHNV, and FRP parolees. Of the adjudicated Forms I-485, 1,740 were filed by current or former U4U parolees and 4,173 by former CHNV parolees (including 2,394 by former CHP parolees). This is an additional 2,514 adjustment applications since September 15, 2025 (including 651 filed by current or former U4U parolees; 1,765 filed by former CHNV parolees; and 1,096 filed by former CHP parolees), when the data used for my September 25, 2025, declaration was collected.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of November 2025, in Camp Springs, Maryland.

ANGELICA M ALFONSO-ROYALS
Digitally signed by ANGELICA M ALFONSO-ROYALS
Date: 2025.11.18 09:30:13 -05'00'

Angelica Alfonso-Royals
Deputy Director
U.S. Citizenship and Immigration Services
Department of Homeland Security