# EXHIBIT 3



# Ukraine & CHNV Parolee Immigrant Benefit Tracking
### Cumulative Statistics

**Purpose:** This page shows receipts, approvals, and pending for applications/petitions filed by Parolees between each country's program start date through **2/9/2025**. (Start dates: Ukraine: 4/21/22; Venezuela: 10/12/22; Cuba, Haiti, Nicaragua: 1/5/23)

|  | Parole Country | | | | | |
|---|---|---|---|---|---|---|
| **Cumulative Parolee Arrivals:** | Cuba | Haiti | Nicaragua | Ukraine | Venezuela | Total |
|  | 109,838 | 210,800 | 92,849 | 239,058 | 117,645 | 770,190 |

### Receipts

| Form Number | Cuba | Haiti | Nicaragua | Ukraine | Venezuela | Total |
|---|---|---|---|---|---|---|
| I-130: Petition for Alien Relative | 1,191 | 6,412 | 2,371 | 6,396 | 2,302 | 18,672 |
| I-131: Applc. for Travel Doc. | 507 | 4,622 | 426 | 111,139 | 814 | 117,508 |
| I-140: Imm. Pet. for Aln. Wkr. | 0 | 13 | 17 | 300 | 106 | 436 |
| I-360: Pet. for Amerasian, Widow(er), or Spec. Imm. | 1 | 89 | 60 | 121 | 49 | 320 |
| I-485: Applc. to Register Perm. Res. or Adj. Status | 63,653 | 6,151 | 1,368 | 6,101 | 1,761 | 79,034 |
| I-589: Applc. for Asylum | 408 | 14,868 | 23,479 | 2,228 | 30,949 | 71,932 |
| I-730: Ref/Asy Relative Pet. | 0 | 31 | 66 | 40 | 98 | 235 |
| I-765: Applc. for Emp. Auth. | 102,278 | 247,205 | 91,395 | 323,635 | 141,500 | 906,013 |
| I-821: Applc. for TPS | 10 | 171,126 | 364 | 111,512 | 62,559 | 345,571 |
| Grand Total | 168,048 | 450,517 | 119,546 | 561,472 | 240,138 | 1,539,721 |

### Approvals

| Form Number | Cuba | Haiti | Nicaragua | Ukraine | Venezuela | Total |
|---|---|---|---|---|---|---|
| I-130: Petition for Alien Relative | 139 | 394 | 203 | 3,694 | 382 | 4,812 |
| I-131: Applc. for Travel Doc. | 56 | 885 | 193 | 6,616 | 328 | 8,078 |
| I-140: Imm. Pet. for Aln. Wkr. | 0 | 2 | 1 | 109 | 24 | 136 |
| I-360: Pet. for Amerasian, Widow(er), or Spec. Imm. | 0 | 24 | 37 | 86 | 28 | 175 |
| I-485: Applc. to Register Perm. Res. or Adj. Status | 13,490 | 1,000 | 278 | 3,215 | 453 | 18,436 |
| I-589: Applc. for Asylum | 0 | 7 | 26 | 7 | 23 | 63 |
| I-730: Ref/Asy Relative Pet. | 0 | 5 | 4 | 9 | 13 | 31 |
| I-765: Applc. for Emp. Auth. | 93,286 | 208,395 | 85,290 | 289,581 | 119,325 | 795,877 |
| I-821: Applc. for TPS | 4 | 62,405 | 34 | 61,299 | 33,909 | 157,651 |
| Grand Total | 106,975 | 273,117 | 86,066 | 364,616 | 154,485 | 985,259 |

### Pending

| Form Number | Cuba | Haiti | Nicaragua | Ukraine | Venezuela | Total |
|---|---|---|---|---|---|---|
| I-130: Petition for Alien Relative | 1,044 | 5,986 | 2,160 | 2,642 | 1,910 | 13,742 |
| I-131: Applc. for Travel Doc. | 326 | 3,559 | 172 | 102,992 | 392 | 107,441 |
| I-140: Imm. Pet. for Aln. Wkr. | 0 | 9 | 16 | 152 | 77 | 254 |
| I-360: Pet. for Amerasian, Widow(er), or Spec. Imm. | 1 | 64 | 23 | 34 | 21 | 143 |
| I-485: Applc. to Register Perm. Res. or Adj. Status | 50,083 | 5,012 | 1,075 | 2,516 | 1,279 | 59,965 |
| I-589: Applc. for Asylum | 174 | 14,200 | 23,153 | 2,202 | 30,011 | 69,740 |
| I-730: Ref/Asy Relative Pet. | 0 | 26 | 62 | 28 | 85 | 201 |
| I-765: Applc. for Emp. Auth. | 7,885 | 35,780 | 5,033 | 29,116 | 20,250 | 98,064 |
| I-821: Applc. for TPS | 5 | 108,183 | 175 | 49,101 | 28,440 | 185,904 |
| Grand Total | 59,518 | 172,819 | 31,869 | 188,783 | 82,465 | 535,454 |

**Notes:**
See notes page for all notes and assumptions.

Data Source: CLAIMS3, ELIS, CAMINO, & Global/Office of Performance & Quality - PAER Division    Data as of: 2/9/2025

CHNV-FRN-00785



# Cuban Humanitarian Parole (CHP) Immigrant Benefit Tracking
### Cumulative Statistics

**Purpose:** This page shows summary statistics for applications/petitions filed by Cuban Parolees between **1/5/2023 - 2/9/2025**. The current number of parolee arrivals is **109,838**.

## Receipts, Completions, Pending and Processing Times

| Form Number | Sub Group | Receipts | Approvals | Denials | Admin Closed | Pending | Total Applicants | Proc. Time (Mths.) |
|---|---|---|---|---|---|---|---|---|
| I-130: Petition for Alien Relative | Imm. Relative | 269 | 127 | 5 | 0 | 137 | 269 | 13.2 |
|  | Pref. Relative | 922 | 12 | 3 | 0 | 907 | 807 | 13.8 |
|  | I-130 Subtotal | 1,191 | 139 | 8 | 0 | 1,044 | 1,073 | 13.3 |
| I-131: Applc. for Travel Doc. | I-131 | 507 | 56 | 124 | 1 | 326 | 493 | 6.0 |
| I-140: Imm. Pet. for Aln. Wkr. | I-140 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| I-360: Pet. for Amerasian, Widow(er), or Spec. Imm. | Spec. Imm. Juv. | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
|  | Spec. Imm. Vi.. | 1 | 0 | 0 | 0 | 1 | 1 | 0.0 |
|  | I-360 Other | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
|  | I-360 Subtotal | 1 | 0 | 0 | 0 | 1 | 1 | 0.0 |
| I-485: Applc. to Register Perm. Res. or Adj. Status | Asylee | 3 | 0 | 0 | 0 | 3 | 3 | 0.0 |
|  | Employment | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
|  | Family | 214 | 91 | 12 | 0 | 111 | 214 | 6.2 |
|  | Refugee | 1 | 0 | 0 | 0 | 1 | 1 | 0.0 |
|  | SIV | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
|  | Other | 63,435 | 13,399 | 65 | 3 | 49,968 | 63,397 | 4.8 |
|  | I-485 Subtotal | 63,653 | 13,490 | 77 | 3 | 50,083 | 63,599 | 4.8 |
| I-589: Applc. for Asylum | I-589 | 408 | 0 | 0 | 234 | 174 | 408 | 0.0 |
| I-730: Ref/Asy Relative Pet. | I-730 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| I-765: Applc. for Emp. Auth. | I-765 | 102,278 | 93,286 | 1,103 | 4 | 7,885 | 90,542 | 0.9 |
| I-821: Applc. for TPS | I-821 | 10 | 4 | 1 | 0 | 5 | 10 | 0.0 |
| Total |  | 168,048 | 106,976 | 1,314 | 242 | 59,522 | 100,222 | 0.0 |

## Demographics Data

### Age Group - Receipts

| Form Number | 0-20 | 21-30 | 31-40 | 41-50 | 51+ | Unk. | Grand Total |
|---|---|---|---|---|---|---|---|
| I-130 | 83 | 167 | 343 | 229 | 371 |  | 1,191 |
| I-131 | 95 | 88 | 102 | 101 | 120 | 3 | 507 |
| I-360 |  | 1 |  |  |  |  | 1 |
| I-485 | 13,541 | 12,692 | 13,355 | 8,389 | 15,549 | 127 | 63,653 |
| I-589 | 25 | 121 | 111 | 79 | 72 |  | 408 |
| I-765 | 14,070 | 24,041 | 25,009 | 15,867 | 23,235 | 56 | 102,278 |
| I-821 | 1 | 2 | 3 | 3 | 1 |  | 10 |
| Grand Total | 27,815 | 37,112 | 38,923 | 24,668 | 39,348 | 186 | 168,048 |

