**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

SVITLANA DOE, et al.,

Plaintiffs,

v.

Case No. 1:25-cv-10495-IT

KRISTI NOEM, in her official capacity
as Secretary of Homeland Security;
et. al,

Defendants.

______________________________________

**DEFENDANTS' EXHIBIT IN OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants respectfully submit the attached exhibit in support of their opposition to Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 196). This exhibit consists of the relevant Certified Administrative Record, with the exception of the data referenced in the index that is contained in .xls file format and that is located at CHNV-FRN-00602 and CHNV-FRN-00802. These .xls files can be produced by physical media if required or necessary.

Date: November 25, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

KATHERINE J. SHINNERS
*Senior Litigation Counsel*

/s/ *Elissa P. Fudim*
ELISSA P. FUDIM
*Trial Attorney*
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-6073
Elissa.p.fudim@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 25, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

*/s/ Elissa P. Fudim*
Elissa P. Fudim
Trial Attorney
United States Department of Justice
Civil Division