UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SVITLANA DOE, *et al.*,

        Plaintiffs,

  – *versus* –

KRISTI NOEM, in her official capacity as Secretary
of Homeland Security, *et al.*,

        Defendants.

Civil Action No.: 1:25-cv-10495-IT

### PLAINTIFFS' NOTICE OF DEFENDANTS' ACTIONS TERMINATING FAMILY REUNIFICATION PAROLE AND SUSPENDING ADJUDICATION OF IMMIGRATION BENEFITS

Plaintiffs respectfully submit this notice to alert the Court of recent actions taken by Defendants that implicate the Court's prior orders in this case and strip the status of yet another group of individuals included in Plaintiffs' Complaint—individuals paroled into the United States pursuant to Family Reunification Parole ("FRP") processes.

First, today, Defendants released an unpublished Federal Register Notice (to be published on Monday, December 15, 2025) announcing the formal termination of "all categorical family reunification parole (FRP) programs" for individuals from Colombia, Cuba, Ecuador, El Salvador, Guatemala, Haiti, and Honduras.[1] According to the notice, all existing grants of all FRP parole will terminate 30 days later, on January 14, 2026, except for the small fraction of FRP parolees who have already filed their adjustment of status application by the day of publication.

---

[1] U.S. Citizenship & Immigr. Servs., *DHS Ends the Abuse of the Humanitarian Parole Process and Terminates Family Reunification Parole Programs* (Dec. 12, 2025), https://www.uscis.gov/newsroom/alerts/dhs-ends-the-abuse-of-the-humanitarian-parole-process-and-terminates-family-reunification-parole.

Additionally, notwithstanding this Court's May 28 Order (Doc. No. 107), Defendants recently issued policies that again indefinitely suspend the adjudication of all immigration benefit applications of Afghan, Cuban, Haitian, and Venezuelan current and former parolees (and other nationals of those countries),[2] as well as asylum and withholding of removal applications for current and former parolees (and some non-parolees) of all nationalities,[3] again barring members of classes this Court certified (Doc. No. 108) from obtaining adjustments of their status or other immigration benefits. *But see* May 28 Order, Doc. No. 107 at 2 (staying "on a class-wide basis . . . . the suspension of adjudications for immigration benefits applications filed by individuals who received parole through the Parole Programs."). Defendants have not sought any relief of that order, and they voluntarily dismissed their appeal of that decision (and the accompanying class certification order) last month.

With their applications indefinitely frozen, and FRP parolees now facing a mere month until the Government summarily revokes their legal status, Plaintiffs and class members are suffering irreparable harm, once again thrown into a manufactured legal limbo with the continued threat and fear of removal looming over them.

---

[2] USCIS, Policy Memorandum, 1 (Dec. 2, 2025), https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. This memorandum directs USCIS personnel to (i) pause the processing of asylum and withholding of removal applications filed by individuals from all countries; (ii) pause the processing of benefit requests filed by individuals from the "19 high-risk countries" identified by President Trump in his June 4, 2025 Presidential Proclamation (Proclamation No. 10949, *Restricting the Entry of Foreign Nationals To Protect the United States From Foreign Terrorists and Other National Security and Public Safety Threats*, 90 Fed. Reg. 24497 (Jun. 4, 2025)), including Afghanistan, Cuba, Haiti, and Venezuela; and (iii) conduct a re-review of all approved benefit requests filed by individuals from the same 19 Travel Ban countries who entered the United States on or after January 20, 2021.

[3] *Id.; see also* U.S. Citizenship & Immgr. Servs., X (Nov. 26, 2025, 10:20 PM EST), https://perma.cc/55WG-TW5L; U.S. Citizenship & Immgr. Servs., X (Nov. 28, 2025, 6:12 PM EST), https://perma.cc/5QYZ-5H7E.

Plaintiffs intend to seek leave to amend their complaint and plan to file a motion for preliminary relief expeditiously so that the Court could be in a position to rule thereon prior to the January 14, 2026 mass termination of FRP parole; Plaintiffs welcome guidance from the Court on a schedule that would do so.

Dated: December 12, 2025

Anwen Hughes (*pro hac vice*)
Inyoung Hwang (*pro hac vice*)
**HUMAN RIGHTS FIRST**
75 Broad St., 31st Fl.
New York, NY 10004
Telephone: (212) 845-5244
HughesA@humanrightsfirst.org
hwangs@humanrightsfirst.org

John A. Freedman (BBO#629778)
Laura Shores (*pro hac vice*)
Katie Weng (*pro hac vice* pending)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5316
john.freedman@arnoldporter.com
laura.shores@arnoldporter.com

H. Tiffany Jang (BBO#691380)
**ARNOLD & PORTER KAYE SCHOLER LLP**
200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com

Daniel B. Asimow (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3142
daniel.asimow@arnoldporter.com

Respectfully submitted,

*/s/ Brandon Galli-Graves*
Brandon Galli-Graves (*pro hac vice*)
Esther H. Sung (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Hillary Li (*pro hac vice*)
Laura Flores-Perilla (*pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
brandon.galli-graves@justiceactioncenter.org
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org

Justin B. Cox (*pro hac vice*)
**LAW OFFICE OF JUSTIN B. COX**
*JAC Cooperating Attorney*
PO Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org

*Attorneys for Plaintiffs*

Robert Stout (*pro hac vice*)
Sarah Elnahal (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
rob.stout@arnoldporter.com
sarah.elnahal@arnoldporter.com

## CERTIFICATE OF SERVICE

I, Brandon Galli-Graves, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 12, 2025

                                        */s/ Brandon Galli-Graves*
                                        Brandon Galli-Graves