UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, *et al.*,<br><br>                              Plaintiffs,<br><br>– *versus* –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>                              Defendants. | Civil Action No.: 1:25-cv-10495-IT |

**PLAINTIFFS' NOTICE REGARDING UPCOMING FILINGS REGARDING THE TERMINATION OF FAMILY REUNIFICATION PAROLE AND SUSPENSION OF ADJUDICATION OF IMMIGRATION BENEFITS**

Plaintiffs respectfully submit this notice to update the Court on Plaintiffs' progress regarding their intended filings addressing the mass termination of Family Reunification Parole ("FRP") and recently issued policy by the U.S. Citizenship and Immigration Services ("USCIS") suspending processing of immigration benefits and applications since their prior notice (Doc. No. 210).

Plaintiffs plan to file the following on Monday, December 29, 2025: 1) a motion for leave to file a third amended complaint to add allegations, claims, and plaintiffs challenging the December 15, 2025 Federal Register Notice announcing the termination of current grants of FRP[1] and a recently issued USCIS policy[2] as described in Plaintiffs' previous notice to the Court (Doc. No. 210); 2) a supplemental motion for leave to proceed pseudonymously for newly-added plaintiffs; 3) a supplemental motion to certify a class of FRP parolees affected by the Notice; and

---

[1] *Termination of Family Reunification Parole Processes for Colombians, Cubans, Ecuadorians, Guatemalans, Haitians, Hondurans, and Salvadorans*, 90 Fed. Reg. 58032 (Dec. 15, 2025), https://www.govinfo.gov/content/pkg/FR-2025-12-15/pdf/2025-22744.pdf.

[2] USCIS, Policy Memorandum, 1 (Dec. 2, 2025), https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf.

4) an emergency motion for preliminary relief asking the court to preliminarily enjoin or stay the FRP Federal Register Notice as it applies to FRP beneficiaries in the United States. In the emergency motion for preliminary relief, Plaintiffs will respectfully request that the Court rule before January 14, 2026, when the FRP Federal Register Notice will prematurely truncate the parole grants of thousands of FRP beneficiaries, subjecting them to the threat of removal.

In accordance with Local Rule 7.1(a)(2), on December 23, 2025, Plaintiffs' counsel emailed Defendants' counsel regarding their intent to file the aforementioned motions on December 29. In this correspondence, Defendants requested until noon EST on Monday, December 29 to provide Plaintiffs with their position on Plaintiffs' motions, particularly Plaintiffs' motion for leave to file the third amended complaint. As Defendants did not oppose Plaintiffs' filing of the Second Amended Complaint, Doc. No. 59, Plaintiffs agreed to give Defendants' counsel this time over the holidays to confer with their clients with the hope that the forthcoming briefing can focus solely on the exigencies that Plaintiffs and others who are similarly situated are facing. Thus, Plaintiffs intend to file the above-mentioned motions after 12 pm EST on December 29.

Plaintiffs also provided Defendants this time to allow the parties to work out a briefing schedule on Plaintiffs' forthcoming emergency motion for preliminary relief, which will seek a temporary restraining order, preliminary injunction, and/or stay of the FRP Federal Register Notice to the extent it applies to the approximately 15,000 FRP beneficiaries currently inside the United States. Absent this emergency relief, the Department of Homeland Security will consider these individuals unlawfully present on January 14, 2026, and they will be vulnerable to removal.

Plaintiffs will update the Court on Monday, December 29, 2025, regarding whether the parties are able to agree to a proposed briefing schedule of the above-mentioned emergency motion.

Dated: December 24, 2025

John A. Freedman (BBO#629778)
Laura Shores (*pro hac vice*)
Katie Weng (*pro hac vice* pending)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5316
john.freedman@arnoldporter.com
laura.shores@arnoldporter.com
katie.weng@arnoldporter.com

H. Tiffany Jang (BBO#691380)
**ARNOLD & PORTER KAYE SCHOLER LLP**
200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com

Daniel B. Asimow (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3142
daniel.asimow@arnoldporter.com

Robert Stout (*pro hac vice*)
Sarah Elnahal (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
rob.stout@arnoldporter.com
sarah.elnahal@arnoldporter.com

Respectfully submitted,

*/s/ Laura Flores-Perilla*
Laura Flores-Perilla (*pro hac vice*)
Esther H. Sung (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Hillary Li (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
laura.flores-perilla@justiceactioncenter.org
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org

Anwen Hughes (*pro hac vice*)
Inyoung Hwang (*pro hac vice*)
**HUMAN RIGHTS FIRST**
75 Broad St., 31st Fl.
New York, NY 10004
Telephone: (212) 845-5244
HughesA@humanrightsfirst.org
hwangs@humanrightsfirst.org

Justin B. Cox (*pro hac vice*)
**LAW OFFICE OF JUSTIN B. COX**
*JAC Cooperating Attorney*
PO Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Laura Flores-Perilla, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 24, 2025

*/s/ Laura Flores-Perilla*
Laura Flores-Perilla
