IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>Defendants. | Civil Action No.: 1:25-cv-10495-IT |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs respectfully move this Court for leave to file a third amended complaint. Plaintiffs seek to add parties, allegations, and claims addressing Defendants' most recent agency actions which 1) suspend the adjudication of asylum applications and the processing of benefits requests for nationals of certain designated countries (including those from which class members hail), and 2) terminate family reunification parole processes for nationals of seven countries (Colombia, Cuba, Ecuador, El Salvador, Guatemala, Haiti, and Honduras).[1]

On December 2, 2025, U.S. Citizenship and Immigration Services ("USCIS") issued a policy memorandum calling for an immediate hold on the processing of all asylum applications and the processing of benefit requests as to individuals born in or a national of one of 19 countries identified in a presidential proclamation executed on June 4, 2025 - Presidential Proclamation 10949. *See* USCIS, Policy Memorandum: "Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk

---

[1] Plaintiffs also wish to substitute certain individual defendants named in their official capacity with other personnel given staffing changes at the relevant agencies. *See* Fed. R. Civ. P. 25(d).

Countries", PM-602-0192 (Dec. 2, 2025) ("Dec. 2 USCIS Memo"). The new agency directive imposes an indefinite hold on the processing of applications and calls for a "comprehensive re-review of [already] approved benefit requests". *Id*.

On December 15, 2025, the Department of Homeland Security ("DHS") published a Federal Register Notice calling for the termination of family reunification parole processes and, effective January 14, 2026, prematurely terminates valid grants of parole issued under nine family reunification parole processes to nationals of Colombia, Cuba, Ecuador, El Salvador, Guatemala, Haiti, and Honduras and their immediate family members. *See* Termination of Family Reunification Parole Processes for Colombians, Cubans, Ecuadorians, Guatemalans, Haitians, Hondurans, and Salvadorans, 90 Fed. Reg. 58032 (Dec. 15, 2025) ("FRP FRN"). It likewise revokes work authorizations issued to these parolees. *Id*. The FRP FRN makes clear that DHS "intends to promptly remove" individuals who entered the country under any of the family reunification parole processes and "who stay in the United States beyond their parole termination date with no lawful basis to remain . . . ." *Id*. at 58043.

For the reasons stated in this Motion, the Memorandum of Law in Support of Plaintiffs' Motion for Leave to File a Third Amended Complaint, the proposed Third Amended Complaint filed as **Exhibit A**, and other evidence and arguments that may be submitted on this Motion, Plaintiffs respectfully request that the Court grant leave to amend the Second Amended Complaint (Doc. No. 68) so that Plaintiffs may address the Dec. 2 USCIS Memo and the FRP FRN.

Dated: December 29, 2025                    Respectfully submitted,

/s/ Esther H. Sung
Esther H. Sung (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Hillary Li (*pro hac vice*)
Laura Flores-Perilla (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org

Inyoung Hwang (*pro hac vice*)
Anwen Hughes (*pro hac vice*)
**HUMAN RIGHTS FIRST**
121 W 36th Street
PMB 520
New York, NY 10018
Telephone: (212) 845-5200
HughesA@humanrightsfirst.org
HwangS@humanrightsfirst.org

John A. Freedman (BBO#629778)
Laura Shores (*pro hac vice*)
Katie Weng (*pro hac vice* pending)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5316
john.freedman@arnoldporter.com
laura.shores@arnoldporter.com
katie.weng@arnoldporter.com

H. Tiffany Jang (BBO#691380)
**ARNOLD & PORTER KAYE SCHOLER LLP**
200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com

Daniel B. Asimow (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3142
daniel.asimow@arnoldporter.com

Robert Stout (*pro hac vice*)
Sarah Elnahal (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
rob.stout@arnoldporter.com
sarah.elnahal@arnoldporter.com


Justin B. Cox (*pro hac vice*)
**LAW OFFICE OF JUSTIN B. COX**
*JAC Cooperating Attorney*
PO Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org

*Counsel for Plaintiffs*

## CERTIFICATION PURSUANT TO LOCAL RULES 7.1(A)(2) and 26.2(C)

Plaintiffs, through their counsel, conferred with Defendants' counsel pursuant to Local Rule 7.1(a)(2), and Defendants' counsel provided written confirmation that they oppose Plaintiffs' motion to file a Third Amended Complaint.

Dated: December 29, 2025

*/s/ Esther H. Sung*
Esther H. Sung

## CERTIFICATE OF SERVICE

I, Esther H. Sung, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 29, 2025

*/s/ Esther H. Sung*
Esther H. Sung