IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>Defendants. | Civil Action No.: 1:25-cv-10495-IT |

**PLAINTIFFS' THIRD SUPPLEMENTAL MOTION
TO PROCEED UNDER PSEUDONYM**

Pursuant to Federal Rule of Civil Procedure 5.2(e), Plaintiffs David Doe, Francisca Doe, John Doe, Jose Doe, and Luciana Doe (collectively, the "new Doe Plaintiffs") respectfully move the Court for a supplement to the March 3, 2025, March 21, 2025, and March 27, 2025 Orders (Doc. Nos. 8, 43, 69) permitting certain plaintiffs to proceed in this litigation using pseudonyms to protect their identities from public disclosure.

As with the prior orders, the new Doe Plaintiffs request that they be permitted to maintain the confidentiality of their identities by using only pseudonyms and redacting other identifying information in their filings, including all exhibits in which their names appear. The new Doe Plaintiffs are willing to disclose their identities to the Court pursuant to the parties' stipulated protective order as granted by the Court. *See* Doc. No. 57.

On December 15, 2025, Defendants published a Federal Register Notice terminating the Family Reunification Parole processes for nationals of Colombia, Cuba, Ecuador, El Salvador, Guatemala, Haiti, and Honduras (the "FRP" parole processes), stating that all existing grants of FRP parole will terminate 30 days later, on January 14, 2026, unless an FRP parolee has filed an

adjustment of status application (Form I-485) by December 15, 2025, the date of publication. *Termination of Family Reunification Parole Processes for Colombians, Cubans, Ecuadorians, Guatemalans, Haitians, Hondurans, and Salvadorans*, 90 Fed. Reg. 58032 (Dec. 15, 2025). Of course, many FRP parolees are not yet eligible to file for adjustment of status as their priority dates are not yet current. As explained in the Memorandum of Law in Support of Plaintiffs' Third Supplemental Motion to Proceed Under Pseudonym, filed herewith, the new Doe Plaintiffs are beneficiaries of these processes. Accordingly, the new Doe Plaintiffs reasonably fear that compelled disclosure of their identities could cause them or their family members unusually severe harm, including retaliation by Defendants through apprehension and deportation from the country or impact on their future adjustment of status applications; family separation due to retaliation; and violence and harm in their home countries. The new Doe Plaintiffs therefore respectfully request that the court permit them to proceed in this litigation under pseudonyms.

The new Doe Plaintiffs' motion is based upon this Motion, the Memorandum of Law in Support of Plaintiffs' Third Supplemental Motion to Proceed Under Pseudonym filed herewith, the supporting Declarations of David Doe, Francisca Doe, John Doe, Jose Doe, and Luciana Doe, filed herewith, the Third Amended Complaint, Doc. No. 212-1, such other evidence and argument as may be submitted on this Motion, and such other matters of which the Court may take judicial notice.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and enter an Order:

1. Granting the new Doe Plaintiffs leave to proceed in this matter under pseudonyms;
2. Requiring all parties to submit pleadings, briefing, and evidence either (a) using the new Doe Plaintiffs' pseudonyms instead of their real names and other personally identifying

information, or (b) by redacting the new Doe Plaintiffs' names and other personally identifying information; and

3. Requiring that the new Doe Plaintiffs be subject to the same terms and conditions as set forth in the stipulated protective order (Doc. No. 57).

A proposed order is attached hereto.

Dated: December 29, 2025                                                Respectfully submitted,

/s/ Hillary Li

| | |
|---|---|
| John A. Freedman (BBO#629778) | Hillary Li (*pro hac vice*) |
| Laura Shores (*pro hac vice*) | Esther H. Sung (*pro hac vice*) |
| Katie Weng (*pro hac vice* pending) | Karen C. Tumlin (*pro hac vice*) |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | Laura Flores-Perilla (*pro hac vice*) |
| 601 Massachusetts Ave, NW | Brandon Galli-Graves (*pro hac vice*) |
| Washington, D.C. 20001-3743 | **JUSTICE ACTION CENTER** |
| Telephone: (202) 942-5316 | P.O. Box 27280 |
| john.freedman@arnoldporter.com | Los Angeles, CA 90027 |
| laura.shores@arnoldporter.com | Telephone: (323) 450-7272 |
| katie.weng@arnoldporter.com | hillary.li@justiceactioncenter.org |
| | esther.sung@justiceactioncenter.org |
| Anwen Hughes (*pro hac vice*) | karen.tumlin@justiceactioncenter.org |
| **HUMAN RIGHTS FIRST** | laura.flores-perilla@justiceactioncenter.org |
| 75 Broad St., 31st Fl. | brandon.galli-graves@justiceactioncenter.org |
| New York, NY 10004 | |
| Telephone: (212) 845-5244 | H. Tiffany Jang (BBO#691380) |
| HughesA@humanrightsfirst.org | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | 200 Clarendon Street, Fl. 53 |
| Justin B. Cox (*pro hac vice*) | Boston, MA 02116 |
| **LAW OFFICE OF JUSTIN B. COX** | Telephone: (617) 351-8053 |
| *JAC Cooperating Attorney* | tiffany.jang@arnoldporter.com |
| PO Box 1106 | |
| Hood River, OR 97031 | Daniel B. Asimow (*pro hac vice*) |
| (541) 716-1818 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| justin@jcoxconsulting.org | Three Embarcadero Center |
| | 10th Floor |
| | San Francisco, CA 94111-4024 |
| | Telephone: (415) 471-3142 |
| | daniel.asimow@arnoldporter.com |

        Robert Stout (*pro hac vice*)
        Sarah Elnahal (*pro hac vice*)
        **ARNOLD & PORTER KAYE SCHOLER LLP**
        250 West 55th Street
        New York, NY 10019-9710
        Telephone: (212) 836-8000
        robert.stout@arnoldporter.com
        sarah.elnahal@arnoldporter.com

        *Attorneys for Plaintiffs*

## CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)

The Plaintiffs, through their counsel, conferred with the Defendants' counsel pursuant to Local Rule 7.1(a)(2), and counsel for the Defendants indicated that they would oppose this motion.

Dated: December 29, 2025

                                              */s/ Hillary Li*
                                              Hillary Li

## CERTIFICATE OF SERVICE

I, Hillary Li, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 29, 2025

                                              */s/ Hillary Li*
                                              Hillary Li