UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>– *versus* –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>　　　　　　　　Defendants. | Civil Action No.: 1:25-cv-10495-IT |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' THIRD SUPPLEMENTAL MOTION TO PROCEED UNDER PSEUDONYM**

| Doc. No. | Description |
|---|---|
| 214-1 | *Termination of Family Reunification Parole Processes for Colombians, Cubans, Ecuadorians, Guatemalans, Haitians, Hondurans, and Salvadorans*, 90 Fed. Reg. 102652 (Dec. 15, 2025) |
| 214-2 | Decl. of David Doe (FRP parolee) |
| 214-3 | Decl. of Francisca Doe (FRP parolee) |
| 214-4 | Decl. of John Doe (FRP parolee) |
| 214-5 | Decl. of Jose Doe (FRP parolee) |
| 214-6 | Decl. of Luciana Doe (FRP parolee) |