UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SVITLANA DOE, et al.,

    Plaintiffs,

v.    Case No. 1:25-cv-10495-IT

KRISTI NOEM, in her official capacity
as Secretary of Homeland Security;
et. al,

    Defendants.

## DEFENDANTS' NOTICE OF INTENT TO FILE OPPOSITION TO MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

Plaintiffs have filed a Motion for Leave to File a Third Amended Complaint (Doc. No. 212). As Plaintiffs noted, Defendants oppose the motion. As Defendants' counsel advised Plaintiffs by email, Defendants intend to file their opposition to the Motion for Leave to File a Third Amended Complaint by 6:00 p.m. Wednesday, December 31, 2025.

Date: December 29, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

/s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS

1

*Senior Litigation Counsel*
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-8259
katherine.j.shinners@usdoj.gov

ELISSA P. FUDIM
*Trial Attorney*

*Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 29, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

                                       */s/ Katherine J. Shinners*
                                       Katherine J. Shinners
                                       Senior Litigation Counsel
                                       United States Department of Justice
                                       Civil Division