UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, *et al.*, <br><br> Plaintiffs, <br><br> – *versus* – <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | **Civil Action No.: 1:25-cv-10495-IT** |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND STAY OF DHS'S *EN MASSE* TRUNCATION OF ALL VALID GRANTS OF FAMILY REUNIFICATION PAROLE (Doc. No. 216)**

| Description | Doc. No. |
|---|---|
| *Termination of Family Reunification Parole Processes for Colombians, Cubans, Ecuadorians, Guatemalans, Haitians, Hondurans, and Salvadorans*, 90 Fed. Reg. 58032 (Dec. 15, 2025) | 216-1 |
| *Agency Information Collection Activities; Revision of a Currently Approved Collection: Application for Travel Document. Removal of Instructions Regarding the Haitian Family Reunification Program and Filipino World War II Veteran Parole Program*, 85 Fed. Reg. 84362 (Dec. 28, 2020) | 216-2 |
| Declaration of Plaintiff David Doe (FRP parolee) | 214-2 |
| Declaration of Plaintiff Francisca Doe (FRP parolee) | 214-3 |
| Declaration of Plaintiff John Doe (FRP parolee) | 214-4 |
| Declaration of Plaintiff Jose Doe (FRP parolee) | 214-5 |
| Declaration of Plaintiff Luciana Doe (FRP parolee) | 214-6 |
| Declaration of Plaintiff Valentin Rosales Tabares (FRP sponsor) | 24-12 |

| | |
|---|---|
| *Implementation of a Family Reunification Parole Process for Colombians*, 88 Fed. Reg. 43591 (July 10, 2023) | 24-26 |
| *Implementation of a Family Reunification Parole Process for Ecuadorians*, 88 Fed. Reg. 78762 (Nov. 16, 2023) | 24-27 |
| *Implementation of a Family Reunification Parole Process for Guatemalans*, 88 Fed. Reg. 43581 (July 10, 2023) | 24-28 |
| *Implementation of a Family Reunification Parole Process for Hondurans*, 88 Fed. Reg. 43601 (July 10, 2023) | 24-29 |
| *Implementation of a Family Reunification Parole Process for Salvadorans*, 88 Fed. Reg. 43611 (July 10, 2023) | 24-30 |
| *Implementation of Changes to the Haitian Family Reunification Parole Process*, 88 Fed. Reg. 54635 (Aug. 11, 2023) | 24-31 |
| *Implementation of Changes to the Cuban Family Reunification Parole Process*, 88 Fed. Reg. 54639 (Aug. 11, 2023) | 24-32 |
| *Implementation of Haitian Family Reunification Parole Program*, 79 Fed. Reg. 75581 (Dec. 18, 2014) | 24-33 |
| *Cuban Family Reunification Parole Program*, 72 Fed. Reg. 65588 (Nov. 21, 2007) | 24-34 |
| *Termination of the Cuba, Haiti, Nicaragua, and Venezuela Parole Processes*, 90 Fed. Reg. 13611 (Mar. 15, 2025) | 71-1 |