IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.<br><br>*Plaintiffs*,<br><br>– v. –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.<br><br>*Defendants*. | Civil Action No.: 1:25-cv-10495-IT |

**PLAINTIFFS' MOTION TO MODIFY CLASS DEFINITION**

Pursuant to Fed. R. Civ. P. 23(c)(1)(C), Plaintiffs respectfully move for an order modifying the Early Revocation Parolee Subclass to include individuals who have received parole through humanitarian parole processes subject to the December 15 Federal Register Notice "Termination of Family Reunification Parole Processes for Colombians, Cubans, Ecuadorians, Guatemalans, Haitians, Hondurans, and Salvadorans," 90 Fed. Reg. 58032 (Dec. 15, 2025), rescinding individual grants of parole on a categorical and *en masse* basis, and move to add John Doe, David Doe, Jose Doe, Francisca Doe, and Luciana Doe as class representatives. Defendants oppose this motion.

On December 15, 2025, the Department of Homeland Security ("DHS") published a Federal Register Notice entitled "Termination of Family Reunification Parole Processes for Colombians, Cubans, Ecuadorians, Guatemalans, Haitians, Hondurans, and Salvadorans" (the "FRP FRN"). The FRP FRN prematurely recinds valid grants of parole and revokes work authorization issued to nationals of Colombia, Cuba, Ecuador, Guatemala, Haiti, Honduras, and El Salvador (as well as their immediate family members) under their respective family reunification parole processes. The proposed additional class members and representatives are individuals with grants of parole subject to the FRP FRN.

As set forth in the accompanying Memorandum of Law, modification of the class as requested is appropriate because the proposed modified class meets the requirements for certification under Fed R. Civ. P. 23. Accordingly, Plaintiffs respectfully request that the Court GRANT this motion and modify the Early Revocation Parolee Subclass to include individuals with grants of parole subject to the FRP FRN, and to add John Doe, David Doe, Jose Doe, Francisca Doe, and Luciana Doe as class representatives.

Dated: December 29, 2025

Respectfully submitted,

*/s/ John A. Freedman*
John A. Freedman (BBO#629778)
Laura Shores (*pro hac vice*)
Katie Weng (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5316
john.freedman@arnoldporter.com
laura.shores@arnoldporter.com
katie.weng@arnoldporter.com

H. Tiffany Jang (BBO#691380)
**ARNOLD & PORTER KAYE SCHOLER LLP**
200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com

Daniel B. Asimow (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3142
daniel.asimow@arnoldporter.com

Robert Stout (*pro hac vice*)
Sarah Elnahal (*pro hac vice*)
Javier Ortega Alvarez (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**

250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
rob.stout@arnoldporter.com
sarah.elnahal@arnoldporter.com

Inyoung Hwang (*pro hac vice*)
Anwen Hughes (*pro hac vice*)
**Human Rights First**
121 W 36th Street
PMB 520
New York, NY 10018
Telephone: (212) 845-5200
HughesA@humanrightsfirst.org
HwangS@humanrightsfirst.org

Esther H. Sung (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Hillary Li (*pro hac vice*)
Laura Flores-Perilla (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org

Justin B. Cox (*pro hac vice*)
**LAW OFFICE OF JUSTIN B. COX**
*JAC Cooperating Attorney*
PO Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org

*Counsel for Plaintiffs*

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Plaintiffs, through their counsel, conferred with Defendants' counsel pursuant to Local Rule 7.1(a)(2), and Defendants' counsel provided written confirmation that they oppose this motion.

Dated: December 29, 2025

                                                */s/ John A. Freedman*
                                                John A. Freedman

## CERTIFICATE OF SERVICE

I, John A. Freedman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 29, 2025

                                            */s/ John A. Freedman*
                                            John A. Freedman