IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.<br><br>*Plaintiffs*,<br><br>– v. –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.<br><br>*Defendants*. | Civil Action No.: 1:25-cv-10495-IT |

## [PROPOSED] ORDER

Upon consideration of the Plaintiffs' Motion to Modify Class Definition, the motion is GRANTED and it is hereby ordered that, pending further order:

1. The Court amends its prior Amended Order Granting Class Certification [Doc. No. 108] to modify the Early Revocation Parolee Subclass, and accordingly certifies a class of:

   All individuals who have received a grant of parole that is subject to the *Termination of Parole Processes for Cubans, Haitians, Nicaraguans, and Venezuelans*, 90 Fed. Reg. 13611 (Mar. 25, 2025), or subject to the *Termination of Family Reunification Parole Processes for Colombians, Cubans, Ecuadorians, Guatemalans, Haitians, Hondurans, and Salvadorans*, 90 Fed. Reg. 58032 (Dec. 15, 2025), rescinding individual grants of parole on a categorical and en masse basis;

   All individuals who have received humanitarian parole through already established humanitarian parole processes that provide for re-parole, such as the U4U, OAW, FRP, MPIP, and CAM parole processes, with any pending applications for re-parole;

   All individuals who have received humanitarian parole through already established humanitarian parole processes and have a pending application for any additional immigration benefit (besides re-parole); and

   All individuals who have a pending application to support any family member for initial parole through the Military Parole in Place program;

      except: (1) those individuals who, or whose family member, voluntarily left, and remain outside, the United States prior to the issuance of the relevant Agency action; and (2) those individuals who choose to opt out of the class in order to seek relief in separate litigation.

2. John Doe, David Doe, Jose Doe, Francisca Doe, and Luciana Doe are appointed as additional Class Representatives. Attorneys of record John A. Freedman, Laura S. Shores, Katie Weng, H. Tiffany Jang, Daniel B. Asimow, Robert Stout, Sarah Elnahal, and Javier Ortega Alvarez of Arnold & Porter; Esther H. Sung, Karen C. Tumlin, Hillary Li, Laura Flores-Perilla, and Brandon Galli-Graves of Justice Action Center; Anwen Hughes and Inyoung Hwang of Human Rights First; and Justin B. Cox of Law Office of Justin B. Cox satisfy the requirements for serving as class counsel under Rule 23(g), and are hereby appointed class counsel for the modified certified class.

**SO ORDERED.**

                                                                                    The Honorable Judge Indira Talwani

Dated:_____