IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>　　　　　　　　　Defendants. | Civil Action No.: 1:25-cv-10495-IT |

**PLAINTIFFS' MOTION TO EXPEDITE BRIEFING**

Plaintiffs respectfully move this Court to expedite briefing on four motions that Plaintiffs filed today:

1) Plaintiffs' Motion for Leave to File a Third Amended Complaint (Doc. No. 212).

2) Plaintiffs' Third Supplemental Motion to Proceed Under Pseudonym (Doc. No. 214).

3) Emergency Motion for a Temporary Restraining Order, Preliminary Injunction, and/or Stay of *En Masse* Truncation of Family Reunification Parole (Doc. No. 216).

4) Plaintiffs' Motion to Modify Class Definition (Doc. No. 219).

Expedited briefing is necessary to enable the Court to rule on Plaintiffs' Emergency Motion before January 14, 2026, when an estimated 10,000 to 12,000 individuals who were paroled into the United States through established Family Reunification Parole ("FRP") processes, more than a quarter of whom are children, will lose their legal status pursuant to Secretary Noem's unlawful actions.

Each of the FRP parolees whose parole will prematurely end on January 14, 2026 is the beneficiary of an approved I-130 family-based visa petition and a future lawful permanent resident ("LPR") and U.S. citizen. Due to visa backlogs, DHS created the FRP parole processes to permit

I-130 beneficiaries to reunite with their family here in the United States while waiting the last few years for their visa to become available, at which point they will be eligible to adjust status to LPR. Notably, access to the FRP processes was by invitation only: each sponsor was personally invited to apply to FRP by the federal government.

Secretary Noem now seeks to prematurely terminate virtually all existing grants of FRP parole and work authorization and render nearly all FRP parolees subject to apprehension and removal (in addition to ending the FRP processes prospectively). On December 15, 2025, the Department of Homeland Security published a Federal Register Notice terminating the nine family reunification parole processes established for seven Latin American countries (Colombia, Cuba, Ecuador, El Salvador, Guatemala, Haiti, and Honduras), which had been suspended since January 2025. *Termination of Family Reunification Parole Processes for Colombians, Cubans, Ecuadorians, Guatemalans, Haitians, Hondurans, and Salvadorans*, 90 Fed. Reg. 58032 (Dec. 15, 2025) (the "FRP FRN"). The same Notice announced that existing grants of FRP parole will terminate on January 14, 2026, if they had not expired already, unless Secretary Noem "determines otherwise on a case-by-case basis," or unless an FRP parolee has an adjustment of status application (Form I-485) filed "before December 15, 2025 that is still pending adjudication as of January 14, 2026" (in which case, the parolee will retain their original parole expiration date until it expires or their adjustment of status application is adjudicated, whichever is sooner). *Id.* at 58032-33. Because the beneficiary of an approved I-130 family-based visa application may not file a Form I-485 to adjust status until their "priority date" is current (meaning that a visa is available for them), the vast majority of FRP parolees were not eligible to file for adjustment of status before December 15, 2025, and their parole will terminate on January 14, 2026. The FRP FRN makes clear that DHS "intends to promptly remove" individuals who entered the country

under any of the Family Reunification Parole processes and "who stay in the United States beyond their parole termination date with no lawful basis to remain[.]" *Id.* at 58043.

Without intervention from this Court, thousands of FRP parolees will lose their status on January 14, 2026. As Plaintiffs previously informed the Court, Doc. No. 211, Plaintiffs have now filed with the Court a motion for leave to file a Third Amended Complaint that adds new plaintiffs, whose grants of parole will be prematurely truncated on January 14, 2026 by the FRP FRN, and new allegations and claims regarding both the FRP FRN and a December 2 memorandum from USCIS that imposes an indefinite hold on the processing of immigration benefits applications of certain class members; a motion for the proposed new plaintiffs to proceed under pseudonym; a motion to modify the certified class to include a subclass of FRP parolees harmed by the FRP FRN; and a motion for emergency relief asking the Court to preliminarily enjoin or stay the FRP FRN as it applies to FRP parolees in the United States.

