IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.<br><br>Plaintiffs,<br><br>– v. –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.<br><br>Defendants. | Civil Action No.: 1:25-cv-10495-IT |

### [PROPOSED] ORDER

Upon consideration of the Plaintiffs' Motion to Expedite Briefing, it is hereby ordered that the motion is GRANTED.

Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended (Doc. No. 212) Complaint is due December 31, 2025.

Defendants' Opposition to Plaintiffs' Third Supplemental Motion to Proceed Under Pseudonym (Doc. No. 214) is due _____.

Defendants' Opposition to Plaintiffs' Emergency Motion for a Temporary Restraining Order, Preliminary Injunction, and/or Stay of *En Masse* Truncation of Family Reunification Parole (Doc No. 216) is due _____.

Defendants' Opposition to Plaintiffs' Motion to Modify Class Definition (Doc. No. 219) is due _____.

**SO ORDERED.**

                                                                                              _____
                                                                                              The Honorable Judge Indira Talwani

Dated:_____