YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

ANTHONY P. NICASTRO
*Acting Director*

GLENN M. GIRDHARRY
*Acting Deputy Director*

CARA E. ALSTERBERG
*Acting Assistant Director*

KATHERINE J. SHINNERS
*Senior Litigation Counsel*

ELISSA P. FUDIM
DANIEL SCHUTRUM-BOWARD
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-6073
Email: Elissa.P.Fudim@usdoj.gov
*Trial Attorneys*

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Svitlana Doe, *et al.*, | Civil Action No. 1:25-cv-10495-IT |
| Plaintiffs, | |
| v. | |
| Kristi Noem, in her official capacity as Secretary of Homeland Security, *et al.*, | |
| Defendants. | |

## CONSENT MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF

Pursuant to Local Rule 7.1(b)(4), Defendants respectfully request the Court grant them leave to file an oversized memorandum of law, up to 25 pages, in opposition to Plaintiffs' Emergency Motion for a Temporary Restraining Order and/or Stay of the En Masse Truncation of All Existing Grants of Family Reunification Parole. *See* ECF Nos. 216, 218. Plaintiffs consent to the relief sought in this motion.

Local Rule 7.1(b)(4) authorizes the Court to grant leave to file a memorandum in excess of the 20-page limit set forth in the Rule. Defendants submit there is good cause for this request. Plaintiffs' Motion itself comprises approximately three pages of substantive argument, ECF No. 216, in addition to Plaintiffs' accompanying 20-page memorandum of law, ECF No. 218. Plaintiffs' memorandum of law also repeatedly refers to five substantive declarations—totaling 36 pages—that Plaintiffs filed in support of their supplemental motion to proceed under pseudonym. *See* ECF Nos. 218-1, 214-2, 214-3, 214-4, 214-5, 214-6. Defendants thus request an additional five pages, for a total of twenty-five pages, to comprehensively respond to the factual and legal assertions Plaintiffs make in support of their motion. The undersigned has conferred with Plaintiffs' counsel as to this request, and Plaintiffs consent to the relief sought herein.

WHEREFORE, Defendants respectfully request that this Court grant their Motion for Leave to File Excess Pages.

Dated: January 5, 2025                    Respectfully submitted,

                                                                   By: /s/ *Elissa Fudim*
                                                                   ELISSA FUDIM
                                                                   Trial Attorney
                                                                   U.S. Department of Justice
                                                                   Civil Division
                                                                   Office of Immigration Litigation

                                                                   *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2025, I electronically filed this motion with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                By: */s/ Elissa Fudim*
                    ELISSA FUDIM
                    Trial Attorney
                    U.S. Department of Justice
                    Civil Division
                    Office of Immigration Litigation

                    *Counsel for Defendants*