## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Svitlana Doe, *et al.*, | ) Civil Action No. 1:25-cv-10495-IT |
| Plaintiffs, | ) |
| v. | ) |
| Kristi Noem, in her official capacity as Secretary of Homeland Security, *et al.*, | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

For good cause, Defendants' Motion for Leave to File an Oversized Brief is **GRANTED**. Defendants may file a memorandum of law, of up to 25 pages, in opposition to Plaintiffs' Emergency Motion For a Temporary Restraining Order and/or Stay of the En Masse Truncation of All Existing Grants of Family Reunification Parole, Docs. No. 216, 218.

**SO ORDERED:**

Date: _____                                      _____
                                                        Hon. Indira Talwani
                                                        UNITED STATES DISTRICT JUDGE

1