AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| SVITLANA DOE, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-10495-IT |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al. ) | |
| *Defendant* | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
<u>all plaintiffs</u>.

Date:   1/6/2026

/s/ Javier Ortega Alvarez
*Attorney's signature*

Javier Ortega Alvarez  (NY#5710983)
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
*Address*

javier.ortega@arnoldporter.com
*E-mail address*

(212) 836-7119
*Telephone number*

*FAX number*

## **CERTIFICATE OF SERVICE**

      I, Katie Weng, hereby certify that this document was electronically filed with the Clerk of the Court for the District of Massachusetts by using the CM/ECF System, which will send notification of such filing on all registered CM/ECF users and electronic copies will be sent to those indicated as non-registered ECF participants on this 6th day of January, 2026.

Dated: January 6, 2026                        */s/ Katie Weng*
                                                              Katie Weng