AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| SVITLANA DOE, et al., <br> *Plaintiff* <br> v. <br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al. <br> *Defendant* | Case No. 1:25-cv-10495-IT |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Svitlana Doe; Maksym Doe; Maria Doe; Alejandro Doe; Armando Doe; Ana Doe; Carlos Doe; Omar Doe; Sandra Mcanany; Kyle Varner; Wilhen Pierre Victor; and Haitian Bridge Alliance

Date: 1/6/2026

/s/ Katie Weng
*Attorney's signature*

Katie Weng (DC#90008026)
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, DC 20001-3743
*Address*

katie.weng@arnoldporter.com
*E-mail address*

(202) 942-6769
*Telephone number*

*FAX number*

**CERTIFICATE OF SERVICE**

      I, Katie Weng, hereby certify that this document was electronically filed with the Clerk of the Court for the District of Massachusetts by using the CM/ECF System, which will send notification of such filing on all registered CM/ECF users and electronic copies will be sent to those indicated as non-registered ECF participants on this 6th day of January, 2026.

Dated: January 6, 2026                          */s/ Katie Weng*
                                                           Katie Weng