AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| Svitlana Doe, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-10495 |
| Kristi Noem, in her official capacity, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                                                                                    .

Date:        01/07/2025

*Attorney's signature*

Katie Rose Talley, TX Bar No. 24118216
*Printed name and bar number*

950 Pennsylvania Ave. NW
Washington, D.C. 20530

*Address*

katie.rose.talley@usdoj.gov
*E-mail address*

(202) 860-8404
*Telephone number*

*FAX number*