IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.<br><br>Plaintiffs,<br><br>– v. –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.<br><br>Defendants. | Civil Action No.: 1:25-cv-10495-IT |

## ~~[PROPOSED]~~ ORDER

Upon consideration of the Plaintiffs' Third Supplemental Motion to Proceed Under Pseudonym, it is hereby ordered that, pending further order:

1. The new Doe Plaintiffs are granted leave to proceed in this matter under pseudonyms;

2. All parties shall submit pleadings, briefing, and evidence either (a) using the new Doe Plaintiffs' pseudonyms instead of their real names and other personally identifying information, or (b) by redacting the new Doe Plaintiffs' names and other personally identifying information; and

3. The new Doe Plaintiffs are subject to the same terms and conditions as set forth in the stipulated protective order (Doc. No. 57).

**SO ORDERED.**

_____
The Honorable Judge Indira Talwani

Dated: 1/9/2026