UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al., | * Civil Action No. 1:25-cv-10495-IT |
| | * |
| Defendants. | * |
| | * |

ORDER MODIFYING CLASS DEFINITION AND
APPOINTING ADDITIONAL NAMED PLAINTIFFS

January 10, 2026

TALWANI, D.J.

The Amended Order Granting Class Certification [Doc. No. 108] is modified to add the following subclass:

> All individuals who have received a grant of parole that is subject to the *Termination of Family Reunification Parole Processes for Colombians, Cubans, Ecuadorians, Guatemalans, Haitians, Hondurans, and Salvadorans*, 90 Fed. Reg. 58032 (Dec. 15, 2025), rescinding individual grants of parole on a categorical and *en masse* basis.

The court appoints additional named Plaintiffs John Doe, David Doe, Jose Doe, Francisca Doe, and Luciana Doe, together with previously appointed named Plaintiffs Armando Doe, Ana Doe, Carlos Doe, Andrea Doe, Lucia Doe, Miguel Doe, Daniel Doe, Svitlana Doe, Maksym Doe, Maria Doe, Alexandra Doe, Teresa Doe, Adolfo Gonzales, Jr., Marim Doe, and Omar Doe as Class Representatives for the certified class, as modified.[1]

---

[1] The Doe Plaintiffs are proceeding here under pseudonyms pursuant to the parties' Stipulated Protective Order Concerning Confidential Doe PII [Doc. No. 57] and this court's Order [Doc.

2

Previously appointed counsel, see <u>Amended Order Granting Class Certification</u> [Doc. No. 108]; <u>Order for Certification of Additional Class Counsel</u> [Doc. No. 181], shall continue as class counsel for the certified class, as modified.

This order "may be altered or amended before final judgment." Fed. R. Civ. P. 23(c)(1)(C).

IT IS SO ORDERED.

January 10, 2026 /s/ Indira Talwani
United States District Judge

---

No. 240] granting Plaintiffs' <u>Third Supplemental Motion to Proceed Under Pseudonym</u> [Doc. No. 214].