# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

SVITLANA DOE, et al.,

    Plaintiffs,

v.                                                                      Case No. 1:25-cv-10495-IT

KRISTI NOEM, in her official capacity
as Secretary of Homeland Security;
et. al,

    Defendants.

## **DEFENDANTS' NOTICE OF FILING OF ADMINISTRATIVE RECORD**

In accordance with the deadlines set forth in the Court's Temporary Restraining Order entered January 10, 2026 (Doc. No. 243), Defendants are producing the attached Certified Administrative Record for the agency action at issue, *Termination of Family Reunification Parole Processes for Colombians, Cubans, Ecuadorians, Guatemalans, Haitians, Hondurans, and Salvadorans*, 90 Fed. Reg. 58032 (Dec. 15, 2025), by filing it on the docket.[1]

Date: January 13, 2026                    Respectfully submitted,

                                                        BRETT A. SHUMATE
                                                        *Assistant Attorney General*

---

[1] To the extent post-decisional facts regarding provision of individual notice are relevant to the pending Motion for Preliminary Injunction (Doc. No. 218), those facts will be provided along with Defendants' Opposition to that Motion.

DREW C. ENSIGN
*Deputy Assistant Attorney General*

 /s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
*Senior Litigation Counsel*
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-8259
katherine.j.shinners@usdoj.gov

ELISSA P. FUDIM
*Trial Attorney*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2026, I electronically filed the notice of filing and the administrative record with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

/s/ Katherine J. Shinners
Katherine J. Shinners
Senior Litigation Counsel
United States Department of Justice
Civil Division