# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

SVITLANA DOE, et al.,

    Plaintiffs,

v.                                             Case No. 1:25-cv-10495-IT

KRISTI NOEM, in her official capacity
as Secretary of Homeland Security;
et. al,

    Defendants.

## **DEFENDANTS' SUBMISSION OF DECLARATION**

Defendants submit the attached Declaration in Opposition to Plaintiffs' Motion for a Preliminary Injunction (Doc. No. 216).

Date: January 15, 2026                 Respectfully submitted,

                                                    BRETT A. SHUMATE
                                                    *Assistant Attorney General*

                                                    DREW C. ENSIGN
                                                    *Deputy Assistant Attorney General*

                                                    /s/ *Katherine J. Shinners*
                                                    KATHERINE J. SHINNERS
                                                    *Senior Litigation Counsel*
                                                    U.S. Department of Justice
                                                    Office of Immigration Litigation
                                                    District Court Section
                                                    P.O. Box 878, Ben Franklin Station
                                                    Washington, DC 20044
                                                    Tel.: (202) 598-8259

katherine.j.shinners@usdoj.gov

ELISSA P. FUDIM
*Trial Attorney*

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 15, 2026, I electronically filed this notice and Declaration with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

> */s/ Katherine J. Shinners*
> Katherine J. Shinners
> Senior Litigation Counsel
> United States Department of Justice
> Civil Division