BRETT A. SHUMATE
*Assistant Attorney General*
DREW C. ENSIGN
*Deputy Assistant Attorney General*
KATHERINE J. SHINNERS
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8259
Email: katherine.j.shinners@usdoj.gov
ELISSA FUDIM
DANIEL SCHUTRUM-BOWARD
*Trial Attorneys*

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) | Civil Action No. 1:25-cv-10495 |
| Svitlana Doe, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| **)** | |
| Kristi Noem, in her official capacity as ) | |
| Secretary of Homeland Security, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## MOTION TO CLARIFY ORDER REGARDING DEFENDANTS' DEADLINE TO RESPOND TO SUPPLEMENTAL PLEADING

Defendants respectfully request that the Court clarify its order granting leave for Plaintiffs to file a supplemental complaint (Doc. No. 238) by setting a deadline of January 30, 2026, for Defendants to respond to the new allegations in Plaintiffs' "Supplemented Second Amended Complaint" (Doc. No. 239). In support thereof, Defendants state as follows:

On January 9, 2026, the Court granted leave to Plaintiffs to file a supplemental complaint pursuant to Federal Rule of Civil Procedure 15(d). Doc. No. 238. The Court directed Plaintiffs to submit a supplement to the operative Second Amended Class Action Complaint that adds new allegations in separate paragraphs using the numerical-lettering format of [Existing Paragraph Number]A. *See id.* The Court contemplated that Defendants should respond to the supplemental allegations, stating that "Defendants' answer or other responsive pleading shall be directed to the new allegations." *Id.* However, the Court did not set a deadline for Defendants to answer or otherwise respond to the new allegations. Rule 15(d) also does not set a default deadline for responding to supplemental pleadings. *See* Fed. R. Civ. P. 15(d) ("The court may order that the opposing party plead to the supplemental pleading within a specified time.").

Defendants thus respectfully request that the Court clarify its order to set a deadline for Defendants to respond to the new allegations. Defendants submit that January 30, 2026, is an appropriate deadline, particularly because the new Supplemented Complaint is difficult to parse: it relists prior allegations; lettered paragraphs are not preceded by numbers as the Court instructed; and Plaintiffs changed some paragraph numbers such that they no longer match the paragraph numbers in the original Second Amended Complaint.[1] Further, it is difficult to discern which prior allegations and claims now should be understood to be asserted by the newly-named Plaintiffs.

Defendants have conferred with counsel for Plaintiffs, who stated that Plaintiffs intend to file a response to this motion. *See* Certificate Under Local Rule 7.1(a)(2), *infra*.

---

[1] Beginning at Paragraph 308, the paragraph numbering no longer corresponds to the numbering in the Second Amended Complaint.

WHEREFORE, Defendants respectfully request that this Court set January 30, 2026, as the deadline for Defendants to respond to the new allegations in the "Supplemented Second Amended Complaint" (Doc. No. 239).

Dated:  January 22, 2026                    Respectfully submitted


                                            /s/ Katherine Shinners
                                            KATHERINE J. SHINNERS
                                            *Senior Litigation Counsel*
                                            U.S. Department of Justice, Civil Division
                                            Office of Immigration Litigation-GLA
                                            P.O. Box 878, Ben Franklin Station
                                            Washington, DC 20044

                                            *Attorney for Defendants*

## <u>CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)</u>

Defendants conferred with Plaintiffs' counsel about the relief requested in this motion by email on January 22, 2026. Plaintiffs declined to state whether Defendants' proposed date for filing their response to the supplemental allegations was acceptable. When asked for their position, Plaintiffs stated that they will file a response to this Motion.

By: */s/ Katherine J. Shinners*
    KATHERINE J. SHINNERS
    United States Department of Justice

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 22, 2026, I electronically filed this motion with the Clerk of the Court for the United States District Court for the District of Massachusetts by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Katherine J. Shinners*
    KATHERINE J. SHINNERS
    United States Department of Justice