UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Svitlana Doe, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Kristi Noem, in her official capacity as ) <br> Secretary of Homeland Security, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:25-cv-10495 <br><br><br><br> **[PROPOSED] ORDER** |

Defendants' motion to clarify the Court's prior order regarding their deadline to respond to Plaintiffs' supplemental allegations is GRANTED. Defendants shall answer or otherwise respond to the new allegations in the "Supplemented Second Amended Complaint" (Doc. No. 239) on or before January 30, 2026.

SO ORDERED:


Dated: _____                    _____
                                          Hon. Indira Talwani
                                          UNITED STATES DISTRICT JUDGE