| | |
|---|---|
| **From:** | justin@jcoxconsulting.org |
| **To:** | "Shinners, Katherine J. (CIV)" |
| **Cc:** | "Hillary Li"; "Esther Sung"; "Hughes Anwen"; "Tiffany Jang"; "Sarah Hwang"; "Karen Tumlin"; "John A. Freedman"; "Laura Flores-Perilla"; "Fudim, Elissa P. (CIV)"; "Schutrum-Boward, Daniel R. (CIV)" |
| **Subject:** | RE: [EXTERNAL] Re: Svitlana Doe v. Noem (D. Mass. No. 1:25-cv-10495) - Motion for Clarification of Deadline to Respond to Supplemental Allegations |
| **Date:** | Thursday, January 22, 2026 3:12:01 PM |

We will review your motion and provide our position in writing.

**From:** Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>
**Sent:** Thursday, January 22, 2026 3:04 PM
**To:** Justin Cox <justin@jcoxconsulting.org>
**Cc:** Hillary Li <Hillary.Li@justiceactioncenter.org>; Esther Sung <Esther.Sung@justiceactioncenter.org>; Hughes Anwen <HughesA@humanrightsfirst.org>; Tiffany Jang <Tiffany.Jang@arnoldporter.com>; Sarah Hwang <hwangs@humanrightsfirst.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; John A. Freedman <John.Freedman@arnoldporter.com>; Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>; Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>
**Subject:** RE: [EXTERNAL] Re: Svitlana Doe v. Noem (D. Mass. No. 1:25-cv-10495) - Motion for Clarification of Deadline to Respond to Supplemental Allegations

But I'm not sure I understand – what's your position on when our response to the supplemental allegations should be due?

Katie

**Katherine Shinners**
**Senior Litigation Counsel**
Tel: 202-598-8259 | Fax: 202-305-7000 | katherine.j.shinners@usdoj.gov

**From:** Justin Cox <justin@jcoxconsulting.org>
**Sent:** Thursday, January 22, 2026 6:02 PM
**To:** Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>
**Cc:** Hillary Li <Hillary.Li@justiceactioncenter.org>; Esther Sung <Esther.Sung@justiceactioncenter.org>; Hughes Anwen <HughesA@humanrightsfirst.org>; Tiffany Jang <Tiffany.Jang@arnoldporter.com>; Sarah Hwang <hwangs@humanrightsfirst.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; John A. Freedman <John.Freedman@arnoldporter.com>; Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>; Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: Svitlana Doe v. Noem (D. Mass. No. 1:25-cv-10495) - Motion for Clarification of Deadline to Respond to Supplemental Allegations

Our position is that if we are discussing case management, there should be a date certain by which Defendants will produce the AR regarding the other agency action we have challenged. We are certainly willing to discuss what's feasible, but given that the same 12/2 memo has been challenged in many other cases, it seems unlikely that producing it in this case in the near future would impose any hardship on your clients, particularly given how many benefit requests they have stopped adjudicating.

Again, we are willing to discuss what's reasonable. Otherwise please just report that when asked for Plaintiffs' position, we said we will file a response to your motion.

Thank you,
Justin

On Thu, Jan 22, 2026 at 2:48 PM Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov> wrote:

> We will just say that you oppose, as we will not be agreeing to produce the administrative record on that timeline, particularly not when our motion to dismiss remains pending. Further, what you propose is certainly not a reasonable timeline under any way of looking at the case, and is not feasible.
>
> But, so we understand, are you saying that Plaintiffs oppose the date that we are proposing? At this time, there is no deadline for us to respond, so I'm not entirely sure I understand Plaintiffs' position, given that we are seeking to move forward with filing a response within an entirely reasonable timeline.
>
> Katie
>
> **Katherine Shinners**
> **Senior Litigation Counsel**
> Tel: 202-598-8259 | Fax: 202-305-7000 | katherine.j.shinners@usdoj.gov
>
> ---
>
> **From:** Justin Cox <justin@jcoxconsulting.org>
> **Sent:** Thursday, January 22, 2026 5:41 PM
> **To:** Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>
> **Cc:** Hillary Li <Hillary.Li@justiceactioncenter.org>; Esther Sung <Esther.Sung@justiceactioncenter.org>; Hughes Anwen <HughesA@humanrightsfirst.org>; Tiffany Jang <Tiffany.Jang@arnoldporter.com>; Sarah Hwang <hwangs@humanrightsfirst.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; John A. Freedman

