UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al., | \* |
| Plaintiffs, | \* |
| v. | \* Civil Action No. 1:25-cv-10495-IT |
| KRISTI NOEM, et al., | \* |
| Defendants. | \* |

PRELIMINARY INJUNCTION

For the reasons set forth in the court's Memorandum and Order [Doc. No. 258], Plaintiffs' Motion for Preliminary Injunction and/or Stay of En Masse Truncation of Family Reunification Parole [Doc. No. 216] is GRANTED as follows:

The Termination of Family Reunification Parole Processes for Colombians, Cubans, Ecuadorians, Guatemalans, Haitians, Hondurans, and Salvadorans, 90 Fed. Reg. 58032 (Dec. 15, 2025) is hereby preliminarily ENJOINED under Fed. R. Civ. P. 65 and STAYED pursuant to 5 U.S.C. § 705 insofar as it terminates previously granted parole and revokes work authorization issued to noncitizens paroled into the United States pursuant to the Family Reunification Parole Programs prior to the noncitizens' originally stated parole expiration dates.

IT IS SO ORDERED.

January 24, 2026

/s/ Indira Talwani
Indira Talwani
United States District Judge