YAAKOV M. ROTH
*Acting Assistant Attorney General*
DREW C. ENSIGN
*Deputy Assistant Attorney General*
KATHERINE J. SHINNERS
*Senior Litigation Counsel*
ELISSA FUDIM
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 451-7460
Email: elissa.p.fudim@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Svitlana Doe, *et al.*, ) | Civil Action No. 1:25-cv-10495 |
| Plaintiffs, ) | |
| v. ) | |
| Kristi Noem, in her official capacity as ) Secretary of Homeland Security, *et al.*, ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS THE SUPPLEMENTED COMPLAINT UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**

Defendants, by and through their undersigned counsel, hereby move to dismiss the Supplemented Complaint (Doc. No. 255) under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for the reasons set forth in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that this Court grant their Motion and dismiss the Supplemented Complaint in its entirety with prejudice.

Dated: January 30, 2026                             Respectfully submitted,

By: /s/ *Elissa Fudim*
ELISSA FUDIM
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation

KATHERINE J. SHINNERS
*Senior Litigation Counsel*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, I electronically filed this memorandum with the Clerk of the Court for the United States District Court for the District of Massachusetts by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Elissa Fudim*
ELISSA FUDIM
*Trial Attorney*
United States Department of Justice