UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Svitlana Doe, *et al.*, | ) Civil Action No. 1:25-cv-10495 |
| Plaintiffs, | ) |
| v. | ) **[PROPOSED] ORDER** |
| Kristi Noem, in her official capacity as Secretary of Homeland Security, *et al.*, | ) |
| Defendants. | ) |

Defendants' Motion to Dismiss the Supplemented Complaint is GRANTED.

SO ORDERED:

Dated: _____

_____
Hon. Indira Talwani
UNITED STATES DISTRICT JUDGE