UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SVITLANA DOE, *et al.*,

                Plaintiffs,

*– versus –*

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,

                Defendants.

Civil Action No.: 1:25-cv-10495-IT

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND STAY OF THE USCIS BENEFITS SUSPENSION AS TO CERTIFIED CLASS (Doc. No. 264)**

| Description | Doc. No. |
|---|---|
| USCIS, Policy Memorandum: Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries, PM-602-0192 (Dec. 2, 2025) | 224 |
| USCIS, Policy Memorandum: Hold and Review of USCIS Benefit Applications Filed by Aliens from Additional High-Risk Countries, PM-602-0194 (Jan. 1, 2026) | 264-1 |
| Davidson Memorandum dated Feb. 14, 2025 | 41-3 |
| Email of Jennifer Higgins dated January 23, 2025 | 41-2 |
| Second Declaration of Plaintiff Wilhen Pierre (Haitian parolee) | 264-2 |
| Second Declaration of Plaintiff Omar Doe (Afghan OAW parolee) | 264-3 |
| Declaration of Maria Otto-Jacobs, Attorney for Class Member O (Haitian CHNV parolee) | 264-4 |
| Declaration of Class Member A (CHNV parolee) | 264-5 |
| Declaration of Class Member K (Cuban CHNV parolee) | 264-6 |
| Declaration of Class Member L (Cuban CHNV parolee) | 264-7 |
| Declaration of Class Member M (Cuban CHNV parolee) | 264-8 |
| Declaration of Class Member N (Venezuelan CHNV parolee) | 264-9 |
| Second Declaration of Guerline Jozef on behalf of Plaintiff Haitian Bridge Alliance (Haitian CHNV and FRP parolees) | 264-10 |