IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.<br><br>Plaintiffs,<br><br>– v. –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.<br><br>Defendants. | Civil Action No.: 1:25-cv-10495-IT |

# [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction and Stay of the USCIS Benefits Suspension as to Certified Subclasses, Doc. No. 264, it is hereby ordered that the motion is GRANTED. Until the Court resolves this case on the merits or orders otherwise, or until such time as the parties agree in writing to amend, supersede, or terminate this order, it is ORDERED that:

1. The USCIS Policy Memorandum dated December 2, 2025 and entitled, "Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries, PM-602-0192 (Doc. No. 224), is hereby STAYED pursuant to 5 U.S.C. § 705 insofar as it applies to benefit requests (other than asylum) filed by or for members of subclasses certified in the Court's Amended Order Granting Class Certification (Doc. No. 108) dated May 28, 2025; and Defendants are preliminarily ENJOINED under Rule 65 from applying or otherwise enforcing the December 2, 2025 Memorandum as to benefit requests (other than asylum) filed by or for members of the same subclasses.

2. Defendants shall, within three days of the issuance of this Order, ensure that all agency personnel, databases, and records have been updated to take full account of this Order.

Defendants shall, within five days of the issuance of this Order, provide a status report of their compliance with this requirement, with copies of all agency guidance reflecting compliance.

**SO ORDERED.**

                                                                                     _____
                                                                                     The Honorable Indira Talwani
                                                                                     United States District Judge

Dated:_____