UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, *et al.*, <br><br> Plaintiffs, <br><br> – *versus* – <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No.: 1:25-cv-10495-IT |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
& INFORMATION REGARDING DEFENDANTS' NONCOMPLIANCE WITH THE
MAY 28 STAY ORDER**

Plaintiffs respectfully submit this notice to provide (1) information regarding a recent development as to Defendants' compliance with the Court's May 28, 2025 Order (Doc. No. 107); and (2) supplemental authority, both of which are relevant to Plaintiffs' pending Motion to Expedite Discovery regarding the May 28 Order (Doc. No. 192).

First, on February 3, 2026, Plaintiffs' counsel received an email from an attorney representing a family of Uniting for Ukraine ("U4U") parole class members regarding a processing hold on the class members' adjustment of status applications pursuant to the February 14 Davidson Memorandum that is stayed by the May 28 Order. *See* Exhibit 1 to Declaration of Hillary Li, attached as Exhibit A. The attorney had attended the family's adjustment of status interview that same day, during which the USCIS official, in consultation with his supervisor, told them that their adjustment of status applications would not be adjudicated because of a hold on applications filed by individuals who entered the United States within the last two years via an approved Form I-134 (Declaration of Financial Support filed by U4U and Cuban, Haitian, Nicaraguan, and Venezuelan ("CHNV") parole sponsors). *Id.* at 3-4. The official specifically cited the February 14 Davidson Memo as the justification for the hold, notwithstanding that the Memo's adjudication hold is

currently stayed by the Court's May 28 Order (Doc. No. 107), and informed the family that the hold applies to U4U parole, CHNV parole, and other individuals the previous administration paroled into the country. *Id.*

On February 5, 2026, Plaintiffs' counsel contacted Defendants' counsel regarding this clear violation of the Court's May 28 Order to inquire as to why these class members' adjustment of status applications remain suspended. *Id.* On February 6, 2026, Defendants' counsel responded that Defendants had found "a mistake with respect to this family's application, and the mistake has been corrected and they are re-scheduled for an interview." *Id.* at 2. As of that date, Defendants were "still looking into exactly what happened and why." *Id.* On February 10, 2026, Plaintiffs' counsel contacted Defendants' counsel to inquire about any additional updates. *Id.* at 1. As of this filing, Defendants have not responded.

Second, on February 2, 2026, Judge Locher of the District of Minnesota denied a detained U4U class member's habeas petition, concluding the parolee was subject to mandatory detention without the opportunity for a bond hearing "for the duration of his removal proceedings *or until his parole is renewed*." *Kulyk v. Noem*, No. 0:26-cv-00556, slip op. at 10, (D. Minn. Feb. 2, 2026) (emphasis added), attached as Exhibit B. The district court noted that the U4U parolee had timely filed a re-parole application prior to his U4U parole expiring, that his re-parole application remains pending, and that "[i]f this application is granted, then he will not have to remain in custody." *Id.* at 6. Judge Locher's decision supports Plaintiffs' Motion to Expedite Discovery into Defendants' Compliance with the Court's May 28 Order as it illustrates the ongoing harm caused to U4U class members by delays in processing re-parole requests. *See* Doc. No. 261 at 8, 12.

Dated: February 10, 2026

John A. Freedman (BBO#629778)
Laura Shores (*pro hac vice*)
Katie Weng (*pro hac vice* pending)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
 Washington, D.C. 20001-3743
 Telephone: (202) 942-5316
john.freedman@arnoldporter.com
laura.shores@arnoldporter.com
katie.weng@arnoldporter.com

H. Tiffany Jang (BBO#691380)
**ARNOLD & PORTER KAYE SCHOLER LLP**
200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com

Daniel B. Asimow (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3142
daniel.asimow@arnoldporter.com

Robert Stout (*pro hac vice*)
Sarah Elnahal (*pro hac vice*)
Javier Ortega Alvarez (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
rob.stout@arnoldporter.com
sarah.elnahal@arnoldporter.com
javier.ortega@arnoldporter.com

Respectfully submitted,

*/s/ Hillary Li*
Hillary Li (*pro hac vice*)
Esther H. Sung (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Laura Flores-Perilla (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
hillary.li@justiceactioncenter.org
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org

Anwen Hughes (*pro hac vice*)
Inyoung Hwang (*pro hac vice*)
**HUMAN RIGHTS FIRST**
121 W 36th Street
PMB 520
New York, NY 10018
Telephone: (212) 845-5200
HughesA@humanrightsfirst.org
hwangs@humanrightsfirst.org

Justin B. Cox (*pro hac vice*)
**LAW OFFICE OF JUSTIN B. COX**
*JAC Cooperating Attorney*
PO Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Hillary Li, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 10, 2026

                                                */s/ Hillary Li*
                                                Hillary Li