# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, *et al.*,<br><br>             *Plaintiffs*,<br><br>  – versus –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>             Defendants. | No: 1:25-cv-10495-IT |

## DECLARATION OF HILLARY LI IN SUPPORT OF PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

1.      My name is Hillary Li, I am over the age of 18, and my business address is P.O. Box 27280, Los Angeles, CA 90027.

2.      I am an attorney at Justice Action Center, and counsel of record for the Plaintiffs in the above-captioned action. I am a member in good standing of the State Bar of Georgia, and I have been admitted *pro hac vice* in this action.

3.      I respectfully submit this declaration in connection with Plaintiffs' Notice of Supplemental Authority and Information Regarding Defendants' Noncompliance with the May 28 Stay Order.

4.      Attached as **Exhibit 1** is a true and correct copy of email correspondence dated from February 4 to February 10, 2026, between Katherine Shinners, counsel for Defendants, and myself regarding a family of U4U parole beneficiaries who were told by USCIS officials at their green card interview on February 3, 2026 that their applications for adjustment of status were on hold pursuant to the February 14, 2025 Davidson Memo. On February 6, 2026, Ms. Shinners responded that there was a mistake made with the family's application and that the family was

rescheduled for an interview. Personal identifying information of class members is redacted from the emails.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Columbia, Maryland, on this 10th day of February, 2026.

/s/ Hillary Li
Hillary Li
Georgia Bar No. *898375
Justice Action Center
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 841-2781
Hillary.Li@justiceactioncenter.org

* admitted *pro hac vice*

# Exhibit 1

Tuesday, February 10, 2026 at 2:41:05 PM Eastern Standard Time

| | |
|---|---|
| **Subject:** | Re: Svitlana Doe v. Noem, 1:25-cv-10495 - application hold |
| **Date:** | Tuesday, February 10, 2026 at 10:20:01 AM Eastern Standard Time |
| **From:** | Hillary Li |
| **To:** | Shinners, Katherine J. (CIV), Fudim, Elissa P. (CIV) |
| **CC:** | Esther Sung, Karen Tumlin, Laura Flores-Perilla, Justin Cox, John A. Freedman, Daniel B. Asimow, Laura Shores, Tiffany Jang, Javier Ortega Alvarez, Katie Weng, Hughes Anwen, Sarah Hwang |
| **Attachments:** | image001.png, img-f0c199ca-e7de-43fa-bd3f-54d3e6279e82 |

Hi Katie - I wanted to follow up and see if you have any further updates from your client as to the hold that was put on these class members' applications.

Thank you.

Best,
Hillary




**Hillary Li** (she/her)
*Counsel*

Justice Action Center
323-841-2781
hillary.li@justiceactioncenter.org

*The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender and delete this message and its attachments, if any.*

**From:** Hillary Li <Hillary.Li@justiceactioncenter.org>
**Date:** Friday, February 6, 2026 at 5:00 PM
**To:** Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>, Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>
**Cc:** Esther Sung <esther.sung@justiceactioncenter.org>, Karen Tumlin <karen.tumlin@justiceactioncenter.org>, Laura Flores-Perilla <laura.flores-perilla@justiceactioncenter.org>, Justin Cox <justin@jcoxconsulting.org>, John A. Freedman <john.freedman@arnoldporter.com>, Daniel B. Asimow <daniel.asimow@arnoldporter.com>, Laura Shores <laura.shores@arnoldporter.com>, Tiffany Jang <tiffany.jang@arnoldporter.com>, Javier Ortega Alvarez <javier.ortega@arnoldporter.com>, Katie Weng <katie.weng@arnoldporter.com>, Hughes Anwen <HughesA@humanrightsfirst.org>, Sarah Hwang <HwangS@humanrightsfirst.org>
**Subject:** Re: Svitlana Doe v. Noem, 1:25-cv-10495 - application hold

Thank you, Katie. Please do let us know when you have more information on this.

