YAAKOV M. ROTH
*Acting Assistant Attorney General*
DREW C. ENSIGN
*Deputy Assistant Attorney General*
KATHERINE J. SHINNERS
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8259
Email: katherine.j.shinners@usdoj.gov
ELISSA FUDIM
*Trial Attorney*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Svitlana Doe, *et al.*, | ) Civil Action No. 1:25-cv-10495 |
| Plaintiffs, | ) |
| v. | ) |
| Kristi Noem, in her official capacity as Secretary of Homeland Security, *et al.*, | ) |
| Defendants. | ) |

### NOTICE OF CORRECTED CERTIFIED ADMINISTRATIVE RECORD

Defendants respectfully submit the attached Amended Certification of Juliana Blackwell, dated March 6, 2026, correcting the certification and administrative record originally filed with the Court on January 13, 2026 (Doc No. 246, 246-1, 246-2).

Judicial review under the APA "is limited to the administrative record that was before the agency when it made its decision," *Citizens to Preserve Overton Park, Inc. v. Volpe,* 401 U.S. 402,

416 (1971), and "not some new record made initially in the reviewing court." *Camp v. Pitts,* 411 U.S. 138, 142 (1973); *Hill Dermaceuticals, Inc. v. FDA,* 709 F.3d 44, 47 (D.C. Cir. 2013) ("A reviewing court 'should have before it neither more nor less information than did the agency when it made its decision.'") (quoting *Walter O. Boswell Mem'l Hosp. v. Heckler,* 749 F.2d 788, 792 (D.C. Cir. 1984)). A complete administrative record "should include all materials that 'might have influenced the agency's decision.'" *Amfac Resorts, L.L.C. v. U.S. Dep't of the Interior*, 143 F. Supp. 2d 7, 12 (D.D.C. 2001) (citing *Bethlehem Steel v. EPA,* 638 F.2d 994, 1000 (7th Cir.1980)).

While there is a general rule against supplementing an administrative record with extra-record evidence, *see, e.g.*, *City of Dania Beach v. FAA*, 628 F.3d 581, 590 (D.C. Cir. 2010), if the agency omits documents that were considered by the decision-maker at the time of the decision, the record may be corrected. *Linc Gov't Servs., LLC v. United States*, 95 Fed. Cl. 155, 158 (2010) ("subsequent admission of the omitted information is appropriate not to supplement the record, but to complete it."); *see Stanton v. United States*, 111 Fed. Cl. 263, 266 (2013) (admitting documents that "provide additional information which was before the [adjudicator] and is not contained in the AR").

Here, the Federal Register Notice terminating the Family Reunification Parole (FRP) programs specifically referenced certain data and documents that, as the Court observed in its Opinion granting a preliminary injunction of the FRP termination (Doc. No. 258 at 23), were missing from the Administrative Record previously filed with this Court. As explained by Ms. Blackwell, that omission was inadvertent. This filing hereby amends the prior certification and corrects the Administrative Record.

Dated: March 6, 2026                    Respectfully submitted,

                                        By: /s/ *Katherine J. Shinners*
                                        KATHERINE J. SHINNERS
                                        *Senior Litigation Counsel*
                                        U.S. Department of Justice, Civil Division
                                        Office of Immigration Litigation
                                        P.O. Box 878, Ben Franklin Station
                                        Washington, DC 20044
                                        (202) 598-8259
                                        katherine.j.shinners@usdoj.gov

                                        ELISSA P. FUDIM
                                        *Trial Counsel*

                                        *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 6, 2026, I electronically filed this notice and Declaration with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

Dated: March 6, 2026          Respectfully submitted,

By: /s/ *Katherine J. Shinners*
    KATHERINE J. SHINNERS
    *Senior Litigation Counsel*
    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation