YAAKOV M. ROTH
*Acting Assistant Attorney General*
DREW C. ENSIGN
*Deputy Assistant Attorney General*
KATHERINE J. SHINNERS
*Senior Litigation Counsel*
ELISSA FUDIM
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 451-7460
Email: elissa.p.fudim@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Svitlana Doe, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi Noem, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-10495 |

## DEFENDANTS' MOTION FOR RECONSIDERATION OR STAY

Defendants, by and through their undersigned counsel, hereby move for reconsideration of the Court's Preliminary Injunction Order (Doc. No. 257) or alternatively, for a stay of the Court's Order, *id*., pending appeal, for the reasons set forth in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that this Court grant their Motion and upon reconsideration, dissolve the order entered on January 24, 2026, granting a preliminary injunction and stay of agency action under 5 U.S.C. § 705 (Doc. No. 257). Defendants respectfully request that the Court rule on this Motion before March 25, 2026, the deadline to file a notice of appeal from the Court's Order.

Dated: March 6, 2026    Respectfully submitted,

By: /s/ *Elissa Fudim*
ELISSA FUDIM
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation

KATHERINE J. SHINNERS
*Senior Litigation Counsel*

*Counsel for Defendants*

## CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)

Plaintiffs' counsel and defense counsel have conferred in accordance with Local Rule 7.1(a)(2), and Plaintiffs do not consent to the relief sought herein.

By: /s/ Elissa Fudim

                    ELISSA FUDIM
                    *Trial Attorney*
                    United States Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026, I electronically filed this motion and accompanying memorandum with the Clerk of the Court for the United States District Court for the District of Massachusetts by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                    By: /s/ Elissa Fudim
                         ELISSA FUDIM
                         *Trial Attorney*
                         United States Department of Justice