# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SVITLANA DOE, et al.,<br><br>      *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>      *Defendants*. | C.A. No: 1:25-cv-10495-IT |

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Rule 83.5.2(c)-(d), the undersigned attorney, Katie Weng of Arnold & Porter Kaye Scholer LLP, hereby moves this Court for leave to withdraw as counsel for Plaintiffs in the above-captioned matter.

The undersigned counsel seeks leave to withdraw because she is departing Arnold & Porter Kaye Scholer LLP. Plaintiffs will continue to be represented by counsel of record from Arnold & Porter Kaye Scholer LLP, and all other counsel who have entered appearances on behalf of Plaintiffs.

WHEREFORE, and upon good cause shown, undersigned counsel respectfully requests that this Court grant her Motion to Withdraw as Counsel for Plaintiffs.

Dated: March 9, 2026

                Respectfully submitted,

                */s/ Katie Weng*
                Katie Weng (*pro hac vice*)
                **ARNOLD & PORTER KAYE SCHOLER LLP**
                601 Massachusetts Ave. NW
                Washington, D.C. 20001-3743
                Telephone: (202) 942-6769
                katie.weng@arnoldporter.com

                *Attorney for Plaintiffs*

2

## CERTIFICATE OF SERVICE

    I, Katie Weng, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 9, 2026

                                                */s/ Katie Weng*
                                                Katie Weng