**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SVITLANA DOE, *et al.*,<br><br>  Plaintiffs,<br><br> – *versus* –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>  Defendants. | **Civil Action No.: 1:25-cv-10495-IT** |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION AND STAY (Doc. No. 264)**

Plaintiffs respectfully submit this notice of supplemental authority to inform the Court of a recent decision issued by Judge Angel Kelley of this Court addressing issues relevant to Plaintiffs' Motion for a Preliminary Injunction and Stay of the USCIS Benefits Suspension as to the Certified Class (Doc. No. 264).

On February 27, 2026, Judge Kelley entered an order in *Bowser v. Noem* granting the plaintiffs' request for a preliminary injunction as to the same December 2, 2025 USCIS Memo ("Dec. 2 Memo" or "Memo") (Doc. No. 224) at issue in this litigation. *See generally Bowser v. Noem*, No. 26-cv-10382-AK, 2026 WL 555624 (D. Mass. Feb. 27, 2026) (Ex. 1). In doing so, Judge Kelley rejected arguments similar to those Defendants have advanced in opposition to Plaintiffs' Motion. In short, Judge Kelley enjoined defendants from enforcing the Dec. 2 Memo's "adjudication hold" against a pending employment authorization application. *See id*. at \*10. Notably, the *Bowser* decision aligns with the *Varniab* decision which Plaintiffs previously submitted for the Court's reference on February 27, 2026. *See* Doc. No. 274.

On jurisdiction, Judge Kelley rejected the defendants' contention that 8 U.S.C. § 1252(a)(2)(B)(ii) barred adjudication of plaintiffs' claim. *See id*. at \*4. In doing so, she affirmed

1

the view taken by many courts that "subsection (B)(ii) only precludes judicial review of decisions denying discretionary relief on individual applications and does not preclude judicial review of the Government's decision to categorically act or withhold action." *Id*. at *3 (*quoting Varniab v. Edlow*, No. 25-CV-10602-SVK, 2026 WL 485490, at *7 (N.D. Cal. Feb. 20, 2026)). She likewise endorsed the proposition that while "the substance of [an] Attorney General's decision is discretionary, [the Attorney General] *does not* have discretion to decide not to adjudicate at all." *Id*. at *4 (*quoting Tang v. Chertoff*, 493 F. Supp. 2d 148, 154 (D. Mass. June 26, 2007)) (emphasis added).

Judge Kelley recognized that the Dec. 2 Memo "appears to [place] an indefinite moratorium on applications for immigration benefits" for those from a designated country, which she found constituted a "final agency action" for purposes of 5 U.S.C. § 704. *Id*. at *5-6. In doing so, she affirmed the proposition that "significant pauses and blanket moratoria are final agency actions that cannot be exempted from judicial review merely by being characterized as intermediate." *Id*. at *5 (*quoting Massachusetts v. Trump*, 790 F. Supp. 3d 8, 26 (D. Mass. July 3, 2025)).

On the merits, Judge Kelley determined that 1) plaintiffs "[were] likely to succeed on their claim that the adjudicatory hold aspects of the [Dec. 2 Memo] [were] arbitrary and capricious", 2) plaintiffs were likely to face "immediate and irreparable harm" from the loss of work authorization, and 3) "no interest of the government, including national security, would be served by denying the injunction." *Id*. at *6-9.

Dated: March 16, 2026

Respectfully submitted,

*/s/  Inyoung Hwang*
Inyoung Hwang (*pro hac vice*)
Anwen Hughes (*pro hac vice*)
**HUMAN RIGHTS FIRST**
121 W 36th Street
PMB 520
New York, NY 10018
Telephone: (212) 845-5200
HughesA@humanrightsfirst.org
HwangS@humanrightsfirst.org

John A. Freedman (BBO#629778)
Laura Shores (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5316
john.freedman@arnoldporter.com
laura.shores@arnoldporter.com
katie.weng@arnoldporter.com

H. Tiffany Jang (BBO#691380)
**ARNOLD & PORTER KAYE SCHOLER LLP**
200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com

Daniel B. Asimow (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3142
daniel.asimow@arnoldporter.com

Robert Stout (*pro hac vice*)
Sarah Elnahal (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000

3

rob.stout@arnoldporter.com
sarah.elnahal@arnoldporter.com

Esther H. Sung (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Hillary Li (*pro hac vice*)
Laura Flores-Perilla (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org

Justin B. Cox (*pro hac vice*)
**LAW OFFICE OF JUSTIN B. COX**
*JAC Cooperating Attorney*
PO Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org

**CERTIFICATE OF SERVICE**

I, Inyoung Hwang, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 16, 2026

*/s/ Inyoung Hwang*
Inyoung Hwang