**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SVITLANA DOE, *et al.*,<br><br>                              Plaintiffs,<br><br> – *versus* –<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>                              Defendants. | **Civil Action No.: 1:25-cv-10495-IT** |

### PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE, OR IN THE ALTERNATIVE, TO STRIKE IMPROPER AND UNTIMELY SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD

Plaintiffs submit this Motion for an Order to Show Cause, or in the Alternative, to Strike Defendants' Improper and Untimely Supplementation of their "corrected" Administrative Record. Doc. Nos. 276, 276–1. Defendants have failed to provide a detailed explanation for their violation of the Court's January 10, 2026 Order (Doc. No. 242) requiring production of the complete Administrative Record by January 13, 2026. Additionally, the timing and substance of Defendants' "correction" to the Administrative Record evince bad faith or improper behavior. Plaintiffs respectfully request the Court require Defendants to provide a more detailed accounting of (1) how the original record was compiled, (2) when the purported "omission" was discovered, and (3) why Defendants delayed so long in bringing the purportedly "omitted" documents to the Court's attention. In the alternative, Plaintiffs respectfully request that the untimely supplementation to the record be stricken.

Based on this Motion, the accompanying Memorandum, and exhibits filed herewith, Plaintiffs respectfully request that the Court grant this motion.

Dated: March 20, 2026

Inyoung Hwang (*pro hac vice*)
Anwen Hughes (*pro hac vice*)
**Human Rights First**
121 W 36th Street
PMB 520
New York, NY 10018
Telephone: (212) 845-5200
HughesA@humanrightsfirst.org
HwangS@humanrightsfirst.org

Justin B. Cox (*pro hac vice*)
**Law Office of Justin B. Cox**
*JAC Cooperating Attorney*
PO Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org

John A. Freedman (BBO#629778)
Laura Shores (*pro hac vice*)
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5316
john.freedman@arnoldporter.com
laura.shores@arnoldporter.com

H. Tiffany Jang (BBO#691380)
**Arnold & Porter Kaye Scholer LLP**
200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com

Respectfully submitted,

*/s/ Brandon Galli-Graves*
Brandon Galli-Graves (*pro hac vice*)
Esther H. Sung (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Hillary Li (*pro hac vice*)
Laura Flores-Perilla (*pro hac vice*)
**Justice Action Center**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
brandon.galli-graves@justiceactioncenter.org
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org

Daniel B. Asimow (*pro hac vice*)
**Arnold & Porter Kaye Scholer LLP**
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3142
daniel.asimow@arnoldporter.com

Robert Stout (*pro hac vice*)
Sarah Elnahal (*pro hac vice*)
Javier Ortega Alvarez (*pro hac vice*)
**Arnold & Porter Kaye Scholer LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
rob.stout@arnoldporter.com
sarah.elnahal@arnoldporter.com
javier.ortega@arnoldporter.com

*Attorneys for Plaintiffs*

**CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)**

The parties have conferred pursuant to Local Rule 7.1(a)(2) but were unable to come to a resolution. Defendants oppose the relief requested.

Dated: March 20, 2026

*/s/ Brandon Galli-Graves*
Brandon Galli-Graves

**CERTIFICATE OF SERVICE**

I, Brandon Galli-Graves, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing                                                                                              (NEF).

Dated: March 20, 2026

*/s/ Brandon Galli-Graves*
Brandon Galli-Graves