**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SVITLANA DOE, *et al.*,<br><br>       Plaintiffs,<br><br> *– versus –*<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>       Defendants. | **Civil Action No.: 1:25-cv-10495-IT** |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for an Order to Show Cause, or in the Alternative, to Strike Improper and Untimely Supplementation of the Administrative Record, it is hereby ordered that the motion is GRANTED.

Defendants shall, **within three days of entry of this Order**, show cause as to why this Court should not find that they have failed to comply with the Court's January 10, 2026 Order requiring production of the complete Administrative Record by January 13, 2026. Defendants shall provide a detailed accounting of (1) how the original record was compiled, (2) when the "omission" was discovered, and (3) why Defendants delayed so long in bringing the "omitted" documents to the Court's attention.

**SO ORDERED.**

             _____

             The Honorable Indira Talwani
             United States District Judge

Dated: