**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SVITLANA DOE, *et al.*,<br><br>                    *Plaintiffs*,<br><br>  – *versus* –<br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>                    Defendants. | No: 1:25-cv-10495-IT |

**DECLARATION OF ESTHER SUNG IN SUPPORT OF PLAINTIFFS'
MOTION FOR AN ORDER TO SHOW CAUSE, OR IN THE ALTERNATIVE, TO
STRIKE IMPROPER AND UNTIMELY SUPPLEMENTATION OF THE
ADMINISTRATIVE RECORD**

1.      My name is Esther Sung, I am over the age of 18, and my business address is P.O. Box 27280, Los Angeles, CA 90027.

2.      I am the Legal Director at Justice Action Center, and counsel of record for the Plaintiffs in the above-captioned action. I am a member in good standing of the State Bar of California, and I have been admitted *pro hac vice* in this action.

3.      I respectfully submit this declaration in connection with Plaintiffs' Motion for an Order to Show Cause, or in the Alternative, to Strike Improper and Untimely Supplementation of the Administrative Record. Doc. No. 283.

4.      Attached as **Exhibit 1** is a true and correct copy of email correspondence dated February 13, 2026, between Elissa Fudim, counsel for Defendants, and myself regarding Defendants' request to stipulate to the filing of a corrected administrative record.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Houston, Texas on this 19th day of March, 2026.

/s/ Esther Sung
Esther Sung
California Bar No. *255962
Justice Action Center
P.O. Box 27280
Los Angeles, CA 90027
Telephone: 323-450-7272
Esther.Sung@justiceactioncenter.org

* admitted *pro hac vice*

2