# EXHIBIT 1

Doe et al. v. Noem et al., 1:25-cv-10495-IT (D.  Mass.)

**Subject:** RE: Svitlana Doe v. Noem (D. Mass. No. 1:25-cv-10495) - Page Enlargement
**Date:** Friday, February 13, 2026 at 4:36:26 PM Eastern Standard Time
**From:** Esther Sung
**To:** Fudim, Elissa P. (CIV)
**CC:** Shinners, Katherine J. (CIV), Hughes Anwen, Tiffany Jang, Sarah Hwang, Karen Tumlin, John A. Freedman, Hillary Li, Laura Flores-Perilla, Justin Cox

Hi, Elissa—

Thanks for your e-mail. Plaintiffs do not oppose your request for additional pages.

On the administrative record, we will not stipulate. We would appreciate if you could please note our position as follows: "Plaintiffs do not stipulate to any attempt to modify the record already certified and filed in this case."

Thanks,
Esther

**From:** Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>
**Sent:** Friday, February 13, 2026 2:12 PM
**To:** Esther Sung <Esther.Sung@justiceactioncenter.org>
**Cc:** Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>; Hughes Anwen <HughesA@humanrightsfirst.org>; Tiffany Jang <Tiffany.Jang@arnoldporter.com>; Sarah Hwang <hwangs@humanrightsfirst.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; John A. Freedman <John.Freedman@arnoldporter.com>; Hillary Li <Hillary.Li@justiceactioncenter.org>; Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Justin Cox <justin@jcoxconsulting.org>
**Subject:** RE: Svitlana Doe v. Noem (D. Mass. No. 1:25-cv-10495) - Page Enlargement

Hi Esther,

One more question.

The Court noted that certain evidentiary materials cited in the FRP FRN were missing from the record. The omission was an agency oversight, and the agency intends to correct the record to include those missing materials. Please let us know if you will stipulate to the filing of a corrected administrative record.

Thanks.
Elissa