# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Svitlana Doe, *et al.*, | ) Civil Action No. 1:25-cv-10495 |
| Plaintiffs, | ) |
| v. | ) |
| Markwayne Mullin, in his official capacity as Sec'y of Homeland Security, *et al.*,[1] | ) |
| Defendants. | ) |

## NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT

Notice is hereby given that Defendants appeal to the United States Court of Appeals for the First Circuit from the Court's order granting a preliminary injunction and stay under 5 U.S.C. § 705 (Doc. No. 257) and the accompanying opinion (Doc. No. 258) entered in this action on January 24 and January 25, 2026.

Date: March 25, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW ENSIGN
Deputy Assistant Attorney General

/s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8259
Email: katherine.j.shinners@usdoj.gov

---

[1] Secretary Mullin is automatically substituted for his predecessor, former Secretary of Homeland Security Kristi Noem, under Federal Rule of Civil Procedure 25(d).

1

ELISSA FUDIM
Trial Attorney


## CERTIFICATE OF SERVICE

I, Katherine J. Shinners, hereby certify that on March 25, 2026, I filed this document through the ECF system, through which notice will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Katherine J. Shinners*
Katherine J. Shinners
Senior Litigation Counsel
U.S. Department of Justice

2