**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption:     Doe et al v. Noem et al

District Court Number:    25cv10495-IT

Fee:    Paid?   Yes _____   No _____   Government filer _X_   *In Forma Pauperis* Yes _____   No _____

Motions Pending      Yes _X_ No _____         Sealed documents      Yes _X_ No _____
*If yes, document #*   113,116,150,192,196     *If yes, document #*        81

*Ex parte* documents   Yes _X_ No _____         Transcripts           Yes _X_ No _____
*If yes, document #*     5,6                   *If yes, document #*    66,92,104,186,244

Notice of Appeal filed by: Plaintiff/Petitioner _____   Defendant/Respondent _X_   Other: _____

Appeal from:

#257 Preliminary Injunction, #258 Memorandum and Order
Other information:
(Additional Motions Pending: 212,262,264,283)

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#257, #258, and #289

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # ___289___ filed on _March 25, 2026___.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _March 25, 2026_.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**