YAAKOV M. ROTH
*Acting Assistant Attorney General*
DREW C. ENSIGN
*Deputy Assistant Attorney General*
KATHERINE J. SHINNERS
*Senior Litigation Counsel*
ELISSA FUDIM
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 451-7460
Email: elissa.p.fudim@usdoj.go

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Svitlana Doe, *et al.*, | ) | Civil Action No. 1:25-cv-10495 |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Kristi Noem, in her official capacity as | ) |  |
| Secretary of Homeland Security, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**NOTICE REGARDING LIFTING OF CERTAIN HOLDS**

Defendants submit this Notice to advise the Court and counsel for all parties of the lifting of certain processing holds by U.S. Citizenship and Immigration Services ("USCIS"). Specifically, on March 30, 2026, USCIS published a notice on their website that, "Holds have been lifted for aliens vetted through Operation PARRIS, certain petitions filed by U.S. citizens, intercountry adoption forms, certain rescheduled oath ceremonies, statutory and regulatory decision issuance, refugee registrations for South African citizens/nationals, certain special immigrant visa petitions, certain employment authorization documents, and asylum applications from non high-risk countries." USCIS News Alert, Update on USCIS' Strengthened Screening and Vetting (March 30, 2026), https://www.uscis.gov/newsroom/alerts/update-on-uscis-strengthened-screening-and-vetting ("USCIS News Alert").

As most relevant to class members here, USCIS Asylum Division personnel may now adjudicate to completion Forms I-589, Application for Asylum and for Withholding of Removal, to the extent filed by aliens from "non-high-risk" countries.  Asylum personnel may also continue to adjudicate and refer to Immigration Court Forms I-589 filed by aliens of any nationality. *See* USCIS Policy Memorandum PM-602-0194 (January 1, 2026), https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0194-PendingApplicationsAdditionalHighRiskCountries-20260101.pdf.

Meanwhile, USCIS continues to "review all application types and lift holds for both individual and group cases as appropriate." USCIS News Alert.

Dated: April 14, 2026          Respectfully submitted,

By: /s/ *Elissa Fudim*
ELISSA FUDIM
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation

KATHERINE J. SHINNERS
*Senior Litigation Counsel*

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2026, I electronically filed this motion and accompanying memorandum with the Clerk of the Court for the United States District Court for the District of Massachusetts by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Elissa Fudim*
    ELISSA FUDIM
    *Trial Attorney*
    United States Department of Justice