**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SVITLANA DOE, *et al.*,<br><br>        Plaintiffs,<br><br>    – *versus* –<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>        Defendants. | **Civil Action No.: 1:25-cv-10495-IT** |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE REGARDING THE LIFTING OF CERTAIN HOLDS (Doc. No. 297)

Plaintiffs respectfully submit this response to Defendants' April 14 Notice informing the Court of "the lifting of certain processing holds" by USCIS, as detailed in a March 30, 2026 News Alert ("Alert"). *See* Doc. No. 297. According to the Alert, USCIS has apparently lifted a handful of categorical holds imposed by the December 2, 2025 USCIS Memorandum ("Memorandum") (Doc. No. 224). Plaintiffs note that Defendants' submission only affirms the need for preliminary relief as set out in Plaintiffs' Motion for a Preliminary Injunction and/or Stay of the USCIS Benefits Suspension as to the Certified Class (Doc. Nos. 264, 265) ("Motion for Preliminary Relief").

First, none of the nine lifted categories of holds seem to apply to class members in this litigation. *See* Doc. No. 297 at 1. None cover the primary benefits at issue in this case. *See* Doc. No. 265 at 7. The categories are vague, ambiguous, and remain undefined. Defendants have also not represented with any particularity that the lifting of the holds would provide any relief to class members. Importantly, the asylum carve-out referenced in the Notice only applies to "aliens from 'non-high-risk' countries". Doc. No. 297 at 1. In any event, asylum is not within the scope of the pending Motion for Preliminary Relief. *See* Doc. Nos. 264, 265 at 2 & 3 n.2.

1

Second, the details set out in the Alert as to Defendants' current processes only confirm the arbitrariness of continued implementation of the Memorandum against class members. The Alert references enhanced screening and vetting measures that USCIS has implemented since December 2, 2025. *See* Alert at 2. It references an "internal process for lifting holds on individual or group cases". *Id*. These acknowledgments notably refute the justifications that Defendants have offered for placing holds on the processing of class member applications – in effect, that there is a need for such a temporary measure because USCIS must complete enhanced vetting before final adjudications can resume. *See* Doc. No. 272 at 1-2, 21-23. But if USCIS has actually enhanced its vetting and is able to proactively lift holds on "group cases", then it can certainly do so for class members here.

Dated: April 20, 2026

Respectfully submitted,

*/s/  Inyoung Hwang*
Inyoung Hwang (*pro hac vice*)
Anwen Hughes (*pro hac vice*)
**HUMAN RIGHTS FIRST**
121 W 36th Street
PMB 520
New York, NY 10018
Telephone: (212) 845-5200
HughesA@humanrightsfirst.org
HwangS@humanrightsfirst.org

John A. Freedman (BBO#629778)
Laura Shores (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5316
john.freedman@arnoldporter.com
laura.shores@arnoldporter.com

H. Tiffany Jang (BBO#691380)
**ARNOLD & PORTER KAYE SCHOLER LLP**

2

200 Clarendon Street, Fl. 53
Boston, MA 02116
Telephone: (617) 351-8053
tiffany.jang@arnoldporter.com

Daniel B. Asimow (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3142
daniel.asimow@arnoldporter.com

Robert Stout (*pro hac vice*)
Sarah Elnahal (*pro hac vice*)
Javier Ortega Alvarez (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
rob.stout@arnoldporter.com
sarah.elnahal@arnoldporter.com
javier.ortega@arnoldporter.com

Esther H. Sung (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Hillary Li (*pro hac vice*)
Laura Flores-Perilla (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org

Justin B. Cox (*pro hac vice*)
**LAW OFFICE OF JUSTIN B. COX**
*JAC Cooperating Attorney*
PO Box 1106
Hood River, OR 97031
(541) 716-1818
justin@jcoxconsulting.org

3

**CERTIFICATE OF SERVICE**

I, Inyoung Hwang, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: April 20, 2026

/s/ Inyoung Hwang
Inyoung Hwang