**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| _____ | )    Civil Action No. 1:25-cv-10495 |
| Svitlana Doe, *et al.*, | ) |
|  | ) |
|        Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| Markwayne Mullin, in his official capacity | ) |
| as Sec'y of Homeland Security, *et al.*,[1] | ) |
|  | ) |
|        Defendants. | ) |
| _____ | ) |

**NOTICE OF FORTHCOMING CORRECTION TO DECLARATION (Doc. No. 293)**

Defendants respectfully inform the Court that the agency Defendants have informed undersigned counsel today that there is an error in the Declaration (Doc. No. 293) that was submitted with and relied upon in Defendants' Supplemental Opposition to Plaintiffs' Motion for an Order to Show Cause (Doc. No. 294). Defendants reported that they discovered the error this week, are continuing to investigate, and are working diligently on a new declaration to correct the error. Defendants anticipate filing that new declaration as early as possible next week. As the relevant motion is pending decision, Defendants wanted to notify the Court and Plaintiffs as soon as possible that a correction is forthcoming.

---

[1] Secretary Mullin is automatically substituted for his predecessor, former Secretary of Homeland Security Kristi Noem, under Federal Rule of Civil Procedure 25(d).

1

Date: May 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW ENSIGN
Deputy Assistant Attorney General

/s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8259
Email: katherine.j.shinners@usdoj.gov

ELISSA FUDIM
Trial Attorney

## CERTIFICATE OF SERVICE

I, Katherine J. Shinners, hereby certify that on May 1, 2026, I filed this document through the ECF system, through which notice will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Katherine J. Shinners*
Katherine J. Shinners
Senior Litigation Counsel
U.S. Department of Justice