UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Svitlana Doe, *et al.*, | Civil Action No. 1:25-cv-10495 |
| Plaintiffs, | |
| v. | |
| Markwayne Mullin, in his official capacity as Sec'y of Homeland Security, *et al.*,[1] | |
| Defendants. | |

## NOTICE OF CORRECTION TO DECLARATION (Doc. No. 293)

Defendants respectfully submit the attached Declaration of Nathaniel Stiefel ("May 8 Declaration") to correct an error in the April 3, 2026 Declaration of Nathaniel Stiefel (Doc. No. 293) ("April 3 Declaration") that was submitted with and relied upon in Defendants' Supplemental Opposition to Plaintiffs' Motion for an Order to Show Cause (Doc. No. 294) ("Opposition").

Specifically, Paragraph 10 of the April 3 Declaration stated that the Department of Homeland Security (DHS) had relied on a draft, pre-decisional, deliberative report on the U.S. Citizenship and Immigration Services (USCIS) special parole processes that was written by the U.S. Government Accountability Office (GAO) ("draft GAO Report") for the following statement in the FRP FRN: "Additionally, the same internal audit concluded that the vetting standards applied to co-supporters under the modernized FRP programs were even weaker than those for primary supporters, further compromising program integrity." April 3 Declaration, Doc. No. 293 at ¶ 10 (referring to 90 Fed. Reg. at 58,041). However, this paragraph is incorrect in that DHS did

---

[1] Secretary Mullin is automatically substituted for his predecessor, former Secretary of Homeland Security Kristi Noem, under Federal Rule of Civil Procedure 25(d).

1

not rely on the GAO Report for that conclusion. May 8 Declaration at ¶ 11. The draft GAO Report does not contain the conclusion that the vetting standards applied to co-supporters under the modernized FRP programs were even weaker than those for primary supporters. *Id.* USCIS has not identified any internal audit that includes this information about co-supporters and has concluded that the FRP FRN's attribution of this statement to an "internal audit" was in error. *Id.*

However, the procedures documents included in the CAR and discussed in the April 3 Declaration support the conclusion in the FRP FRN and are properly part of its administrative record because they were considered, directly or indirectly, by DHS in the decision-making process. *See* May 8 Declaration at ¶ 12. As the May 8 Declaration explains, DHS considered the USCIS Service Center Operations Directorate (SCOPS) Form I-134A Family Reunification Parole Process ELIS Guide—as well as the experience of Form I-134A reviewers for the Family Reunification Parole program—in reaching the conclusion that USCIS applied weaker vetting standards to co-supporters for the FRP programs than for primary supporters.  DHS also indirectly considered the USCIS Immigration Records and Identity Services Directorate (IRIS) Form I-134A – Reviewers Guides for the parole programs for Cubans, Haitians, Nicaraguans, and Venezuelans (CHNV) and Uniting for Ukraine (U4U) (Oct. 19, 2023 and Dec. 2, 2024 versions), as the agency was more broadly considering the deficiencies in vetting for parole programs that utilized the Form I-134A process. *Id.*

This correction affects the following portions of the Opposition:

- The statement on page 6 of the Opposition that the draft GAO report was support for the statement that "the vetting standards applied to co-supporters under the modernized FRP programs were even weaker than those for primary supporters, further compromising program integrity." Doc. No. 294 at 10.

- The discussion on pages 12 to 13 of the Opposition regarding the basis for inclusion

of the three procedures documents in the administrative record. *See* Doc. No. 294 at 13.

Date: May 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW ENSIGN
Deputy Assistant Attorney General

 /s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8259
Email: katherine.j.shinners@usdoj.gov

ELISSA FUDIM
Trial Attorney

## CERTIFICATE OF SERVICE

I, Katherine J. Shinners, hereby certify that on May 8, 2026, I filed this document through the ECF system, through which notice will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Katherine J. Shinners*
Katherine J. Shinners
Senior Litigation Counsel
U.S. Department of Justice

3