**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Svitlana Doe, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:25-cv-10495-IT |
| Markwayne Mullin, in official capacity as Secretary of Homeland Security, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT

Notice is hereby given that Defendants appeal to the United States Court of Appeals for the First Circuit from the Court's order entered in this action on March 25, 2026 (Doc. No. 288) denying without prejudice Defendants' motion to reconsider and to dissolve its January 24, 2026, preliminary injunction.

Date: May 26, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW ENSIGN
Deputy Assistant Attorney General

SAMUEL P. GO
Assistant Director

 /s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8259

1

Email: katherine.j.shinners@usdoj.gov

ELISSA FUDIM
Trial Attorney

## CERTIFICATE OF SERVICE

I, Katherine J. Shinners, hereby certify that on May 26, 2026, I filed this document through the ECF system, through which notice will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Katherine J. Shinners*
Katherine J. Shinners
Senior Litigation Counsel
U.S. Department of Justice

2