# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:        Doe et al v. Noem et al

District Court Number:    25cv10495-IT

Fee:    Paid?   Yes _____   No _____   Government filer __X__   *In Forma Pauperis* Yes _____   No _____

Motions Pending        Yes __X__  No _____         Sealed documents      Yes __X__  No _____
*If yes, document #*   113,192,196,212,262,264,283    *If yes, document #*      81

*Ex parte* documents   Yes __X__  No _____          Transcripts          Yes __X__  No _____
*If yes, document #*   5,6                          *If yes, document #*   66,92,104,186,244

Notice of Appeal filed by: Plaintiff/Petitioner _____   Defendant/Respondent __X__   Other: _____

Appeal from:

## #288 Memorandum and Order

Other information:

    I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #288 and #304

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # ___304___ filed on _May 26, 2026_____.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on _May 27, 2026____.


**ROBERT M. FARRELL**
Clerk of Court


/s/Matthew A. Paine
Deputy Clerk


COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**