### Gender - Receipts

| Form Number | Female | Male | Unk. | Grand Total |
|---|---|---|---|---|
| I-130 | 642 | 539 | 11 | 1,191 |
| I-131 | 160 | 127 | 222 | 507 |
| I-360 | 1 |  |  | 1 |
| I-485 | 33,804 | 29,753 | 96 | 63,653 |
| I-589 | 190 | 217 | 1 | 408 |
| I-765 | 53,280 | 48,934 | 64 | 102,278 |
| I-821 | 2 | 8 |  | 10 |
| Grand Total | 88,079 | 79,578 | 394 | 168,048 |

**Notes:**
See notes page for all notes and assumptions.

Data Source: CLAIMS3, ELIS, CAMINO, & Global/Office of Performance & Quality - PAER Division    Data as of: 2/9/2025

CHNV-FRN-00786



# Haitian Humanitarian Parole (HHP) Immigrant Benefit Tracking
### Cumulative Statistics

**Purpose:** This page shows summary statistics for applications/petitions filed by Haitian Parolees between **1/5/2023 - 2/9/2025.** The current number of parolee arrivals is **210,800.**

## Receipts, Completions, Pending and Processing Times

| Form Number | Sub Group | Receipts | Approvals | Denials | Admin Closed | Pending | Total Applicants | Proc. Time (Mths.) |
|---|---|---|---|---|---|---|---|---|
| I-130: Petition for Alien Relative | Imm. Relative | 3,381 | 379 | 32 | 0 | 2,970 | 3,371 | 8.4 |
| | Pref. Relative | 3,031 | 15 | 0 | 0 | 3,016 | 3,057 | 5.5 |
| | I-130 Subtotal | 6,412 | 394 | 32 | 0 | 5,986 | 6,410 | 8.3 |
| I-131: Applc. for Travel Doc. | I-131 | 4,622 | 885 | 178 | 0 | 3,559 | 4,529 | 2.6 |
| I-140: Imm. Pet. for Aln. Wkr. | I-140 | 13 | 2 | 2 | 0 | 9 | 12 | 0.0 |
| I-360: Pet. for Amerasian, Widow(er), or Spec. Imm. | Spec. Imm. Juv. | 40 | 23 | 0 | 0 | 17 | 40 | 2.8 |
| | Spec. Imm. Vi.. | 46 | 0 | 1 | 0 | 45 | 44 | 0.0 |
| | I-360 Other | 3 | 1 | 0 | 0 | 2 | 3 | 0.0 |
| | I-360 Subtotal | 89 | 24 | 1 | 0 | 64 | 87 | 3.1 |
| I-485: Applc. to Register Perm. Res. or Adj. Status | Asylee | 20 | 0 | 0 | 0 | 20 | 20 | 0.0 |
| | Employment | 8 | 0 | 0 | 0 | 8 | 8 | 0.0 |
| | Family | 6,083 | 1,000 | 137 | 1 | 4,945 | 6,049 | 6.2 |
| | Refugee | 14 | 0 | 1 | 0 | 13 | 14 | 0.0 |
| | SIV | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| | Other | 26 | 0 | 0 | 0 | 26 | 26 | 0.0 |
| | I-485 Subtotal | 6,151 | 1,000 | 138 | 1 | 5,012 | 6,116 | 6.2 |
| I-589: Applc. for Asylum | I-589 | 14,868 | 7 | 14 | 647 | 14,200 | 14,868 | 6.1 |
| I-730: Ref/Asy Relative Pet. | I-730 | 31 | 5 | 0 | 0 | 26 | 25 | 0.0 |
| I-765: Applc. for Emp. Auth. | I-765 | 247,205 | 208,395 | 3,010 | 20 | 35,780 | 196,817 | 0.8 |
| I-821: Applc. for TPS | I-821 | 171,126 | 62,405 | 531 | 7 | 108,183 | 169,926 | 1.8 |
| Total | | 450,517 | 273,117 | 3,915 | 675 | 173,063 | 203,888 | 0.0 |

## Demographics Data

### Age Group - Receipts

| Form Number | 0-20 | 21-30 | 31-40 | 41-50 | 51+ | Unk. | Grand Total |
|---|---|---|---|---|---|---|---|
| I-130 | 815 | 1,609 | 2,004 | 1,103 | 970 | 4 | 6,412 |
| I-131 | 383 | 969 | 1,686 | 1,058 | 526 | 1 | 4,622 |
| I-140 | 1 | 1 | 10 | 1 | | | 13 |
| I-360 | 42 | 10 | 18 | 12 | 6 | 1 | 89 |
| I-485 | 1,450 | 1,131 | 1,630 | 883 | 1,052 | 5 | 6,151 |
| I-589 | 473 | 5,463 | 5,169 | 2,706 | 1,057 | | 14,868 |
| I-730 | 8 | 3 | 7 | 13 | | | 31 |
| I-765 | 32,194 | 77,603 | 75,436 | 40,771 | 21,163 | 38 | 247,205 |
| I-821 | 25,771 | 50,513 | 51,279 | 28,248 | 15,278 | 37 | 171,126 |
| Grand Total | 61,137 | 137,302 | 137,239 | 74,795 | 40,052 | 86 | 450,517 |

### Gender - Receipts

| Form Number | Female | Male | Unk. | Grand Total |
|---|---|---|---|---|
| I-130 | 3,320 | 3,127 | 19 | 6,412 |
| I-131 | 1,762 | 2,827 | 89 | 4,622 |
| I-140 | | | 13 | 13 |
| I-360 | 20 | 19 | 50 | 89 |
| I-485 | 3,211 | 2,888 | 52 | 6,151 |
| I-589 | 7,299 | 7,532 | 37 | 14,868 |
| I-730 | | | 31 | 31 |
| I-765 | 124,917 | 121,858 | 430 | 247,205 |
| I-821 | 86,875 | 83,841 | 410 | 171,126 |
| Grand Total | 227,404 | 222,092 | 1,131 | 450,517 |

**Notes:**
See notes page for all notes and assumptions.

Data Source: CLAIMS3, ELIS, CAMINO, & Global/Office of Performance & Quality - PAER Division    Data as of: 2/9/2025

CHNV-FRN-00787

# U.S. Citizenship and Immigration Services
## Nicaraguan Humanitarian Parole (NHP) Immigrant Benefit Tracking
### Cumulative Statistics

**Purpose:** This page shows summary statistics for applications/petitions filed by Nicaraguan Parolees between **1/5/2023** - **2/9/2025**. The current number of parolee arrivals is **92,849**.

### Receipts, Completions, Pending and Processing Times

| Form Number | Sub Group | Receipts | Approvals | Denials | Admin Closed | Pending | Total Applicants | Proc. Time (Mths.) |
|---|---|---|---|---|---|---|---|---|
| I-130: Petition for Alien Relative | Imm. Relative | 1,139 | 193 | 6 | 0 | 940 | 1,137 | 6.0 |
| | Pref. Relative | 1,232 | 10 | 2 | 0 | 1,220 | 1,237 | 9.5 |
| | I-130 Subtotal | 2,371 | 203 | 8 | 0 | 2,160 | 2,359 | 6.0 |
| I-131: Applc. for Travel Doc. | I-131 | 426 | 193 | 61 | 0 | 172 | 406 | 2.5 |
| I-140: Imm. Pet. for Aln. Wkr. | I-140 | 17 | 1 | 0 | 0 | 16 | 17 | 0.0 |
| I-360: Pet. for Amerasian, Widow(er), or Spec. Imm. | Spec. Imm. Juv. | 54 | 37 | 0 | 0 | 17 | 52 | 2.6 |
| | Spec. Imm. Vi.. | 4 | 0 | 0 | 0 | 4 | 4 | 0.0 |
| | I-360 Other | 2 | 0 | 0 | 0 | 2 | 2 | 0.0 |
| | I-360 Subtotal | 60 | 37 | 0 | 0 | 23 | 58 | 2.6 |
| I-485: Applc. to Register Perm. Res. or Adj. Status | Asylee | 2 | 0 | 0 | 0 | 2 | 2 | 0.0 |
| | Employment | 1 | 0 | 0 | 0 | 1 | 1 | 0.0 |
| | Family | 1,271 | 270 | 14 | 0 | 987 | 1,266 | 5.3 |
| | Refugee | 1 | 0 | 0 | 0 | 1 | 1 | 0.0 |
| | SIV | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| | Other | 93 | 8 | 1 | 0 | 84 | 93 | 0.0 |
| | I-485 Subtotal | 1,368 | 278 | 15 | 0 | 1,075 | 1,363 | 5.3 |
| I-589: Applc. for Asylum | I-589 | 23,479 | 26 | 19 | 281 | 23,153 | 23,479 | 4.4 |
| I-730: Ref/Asy Relative Pet. | I-730 | 66 | 4 | 0 | 0 | 62 | 66 | 0.0 |
| I-765: Applc. for Emp. Auth. | I-765 | 91,395 | 85,290 | 1,069 | 3 | 5,033 | 82,489 | 0.8 |
| I-821: Applc. for TPS | I-821 | 364 | 34 | 155 | 0 | 175 | 353 | 0.8 |
| Total | | 119,546 | 86,067 | 1,329 | 284 | 31,899 | 83,103 | 0.0 |