Plaintiffs were forced to take similar steps earlier this year when Defendants issued the March 25 Federal Register Notice that terminated the CHNV parole processes and prematurely truncated thousands of grants of CHNV parole, similarly with only thirty days' notice. In response to that agency action, Plaintiffs filed their Motion for Leave to to File Second Amended Complaint (Doc. No. 59) and proposed Second Amended Complaint (Doc. No. 59-1) on March 26, 2025. Per the Court's order (Doc. No. 58), Plaintiffs then filed a Second Supplemental Motion to Proceed Under Pseudonym (Doc. No. 64), an Emergency Motion for Preliminary Injunction and Stay of DHS's En Masse Truncation of All Valid Grants of CHNV Parole (Doc. No. 70), and a Supplemental Motion to Certify Class (Doc. No. 73) on March 27, 2025. Also per this Court's order (Doc. No. 58), Defendants filed their oppositions to Plaintiffs' Emergency Motion and Supplemental Motion to Certify Class on April 8, 2025.

Following efforts to meet and confer on the instant motions with Defendants, Defendants agreed to expedite briefing *only* on Plaintiffs' Motion for Leave to File a Third Amended Complaint and on the instant motion; Defendants state they will file their oppositions to these two motions on Wednesday, December 31, 2025. Defendants otherwise oppose expedited briefing on Plaintiffs' Third Supplemental Motion To Proceed Under Pseudonym, Motion to Modify Class Definition, and Emergency Motion for a Temporary Restraining Order, Preliminary Injunction, and/or Stay of *En Masse* Truncation of Family Reunification Parole. Defendants have not provided Plaintiffs a reason for opposing any of these motions; nor have Defendants given a reason for opposing expedited briefing on them.

For the reasons stated in this Motion and the other papers filed concurrently today, and other evidence and arguments that may be submitted on this Motion, Plaintiffs respectfully request that the Court grant this Motion and order expedited briefing that will enable the Court to rule on Plaintiffs' Emergency Motion as much before January 14, 2026 as possible.[1]

Dated: December 29, 2025

Respectfully submitted,

/s/ Esther H. Sung
Esther H. Sung (*pro hac vice*)

John A. Freedman (BBO#629778)
Laura Shores (*pro hac vice*)
Katie Weng (*pro hac vice* pending)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5316
john.freedman@arnoldporter.com
laura.shores@arnoldporter.com
katie.weng@arnoldporter.com

H. Tiffany Jang (BBO#691380)

Karen C. Tumlin (*pro hac vice*)
Hillary Li (*pro hac vice*)
Laura Flores-Perilla (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org

---

[1] In the alternative, the Court could grant Plaintiffs' request for a temporary restraining order to give Defendants more time to file their responses to Plaintiffs' motions relating to preliminary relief and class certification.

**ARNOLD & PORTER KAYE SCHOLER LLP**
200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com

Daniel B. Asimow (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3142
daniel.asimow@arnoldporter.com

Robert Stout (*pro hac vice*)
Sarah Elnahal (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
rob.stout@arnoldporter.com
sarah.elnahal@arnoldporter.com

brandon.galli-graves@justiceactioncenter.org

Inyoung Hwang (*pro hac vice*)
Anwen Hughes (*pro hac vice*)
**HUMAN RIGHTS FIRST**
121 W 36th Street
PMB 520
New York, NY 10018
Telephone: (212) 845-5200
HughesA@humanrightsfirst.org
HwangS@humanrightsfirst.org

Justin B. Cox (*pro hac vice*)
**LAW OFFICE OF JUSTIN B. COX**
*JAC Cooperating Attorney*
PO Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org

*Counsel for Plaintiffs*

## CERTIFICATION PURSUANT TO LOCAL RULES 7.1(A)(2) and 26.2(C)

Plaintiffs, through their counsel, conferred with Defendants' counsel pursuant to Local Rule 7.1(a)(2), and Defendants' counsel provided written confirmation that they oppose Plaintiffs' Motion to Expedite.

Dated: December 29, 2025

                                                    */s/ Esther H. Sung*
                                                    Esther H. Sung

## CERTIFICATE OF SERVICE

I, Esther H. Sung, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 29, 2025

                                                    */s/ Esther H. Sung*
                                                    Esther H. Sung