<[John.Freedman@arnoldporter.com](mailto:John.Freedman@arnoldporter.com)>; Laura Flores-Perilla <[Laura.Flores-Perilla@justiceactioncenter.org](mailto:Laura.Flores-Perilla@justiceactioncenter.org)>; Fudim, Elissa P. (CIV) <[Elissa.P.Fudim@usdoj.gov](mailto:Elissa.P.Fudim@usdoj.gov)>; Schutrum-Boward, Daniel R. (CIV) <[Daniel.R.Schutrum-Boward@usdoj.gov](mailto:Daniel.R.Schutrum-Boward@usdoj.gov)>
**Subject:** Re: [EXTERNAL] Re: Svitlana Doe v. Noem (D. Mass. No. 1:25-cv-10495) - Motion for Clarification of Deadline to Respond to Supplemental Allegations

Thanks, Katie.

We don't understand why it makes sense to only discuss some of the case management deadlines now. If you want to provide more information or discuss tomorrow, we can do that, but otherwise you can present our position as follows: "Plaintiffs consent to Defendants' motion on the condition that Defendants produce the administrative record for the 12/2/25 USCIS memorandum on the same day or soon thereafter."

Thank you,
Justin


On Thu, Jan 22, 2026 at 1:56 PM Shinners, Katherine J. (CIV) <[Katherine.J.Shinners@usdoj.gov](mailto:Katherine.J.Shinners@usdoj.gov)> wrote:

> Justin,
>
> Thanks, we appreciate it.
>
> On the AR – we think it makes sense for the parties to hold off on discussing any case management deadlines at least until after this response is filed and the parties' pending motions are resolved.
>
> Regards,
>
> Katie
>
> **Katherine Shinners**
> **Senior Litigation Counsel**
> Tel: 202-598-8259 | Fax: 202-305-7000 | [katherine.j.shinners@usdoj.gov](mailto:katherine.j.shinners@usdoj.gov)
>
>
> **From:** Justin Cox <[justin@jcoxconsulting.org](mailto:justin@jcoxconsulting.org)>
> **Sent:** Thursday, January 22, 2026 3:04 PM

**To:** Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>
**Cc:** Hillary Li <Hillary.Li@justiceactioncenter.org>; Esther Sung <Esther.Sung@justiceactioncenter.org>; Hughes Anwen <HughesA@humanrightsfirst.org>; Tiffany Jang <Tiffany.Jang@arnoldporter.com>; Sarah Hwang <hwangs@humanrightsfirst.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; John A. Freedman <John.Freedman@arnoldporter.com>; Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>; Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: Svitlana Doe v. Noem (D. Mass. No. 1:25-cv-10495) - Motion for Clarification of Deadline to Respond to Supplemental Allegations

Hi Katie,

We will confer and get back to you as soon as we can.

Relatedly, when will Defendants be producing the AR for the 12/2/25 USCIS memo?

Thanks,
Justin

On Thu, Jan 22, 2026 at 12:02 PM Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov> wrote:

> Good afternoon,
>
> In its order (Doc. No. 238), the Court did not set a deadline for Defendants' response to the supplemental allegations in the Supplemented Second Amended Complaint, and Rule 15(d) does not include any default deadline. We would like to file a motion for clarification seeking that the Court clarify its order by setting the date to answer or otherwise respond to the supplemental for next Friday, January 30, 2026.  Could you let us know Plaintiffs' position on that relief, or let us know if you'd like to discuss?  We're aiming to file the motion this evening.
>
> Thank you,
>
> Katie
>
>
> **Katherine Shinners**
> **Senior Litigation Counsel**
> **United States Department of Justice**
> **Office of Immigration Litigation**

Post Office Box 878 | Ben Franklin Station | Washington, DC  20044
Tel: 202-598-8259 | Fax: 202-305-7000 | katherine.j.shinners@usdoj.gov