1 of 4

Best,
Hillary



**Hillary Li** (she/her)
*Counsel*

Justice Action Center
323-841-2781
hillary.li@justiceactioncenter.org

*The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender and delete this message and its attachments, if any.*

---

**From:** Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>
**Date:** Friday, February 6, 2026 at 4:40 PM
**To:** Hillary Li <Hillary.Li@justiceactioncenter.org>, Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>
**Cc:** Esther Sung <esther.sung@justiceactioncenter.org>, Karen Tumlin <karen.tumlin@justiceactioncenter.org>, Laura Flores-Perilla <laura.flores-perilla@justiceactioncenter.org>, Justin Cox <justin@jcoxconsulting.org>, John A. Freedman <john.freedman@arnoldporter.com>, Daniel B. Asimow <daniel.asimow@arnoldporter.com>, Laura Shores <laura.shores@arnoldporter.com>, Tiffany Jang <tiffany.jang@arnoldporter.com>, Javier Ortega Alvarez <javier.ortega@arnoldporter.com>, Katie Weng <katie.weng@arnoldporter.com>, Hughes Anwen <HughesA@humanrightsfirst.org>, Sarah Hwang <HwangS@humanrightsfirst.org>
**Subject:** RE: Svitlana Doe v. Noem, 1:25-cv-10495 - application hold

Hillary,

Thanks for letting us know.  We've heard back preliminarily from our clients, and it appears that there was a mistake with respect to this family's application, and the mistake has been corrected and they are re-scheduled for an interview. Our clients are still looking into exactly what happened and why, and we hope to have more insight into that next week.

Regards,

Katie


**Katherine Shinners**
**Senior Litigation Counsel**
Tel: 202-598-8259 | Fax: 202-305-7000 | katherine.j.shinners@usdoj.gov

**From:** Hillary Li <Hillary.Li@justiceactioncenter.org>
**Sent:** Thursday, February 5, 2026 9:08 AM
**To:** Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>
**Cc:** Esther Sung <esther.sung@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Laura Flores-Perilla <laura.flores-perilla@justiceactioncenter.org>; Justin Cox <justin@jcoxconsulting.org>; John A. Freedman <john.freedman@arnoldporter.com>; Daniel B. Asimow <daniel.asimow@arnoldporter.com>; Laura Shores <laura.shores@arnoldporter.com>; Tiffany Jang <tiffany.jang@arnoldporter.com>; Javier Ortega Alvarez <javier.ortega@arnoldporter.com>; Katie Weng <katie.weng@arnoldporter.com>; Hughes Anwen <HughesA@humanrightsfirst.org>; Sarah Hwang <HwangS@humanrightsfirst.org>
**Subject:** [EXTERNAL] Svitlana Doe v. Noem, 1:25-cv-10495 - application hold

Hi Katie and Elissa,

We write to inform you of ongoing issues regarding processing class members' immigration benefits applications, in clear violation of the Court's May 28 Order (Doc. No. 107).

The attorney for a family of U4U class members contacted us this week regarding a processing hold on the family's adjustment of status applications pursuant to the February 14 Davidson memo. The attorney attended the family's adjustment of status interview with them on February 3, 2026, during which the USCIS official, in consultation with a supervisor, told them that their adjustment of status applications would not be adjudicated, stating that any immigrant who entered on an I-134 in the past two years has a hold on their application. The official specifically cited the February Davidson memo that is currently stayed by the Court's May 28 Order, informing the family that the hold applies to U4U, CHNV, and
other individuals the previous administration paroled into the country. The class members have consented to sharing their personal identifying information, which we have included below.

This is extremely concerning given Defendants' previous assurances that there are no processing holds and that all the issues that have previously been raised to the
Court regarding the adjudication of class members' benefits applications have been resolved. Per the Court's instruction, we are reaching out to you in the first instance for an explanation before we notify the Court.

Please provide us with an explanation by **tomorrow, Friday February 6 at 5pm ET** as to why this family's applications remain on hold.

Thank you,
Hillary

**Class Members**

███████████

Receipt Number: ███████████

▬▬▬▬▬▬▬▬▬▬
Receipt Number: ▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬
Receipt Number: ▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬
Receipt Number: ▬▬▬▬▬▬▬▬▬▬



**Hillary Li** (she/her)
*Counsel*

[Justice Action Center](#)
323-841-2781
[hillary.li@justiceactioncenter.org](mailto:hillary.li@justiceactioncenter.org)

*The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender and delete this message and its attachments, if any.*