### Demographics Data

#### Age Group - Receipts

| Form Number | 0-20 | 21-30 | 31-40 | 41-50 | 51+ | Unk. | Grand Total |
|---|---|---|---|---|---|---|---|
| I-130 | 398 | 628 | 630 | 419 | 315 | 1 | 2,371 |
| I-131 | 64 | 107 | 130 | 79 | 45 | 1 | 426 |
| I-140 | | 5 | 7 | 5 | | | 17 |
| I-360 | 54 | | 3 | 2 | 1 | | 60 |
| I-485 | 358 | 346 | 280 | 190 | 193 | 1 | 1,368 |
| I-589 | 1,256 | 8,832 | 7,363 | 4,439 | 1,587 | 2 | 23,479 |
| I-730 | 41 | 8 | 12 | 5 | | | 66 |
| I-765 | 17,860 | 27,346 | 24,078 | 15,061 | 7,042 | 8 | 91,395 |
| I-821 | 40 | 129 | 95 | 68 | 32 | | 364 |
| Grand Total | 20,071 | 37,401 | 32,598 | 20,268 | 9,215 | 13 | 119,546 |

#### Gender - Receipts

| Form Number | Female | Male | Unk. | Grand Total |
|---|---|---|---|---|
| I-130 | 1,388 | 989 | 10 | 2,371 |
| I-131 | 287 | 137 | 5 | 426 |
| I-140 | | 1 | 16 | 17 |
| I-360 | 24 | 20 | 16 | 60 |
| I-485 | 863 | 496 | 9 | 1,368 |
| I-589 | 12,416 | 11,019 | 44 | 23,479 |
| I-730 | | | 66 | 66 |
| I-765 | 48,220 | 43,138 | 37 | 91,395 |
| I-821 | 199 | 163 | 2 | 364 |
| Grand Total | 63,397 | 55,963 | 205 | 119,546 |

**Notes:**
See notes page for all notes and assumptions.

Data Source: CLAIMS3, ELIS, CAMINO, & Global/Office of Performance & Quality - PAER Division     Data as of: 2/9/2025

CHNV-FRN-00788



# Ukrainian Parolee (UHP) Immigrant Benefit Tracking
### Cumulative Statistics

**Purpose:** This page shows summary statistics for applications/petitions filed by Ukrainian Parolees between **4/21/2022** - **2/9/2025**. The current number of parolee arrivals is **239,058**.

## Receipts, Completions, Pending and Processing Times

| Form Number | Sub Group | Receipts | Approvals | Denials | Admin Closed | Pending | Total Applicants | Proc. Time (Mths.) |
|---|---|---|---|---|---|---|---|---|
| I-130: Petition for Alien Relative | Imm. Relative | 4,475 | 2,976 | 43 | 1 | 1,455 | 4,460 | 3.7 |
| | Pref. Relative | 1,921 | 718 | 16 | 0 | 1,187 | 2,041 | 2.2 |
| | I-130 Subtotal | 6,396 | 3,694 | 59 | 1 | 2,642 | 6,372 | 3.4 |
| I-131: Applc. for Travel Doc. | I-131 | 111,139 | 6,616 | 1,466 | 65 | 102,992 | 103,211 | 7.8 |
| I-140: Imm. Pet. for Aln. Wkr. | I-140 | 300 | 109 | 39 | 0 | 152 | 282 | 2.8 |
| I-360: Pet. for Amerasian, Widow(er), or Spec. Imm. | Spec. Imm. Juv. | 103 | 84 | 0 | 0 | 19 | 102 | 2.6 |
| | Spec. Imm. Vi.. | 13 | 0 | 1 | 0 | 12 | 13 | 0.0 |
| | I-360 Other | 5 | 2 | 0 | 0 | 3 | 5 | 0.0 |
| | I-360 Subtotal | 121 | 86 | 1 | 0 | 34 | 120 | 2.7 |
| I-485: Applc. to Register Perm. Res. or Adj. Status | Asylee | 19 | 2 | 8 | 0 | 9 | 19 | 8.5 |
| | Employment | 172 | 108 | 11 | 0 | 53 | 171 | 3.6 |
| | Family | 4,965 | 2,574 | 208 | 0 | 2,183 | 4,905 | 7.3 |
| | Refugee | 75 | 0 | 49 | 0 | 26 | 75 | 7.4 |
| | SIV | 2 | 1 | 1 | 0 | 0 | 2 | 0.0 |
| | Other | 868 | 530 | 89 | 4 | 245 | 860 | 1.9 |
| | I-485 Subtotal | 6,101 | 3,215 | 366 | 4 | 2,516 | 6,030 | 6.0 |
| I-589: Applc. for Asylum | I-589 | 2,228 | 7 | 4 | 15 | 2,202 | 2,228 | 5.4 |
| I-730: Ref/Asy Relative Pet. | I-730 | 40 | 9 | 3 | 0 | 28 | 35 | 9.9 |
| I-765: Applc. for Emp. Auth. | I-765 | 323,635 | 289,581 | 4,908 | 30 | 29,116 | 204,694 | 0.9 |
| I-821: Applc. for TPS | I-821 | 111,512 | 61,299 | 1,110 | 2 | 49,101 | 81,468 | 8.3 |
| Total | | 561,472 | 364,651 | 7,970 | 117 | 189,278 | 210,751 | 0.0 |

## Demographics Data

### Age Group - Receipts

| Form Number | 0-20 | 21-30 | 31-40 | 41-50 | 51+ | Unk. | Grand Total |
|---|---|---|---|---|---|---|---|
| I-130 | 827 | 1,162 | 1,082 | 953 | 2,501 | 18 | 6,396 |
| I-131 | 32,656 | 21,356 | 27,119 | 15,571 | 14,425 | 131 | 111,139 |
| I-140 | 3 | 50 | 167 | 64 | 16 | | 300 |
| I-360 | 103 | 7 | 5 | 3 | 3 | | 121 |
| I-485 | 1,199 | 1,018 | 986 | 768 | 2,115 | 15 | 6,101 |
| I-589 | 130 | 582 | 764 | 454 | 293 | 5 | 2,228 |
| I-730 | 19 | 8 | 4 | 8 | 1 | | 40 |
| I-765 | 86,465 | 71,544 | 82,844 | 45,761 | 36,889 | 132 | 323,635 |
| I-821 | 31,230 | 23,506 | 28,829 | 15,709 | 12,160 | 78 | 111,512 |
| Grand Total | 152,632 | 119,233 | 141,800 | 79,291 | 68,403 | 379 | 561,472 |

### Gender - Receipts

| Form Number | Female | Male | Unk. | Grand Total |
|---|---|---|---|---|
| I-130 | 4,375 | 2,109 | 27 | 6,396 |
| I-131 | 59,219 | 51,570 | 587 | 111,139 |
| I-140 | 1 | 6 | 293 | 300 |
| I-360 | 50 | 52 | 19 | 121 |
| I-485 | 4,048 | 2,023 | 30 | 6,101 |
| I-589 | 948 | 1,268 | 12 | 2,228 |
| I-730 | | | 40 | 40 |
| I-765 | 167,249 | 155,841 | 545 | 323,635 |
| I-821 | 58,686 | 52,565 | 261 | 111,512 |
| Grand Total | 294,576 | 265,434 | 1,814 | 561,472 |

**Notes:**
See notes page for all notes and assumptions.

Data Source: CLAIMS3, ELIS, CAMINO, & Global/Office of Performance & Quality - PAER Division    Data as of: 2/9/2025

# U.S. Citizenship and Immigration Services
# Venezuelan Humanitarian Parole (VHP) Immigrant Benefit Tracking
### Cumulative Statistics

**Purpose:** This page shows summary statistics for applications/petitions filed by Venezuelan Parolees between **10/12/2022 - 2/9/2025**. The current number of parolee arrivals is **117,645**.

## Receipts, Completions, Pending and Processing Times

| Form Number | Sub Group | Receipts | Approvals | Denials | Admin Closed | Pending | Total Applicants | Proc. Time (Mths.) |
|---|---|---|---|---|---|---|---|---|
| I-130: Petition for Alien Relative | Imm. Relative | 1,534 | 362 | 10 | 0 | 1,162 | 1,533 | 6.7 |
| | Pref. Relative | 768 | 20 | 0 | 0 | 748 | 780 | 7.6 |
| | I-130 Subtotal | 2,302 | 382 | 10 | 0 | 1,910 | 2,287 | 6.7 |
| I-131: Applc. for Travel Doc. | I-131 | 814 | 328 | 93 | 1 | 392 | 788 | 4.2 |
| I-140: Imm. Pet. for Aln. Wkr. | I-140 | 106 | 24 | 5 | 0 | 77 | 106 | 6.6 |
| I-360: Pet. for Amerasian, Widow(er), or Spec. Imm. | Spec. Imm. Juv. | 44 | 28 | 0 | 0 | 16 | 42 | 3.1 |
| | Spec. Imm. Vi.. | 5 | 0 | 0 | 0 | 5 | 5 | 0.0 |
| | I-360 Other | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| | I-360 Subtotal | 49 | 28 | 0 | 0 | 21 | 47 | 3.1 |
| I-485: Applc. to Register Perm. Res. or Adj. Status | Asylee | 19 | 0 | 0 | 0 | 19 | 19 | 0.0 |
| | Employment | 16 | 4 | 5 | 0 | 7 | 16 | 0.0 |
| | Family | 1,479 | 419 | 20 | 0 | 1,040 | 1,467 | 5.7 |
| | Refugee | 9 | 0 | 2 | 0 | 7 | 9 | 0.0 |
| | SIV | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| | Other | 238 | 30 | 2 | 0 | 206 | 238 | 4.7 |
| | I-485 Subtotal | 1,761 | 453 | 29 | 0 | 1,279 | 1,747 | 5.5 |
| I-589: Applc. for Asylum | I-589 | 30,949 | 23 | 31 | 884 | 30,011 | 30,949 | 5.2 |
| I-730: Ref/Asy Relative Pet. | I-730 | 98 | 13 | 0 | 0 | 85 | 95 | 3.9 |
| I-765: Applc. for Emp. Auth. | I-765 | 141,500 | 119,325 | 1,923 | 2 | 20,250 | 106,592 | 0.9 |
| I-821: Applc. for TPS | I-821 | 62,559 | 33,909 | 210 | 0 | 28,440 | 47,149 | 5.5 |
| Total | | 240,138 | 154,488 | 2,307 | 887 | 82,506 | 108,645 | 0.0 |

## Demographics Data

### Age Group - Receipts

| Form Number | 0-20 | 21-30 | 31-40 | 41-50 | 51+ | Unk. | Grand Total |
|---|---|---|---|---|---|---|---|
| I-130 | 279 | 478 | 410 | 354 | 805 | 9 | 2,302 |
| I-131 | 72 | 211 | 167 | 115 | 246 | 3 | 814 |
| I-140 | | 10 | 37 | 29 | 30 | | 106 |
| I-360 | 44 | | 2 | 2 | 1 | | 49 |
| I-485 | 335 | 340 | 239 | 220 | 622 | 5 | 1,761 |
| I-589 | 1,162 | 9,987 | 8,580 | 5,924 | 5,277 | 19 | 30,949 |
| I-730 | 59 | 9 | 14 | 9 | 7 | | 98 |
| I-765 | 29,510 | 32,128 | 30,487 | 22,584 | 26,666 | 125 | 141,500 |
| I-821 | 13,919 | 13,321 | 12,821 | 9,893 | 12,546 | 59 | 62,559 |
| Grand Total | 45,380 | 56,484 | 52,757 | 39,130 | 46,200 | 220 | 240,138 |

### Gender - Receipts

| Form Number | Female | Male | Unk. | Grand Total |
|---|---|---|---|---|
| I-130 | 1,428 | 892 | 5 | 2,302 |
| I-131 | 452 | 358 | 8 | 814 |
| I-140 | | 1 | 105 | 106 |
| I-360 | 18 | 20 | 11 | 49 |
| I-485 | 1,106 | 641 | 14 | 1,761 |
| I-589 | 15,760 | 15,145 | 44 | 30,949 |
| I-730 | | | 98 | 98 |
| I-765 | 73,708 | 67,682 | 110 | 141,500 |
| I-821 | 32,755 | 29,731 | 73 | 62,559 |
| Grand Total | 125,227 | 114,470 | 468 | 240,138 |

**Notes:**
See notes page for all notes and assumptions.

Data Source: CLAIMS3, ELIS, CAMINO, & Global/Office of Performance & Quality - PAER Division    Data as of: 2/9/2025

CHNV-FRN-00790





# Ukraine & CHNV Parolee Immigrant Benefit Tracking
**Notes and Assumptions**

**Notes:**
**1)** The Parolee population is identified using alien numbers with 'CHP', 'HHP', 'NHP', 'UHP', or 'VHP' classes of admission in the Central Index System. Total parolee arrivals is based on the number of unique A-Numbers with each class of admission in the Central Index System.
**2)** This report counts applications and petitions filed by the Parolee population, including both domestic and international filings.
**3)** The number of total applicants represents the number of unique individuals who filed an application/petition with USCIS during the reporting period.  The count of total applicants in each form line represents the number of unique individuals who filed that particular form.  The count of total applicants in the 'Total' line represents the number of unique individuals who filled an application across all form types.  If one individual files multiple form types, they will be counted once in the 'Total' line.
**4)** Any application or petition filed by or on behalf of the parolee prior to their arrival is not included in this dataset (Ex. I-130).
**5)** For I-589, only principal applicants are counted in the total applicants column.
**6)** For I-589, only applications where the decision has been served are counted in the 'Approvals', 'Denials', and 'Admin Closed' columns.  Applications where the decision has been rendered, but not served, will be counted in the pending column.
**7)** For I-730, petitions processed in CLAIMS3 and CAMINO are included.
**8)** I-730 counts include petitions filed where the petitioner or beneficiary is in the Parolee population.
**9)** Processing time is represented by the median number of days between the receipt date and the decision date for applications/petitions with a completion.  The days are converted into months using a factor of 30.4 days per month.  Pending applications/petitions are not included.
**10)** Processing times are calculated using completions in the given time period (ex. cumulative, FYTD, Weekly).  Time periods with fewer than 10 completions have the processing time suppressed to 0.0 to avoid displaying small sample size outliers.
**11)** Age represents age at time of receipt.  Unknown in "Age Group" and "Gender" means the data are not available in the electronic systems.

Data Source: CLAIMS3, ELIS, CAMINO, & Global/Office of Performance & Quality - PAER Division        Data as of: 2/9/2025

CHNV-FRN-00792



# Ukraine & CHNV Parolee Immigrant Benefit Tracking
## Cumulative Statistics

**Purpose:** This page shows receipts, approvals, and pending for applications/petitions filed by Parolees between each country's program start date through **3/9/2025.**

| Cumulative Parolee Counts: | | Cuba | Haiti | Nicaragua | Ukraine | Venezuela | Total |
|---|---|---|---|---|---|---|---|
| | Arrivals | 109,838 | 210,810 | 92,826 | 259,287 | 117,625 | 790,386 |
| | No Filings | 38,826 | 31,537 | 63,578 | 141,249 | 45,735 | 320,925 |

| | Form Number | Cuba | Haiti | Nicaragua | Ukraine | Venezuela | Total |
|---|---|---|---|---|---|---|---|
| **Receipts** | I-130: Petition for Alien Relative | 1,339 | 7,244 | 2,718 | 8,391 | 2,691 | 22,383 |
| | I-131: Applc. for Travel Doc. | 512 | 4,687 | 448 | 127,833 | 843 | 134,323 |
| | I-140: Imm. Pet. for Aln. Wkr. | 0 | 16 | 23 | 389 | 121 | 549 |
| | I-360: Pet. for Amerasian, Widow(er), or Spec. Imm. | 2 | 104 | 73 | 182 | 55 | 416 |
| | I-485: Applc. to Register Perm. Res. or Adj. Status | 70,749 | 6,783 | 1,643 | 7,963 | 2,045 | 89,183 |
| | I-589: Applc. for Asylum | 535 | 18,447 | 26,346 | 3,609 | 36,346 | 85,283 |
| | I-730: Ref/Asy Relative Pet. | 0 | 31 | 69 | 60 | 98 | 258 |
| | I-765: Applc. for Emp. Auth. | 108,854 | 254,733 | 93,960 | 389,595 | 145,606 | 992,748 |
| | I-821: Applc. for TPS | 10 | 172,056 | 379 | 178,922 | 63,141 | 414,508 |
| | I-914: T Nonimm. Stus. | 0 | 1 | 3 | 10 | 7 | 21 |
| | I-918: U Nonimm. Stus. | 0 | 5 | 22 | 45 | 25 | 97 |
| | Total | 182,001 | 464,107 | 125,684 | 716,999 | 250,978 | 1,739,769 |

| | Form Number | Cuba | Haiti | Nicaragua | Ukraine | Venezuela | Total |
|---|---|---|---|---|---|---|---|
| **Approvals** | I-130: Petition for Alien Relative | 139 | 398 | 206 | 4,948 | 390 | 6,081 |
| | I-131: Applc. for Travel Doc. | 62 | 886 | 193 | 8,886 | 332 | 10,359 |
| | I-140: Imm. Pet. for Aln. Wkr. | 0 | 2 | 1 | 135 | 24 | 162 |
| | I-360: Pet. for Amerasian, Widow(er), or Spec. Imm. | 0 | 24 | 38 | 124 | 30 | 216 |
| | I-485: Applc. to Register Perm. Res. or Adj. Status | 14,173 | 1,024 | 283 | 4,203 | 461 | 20,144 |
| | I-589: Applc. for Asylum | 0 | 7 | 26 | 11 | 26 | 70 |
| | I-730: Ref/Asy Relative Pet. | 0 | 4 | 4 | 28 | 13 | 49 |
| | I-765: Applc. for Emp. Auth. | 93,613 | 208,485 | 85,485 | 326,002 | 119,899 | 833,484 |
| | I-821: Applc. for TPS | 4 | 62,438 | 30 | 85,102 | 33,960 | 181,534 |
| | I-914: T Nonimm. Stus. | 0 | 1 | 0 | 6 | 1 | 8 |
| | I-918: U Nonimm. Stus. | 0 | 0 | 1 | 2 | 0 | 3 |
| | Total | 107,991 | 273,269 | 86,267 | 429,447 | 155,136 | 1,052,110 |

| | Form Number | Cuba | Haiti | Nicaragua | Ukraine | Venezuela | Total |
|---|---|---|---|---|---|---|---|
| **Pending** | I-130: Petition for Alien Relative | 1,190 | 6,814 | 2,503 | 3,346 | 2,291 | 16,144 |
| | I-131: Applc. for Travel Doc. | 318 | 3,606 | 191 | 116,863 | 414 | 121,392 |
| | I-140: Imm. Pet. for Aln. Wkr. | 0 | 12 | 22 | 205 | 92 | 331 |
| | I-360: Pet. for Amerasian, Widow(er), or Spec. Imm. | 2 | 79 | 35 | 55 | 25 | 196 |
| | I-485: Applc. to Register Perm. Res. or Adj. Status | 56,495 | 5,613 | 1,345 | 3,265 | 1,554 | 68,272 |
| | I-589: Applc. for Asylum | 300 | 17,773 | 26,010 | 3,552 | 35,394 | 83,029 |
| | I-730: Ref/Asy Relative Pet. | 0 | 26 | 65 | 29 | 85 | 205 |
| | I-765: Applc. for Emp. Auth. | 14,119 | 43,197 | 7,371 | 56,136 | 23,691 | 144,514 |
| | I-821: Applc. for TPS | 5 | 109,062 | 194 | 90,667 | 28,963 | 228,891 |
| | I-914: T Nonimm. Stus. | 0 | 0 | 3 | 4 | 6 | 13 |
| | I-918: U Nonimm. Stus. | 0 | 5 | 21 | 43 | 25 | 94 |
| | Total | 72,429 | 186,187 | 37,760 | 274,165 | 92,540 | 663,081 |

Data Source: CLAIMS3, ELIS, CAMINO, & Global/Office of Performance & Quality - PAER Division    Data as of: 3/9/2025

CHNV-FRN-00793.001

# Cuban Humanitarian Parole (CHP) Immigrant Benefit Tracking
## Cumulative Statistics

**Purpose:** This page shows summary statistics for applications/petitions filed by Cuban Parolees between **1/5/2023** - **3/9/2025.** The current number of parolee arrivals is **109,838.** From this, **38,826** do not have any filings with USCIS (excluding I131/I134A/I765).

### Receipts, Completions, Pending and Processing Times

| Form Number | Sub Group | Receipts | Approvals | Denials | Admin Closed | Pending | Total Applicants | Proc. Time (Mths.) |
|---|---|---|---|---|---|---|---|---|
| I-130: Petition for Alien Relative | Imm. Relative | 287 | 127 | 6 | 1 | 153 | 287 | 13.3 |
| | Pref. Relative | 1,052 | 12 | 3 | 0 | 1,037 | 915 | 13.8 |
| | I-130 Subtotal | 1,339 | 139 | 9 | 1 | 1,190 | 1,199 | 13.3 |
| I-131: Applc. for Travel Doc. | I-131 | 512 | 62 | 131 | 1 | 318 | 498 | 6.1 |
| I-140: Imm. Pet. for Aln. Wkr. | I-140 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| I-360: Pet. for Amerasian, Widow(er), or Spec. Imm. | SIV | 2 | 0 | 0 | 0 | 2 | 2 | 0.0 |
| | I-360 Other | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| | I-360 Subtotal | 2 | 0 | 0 | 0 | 2 | 2 | 0.0 |
| I-485: Applc. to Register Perm. Res. or Adj. Status | Asylee | 3 | 0 | 0 | 0 | 3 | 3 | 0.0 |
| | Employment | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| | Family | 225 | 93 | 11 | 0 | 121 | 225 | 6.3 |
| | Refugee | 1 | 0 | 0 | 0 | 1 | 1 | 0.0 |
| | SIV | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| | Other | 70,520 | 14,080 | 67 | 3 | 56,370 | 70,481 | 4.9 |
| | I-485 Subtotal | 70,749 | 14,173 | 78 | 3 | 56,495 | 70,690 | 4.9 |
| I-589: Applc. for Asylum | I-589 | 535 | 0 | 0 | 235 | 300 | 535 | 0.0 |
| I-730: Ref/Asy Relative Pet. | I-730 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| I-765: Applc. for Emp. Auth. | I-765 | 108,854 | 93,613 | 1,118 | 4 | 14,119 | 91,263 | 0.9 |
| I-821: Applc. for TPS | I-821 | 10 | 4 | 1 | 0 | 5 | 10 | 0.0 |
| I-914: T Nonimm. Stus. | I-914 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| I-918: U Nonimm. Stus. | I-918 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| Total | | 182,001 | 107,991 | 1,337 | 244 | 72,429 | 101,931 | 0.0 |

### Demographics Data

#### Age Group - Receipts

| Form Number | 0-20 | 21-30 | 31-40 | 41-50 | 51+ | Unk. | Grand Total |
|---|---|---|---|---|---|---|---|
| I-130 | 89 | 192 | 388 | 260 | 412 | | 1,339 |
| I-131 | 96 | 88 | 103 | 102 | 122 | 3 | 512 |
| I-360 | | 1 | | | 1 | | 2 |
| I-485 | 15,216 | 14,012 | 14,793 | 9,276 | 17,308 | 144 | 70,749 |
| I-589 | 29 | 157 | 141 | 107 | 101 | | 535 |
| I-765 | 14,913 | 25,491 | 26,733 | 16,973 | 24,687 | 57 | 108,854 |
| I-821 | 1 | 2 | 3 | 3 | 1 | | 10 |
| Grand Total | 30,344 | 39,943 | 42,161 | 26,721 | 42,632 | 204 | 182,001 |

#### Sex - Receipts

| Form Number | Female | Male | Unk. | Grand Total |
|---|---|---|---|---|
| I-130 | 709 | 619 | 13 | 1,339 |
| I-131 | 166 | 131 | 217 | 512 |
| I-360 | 2 | | | 2 |
| I-485 | 37,640 | 32,963 | 146 | 70,749 |
| I-589 | 242 | 292 | 1 | 535 |
| I-765 | 56,585 | 52,171 | 98 | 108,854 |
| I-821 | 2 | 8 | | 10 |
| Grand Total | 95,346 | 86,184 | 475 | 182,001 |

**Notes:** See notes page for all notes and assumptions.

Data Source: CLAIMS3, ELIS, CAMINO, & Global/Office of Performance & Quality - PAER Division        Data as of: 3/9/2025

CHNV-FRN-00793.002



# Haitian Humanitarian Parole (HHP) Immigrant Benefit Tracking
## Cumulative Statistics

**Purpose:** This page shows summary statistics for applications/petitions filed by Haitian Parolees between **1/5/2023** - **3/9/2025.** The current number of parolee arrivals is **210,810.** From this, **31,537** do not have any filings with USCIS (excluding I131/I134A/I765).

### Receipts, Completions, Pending and Processing Times

| Form Number | Sub Group | Receipts | Approvals | Denials | Admin Closed | Pending | Total Applicants | Proc. Time (Mths.) |
|---|---|---|---|---|---|---|---|---|
| I-130: Petition for Alien Relative | Imm. Relative | 3,816 | 382 | 32 | 0 | 3,402 | 3,804 | 8.4 |
|  | Pref. Relative | 3,428 | 16 | 0 | 0 | 3,412 | 3,454 | 6.1 |
|  | I-130 Subtotal | 7,244 | 398 | 32 | 0 | 6,814 | 7,238 | 8.4 |
| I-131: Applc. for Travel Doc. | I-131 | 4,687 | 886 | 195 | 0 | 3,606 | 4,591 | 2.6 |
| I-140: Imm. Pet. for Aln. Wkr. | I-140 | 16 | 2 | 2 | 0 | 12 | 15 | 0.0 |
| I-360: Pet. for Amerasian, Widow(er), or Spec. Imm. | SIV | 57 | 0 | 1 | 0 | 56 | 55 | 0.0 |
|  | I-360 Other | 5 | 1 | 0 | 0 | 4 | 5 | 0.0 |
|  | I-360 Subtotal | 104 | 24 | 1 | 0 | 79 | 102 | 3.1 |
| I-485: Applc. to Register Perm. Res. or Adj. Status | Asylee | 20 | 0 | 0 | 0 | 20 | 20 | 0.0 |
|  | Employment | 8 | 0 | 0 | 0 | 8 | 8 | 0.0 |
|  | Family | 6,706 | 1,024 | 144 | 1 | 5,537 | 6,670 | 6.3 |
|  | Refugee | 16 | 0 | 1 | 0 | 15 | 16 | 0.0 |
|  | SIV | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
|  | Other | 33 | 0 | 0 | 0 | 33 | 33 | 0.0 |
|  | I-485 Subtotal | 6,783 | 1,024 | 145 | 1 | 5,613 | 6,746 | 6.3 |
| I-589: Applc. for Asylum | I-589 | 18,447 | 7 | 15 | 652 | 17,773 | 18,447 | 5.5 |
| I-730: Ref/Asy Relative Pet. | I-730 | 31 | 4 | 1 | 0 | 26 | 25 | 0.0 |
| I-765: Applc. for Emp. Auth. | I-765 | 254,733 | 208,485 | 3,031 | 20 | 43,197 | 197,254 | 0.8 |
| I-821: Applc. for TPS | I-821 | 172,056 | 62,438 | 549 | 7 | 109,062 | 170,802 | 1.8 |
| I-914: T Nonimm. Stus. | I-914 | 1 | 1 | 0 | 0 | 0 | 1 | 0.0 |
| I-918: U Nonimm. Stus. | I-918 | 5 | 0 | 0 | 0 | 5 | 5 | 0.0 |
| Total |  | 464,107 | 273,269 | 3,971 | 680 | 186,187 | 204,302 | 0.0 |

### Demographics Data

#### Age Group - Receipts

| Form Number | 0-20 | 21-30 | 31-40 | 41-50 | 51+ | Unk. | Grand Total |
|---|---|---|---|---|---|---|---|
| I-130 | 923 | 1,847 | 2,248 | 1,254 | 1,072 | 5 | 7,244 |
| I-131 | 388 | 985 | 1,715 | 1,065 | 534 | 1 | 4,687 |
| I-140 | 1 | 3 | 11 | 1 |  |  | 16 |
| I-360 | 45 | 11 | 23 | 15 | 8 | 2 | 104 |
| I-485 | 1,578 | 1,282 | 1,792 | 973 | 1,154 | 4 | 6,783 |
| I-589 | 576 | 6,660 | 6,446 | 3,448 | 1,317 |  | 18,447 |
| I-730 | 8 | 3 | 7 | 13 |  |  | 31 |
| I-765 | 32,813 | 79,880 | 77,974 | 42,216 | 21,812 | 38 | 254,733 |
| I-821 | 26,072 | 50,717 | 51,474 | 28,361 | 15,395 | 37 | 172,056 |
| I-914 | 1 |  |  |  |  |  | 1 |
| I-918 | 3 | 1 | 1 |  |  |  | 5 |
| Grand Total | 62,408 | 141,389 | 141,691 | 77,346 | 41,292 | 87 | 464,107 |

#### Sex - Receipts

| Form Number | Female | Male | Unk. | Grand Total |
|---|---|---|---|---|
| I-130 | 3,738 | 3,547 | 24 | 7,244 |
| I-131 | 1,781 | 2,870 | 92 | 4,687 |
| I-140 |  |  | 16 | 16 |
| I-360 | 34 | 38 | 32 | 104 |
| I-485 | 3,539 | 3,186 | 58 | 6,783 |
| I-589 | 9,032 | 9,368 | 47 | 18,447 |
| I-730 |  |  | 31 | 31 |
| I-765 | 128,658 | 125,624 | 451 | 254,733 |
| I-821 | 87,335 | 84,316 | 405 | 172,056 |
| I-914 | 1 |  |  | 1 |
| I-918 | 3 | 2 |  | 5 |
| Grand Total | 234,121 | 228,951 | 1,156 | 464,107 |

**Notes:** See notes page for all notes and assumptions.

Data Source: CLAIMS3, ELIS, CAMINO, & Global/Office of Performance & Quality - PAER Division    Data as of: 3/9/2025

CHNV-FRN-00793.003

# Nicaraguan Humanitarian Parole (NHP) Immigrant Benefit Tracking
## Cumulative Statistics

**Purpose:** This page shows summary statistics for applications/petitions filed by Nicaraguan Parolees between **1/5/2023** - **3/9/2025**. The current number of parolee arrivals is **92,826**. From this, **63,578** do not have any filings with USCIS (excluding I131/I134A/I765).

### Receipts, Completions, Pending and Processing Times

| Form Number | Sub Group | Receipts | Approvals | Denials | Admin Closed | Pending | Total Applicants | Proc. Time (Mths.) |
|---|---|---|---|---|---|---|---|---|
| I-130: Petition for Alien Relative | Imm. Relative | 1,379 | 196 | 7 | 0 | 1,176 | 1,374 | 6.0 |
|  | Pref. Relative | 1,339 | 10 | 2 | 0 | 1,327 | 1,343 | 9.5 |
|  | I-130 Subtotal | 2,718 | 206 | 9 | 0 | 2,503 | 2,699 | 6.0 |
| I-131: Applc. for Travel Doc. | I-131 | 448 | 193 | 64 | 0 | 191 | 428 | 2.5 |
| I-140: Imm. Pet. for Aln. Wkr. | I-140 | 23 | 1 | 0 | 0 | 22 | 23 | 0.0 |
| I-360: Pet. for Amerasian, Widow(er), or Spec. Imm. | SIV | 7 | 0 | 0 | 0 | 7 | 7 | 0.0 |
|  | I-360 Other | 2 | 0 | 0 | 0 | 2 | 2 | 0.0 |
|  | I-360 Subtotal | 73 | 38 | 0 | 0 | 35 | 70 | 2.6 |
| I-485: Applc. to Register Perm. Res. or Adj. Status | Asylee | 3 | 0 | 0 | 0 | 3 | 3 | 0.0 |
|  | Employment | 1 | 0 | 0 | 0 | 1 | 1 | 0.0 |
|  | Family | 1,533 | 275 | 14 | 0 | 1,244 | 1,527 | 5.3 |
|  | Refugee | 1 | 0 | 0 | 0 | 1 | 1 | 0.0 |
|  | SIV | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
|  | Other | 105 | 8 | 1 | 0 | 96 | 105 | 0.0 |
|  | I-485 Subtotal | 1,643 | 283 | 15 | 0 | 1,345 | 1,636 | 5.3 |
| I-589: Applc. for Asylum | I-589 | 26,346 | 26 | 21 | 289 | 26,010 | 26,346 | 4.5 |
| I-730: Ref/Asy Relative Pet. | I-730 | 69 | 4 | 0 | 0 | 65 | 67 | 0.0 |
| I-765: Applc. for Emp. Auth. | I-765 | 93,960 | 85,485 | 1,101 | 3 | 7,371 | 82,886 | 0.8 |
| I-821: Applc. for TPS | I-821 | 379 | 30 | 155 | 0 | 194 | 366 | 0.8 |
| I-914: T Nonimm. Stus. | I-914 | 3 | 0 | 0 | 0 | 3 | 3 | 0.0 |
| I-918: U Nonimm. Stus. | I-918 | 22 | 1 | 0 | 0 | 21 | 22 | 0.0 |
| Total |  | 125,684 | 86,267 | 1,365 | 292 | 37,760 | 83,574 | 0.0 |

### Demographics Data

#### Age Group - Receipts

| Form Number | 0-20 | 21-30 | 31-40 | 41-50 | 51+ | Unk. | Grand Total |
|---|---|---|---|---|---|---|---|
| I-130 | 448 | 744 | 721 | 471 | 354 | 2 | 2,718 |
| I-131 | 65 | 116 | 135 | 84 | 47 | 1 | 448 |
| I-140 |  | 5 | 9 | 7 | 2 |  | 23 |
| I-360 | 64 | 1 | 5 | 2 | 1 |  | 73 |
| I-485 | 414 | 424 | 356 | 231 | 216 | 2 | 1,643 |
| I-589 | 1,437 | 9,841 | 8,250 | 5,027 | 1,790 | 1 | 26,346 |
| I-730 | 41 | 8 | 15 | 5 |  |  | 69 |
| I-765 | 18,558 | 28,002 | 24,753 | 15,459 | 7,181 | 7 | 93,960 |
| I-821 | 41 | 132 | 99 | 73 | 34 |  | 379 |
| I-914 |  | 1 | 1 | 1 |  |  | 3 |
| I-918 | 8 | 4 | 6 | 2 | 2 |  | 22 |
| Grand Total | 21,076 | 39,278 | 34,350 | 21,362 | 9,627 | 13 | 125,684 |

#### Sex - Receipts

| Form Number | Female | Male | Unk. | Grand Total |
|---|---|---|---|---|
| I-130 | 1,611 | 1,112 | 11 | 2,718 |
| I-131 | 298 | 148 | 5 | 448 |
| I-140 |  | 1 | 22 | 23 |
| I-360 | 27 | 22 | 24 | 73 |
| I-485 | 1,032 | 597 | 14 | 1,643 |
| I-589 | 13,975 | 12,316 | 55 | 26,346 |
| I-730 |  |  | 69 | 69 |
| I-765 | 49,569 | 44,348 | 43 | 93,960 |
| I-821 | 208 | 170 | 1 | 379 |
| I-914 | 3 |  |  | 3 |
| I-918 | 12 | 10 |  | 22 |
| Grand Total | 66,735 | 58,724 | 244 | 125,684 |

**Notes:** See notes page for all notes and assumptions.

Data Source: CLAIMS3, ELIS, CAMINO, & Global/Office of Performance & Quality - PAER Division        Data as of: 3/9/2025

CHNV-FRN-00793.004



# Ukrainian Parolee (UHP) Immigrant Benefit Tracking
## Cumulative Statistics

**Purpose:** This page shows summary statistics for applications/petitions filed by Ukrainian Parolees between **2/24/2022** - **3/9/2025**. The current number of parolee arrivals is **259,287.** From this, **141,249** do not have any filings with USCIS (excluding I131/I134A/I765).

### Receipts, Completions, Pending and Processing Times

| Form Number | Sub Group | Receipts | Approvals | Denials | Admin Closed | Pending | Total Applicants | Proc. Time (Mths.) |
|---|---|---|---|---|---|---|---|---|
| I-130: Petition for Alien Relative | Imm. Relative | 5,868 | 3,932 | 66 | 8 | 1,862 | 5,846 | 4.0 |
| | Pref. Relative | 2,523 | 1,016 | 23 | 0 | 1,484 | 2,691 | 2.8 |
| | I-130 Subtotal | 8,391 | 4,948 | 89 | 8 | 3,346 | 8,361 | 3.8 |
| I-131: Applc. for Travel Doc. | I-131 | 127,833 | 8,886 | 1,965 | 119 | 116,863 | 117,203 | 8.6 |
| I-140: Imm. Pet. for Aln. Wkr. | I-140 | 389 | 135 | 49 | 0 | 205 | 366 | 2.7 |
| I-360: Pet. for Amerasian, Widow(er), or Spec. Imm. | SIV | 18 | 0 | 1 | 0 | 17 | 18 | 0.0 |
| | I-360 Other | 6 | 2 | 0 | 0 | 4 | 6 | 0.0 |
| | I-360 Subtotal | 182 | 124 | 3 | 0 | 55 | 178 | 2.9 |
| I-485: Applc. to Register Perm. Res. or Adj. Status | Asylee | 44 | 11 | 9 | 0 | 24 | 44 | 10.0 |
| | Employment | 240 | 148 | 15 | 1 | 76 | 239 | 3.9 |
| | Family | 6,440 | 3,374 | 300 | 0 | 2,766 | 6,344 | 7.7 |
| | Refugee | 108 | 4 | 56 | 0 | 48 | 108 | 7.6 |
| | SIV | 2 | 1 | 1 | 0 | 0 | 2 | 0.0 |
| | Other | 1,129 | 665 | 109 | 4 | 351 | 1,119 | 2.0 |
| | I-485 Subtotal | 7,963 | 4,203 | 490 | 5 | 3,265 | 7,851 | 6.3 |
| I-589: Applc. for Asylum | I-589 | 3,609 | 11 | 11 | 35 | 3,552 | 3,609 | 8.5 |
| I-730: Ref/Asy Relative Pet. | I-730 | 60 | 28 | 3 | 0 | 29 | 53 | 10.1 |
| I-765: Applc. for Emp. Auth. | I-765 | 389,595 | 326,002 | 7,408 | 49 | 56,136 | 224,498 | 0.9 |
| I-821: Applc. for TPS | I-821 | 178,922 | 85,102 | 3,144 | 9 | 90,667 | 109,662 | 6.8 |
| I-914: T Nonimm. Stus. | I-914 | 10 | 6 | 0 | 0 | 4 | 10 | 0.0 |
| I-918: U Nonimm. Stus. | I-918 | 45 | 2 | 0 | 0 | 43 | 45 | 0.0 |
| Total | | 716,999 | 429,447 | 13,162 | 225 | 274,165 | 231,345 | 0.0 |

### Demographics Data

#### Age Group - Receipts

| Form Number | 0-20 | 21-30 | 31-40 | 41-50 | 51+ | Unk. | Grand Total |
|---|---|---|---|---|---|---|---|
| I-130 | 1,160 | 1,706 | 1,470 | 1,201 | 3,046 | 21 | 8,391 |
| I-131 | 38,699 | 24,854 | 30,779 | 17,439 | 16,083 | 142 | 127,833 |
| I-140 | 3 | 73 | 212 | 85 | 16 | | 389 |
| I-360 | 159 | 8 | 7 | 4 | 4 | | 182 |
| I-485 | 1,639 | 1,519 | 1,297 | 975 | 2,516 | 17 | 7,963 |
| I-589 | 215 | 1,013 | 1,209 | 697 | 468 | 7 | 3,609 |
| I-730 | 31 | 10 | 6 | 12 | 1 | | 60 |
| I-765 | 107,431 | 87,061 | 98,435 | 53,725 | 42,803 | 140 | 389,595 |
| I-821 | 54,627 | 37,888 | 43,701 | 23,555 | 19,046 | 105 | 178,922 |
| I-914 | 3 | 4 | 2 | 1 | | | 10 |
| I-918 | 17 | 6 | 9 | 11 | 2 | | 45 |
| Grand Total | 203,984 | 154,142 | 177,127 | 97,705 | 83,985 | 432 | 716,999 |

#### Sex - Receipts

| Form Number | Female | Male | Unk. | Grand Total |
|---|---|---|---|---|
| I-130 | 5,770 | 2,716 | 64 | 8,391 |
| I-131 | 68,548 | 58,749 | 807 | 127,833 |
| I-140 | 2 | 9 | 378 | 389 |
| I-360 | 69 | 83 | 30 | 182 |
| I-485 | 5,325 | 2,570 | 68 | 7,963 |
| I-589 | 1,591 | 1,994 | 24 | 3,609 |
| I-730 | | | 60 | 60 |
| I-765 | 203,385 | 185,304 | 906 | 389,595 |
| I-821 | 95,497 | 82,840 | 585 | 178,922 |
| I-914 | 6 | 4 | | 10 |
| I-918 | 27 | 18 | | 45 |
| Grand Total | 380,220 | 334,287 | 2,922 | 716,999 |

**Notes:** See notes page for all notes and assumptions.

Data Source: CLAIMS3, ELIS, CAMINO, & Global/Office of Performance & Quality - PAER Division     Data as of: 3/9/2025

CHNV-FRN-00793.005

# Venezuelan Humanitarian Parole (VHP) Immigrant Benefit Tracking
## Cumulative Statistics

**Purpose:** This page shows summary statistics for applications/petitions filed by Venezuelan Parolees between **10/12/2022** - **3/9/2025.** The current number of parolee arrivals is **117,625.** From this, **45,735** do not have any filings with USCIS (excluding I131/I134A/I765).

### Receipts, Completions, Pending and Processing Times

| Form Number | Sub Group | Receipts | Approvals | Denials | Admin Closed | Pending | Total Applicants | Proc. Time (Mths.) |
|---|---|---|---|---|---|---|---|---|
| I-130: Petition for Alien Relative | Imm. Relative | 1,808 | 370 | 10 | 0 | 1,428 | 1,807 | 6.8 |
| | Pref. Relative | 883 | 20 | 0 | 0 | 863 | 898 | 7.6 |
| | I-130 Subtotal | 2,691 | 390 | 10 | 0 | 2,291 | 2,676 | 6.8 |
| I-131: Applc. for Travel Doc. | I-131 | 843 | 332 | 96 | 1 | 414 | 817 | 4.2 |
| I-140: Imm. Pet. for Aln. Wkr. | I-140 | 121 | 24 | 5 | 0 | 92 | 121 | 6.6 |
| I-360: Pet. for Amerasian, Widow(er), or Spec. Imm. | SIV | 6 | 0 | 0 | 0 | 6 | 6 | 0.0 |
| | I-360 Other | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| | I-360 Subtotal | 55 | 30 | 0 | 0 | 25 | 53 | 3.1 |
| I-485: Applc. to Register Perm. Res. or Adj. Status | Asylee | 24 | 0 | 0 | 0 | 24 | 24 | 0.0 |
| | Employment | 16 | 4 | 5 | 0 | 7 | 16 | 0.0 |
| | Family | 1,721 | 426 | 21 | 0 | 1,274 | 1,707 | 5.8 |
| | Refugee | 9 | 0 | 2 | 0 | 7 | 9 | 0.0 |
| | SIV | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| | Other | 275 | 31 | 2 | 0 | 242 | 275 | 4.9 |
| | I-485 Subtotal | 2,045 | 461 | 30 | 0 | 1,554 | 2,029 | 5.5 |
| I-589: Applc. for Asylum | I-589 | 36,346 | 26 | 34 | 892 | 35,394 | 36,346 | 5.2 |
| I-730: Ref/Asy Relative Pet. | I-730 | 98 | 13 | 0 | 0 | 85 | 95 | 3.9 |
| I-765: Applc. for Emp. Auth. | I-765 | 145,606 | 119,899 | 2,014 | 2 | 23,691 | 107,245 | 0.9 |
| I-821: Applc. for TPS | I-821 | 63,141 | 33,960 | 218 | 0 | 28,963 | 47,346 | 5.5 |
| I-914: T Nonimm. Stus. | I-914 | 7 | 1 | 0 | 0 | 6 | 7 | 0.0 |
| I-918: U Nonimm. Stus. | I-918 | 25 | 0 | 0 | 0 | 25 | 24 | 0.0 |
| Total | | 250,978 | 155,136 | 2,407 | 895 | 92,540 | 109,362 | 0.0 |

## Demographics Data

### Age Group - Receipts

| Form Number | 0-20 | 21-30 | 31-40 | 41-50 | 51+ | Unk. | Grand Total |
|---|---|---|---|---|---|---|---|
| I-130 | 322 | 564 | 494 | 423 | 915 | 11 | 2,691 |
| I-131 | 76 | 216 | 176 | 125 | 247 | 3 | 843 |
| I-140 | | 11 | 43 | 32 | 35 | | 121 |
| I-360 | 49 | 1 | 2 | 2 | 1 | | 55 |
| I-485 | 376 | 400 | 297 | 258 | 706 | 8 | 2,045 |
| I-589 | 1,300 | 11,536 | 9,997 | 6,969 | 6,516 | 28 | 36,346 |
| I-730 | 59 | 9 | 14 | 9 | 7 | | 98 |
| I-765 | 30,710 | 32,959 | 31,331 | 23,213 | 27,266 | 127 | 145,606 |
| I-821 | 14,087 | 13,395 | 12,919 | 10,011 | 12,668 | 61 | 63,141 |
| I-914 | 4 | 3 | | | | | 7 |
| I-918 | 10 | 6 | 4 | 2 | 3 | | 25 |
| Grand Total | 46,993 | 59,100 | 55,277 | 41,044 | 48,364 | 238 | 250,978 |

### Sex - Receipts

| Form Number | Female | Male | Unk. | Grand Total |
|---|---|---|---|---|
| I-130 | 1,668 | 1,048 | 4 | 2,691 |
| I-131 | 472 | 366 | 9 | 843 |
| I-140 | | 1 | 120 | 121 |
| I-360 | 19 | 24 | 12 | 55 |
| I-485 | 1,286 | 742 | 17 | 2,045 |
| I-589 | 18,637 | 17,657 | 52 | 36,346 |
| I-730 | | | 98 | 98 |
| I-765 | 75,860 | 69,633 | 113 | 145,606 |
| I-821 | 33,048 | 30,016 | 77 | 63,141 |
| I-914 | 4 | 3 | | 7 |
| I-918 | 18 | 6 | 1 | 25 |
| Grand Total | 131,012 | 119,496 | 503 | 250,978 |

**Notes:** See notes page for all notes and assumptions.



# Ukraine & CHNV Parolee Immigrant Benefit Tracking
### Notes and Assumptions

**Notes:**

**1)** The Parolee population is identified using alien numbers with 'CHP', 'HHP', 'NHP', 'UHP', or 'VHP' classes of admission in the Central Index System. Ukranian parolees who were admitted under the "DT" class of admission between Feb 24, 2022 and Apr 24 2022 are also included in these counts. Total parolee arrivals is based on the number of unique A-Numbers with each class of admission in the Central Index System.  This count may include parolees who have departed the United States.

**2)** The number of parolees with "No Filings" are those who have not filed any of the following forms: I-129F, I-130, I-140, I-360, I-485, I-589, I-730, I-821, I-914, I-914A, I-918, I-918A, N-400.

**3)** This report counts applications and petitions filed by the Parolee population, including both domestic and international filings.

**4)** The number of total applicants represents the number of unique individuals who filed an application/petition with USCIS during the reporting period.  The count of total applicants in each form line represents the number of unique individuals who filed that particular form.  The count of total applicants in the 'Total' line represents the number of unique individuals who filled an application across all form types.  If one individual files multiple form types, they will be counted once in the 'Total' line.

**5)** Any application or petition filed by or on behalf of the parolee prior to their arrival is not included in this dataset (Ex. I-130).

**6)** For I-589, only principal applicants are counted in the 'Total Applicants' column.

**7)** For I-589, only applications where the decision has been served are counted in the 'Approvals', 'Denials', and 'Admin Closed' columns.  Applications where the decision has been rendered, but not served, will be counted in the pending column.

**8)** For I-730, petitions processed in CLAIMS3 and CAMINO are included.

**9)** I-730 counts include petitions filed where the petitioner or beneficiary is in the Parolee population.

**10)** I-914 data includes I-914 and I-914A counts.

**11)** I-918 data includes I-918 and I-918A counts.

**12)** Processing time is represented by the median number of days between the receipt date and the decision date for applications/petitions with a completion.  The days are converted into months using a factor of 30.4 days per month.  Pending applications/petitions are not included.

**13)** Processing times are calculated using completions in the given time period (ex. cumulative, FYTD, Weekly).  Time periods with fewer than 10 completions have the processing time suppressed to 0.0 to avoid displaying small sample size outliers.

**14)** Age represents age at time of receipt.  Unknown in "Age Group" and "Sex" means the data are not available in the electronic systems.

Data Source: CLAIMS3, ELIS, CAMINO, & Global/Office of Performance & Quality - PAER Division    Data as of:    3/9/2025

CHNV-FRN-00793.008